**Pierce Bainbridge Beck Price & Hecht LLP**
Brian J. Dunne (SBN 275689)
355 S. Grand Ave., 44th Floor
Los Angeles, California 90071
Tel: (213) 262-9333
bdunne@piercebainbridge.com

**Pierce Bainbridge Beck Price & Hecht LLP**
Theodore J. Folkman (*pro hac vice* pending)
One Liberty Square, 13th Flr.
Boston, MA 02109
(617) 313-7401
tfolkman@piercebainbridge.com

**Pierce Bainbridge Beck Price & Hecht LLP**
Minyao Wang (*pro hac vice* pending)
277 Park Ave., 45th Floor
New York, NY 10172
(212) 484-9866
mwang@piercebainbridge.com

**Weil, Gotshal & Manges LLP**
Edward R. Reines (SBN 135960)
edward.reines@weil.com
Derek C. Walter (SBN 246322)
derek.walter@weil.com
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

FILED

SEP 06 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

JSC

*Attorneys for Applicant ILLUMINA CAMBRIDGE LTD.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 19 80 215 MISC

| In re APPLICATION OF ILLUMINA CAMBRIDGE LTD. for issuance of subpoenas under 28 U.S.C. § 1782 | Civ. A. No. |
|---|---|
| | **DECLARATION OF MINYAO WANG IN SUPPORT OF APPLICATION OF ILLUMINA CAMBRIDGE LTD. FOR LEAVE TO SERVE SUBPOENAS** |

I, Minyao Wang, make the following declaration:

1.     I am an attorney licensed to practice law in the State of New York. I have been a member of the New York State bar since July 2019. I am also admitted to practice before the United States Supreme Court and the United States Courts of Appeals for the First and Second Circuits.

2.     I am currently employed as of counsel in the New York City office of Pierce Bainbridge Beck Price & Hecht LLP, counsel to Applicant Illumina Cambridge Ltd ("Illumina Cambridge"). I therefore have personal and first-hand knowledge of each of the matters set forth herein, except those made upon information and belief and, if called and sworn in as a witness, I can and will testify competently thereto. My *pro hac vice* application for admission to this Court is forthcoming.

3.     I make this declaration in support of Illumina Cambridge's Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Complete Genomics, Inc., ("Complete Genomics"), BGI Americas Corp. ("BGI Americas") and MGI Americas, Inc. ("MGI Americas") for Use in Foreign Proceedings (the "Application").

4.     On the afternoon of September 5, 2019, at approximately 5:30 p.m. Eastern time, I called Katie J.L. Scott, a lawyer at the law firm of Arnold & Porter Kaye Scholer LLP and counsel of record to Respondents in a patent infringement action pending in this Court (Case No. 19-cv-03770). I provided Ms. Scott notice of Illumina Cambridge's planned Application and advised that the Application would be filed the following day. Ms. Scott advised that her clients are likely to oppose this Application. I subsequently sent an email to Ms. Scott documenting our call. Attached hereto as **Exhibit A** is my email communications with Ms. Scott.

5.     Attached hereto as **Exhibit B** is a print-out of a portion of the website of Complete Genomics.

6.     Attached hereto as **Exhibit C** is a print-out of a portion of the website of MGI Tech Co., Ltd ("MGI").

7.     Attached hereto as **Exhibit D** is a technical note published by BGI Group ("BGI") entitled "BGISEQ-500 Human Whole Genome Sequencing."

8.     Attached hereto as **Exhibit E** is a brochure published by MGI entitled "Turbo Charging Your Sequencing High Speed, High Flexibility, Ultra High Throughput."

9.     Attached hereto as **Exhibit F** is brochure published by BGI entitled "Trans-omicsfor a better life."

**DECLARATION OF MINYAO WANG**

1       10. Attached hereto as **Exhibit G** is a print-out of the Linkedin profile of Yongwei
2   Zhang.
3       11. Attached hereto as **Exhibit H** is a print-out of the Linkedin profile of Ke Zhan.
4       12. Attached hereto as **Exhibit I** is a print-out of the Linkedin profile of Yuhan Zhang.
5       13. Attached hereto as **Exhibit J** is a print-out of the home page of the website of MGI
6   Americas.
7       14. Attached hereto as **Exhibit K** is print-out of the Linkedin profile of Abigail Frank.
8       15. Attached hereto as **Exhibit L** is a print-out of a portion of the website of MGI
9   Americas.
10      16. Attached hereto as **Exhibit M** is a news release dated June 17, 2017 available on the
11  website of BGI Americas.
12      17. Attached hereto as **Exhibit N** is a news release dated March 31, 2019 available on
13  the website of BGI Americas.
14      18. Attached hereto as **Exhibit O** is a Statement of Information filed by Complete
15  Genomics with the California Secretary of State.
16      19. Attached hereto as **Exhibit P** is a Statement of Information filed by MGI Americas
17  with the California Secretary of State.
18      20. Attached hereto as **Exhibit Q** is a brochure entitled "Mass Spectrometry Service
19  Overview—Protein Profiling" published by BGI Americas.
20      I declare under penalty of perjury under the laws of the United States of America that the
21  foregoing is true and correct.
22      Executed on the sixth day of September 2019, at New York, New York.
23
24
25
26
27
28

**DECLARATION OF MINYAO WANG**

# EXHIBIT A



↩ Reply all ∨  🗑 Delete  ⊘ Junk  Block  ⋯

# Notice of Ex parte application: Illumina Cambridge Ltd./Complete Genomics, Inc., BGI Americas Corp. and MGI Americas, Inc.

**MW**  **Minyao Wang**                                     👍 ↩ ↩ → ⋯
Thu 9/5/2019 6:16 PM
katie.scott@arnoldporter.com; Ted Folkman; Minyao Wang; Walter, Derek <Derek.Walter@weil.com> 

Katie,

Thank you for your time this afternoon.  My full contact information is set forth below.

This will confirm our conversation wherein I provided, through you, notice to Complete Genomics, Inc., BGI Americas Corp., and MGI Americas, Inc. that tomorrow I will be filing in the United States District Court for the Northern District of California, on behalf of my client, Illumina Cambridge Ltd., an ex parte application pursuant to 28 U.S.C. Section 1782 seeking discovery from the three aforementioned entities in aid of proceedings pending in Denmark, Germany, Turkey and Switzerland.

You advised informally that your clients will oppose the forthcoming application.

**Minyao Wang,** Of Counsel
Pierce Bainbridge Beck Price & Hecht LLP

277 Park Avenue, 45th Floor
New York, NY 10172
O: 646-891-5244 C: (678) 429-2663

**Boston | Cleveland | Los Angeles | New York | Washington, D.C.**

PIERCE BAINBRIDGE

# EXHIBIT B

4/5/2019

About Us - Complete GenomicsComplete Genomics -
Complete **(https://www.completegenomics.com/)**
GENOMICS™
A BGI Company

About | Support | Public Data

# About Us

Home (https://www.completegenomics.com)

Complete Genomics is an established technology leader in technology for whole human genome sequencing based in San Jose, California. Using its proprietary sequencing instruments, chemistry, and software, the company has sequenced more than 20,000 whole human genomes. Our company's mission from inception has been to help improve human health by providing researchers and clinicians with the core technologies to understand, prevent, diagnose, and treat diseases and conditions using genomic information.

Complete Genomics was founded in 2006 and in March 2013 was acquired by BGI-Shenzhen, the world's largest genomics services company. BGI is headquartered in Shenzhen, China and provides sequencing and bioinformatics services and systems for research, medical, agricultural, and environmental applications.

In June 2018, Complete Genomics become part of MGI, which is the instruments manufacturing business of BGI. As part of MGI, Complete Genomics now serves as a research and development center of excellence. Complete Genomics continues to focus on improving its technology and helping MGI to build next-generation sequencing systems and applications for the research, clinical, and consumer markets.

The team at Complete Genomics also functions in close coordination with other BGI sister companies in North America. MGI Americas is the commercial arm of MGI in the Americas Region focused on instruments. BGI Americas provides genomics sequencing services in the Americas Region.

For more information on the global MGI business, please visit http://en.mgitech.cn/ (http://en.mgitech.cn/). For more information on MGI Americas, please visit https://mgiamericas.com/ (https://mgiamericas.com/). For information on BGI Americas, please visit https://www.bgi.com/us/ (https://www.bgi.com/us/). For more information on BGI, please visit https://www.bgi.com/global/ (https://www.bgi.com/global/).

> About Us
(https://www.completegenomics.com/)

> Complete Genomics Advisory Board
(https://www.completegenomics.com/about-us/complete-genomics-advisory-board/)

> Careers
(http://chj.tbe.taleo.net/chj05/ats/careers/jobSearch.jsp?cws=42&org=COMPLETEGENOMICS)

> Contact Us
(https://www.completegenomics.com/contact-us/)

CONTACT US    NAVIGATION

# EXHIBIT C

**MGI**
华大智造

About MGI  Platforms  Reagent Products  Informatics  Solutions  Service and Support  News  Download

# About MGI

Company Profile  Honors and Awards  Careers  Contact us

Position: Home  About MGI  Company Profile



## Company Profile

MGI Tech Co., Ltd. (MGI), a subsidiary of BGI Group, is committed to enabling effective and affordable healthcare solutions for all. Based on its proprietary technology, MGI produces sequencing devices, equipment, consumables and reagents to support life science research, medicine and healthcare.

MGI's multi-omics platforms include genetic sequencing, mass spectrometry and medical imaging. Providing real-time, comprehensive, life-long solutions, its mission is to develop and promote advanced life science tools for future healthcare.



Vision
To Enable Effective and
Affordable Healthcare Solutions
for All



Mission
Develop and Promote
Advanced Life Science Tools for
Future Healthcare

Global Presence



# Global Presence

**Riga, Latvia**
- Commercial Center
- After-sales Service Center
- Training Center
- Logistics Center
- Latvian government seeks cooperation with BGI to develop genetic sequencing in Latvia

**San José, US**
- Facilities
- Research Center
- Commercial and After-sales Service Center

**Dubai, UAE**
- Commercial & After-sales Service Center

**Japan**
- Commercial & After-sales Service Center

**China**
- Commercial Center
- Research Center
- Manufacturing Center
- Certification Center
- Quality Control Center
- After-sales Service Center
- Training Center
- Logistics Center

**Hong Kong, China**
- Commercial Center
- After-sales Service Center
- Logistics Center

**Brisbane, Australia**
- Commercial Center
- Training Center
- After-sales Service Center

**Bangkok, Thailand**
- Commercial and After-sales Service Center

© 2019 MGI All Rights Reserved.

# Milestones

2018 MGI Events ◯

ultra-high-throughput sequencer, MGISEQ-T7 | October 2018

Company Profile-MGI Tech Co., Ltd. (MGI)

Launched ultra-high-throughput sequencer, MGISEQ-T7, the most powerful sequencer to date, and the high-throughput automated sample preparation system MGISP-960. Launched the new library preparation kit for single tube Long Fragment Reads (stLFR) technology.

## Launch MegaBOLT bioinformatics analysis accelerator | May 2018

MegaBOLT adopts the heterogeneous computing system of CPU and FPGA, which greatly improves the analysis speed. It shortens the 100 Gbp WGS analysis duration to 2 hours and 6 Gbp WES analysis duration to 10 minutes.

## Win tiF Design Award | Feb 2018

BGISEQ-50 and MGIUS-R3 independently developed by MGI won two awards of iF Design Award in Germany for their breakthrough function and exquisite design in February 2018.

**2017 MGI Events** ◯

**2016 MGI Events** ◯

**2015 MGI Events** ◯

**2014 MGI Events** ◯

Contact us    News    Service and Support

BGI Group    Statement    Privacy

MGI Tech Co., Ltd. (MGI) all rights reserved粤ICP备16117185号

Related Links:    BGI Group    Complete Genomics

Consulting service

4000-966-988

Follow us

EXHIBIT D



# BGISEQ-500
## Human Whole Genome Sequencing



*A Validation Study Report*



## BGISEQ-500 Human Whole Genome Sequencing

A Validation Study Report

BGI has conducted comprehensive pilot studies to establish the performance of the BGISEQ-500 sequencing system by comparing human whole genome sequencing data to that generated by the current industry standard sequencing system.

This report summarizes in-house experiments with the standard GIAB NA12878 sample, and presents data from a collaborative study with real human samples. We also present data that demonstrates great system stability over a period of 6 month of BGISEQ-500 Whole Genome Sequencing of more than 5,000 samples at our production service laboratory.

## Highlights

- High quality sequencing data →
- Applicable to many sample types →
- High accuracy and sensitivity in variant calls →
- Stable data output in a production setting →
- Scalable for large population genetics studies →

## A New Desktop Sequencer with Innovative Technology

BGISEQ-500 is an innovative high-throughput sequencing solution, developed by BGI's Complete Genomics subsidiary in Silicon Valley. The system is powered by combinatorial Probe-Anchor Synthesis (cPAS), linear isothermal Rolling-Circle Replication and DNA Nanoballs (DNB™) technology, followed by high-resolution digital imaging.

The combination of linear amplification and DNB technology reduces the error rate while enhancing the signal. The size of the DNB is controlled in such a way that only one DNB is bound per active site on the BGISEQ-500 flow cell. This densely patterned array technology provides optimal sequencing accuracy and increases flow cell utilization.







# Unparalleled Quality for Human Whole Genome Sequencing

The human WGS reference sample NA12878 released by the Genome in a Bottle (GIAB) consortium was used to validate the BGISEQ-500 sequencing platform. Sequencing data from three technical replicates were generated and compared to data from the Illumina HiSeq X Ten sequencing system. Libraries were prepared according to the manufacturer's protocols.

The BGISEQ-500 sequencing system generated high quality PE100 data comparable to the HiSeq X Ten (Table 1). At 100 Gb data output, over 95% of bases score above Q20, over 89% of bases score above Q30, while the genome mapping rate and the unique mapping rate of BGISEQ-500 were 99.47% and 94.33% respectively. The high genome coverage by BGISEQ-500 provides comprehensive genomic information and helps discovery of low frequency mutations. Notably, the duplicate rate from the BGISEQ-500 data was 1.77%, much lower than the 11.76% duplicate rate seen from the HiSeq X Ten. Since duplicated reads are usually removed for downstream variant analysis, the BGIEQ-500 will generate more usable data than the HiSeq X Ten at the same data output.

▼ Table 1. Data quality, mapping rate and coverage statistics for human reference sample NA12878 (average of 3 technical replicates).

| PARAMETER | BGISEQ-500 (average) | HiSeq X Ten (average) |
|---|---|---|
| Clean reads (M) | 1,001 | 732 |
| Clean data amount (Gb) | 100 | 110 |
| Clean read Q20 (%) | 95 | 97.01 |
| Clean read Q30 (%) | 89.9 | 90.47 |
| GC content (%) | 41.71 | 40.94 |
| Mapping rate (%) | 99.47 | 96.52 |
| Unique rate (%) | 94.33 | 85.14 |
| Duplicate rate (%) | 1.77 | 11.76 |
| Mismatch rate (%) | 0.53 | 0.56 |
| Average sequencing depth | 33 | 31 |
| Coverage (%) | 99.1 | 98.95 |
| Coverage at least 4X (%) | 98.62 | 98.43 |
| Coverage at least 10X (%) | 97.68 | 97.24 |
| Coverage at least 20X (%) | 93.09 | 91.45 |

# SNP and Indel Performance

For the SNPs and Indels included in the GIAB high-confidence variant reference data set (see Fig.1 and Fig.2), the relative concordance rates for the BGISEQ-500 and HiSeq X Ten for SNP and Indel calls were 94.06% and 86.74% respectively. For the reference sample NA12878, the BGISEQ-500 detected a total of 3,036,528 SNPs and 340,481 Indels. The BGISEQ-500 demonstrated a sensitivity of 96.21% and accuracy of 99.94% for SNP calls, a sensitivity of 93.23% and accuracy of 97.62% for Indel calls, demonstrating equivalent sensitivity and accuracy to the HiSeq X Ten. Notably, the Indel precision of the BGISEQ-500 was much higher than the HiSeq X Ten platform.



◄ Figure 1. SNP calling in the GIAB high-confidence SNP reference dataset.

◄ Figure 2. Indel calling in the GIAB high-confidence Indel reference dataset.

# Pilot Sample Data

5 Human blood DNA samples from collaborators at a prestigious university in the US were sequenced by both BGISEQ-500 and HiSeq X Ten systems with 30X average coverage. Like from the reference sample, the BGISEQ-500 generated high-quality data comparable to the HiSeq X Ten, with a significantly lower duplication rate (ranging from 1.83% to 2.55%) than X Ten (ranging from 14.18% to 15.15%), and a higher unique mapping rate (ranging from 90.74% to 91.33%) than X Ten (ranging from 79.73% to 80.86%) as shown in See Fig.3a. The average coverage for the 5 samples of BGISEQ-500 is very high (ranging from 98.73% to 98.85%, See Fig.3b). There is a high consistency in variant calls between BGISEQ-500 and HiSeq X Ten and the concordance rates of SNP and Indel calls are 95.85% and 83.39.0% respectively for all 5 test samples (See Fig.3c).



▲ Figure 3a. Mapping Rate and Duplicate Rate between BGISEQ-500 and HiSeq X Ten.



▲ Figure 3b. Average coverage between BGISEQ-500 and HiSeq X Ten for 5 test samples.



▲ Figure 3c. Concordance between BGISEQ-500 and HiSeq X Ten of SNP and Indel Calling for 5 test samples.

# Suitable for Diverse Sample Types

WGS has been successfully performed on the BGISEQ-500 in an industrial sequencing production laboratory for DNA isolated from a wide variety of sources including blood, saliva and FFPE samples, with a success rate of 99% for conventional samples and over 90% for the more challenging FFPE samples, as demonstrated in Fig. 4. Successful sequencing at BGI is defined by strict quality requirements, such as Q20>90%, Q30>80%, and a GC content between 39% and 43%.



▲ Figure 4. Sequencing success rate for different sample types.

# Stable and Reproducible Data Performance

1,355 Samples were randomly selected from over 5,000 samples that were sequenced at BGI's laboratory over a period of 6 months. The data output and data quality remained stable (Fig. 5a and 5b) over that period. The average data yield was around 140 Gb per lane, and average Q20 and Q30 scores were 96.16% and 87.86% respectively. The average GC content was 41.69% without obvious base bias.



◀ Figure 5a. Data throughput by BGISEQ-500 in the production line (for 1355 randomly selected samples).

◀ Figure 5b. Data quality score and GC content by BGISEQ-500 in the production line (for 1355 randomly selected samples).

# Conclusion

In summary, the BGISEQ-500 sequencing system has shown to deliver consistent high quality human whole genome sequencing data and can be used to catalogue genetic variant accurately and comprehensively.

A typical BGISEQ-500 WGS dataset (Genome in a Bottle, Human DNA NA12878) can be downloaded for review, from: www.ebi.ac.uk/ena/data/view/PRJEB19427

## For More Information

To learn more about our human whole genome sequencing service, other sequencing services or about our BGISEQ-500 platform, please visit www.bgi.com , email info@bgi-international.com or contact your local BGI representative.

BGI Americas
One Broadway,
Cambridge, MA 02124,
USA
Tel: +1 617 500 2741

BGI Europe
Ole Maaløes Vej 3,
DK-2200 Copenhagen N
Denmark
Tel: +45 7026 0806

BGI Asia-Pacific
16 Dai Fu Street,
Tai Po Industrial Estate,
New Territories, Hong Kong
Tel: +852 36103510

Copyright ©2018 BGI. The BGI logo is a trademark of BGI. All rights reserved.

All brand and product names are trademarks or registered trademarks of their respective holders. Information, descriptions and specifications in this publication are subject to change without notice.

Published January 2018.

All Services and Solutions are for research use only.

BGISEQ-500 Services are executed at our service laboratory in China.

We Sequence, You Discover



# EXHIBIT E





# TURBOCHARGE YOUR SEQUENCING

GENETIC SEQUENCER

## MGISEQ-T7

| 24H | 4FC | 6T |
|---|---|---|
| **HIGH-SPEED** | **HIGH-FLEXIBILITY** | **ULTRA-HIGH THROUGHPUT** |

**24 HOURS FOR PE150 SEQUENCING**
- Fully upgraded biochemistry and optical systems
- 15X increase in image processing speed
- Synchronous processing of multiple Flow Cells

**4 FLOW CELLS PE150 AND PE100 AT THE SAME TIME**
- A QUAD-FLOWCELL-STAGE design enables 1 to 4 Flow Cells to run separately
- Flexible throughput from 1 to 6 Tb/day
- Consistent run costs per Gb for various throughput modes

**UP TO 6 Tb/DAY HIGH QUALITY DATA 24/7**
- DNBseq™ patterned array density improved by 20%
- Generating high quality data 24/7
- Scalable throughput with room for future improvements

## POWERED BY

## TECHNOLOGY





Generate 1-6Tb of high quality data daily, for a wide range of applications including Whole Genome Sequencing, Deep Exome Sequencing, Epigenome Sequencing, Transcriptome Sequencing, and Targeted Panel Projects.

Powered by DNBseq™ Technology, MGISEQ-T7 makes sequencing more efficient and productive with advances in biochemical, fluidics, and optical systems. MGISEQ-T7 utilizes a revolutionary quad-Flow Cell stage, enabling multiple flowcells with different read lengths and applications to be independently processed in a single run. This unique design allows users to combine multiple applications based on specific demands and improve efficiency.

## TURBOCHARGE YOUR SEQUENCING

HIGH-SPEED
HIGH-FLEXIBILITY
ULTRA-HIGH THROUGHPUT



**MGI TECH CO., LTD.**
BUILDING 11, BEISHAN INDUSTRIAL ZONE, YANTIAN DISTRICT,
SHENZHEN, CHINA
POSTAL CODE: 518083



© 2019 MGI, INC. ALL RIGHTS RESERVED.



 MGI-service@genomics.cn    +1 4000-966-966



# MGI'S PROPRIETARY 「DNBseq™」 TECHNOLOGY

## ↑ INCREASED ACCURACY

No PCR amplification required. Our unique Rolling Circle Replication (RCR) technology employed in DNBseq™ library construction eliminates errors associated with PCR. Only original template DNA is used to generate copies and therefore amplification errors do not accumulate, resulting in greater accuracy for detection of significant mutations such as indels and SNPs.

## ↓ DECREASED DUPLICATES

Optimized Patterned Array technology enables greater saturation of each DNB to the Flow Cell with unprecedented uniformity. This enables an industry-leading detection capability and an average Duplicate Rate below 3%.

## ↓ REDUCED INDEX HOPPING

Be confident in your sequencing chemistry and ability to identify your samples when multiplexing. Even with single indexing, our rate of index hopping is 0.0001%-0.0004%. Dual index sequencing is also available for high-throughput sample pooling, and to virtually eliminate sample misidentification.

## SIMPLE OPERATION



### MANUAL OPERATION
User Login and Choose Sequencing Mode

**01** LOAD FLOWCELL ▸ **02** PLACE REAGENT KITS ▸ **03** CLICK SEQUENCE

### AUTOMATIC WORKFLOW

**06** AUTOMATIC DISPOSE OF FLOWCELLS ◂ **05** AUTOMATIC WASH ◂ **04** AUTOMATIC SEQUENCING

## TOTAL SOLUTION



**MGISEQ-T7**
GENETIC SEQUENCER

MGI provides a total solution for sequencing. MGISEQ-T7 is compatible with a variety of products covering the whole processes from nucleic acid extraction, library preparation, to accelerated data analysis, making sequencing based on MGISEQ-T7 easy and accessible.



## TECHNICAL SUPPORT ACROSS THE GLOBE

- Established sites all around the world, each with a local technical support center to provide timely and effective technical support and training.
- Online technical support accessible worldwide, with a fully functioning call center (**TOLL-FREE HOTLINE: 4000-966-988**) and multi-language online training courses coming soon.

## COMPREHENSIVE GLOBAL INSTRUMENT SERVICE AND WARRANTY PLANS

- Warehouses in Shenzhen, Wuhan, Qingdao, Tianjin, Hong Kong, Taipei, Bangkok (Asia-Pacific); Brisbane (Australia, Oceania); Riga (Latvia, Europe) ; and San Jose (the USA, Americas) are established to ensure sufficient supply of maintenance parts for major regions.
- Free installation and system verification services (including the QC reagents and consumables) are provided to turn your instrument into production quickly.
- MGI is responsible for any manufacturing defects or faults on the system within the warranty. Warranty covers labor, parts and travel charges.
- One free instrument preventive maintenance provided with warranty, along with a variety of available extended warranty support plans.

EXHIBIT F



Trans-omics for a better life

华大基因
BGI

What BGI Does

华大基因
BGI

存　　读　　写　　用
Store　Read　Write　Apply







华大基因
BGI

# China National GeneBank





存
Store

**Living Biobank**
活库（生物活体库）







永存、永生
Preserve for
the future

**Bio-informatics data center**
干库（生物信息数据库）



**Biorepository**
湿库（生物资源样本库）

**Read**

# Sequencing– MGI

- **Sequencers**
  BGISEQ 50 and BGISEQ 500

- **Sample pretreatment**
  automated sample preparation treatment (BGISP-100) and full automated sample loading instrument (BGIDL-50)

- **Consumables**
  library preparation kits and reagents, and sequencing kits and reagents

- **Software**
  Sequencing Application Analysis Software, Sequencing Sample Management System, Sequencing Database, BGI Online



Mar, 2013
Acquiring Complete Genomics

Jul, 2014 BGISEQ-1000

Jun, 2015 Revolocty™

Oct, 2015 BGISEQ-500

Jul, 2016
Scale Production of BGISEQ-500

Nov, 2016 BGISEQ-50

Evolution of BGI Sequencing Capacity and Trajectory



The sequencing platform in CNGB

# Powerful New Next Generation Sequencing Platforms

BGISEQ-50



BGISEQ-500

CE
CFDA Approved
TFDA Approved



MGISEQ-200



MGISEQ-2000



Currently, only three companies in two countries worldwide have the capability to mass-produce clinical sequencers.

illumina
ThermoFisher
SCIENTIFIC
Complete GENOMICS

华大基因 BGI
MGI 华大智造

读
Read

华大基因 BGI



# Building capacity and capability





## Synthesis

In March, 2017, the periodical achievements of Sc.2.0 Project were published, which is a major milestone in the filed of synthesis.

Top Ten Science and Technology Advances of 2017 in China

Launch of the **George Church Institute of Regenesis** focusing on the development of enabling technologies in high-density DNA storage, biomanufacture of natural products and genome editing for medicine and new therapy



## Gene Editing

**Write**

华大基因
**BGI**

# Organizations







华大基因 BGI

华大基因学院 BGI·college

华大基因研究院 BGI·research

华大智造 BGI·MGI

华大同创 BGI·tco

华大农业 BGI·agro

华大制药 BGI·

华大运动 BGI·sgi

华大保险 Insurance

华大医疗 Hospital

华大健康 Health care

华大营养 Nutrition



用
Apply

# Research Capability

## 2015中国《自然》和《科学》发表指数
Top 25 Chinese Institutions in *Nature* and *Science*

(资料来源: Nature Index China tables)

| Institution | AC | FC | WFC |
|---|---|---|---|
| 1 Peking University (PKU) (北京大学) | 28 | 5.21 | 5.21 |
| 2 Tsinghua University (TH) (清华大学) | | | |
| 3 BGI (华大基因) | | | |
| 4 Shanghai Institutes for Biological Sciences (SIBS), CAS (中科院上海生命科学研究院) | | | |
| 5 Institute of Biophysics (IBP), CAS (中科院生物物理研究所) | | | |
| 6 Zhejiang University (ZJU) (浙江大学) | | | |
| 7 National Istitute of Biological Sciences, Beijing (NIBS) (北京生命科学研究所) | | | |
| 8 Dalian Institute of Chemical Physics (DICP), CAS (中科院大连化学物理研究所) | | | |
| 9 University of Chinese Academy of Sciences (UCAS) (中国科学院大学) | | | |
| 10 Ocean University of China (OUC) (中国海洋大学) | | | |

## GigaScience SCI影响因子位列综合性期刊全球第六
GigaScience Ranks 6th in Categoryof Multidisciplinary Sciences

(资料来源: 汤森路透发布2016SCI影响因子近期指数(JCR))

| Journal 期刊 | Impact Factor 影响因子 |
|---|---|
| 1 *Nature*《自然》 | 38,138 |
| 2 *Science*《科学》 | 34.661 |
| 3 *Nature Communications*《自然通讯》 | 11.329 |
| 4 *PNAS*《美国国家科学院院刊》 | 9.423 |
| 5 *National Science Review*《国家科学评论》 | 8.000 |
| 6 *GigaScience* | 7.463 |
| 7 *Scientific Reports*《科学报告》 | 5.228 |
| 8 *Annals of the New York Academy of Science*《纽约科学院年报》 | 4.518 |
| 9 *Journal of the Royal Society Interface*《英国皇家学会会刊》 | 3.818 |
| 10 *Complexity* | 3.514 |
| 11 *PLoS One*《公共科学图书馆期刊》 | 3.057 |

## 华大基因名列2012至2016年全球高质量基础科研产出排名中第12位
(资料来源表: 2017年自然指数 www.natureindex.com)

| Institution | WFC | AC | Average |
|---|---|---|---|
| 1 IBM Corporation | 266.53 | 576 | 51.8% |
| 2 F.Hoffmann-La Roche AG | 222.27 | 485 | 52.9% |
|   Genentech, Inc. | 178.70 | 305 | 54.1% |
| 3 Novartis International AG | 173.46 | 533 | 49.3% |
| 4 Samsung Group | 133.79 | 357 | 44.2% |
| 5 Pfizer Inc. | 110.46 | 274 | 50.5% |
| 6 Merck & Co., Inc. | 108.89 | 247 | 46.8% |
| 7 Nippon Telegraph and Telephone Corporation (NTT) | 101.99 | 178 | 47.0% |
| 8 GlaxoSmithKline plc. (GSK) | 100.04 | 338 | 52.4% |
| 9 AstraZeneca plc | 91.14 | 329 | 40.4% |
|   Medimmune, LLC | 19.05 | 47 | 51.2% |
| 10 Amgen Inc. | 75.32 | 195 | 63.0% |
|   deICODE Genetics | 18.52 | 98 | 67.6% |
| 11 Toyota Group | 63.02 | 120 | 60.5% |
|   Toyota R&D Labs. Inc. | 40.39 | 71 | 62.9% |
|   Toyota Motor Corporation | 17.45 | 41 | 57.6% |
| 12 BGI | 59.85 | 245 | 70.3% |

## 华大基因名列2012至2016年全球产业—学术合作企业排名第1位
(资料来源: 2017年自然指数 #bacterial collaborations 2012-2016)

| Institution | CountryRegion | |
|---|---|---|
| 1 BGI | China | 642 |
| 2 Amgen Inc. | United States of America (USA) | 513 |
| 3 GlaxoSmithKline plc. (GSK) | United Kingdom (UK) | 494 |
| 4 Leidos Holdings, Inc. | United States of America (USA) | 486 |
| 5 F.Hoffmann-La Roche AG | Switzerland | 467 |
| 6 Illumina, Inc. | United States of America (USA) | 412 |
| 7 Novartis International AG | witzerland | 399 |
| 8 EurekaScientific, Inc. | United States of America (USA) | 381 |
|   IBM Corporation | United States of America (USA) | 381 |

## 华大基因名列2016年中国产业机构第1位
(资料来源: 2017年自然指数 www.natureindex.com)

| Institution | AC | FC | WFC |
|---|---|---|---|
| 1 BGI | 28 | 5.21 | 5.21 |
| 2 China Shipbuilding Industry Corporation (CSIC) | 62 | 4.23 | 4.23 |
| 3 FiberHome Technologies Group | 34 | 3.97 | 3.97 |
| 4 China National Petroleum Corporation (CNPC) | 12 | 2.83 | 2.83 |
| 5 Chengdu Institute of Organic Chemistry (CIOC), CAS | 8 | 1.92 | 1.92 |
| 6 Shanghai Jiahua Poly Battery Technology Co., Ltd. | 5 | 1.89 | 1.89 |
| 7 Southwestern Institute of Physics (SWIP) | 2 | 1.51 | 1.51 |
| 8 Jinchuan Group Co., Ltd. | 9 | 1.45 | 1.45 |
| 9 Zhejiang NHU Company Ltd. | 3 | 1.36 | 1.36 |
| 10 Sinopec Corporation | 8 | 1.32 | 1.32 |

## 华大基因名列2016年全球生命科学产业机构第8位
(资料来源: 2017年自然指数 www.natureindex.com)

| Institution | AC | FC | WFC |
|---|---|---|---|
| 1 F.Hoffmann-La Roche AG | 58 | 23.67 | 23.67 |
| 2 Novartis International AG | 55 | 18.86 | 18.86 |
| 3 Amgen Inc. | 33 | 11.54 | 11.54 |
| 4 AstraZeneca plc | 40 | 10.42 | 10.42 |
| 5 Pfizer Inc. | 24 | 9.29 | 9.29 |
| 6 GlaxoSmithKline plc. (GSK) | 40 | 6.59 | 6.59 |
| 7 Leidos Holdings, Inc. | 56 | 4.73 | 4.73 |
| 8 BGI | 32 | 4.63 | 4.63 |
| ... | | | |



# Clinical Samples Processed

| | | |
|---|---|---|
| NIFTY 2.84M | HPV 2.68M | Newborn Screening 0.55M | Hearing Impairment 1.62M |
| Thalassemia 40K+ | PGD/PGS 6K+ | Monogenic Disorder 24K+ | Chromosome Abnormality 12K+ |

## >7,772,000 samples  till Feb 2018



# The control and prevention of infectious diseases



2010, the first sequencing and diagnostic of highly pathogenic avian influenza in China



2014, the detection and sequencing of Ebola virus



2003, the first sequencing and developing diagnostic kits on SARS virus in China



2011, the first sequencing the Germany *E. col O104:H4* outbreak in the world



# Global Precision Medicine Alliance

华大基因 BGI





# Agriculture

BGI sequenced 130 out of 188 major crops, contributing >70% Ag genomics data globally



natura 100,000+ accessions re-sequencing
300+ trait genes mapped
20+ species under molecular breeding




## BGI Millet

High-yield millet to provide a sustainable and nutritious resource for modern agriculture

Yield in Xinjiang: >9000kg/ha (data from 2015)

Products made of millet

Gene mapping

Genome Sequencing



# BGI Marine

## 4 major system

### Conservation of Germplasm & GigaData
- Aquatic GigaData Center
- Aquatic 10-100-1,000 Genomics Program
- China National Aquatic GeneBank (CNAG)

### Domastic & International trade
- Sturgeons, Caviar
- Crayfish
- Chinese Mitten Crab
- Broiled Eel

### Breeding & seed industry
- Four major breeding bases.
- High-end breeding
- Cultivation demonstration

### Seafood and Precise Nutrition
- Grouper
- Tilapia
- Pacific White Shrimp



鲟鱼鱼子酱 Caviar

烤鳗鱼 Broiled Eel

金钱蟹 Golden Crab

海马酒 Seahorse Wine

大闸蟹 (中华绒螯蟹) Chinese Mitten Crab

香辣虾尾 Shrimp Tail

鲟鱼罐头、鲟鱼休闲食品 Canned Sturgeon and Snacks

小龙虾 (充压原鳌虾) Crayfish



Baguang, Shenzhen

Zhenjiang, Jiangsu

Wenchang, Hainan





Laos Aquaculture Breeding Test and Research Center



# Global Presence

**Americas**
- Vancouver, Canada
- Seattle, Washington
- San Jose, California
- Cambridge, Massachusetts
- Philadelphia, Pennsylvania

**Europe & Africa**
- Riga, Latvia
- Copenhagen, Denmark
- Rotterdam, Netherlands
- London, UK
- Munich, Germany
- Lyon, France
- Moscow, Russia

**Asia-Pacific Regions**
- Kobe, Japan
- Shenzhen, China
- Hong Kong
- Vientiane, Laos
- Bangkok, Thailand
- Kuala Lumpur, Malaysia
- Brisbane, Australia

Headquarters
Office/Lab
Representative Office
Future Plans

# Asia-Pacific Regions



➤ Established office/lab in Laos, HK, Japan, Australia, Thailand

➤ BGI service network covers over 30 countries in Asia-Pacific Regions

➤ **Research Collaboration**

• Working with institutes in over 30 countries

• Generating over 50 Publications in GCNNS

➤ **BGI Millet:**

• Breeding and pilot planting in Malaysia, Australia, Pakistan, the Philippines, etc.

➤ **BGI Marine:**

• Breeding and marine farming in Australia, Thailand, the Philippines, Sri Lanka, etc.





⊙ Office/lab



# Asia-Pacific Regions

## 1. Projects with Mekong- Lancang Cooperation, ASEAN

- Free screening of thalassemia and neonatal deafness in Cambodia, funded by Chinese government

- **Population Genome projects**
  Thailand ──────→ all ASEAN countries

- **Clinical services (NIPT)**
  >20,000 screening tests implemented in Thailand, 230 positives cases diagnosed

- Laos-China modern agricultural science and technology Demonstration Park







the second Lancang-Mekong Cooperation (LMC) Leaders' meeting

Dubai

Mekong- Lancang region

Myanmar Laos Vietnam
Thailand
Cambodia

ASEAN







Laos Genebank

Nongmakchap base

Foreign Cooperative Agricultural Demonstration Area

Laos-China Park Base

Namxuong lake Base

**BGI-Laos**
- Four Bases
- One Bank
- One Area







# Europe and Africa





A Headquartered in Denmark, BGI service network covers over 30 countries in Europe.

A MGI Latvia: Pivot of MGI's overseas sales, customer support, testing and training for EU countries.

A Collaboration with major biotech and pharma industries, providing reliable services for genome research projects.

A Collaboration with Sino-Africa Joint Research Center, Chinese Academy of Sciences in the research, breeding and planting of millet in Kenya, Africa.

A BGI signed a MoU with the Ethiopian Biotechnology Institute (EBTi) on scientific and technological cooperation and the establishment of genomics research.

A Collaboration with the Medical Research Council of South Africa in building joint research center of Precision Medicine.

# Americas



Joint research lab focuses on discovering biomarkers of premature birth.

Seattle Innovation Center focuses on facilitate partnerships and advance joint research and development of BGI with companies and medical institutions in North America

San Jose Innovation Center focuses on sequencing application development and business incubation.

**SEATTLE INNOVATION CENTER**

**SAN JOSE INNOVATION CENTER**

**COMPLETE GENOMICS INC.**



Vancouver ⊙ Seattle ⊙

San Jose ⊙

Toronto ◉
Mount Sinai Hospital

**BGI AMERICAS**

⊙ Cambridge
◉ Philadelphia

**BGI@CHOP**

> providing comprehensive multi-omics sequencing and bioinformatics services for drug development, agricultural and environmental applications.
> Currently, 18 out of the world's top 20 largest pharmaceutical companies are using BGI services.





Joint genome center with Children's Hospital of Philadelphia to conduct human genome sequencing and bioinformatics analysis.



◉ Brazil

To build Joint platform with CAS, Oswaldo Cruz Foundation for research and prevention of infectious diseases in Rio de Janeiro

> Research center in North America for developing next-generation sequencers and applications for academia, clinical, and consumer markets.
> Major collaborators including Genentech, Pfizer, Gilead, Stanford University, Harvard University, NCBI, among others.



BILL & MELINDA GATES foundation

ALLEN INSTITUTE for BRAIN SCIENCE

Microsoft

⊙ Office/lab
◉ Future plan

华大基因 BGI



Trans-omics for a better life

# EXHIBIT G



Q Search

   

Reactivate
Premium for Free

Attorney Needed ASAP - Able to respond to new cases today? Immediate need for a local attorney.   Ad   ···



Message   | More... |

**Yongwei Zhang** · 3rd      BGI Group

Group VP, CEO of Americas Region at BGI Group

Sunnyvale, California · 500+ connections · Contact info

## Experience



**Group VP, CEO of Americas Region**
BGI Group
Mar 2018 – Present · 1 yr 6 mos
San Francisco Bay Area

**Complete Genomics Inc.**
5 yrs 3 mos

**Chief Operating Officer**
Apr 2016 – Dec 2018 · 2 yrs 9 mos
San Francisco Bay Area

**Executive Vice President, Product Development**
Aug 2014 – Apr 2016 · 1 yr 9 mos

Research, development and manufacturing of benchtop DNA sequencing platform including instruments, reagents, algorithms, software, sample preparation instruments and bio-chips for these instruments. Management of >300 engineers and scientists in both US and China.

Show 1 more role ⌄

**Member, Citizens Bond Oversight Committee**
Los Gatos-Saratoga Hisgh School District
Aug 2015 – Aug 2018 · 3 yrs 1 mo

Overseeing the expenditures of the $100million Bond money

**Board Member**
Saratoga Union School District
Dec 2012 – Dec 2016 · 4 yrs 1 mo

Part of 5-member Board that oversees the nationally top-ranked K-8 school district with $22 million annual budget and 2,100 students

**Head of New Product Introduction, Life Science**
Merck Millipore
Feb 2009 – Oct 2013 · 4 yrs 9 mos

Show 4 more experiences ⌄

## Skills & Endorsements

### Promoted



**Attorney Needed ASAP**

Crucial need for local attorney in your area. View new cases today.

Learn more

**Becker CPA Ex Review**

Get ahead with a flexible, personalize affordable CPA p

Learn mor

### People Also Viewed

**Shifeng Li** · 3rd
Director at Complete Genomics I

**Jia Sophie Liu (PhD)** · 3rd
Looking for innovative technolog and people to join the team!

**Steve Huang** · 3rd
Senior Scientist at Complete Ger Inc.

**David Wright** · 3rd
Conjugation Scientist

**Cheng-chi (CC) Chao** · 3rd

  

Q Search

Reactivate Premium for Free

Endorsed by **2 of Yongwei's colleagues at Complete Genomics Inc.**

---

**Product Development** · 22

Endorsed by **Richard (理查·) Steele (斯蒂)** and 1 other who is highly skilled at this

Endorsed by **5 of Yongwei's colleagues at Complete Genomics Inc.**

**Biotechnology** · 16

Endorsed by **Doris Hollander** and 2 others who are highly skilled at this

Endorsed by **3 of Yongwei's colleagues at Complete Genomics Inc.**

---

Show more ∨



# EXHIBIT H

in     🔍 Search                                            Reactivate
                                                                                             Premium for Free

Are You an Attorney? - 21 new legal clients seeking a local attorney now. View their cases today!   Ad  ···



**Ke Zhan** · 2nd

Director of Product Management at BGI Americas

San Mateo, California · 500+ connections · Contact info

Connect    🗨 Message    More...

BGI Genomics

Indiana University School of Medicine

Minyao, Kelley Drye & Warren LLP is hiring

**Kelley Drye**

Ready for your next opportunity?

Follow

**People Also Viewed**

 **Aiguo Zhang** · 2nd
Founder, President & CEO, DiaCi

**Xiaoshan Wang, MS, MBA** ·
Operation and Product Manager
Biochain Institute, Inc

 **Dale Yuzuki** · 3rd 🔗
Clinical molecular diagnostics an
research life sciences marketing,
and product development profe:

 **Anthony Tong, PhD, MBA** · :
Product Management & Marketi
Genomics | Oncology | NIPT | Mc
Pathology | Companion Dx | Prec

---

## Highlights

**Reach out to Ke for...**
Joining a nonprofit board.

Message Ke

---

## About

A proactive, results-oriented professional with track record in driving innovation and launching new products that support business goals and drive revenue growth. Demonstrated success in inventing, developing and commercializing
... see more

---

## Articles & activity
1,828 followers

**Cool cancer panel qPCR**

**cartridge**
Ke Zhan
Published on LinkedIn

Saw this real-time PCR based molecular diagnostics
cartridge at Molecular Tri-Con.              ...see more

29 Likes · 5 Comments

👍 Like     💬 Comment     ➡ Share

See all articles

**Medicare Issues Positive Draft Local
Coverage Determination for Natera's...**
Ke shared this

**Register to attend our seminar in
Cambridge, Massachusetts on...**

Ke shared this
2 Likes

**Interested in learning more about a
new, disruptive sequencing technolo...**
Ke shared this
3 Likes

See all activity

---

## Experience

   **Director of Product Management**
BGI Genomics
May 2019 – Present · 4 mos
San Jose, California






Reactivate
Premium for Free

May 2016 – Apr 2019 · 3 yrs
Richmond, California

Developed and technical transferred workflow for targeted exoRNA sequencing for pancreatic cancer and lung cancer prognostics: development, clinical validation and technical transfer of the workflow for exosome isolation, exoRNA purification and microRNA sequencing/data analysis for cancer and lung cancer prognostics.... See more

### Sales and Marketing Director
Quintara Biosciences
Mar 2015 – Apr 2016 · 1 yr 2 mos
San Francisco Bay Area, Boston, Denver

Develop and manage marketing/sales operations, implement strategic marketing/sales plans

Develop and manage products, implement positioning, pricing and branding strategy in expanding profit margin and market share... See more

Promoted




**Attorney O&G Experts**
Energy Sector Expertise For Upstream, Midstream, And Downstream. Read More.

**Online LL.M. Taxation**
Complete the on program in as little year. J.D. requir

Learn more        Learn more

### Product Marketing Manager
Molecular Cloning Laboratories (MCLAB)
Mar 2013 – Feb 2015 · 2 yrs
South San Francisco

• Product managing NGS, real time PCR and molecular cloning reagents/services

• Formulate and execute long term strategy to enhance brand image and expand brand reach ... See more

### BioChain Institute, Inc.
1 yr 11 mos

**Product Manager**
Oct 2011 – Feb 2013 · 1 yr 5 mos
Newark, CA

• Gather and prioritize product and customer requirements
• Define the product vision, analyze the market
• Convert market needs into a prioritized product development road map
• Provided marketing strategy to launch new products and manage products through th... See more

**Application Scientist/Tech Support Specialist**
Jul 2011 – Dec 2012 · 1 yr 6 mos
Newark, CA

• Interface with customers to answer technical, product-related questions, providing solutions for technical issues



  

 Q Search

🏠 👥 🗂 🔲 🔔 ◯ ⠿ Reactivate
Premium for Free

Show 1 more role ⌄

Show 5 more experiences ⌄

## Education

**Indiana University School of Medicine**
Ph. D., Biochemistry and Molecular Biology
1997 – 2003
Activities and Societies: Genetics Society of America

Dissertation Title: Translation Control in Fission Yeast During Diverse Stress Conditions

**Chinese Academy of Sciences**
Master, Biochemistry
1994 – 1997

Research on expression level and re-folding efficiency of recombinant Chymosin produced in E. coli

**Shandong University**
Bachelor, Biochemistry
1990 – 1994

Thesis title: Purification of tomato mRNA and synthesis of ACC cDNA by reverse-transcription

Show 1 more education ⌄













# EXHIBIT I

in Q Search

Reactivate
Premium for Free

Attorney O&G Experts - Energy Sector Expertise For Upstream, Midstream, And Downstream. Read More. Ad ···



Message  More...

## Yuhan Zhang · 3rd

BGI Group - Business Development Associate

San Francisco Bay Area · 246 connections · Contact info

 BGI Group

 University of Wisconsin-Madison

Minyao, stay on top of what's going on in le
innovation

ZERØ

Minyao, keep up with the latest insic
from ZERØ

Follow

People Also Viewed

Noelle Huskins · 3rd
Director of Strategy and Busines:
Development at BGI-Shenzhen

Charng-Jiun Yu · 3rd
Economist Intern at Amazon

Danping (Mia) Guo · 3rd
Program Manager, Azure IoT, Mi

Adrienne Pohrte · 3rd
Technical Manager at Tate & Lyle

Courtney Fairfield · 3rd
Accounting Assistant at Ohio Un

## About

Driven BD in biotech filed with experience working with research partners and startups. Also worked as a research assistant to conduct the quantitive analysis. Skilled with R, Python, Tableau, SQL. Actively look for consulting, business analysis, data scientist and business development role!

## Experience

 **BGI Group**
2 yrs 2 mos

**Business Development Associate**
Feb 2019 – Present · 7 mos
San Jose, CA

- Identified new business opportunities, reached out to potential partners and managed existed relationship through email campaign, framed contracts and MoU
- Managed projects and partnership through Salesforce
- Organized and supported marketing events in North and South America to promote the brand and publicity

**Business Development Associate**
Jul 2017 – Present · 2 yrs 2 mos
Seattle, Washington

External Research Partners
- Took the lead of more than 3 research projects and developed 2 new partners in the first year
- Conducted more than 5 market research, identified new business opportunities, worked with product manager on designing new Direct-To-Consumer product... See more

**University of Wisconsin-Madison**
2 yrs 11 mos

**Graduate Research Assistant**
Jan 2017 – Present · 2 yrs 8 mos
Madison, Wisconsin Area

Effect of EU's Biomass policy on US wood pellet market
- Proposed and a refined data field with trending analysis
- Collected and quantified EU's policy on renewable energy, dug into trading data using Python
- Interpreted quantitative results using a dynamic model and visualization tool... See more

**Catering**
Oct 2016 – Feb 2017 · 5 mos
Madison, Wisconsin Area

  

Reactivate
Premium for Free

Jun 2015 – Jul 2015 · 2 mos
Qingdao

- Monitored and analyzed the change of the stock price
- Gained insight into the securities industry, business scope, and customer demand
- Developed an understanding of the China mainland finance, legal system, and the financial markets operation... See more

**Strategy and Investment Intern**
Legend Holdings
Jun 2014 – Jul 2014 · 2 mos
Beijing & Qingdao, China

- Collected and analyzed annual trading data on international beverage industries, generated statistical research for market segments
- Collected and analyzed agricultural trade data and evaluated blackberry and avocado import business in Mexico, engaged in the business strategy establishment... See more

## Education

**University of Wisconsin-Madison**
Master of Arts - MA, Agricultural and applied economics
2015 – 2017

**Purdue University**
Bachelor of Science (B.S.), Agribusiness, 3.92/4.0
2013 – 2015
Activities and Societies: Agribusiness Club

**China Agricultural University**
Bachelor of Science, Public Administration, Ranking top 10%
2011 – 2013
Activities and Societies: Member of English Debate Team, Member of Orchestra of University, Member of Right and Benefit Department of Student Union

## Licenses & Certifications

**Databases and SQL for Data Science**
IBM
Issued Jan 2019 · No Expiration Date

See credential

**Introduction to Neuroeconomics: How the Brain Makes Decisions**
Coursera
Issued Mar 2018 · No Expiration Date
Credential ID 24VDDTRK9C4F

See credential

**First Step Korean**
Yonsei University
Issued Jan 2016 · No Expiration Date
Credential ID GCJ8C3RBGDKP

See credential

## Volunteer Experience

**Student volunteer**
Chinese Red Cross Foundation
Aug 2010 · 1 mo
Children

 

Purdue University
Feb 2015 · 1 mo
Social Services

Help local food bank prepare and distribute food to homeless people.

**Voluntary exam organizer**
IELTS Official
Feb 2012 – Jun 2012 · 5 mos





EXHIBIT J



# RECOMMENDED PRODUCTS



(https://mgiamericas.com/product/r-rna-depletion-kit-32rxn/)



(https://mgiamericas.com/product/srna-mirna-small-library-prep-kit-24rxn/)

## MGIEasy rRNA Depletion Kit (32RXN)
### (https://mgiamericas.com/product/r-rna-depletion-kit-32rxn/)

**Login to see prices (https://mgiamericas.com/my-account/)**

## MGIEasy Small RNA Library Prep Kit (24RXN)
### (https://mgiamericas.com/product/srn-mirna-small-library-prep-kit-24rxn/)

**Login to see prices (https://mgiamericas.com/my-account/)**



(https://mgiamericas.com/product/wgbs-library-prep-kit-16rxn/)



(https://mgiamericas.com/product/rna-library-prep-kit-32rxn/)

## MGIEasy WGBS Library Prep Kit (16RXN)
### (https://mgiamericas.com/product/wgbs-library-prep-kit-16rxn/)

**Login to see prices (https://mgiamericas.com/my-account/)**

## Private: MGIEasy RNA Library Prep Kit (32 RXN)
### (https://mgiamericas.com/product/rna-library-prep-kit-32rxn/)

**Login to see prices (https://mgiamericas.com/my-account/)**



(https://mgiamericas.com/product/dir-rna-library-
pre-set-32rxn/)

**Private: MGIEasy RNA Directional
Library Prep Kit (32 RXN )
(https://mgiamericas.com/product/dir-
rna-library-pre-set-32rxn/)**

**Login to see prices
(https://mgiamericas.com/my-account/)**

# ABOUT MGI

MGI Americas is a member of the BGI Group of companies, one of the world's largest genomics organizations. As the leading manufacturer and developer of BGI's proprietary NGS instrumentation, the global MGI organization provides comprehensive products and services for fully-automated, real-time, whole picture and lifelong genetic analysis in life science research. With the mission to develop and commercialize advanced life science tools for future healthcare, we are devoted to bringing innovative equipment and solutions to our customers and advancing precision medicine, agriculture and healthcare around the world.

READ MORE (HTTP://EN.MGITECH.CN/)

## About Us

MGI (https://mgiamericas.com)
Contact Us (https://mgiamericas.com/contact)
Company news (http://en.mgitech.cn/nav/26.html)

## Products

Consumables (https://mgiamericas.com/shop)
Download (https://mgiamericas.com/shop)

Service:
# 1-888-811-9644

## Follow Us

in (https://www.linkedin.com/in/bgiintl/detail/recent-activity/shares/)

MGI all rights reserved

# EXHIBIT K

in   Q Search      ⌂   👥   💼   🗐   🔔   ○   ⦂⦂⦂   Reactivate Premium for Free

Attorney O&G Experts - Energy Sector Expertise For Upstream, Midstream, And Downstream. Read More.   Ad   ⋯



Message | More...

## Abigail Frank · 3rd

Field Service Engineer at MGI Americas

San Francisco Bay Area · 366 connections · Contact info

🖵 MGI

🎓 University of Pennsylvania, School of Engineering and...

Promoted



**Attorney O&G Experts**
Energy Sector Expertise For Upstrea
Midstream, And Downstream. Read
More.



**LL.M. in Tax Online**
Earn your LL.M. in Tax online now fro
The University of Alabama.



**Online LL.M. in Taxation**
Complete the online program in as
little as one year. J.D. required.

People Also Viewed

**Lea Brianas** · 3rd
Senior Executive Assistant, Busin
Department at Community
Consolidated School District 15

**Jacqueline Laurel** · 3rd
UCSF Frankel Lab Intern

**John Whittaker** · 3rd
Automation Engineer at Invitae

**Ana Agüero** · 3rd
Spanish Instructor at Mount Sair
College

---

## Experience



### Field Service Engineer

MGI

2019 – Present · less than a year

Americas

- Service NGS instruments and lab automated workstations at Complete Genomics in San Jose, as well as external customers throughout North and South America



### Automation Engineer

Invitae

2018 · less than a year

San Francisco Bay Area

- Maintained and troubleshot laboratory equipment, including automated systems, DNA sequencers and liquid handlers
- Built image capturing robots for Accessioning team to make blood and sample logging more efficient... See more

### Field Services Engineer II

Thermo Fisher Scientific

2015 – 2017 · 2 yrs

San Francisco, California

- Performed training, maintenance and qualification (IQ/OQ/PQ) services on Applied Biosystems™ instruments
- Managed 100+ instruments used for forensic, pharmaceutical, research and clinical purposes across California and Nevada... See more

### Assistant Teacher

Temple Emanuel Early Childhood Center

2012 – 2015 · 3 yrs

Kensington, MD

- Assisted in the teaching of preschool students ages 2-5

### Global Biomedical Service Program Participant

University of Pennsylvania

May 2014 – Jun 2014 · 2 mos

Hong Kong and Guangdong Province, China

The Global Biomedical Service (GBS) program seeks to provide students with the opportunity to have hands on technical and cultural experience abroad. I traveled to Guangzhou to make ortheses for children with neuromusculoskeletal disorders and Shaoguan to make protheses for adults with below-the-knee amputations. Alongside biomedical engineering students from Hong K... See more





Reactivate
Premium for Free

Viewers: 15,115

## Education

See more courses

### University of Pennsylvania, School of Engineering and Applied Science
Bachelor's Degree, Bioengineering
2011 – 2015
Activities and Societies: University of Pennsylvania Club Field Hockey; President (2013); Games and
Events Coordinator (2012); Tour Guide; Kite & Key Society, Participant; Global Biomedical Services,
Jewish Life Liason (Intern); Jewish Rennissance Project; University of Pennsylvania Hillel

### Bethesda Chevy Chase High School
High School
2007 – 2011
Activities and Societies: Secretary, National Honors Society; Secretary, Spanish Honors Society;
Varsity Field Hockey; Varsity Lacrosse; Wind Ensemble; Pep Band

## Volunteer Experience

### Bioengineer
Global Biomedical Service Program, University of Pennsylvania
May 2014 – Jun 2014 • 2 mos
Health

The Global Biomedical Service (GBS) program seeks to provide students with the opportunity to
have hands on technical and cultural experience abroad. I traveled to Guangzhou to make ortheses
for children with neuromusculoskeletal disorders and Shaoguan to make protheses for adults with
below-the-knee amputations. Alongside biomedical engineering students from Hong Kong
Polytechnic University, GBS allowed me the chance to apply technical skills in a clinical setting.





 
  

EXHIBIT L





(https://mgiamericas.com/product/mgieasy-dna-adapters-96-plate-kit/)
(https://mgiamericas.com/product/mgieasy-dna-adapters-96-plate-kit/)

**(https://mgiamericas.com/product/mgieasy-dna-adapters-96-plate-kit/)**

**MGIEasy DNA Adapters-96 (Plate) Kit (https://mgiamericas.com/product/mgieasy-dna-adapters-96-plate-kit/)**

**Login to see prices (https://mgiamericas.com/my-account/)**



(https://mgiamericas.com/product/mgieasy-rna-directional-library-prep-kit-16-rxn/)
(https://mgiamericas.com/product/mgieasy-rna-directional-library-prep-kit-16-rxn/)

**(https://mgiamericas.com/product/mgieasy-rna-directional-library-prep-kit-16-rxn/)**

**MGIEasy RNA Directional Library Prep Kit (16 RXN)**

**(https://mgiamericas.com/product/mgieasy-rna-directional-library-prep-kit-16-rxn/)**

**Login to see prices (https://mgiamericas.com/my-account/)**



(https://mgiamericas.com/product/mgieasy-rna-
directional-library-prep-kit-96-rxn/)
(https://mgiamericas.com/product/mgieasy-rna-
directional-library-prep-kit-96-rxn/)

**(https://mgiamericas.com/product/mgieasy-
rna-directional-library-prep-kit-96-rxn/)**

**MGIEasy RNA Directional Library
Prep Kit (96 RXN)**

**(https://mgiamericas.com/product/mgieasy-
rna-directional-library-prep-kit-96-rxn/)**

**Login to see prices
(https://mgiamericas.com/my-account/)**



(https://mgiamericas.com/product/mgieasy-rna-
library-prep-kit-16-rxn/)
(https://mgiamericas.com/product/mgieasy-rna-
library-prep-kit-16-rxn/)

**(https://mgiamericas.com/product/mgiea
rna-library-prep-kit-16-rxn/)**

**MGIEasy RNA Library Prep Kit (1
RXN)**

**(https://mgiamericas.com/product/mgiea
rna-library-prep-kit-16-rxn/)**

**Login to see prices
(https://mgiamericas.com/my-account/)**



(https://mgiamericas.com/product/mgieasy-rna-
library-prep-kit-96-rxn/)
(https://mgiamericas.com/product/mgieasy-rna-
library-prep-kit-96-rxn/)



(https://mgiamericas.com/product/r-rna-depletion-
kit-32rxn/)
(https://mgiamericas.com/product/r-rna-depletion-
kit-32rxn/)

(https://mgiamericas.com/product/mgieasy-rna-library-prep-kit-96-rxn/)

**MGIEasy RNA Library Prep Kit (96 RXN)**

(https://mgiamericas.com/product/mgieasy-rna-library-prep-kit-96-rxn/)

Login to see prices
(https://mgiamericas.com/my-account/)

(https://mgiamericas.com/product/r-rna-depletion-kit-32rxn/)

**MGIEasy rRNA Depletion Kit (32RXN)**

(https://mgiamericas.com/product/r-rna-depletion-kit-32rxn/)

Login to see prices
(https://mgiamericas.com/my-account/)



(https://mgiamericas.com/product/mgieasy-rrna-depletion-kit-96rxn/)
(https://mgiamericas.com/product/mgieasy-rrna-depletion-kit-96rxn/)

**MGIEasy rRNA Depletion Kit (96RXN)**
(https://mgiamericas.com/product/mgieasy-rrna-depletion-kit-96rxn/)

Login to see prices
(https://mgiamericas.com/my-account/)

(https://mgiamericas.com/product/srna-mirna-small-library-prep-kit-24rxn/)
(https://mgiamericas.com/product/srna-mirna-small-library-prep-kit-24rxn/)

(https://mgiamericas.com/product/srna-mirna-small-library-prep-kit-24rxn/)

**MGIEasy Small RNA Library Prep Kit (24RXN)**
(https://mgiamericas.com/product/srna-mirna-small-library-prep-kit-24rxn/)

Login to see prices
(https://mgiamericas.com/my-account/)



(https://mgiamericas.com/product/wgbs-library-
prep-kit-16rxn/)
(https://mgiamericas.com/product/wgbs-library-
prep-kit-16rxn/)

**(https://mgiamericas.com/product/wgbs-
library-prep-kit-16rxn/)**

**MGIEasy WGBS Library Prep Kit
(16RXN)**

**(https://mgiamericas.com/product/wgbs-
library-prep-kit-16rxn/)**

**Login to see prices
(https://mgiamericas.com/my-account/)**



(https://mgiamericas.com/product/dna-seq-lib-
prep-system-mgisp-100rs/)
(https://mgiamericas.com/product/dna-seq-lib-
prep-system-mgisp-100rs/)

**(https://mgiamericas.com/product/dna-
seq-lib-prep-system-mgisp-100rs/)**

**NGS Library Preparation System
MGISP-100RS**

**(https://mgiamericas.com/product/dna-
seq-lib-prep-system-mgisp-100rs/)**

**Login to see prices
(https://mgiamericas.com/my-account/)**



(https://mgiamericas.com/product/high-throughput-
automated-sample-preparation-system-mgisp-
960rs/)
(https://mgiamericas.com/product/high-throughput-
automated-sample-preparation-system-mgisp-
960rs/)



**(https://mgiamericas.com/product/high-throughput-automated-sample-preparation-system-mgisp-960rs/)**

**High-throughput Sample Prep System MGISP-960RS (https://mgiamericas.com/product/high-throughput-automated-sample-preparation-system-mgisp-960rs/)**

**Login to see prices (https://mgiamericas.com/my-account/)**

About Us

MGI (https://mgiamericas.com)
Contact Us (https://mgiamericas.com/contact)
Company news (http://en.mgitech.cn/nav/26.html)

Products

Consumables (https://mgiamericas.com/shop)
Download (https://mgiamericas.com/shop)

Service:
# 1-888-811-9644

Follow Us

(https://www.linkedin.com/in/bgiintl/detail/recent-activity/shares/)

MGI all rights reserved

# EXHIBIT M



(https://www.bgi.com/us/)


# News

**06/17/2017**

# BGI Announces Global Innovation Center on West Coast

Quick Contact





BGI, a leading global genomics organization, announced plans to create a West Coast Innovation Center to develop technologies and collaborative projects in life science, global health and related fields.

The BGI Global Innovation Center will be co-located in Seattle, Wash. and San Jose, Calif. to build an ecosystem of innovation in the two high-technology clusters and promote cross-sector collaboration.

Genomics are driving the most important discoveries of our time, delivering life-saving solutions across the globe. This includes securing our food sources, the preservation of biodiversity in the face of climate change, stemming the spread of devastating pandemics and revolutionizing cures for cancer.

Dr. Jian Wang, a pioneer in genomic science, co-founder and president of BGI, visited the West Coast to launch the center, while joining 130 of the world's top business and technology leaders at the Microsoft CEO Summit. Wang also met with Washington Governor Jay Inslee, University of Washington President Ana Mari Cauce and UW Medicine CEO Paul Ramsey and Dr. Linda Buck, Nobel Laureate and researcher at Fred Hutchinson Cancer Research Center.

"The Center demonstrates BGI's commitment to international collaboration and to aligning interests and partners to drive innovation," said Wang, adding that BGI intended to support a number of research initiatives, such as precision medicine and population health efforts at the University of Washington.

"With the partnership between UW Medicine and BGI, more innovations in research, education and healthcare will be developed between Seattle and Shenzhen to benefit the health of people worldwide," Wang stated.

## Share with your community

(//twitter.com/share?
url=https://www.bgi.com/us/company/news/bgi-
announces-global-innovation-center-west-
coast/&text=BGI Announces Global Innovation
Center on West Coast&via=BGI_Genomics)

(//www.facebook.com/sharer.php?
u=https://www.bgi.com/us/company/news/bgi-
announces-global-innovation-center-west-
coast/)

(//www.linkedin.com/shareArticle?
mini=true&url=https://www.bgi.com/us/company/news/bgi-
announces-global-innovation-center-west-coast/)

**Quick Contact**

## Latest news

**05/31/2019**

BGI Announces Mass Spectrometry Services from new Mass Spec Center in San Jose (https://www.bgi.com/us/company/news/bgi-announces-mass-spectrometry-services-from-new-mass-spec-center-in-san-jose/)

**04/03/2019**

**BGI**

AiLife Diagnostics and BGI Americas Partner to Provide Clinical WGS Solution (https://www.bgi.com/us/company/news/ailife-diagnostics-bgi-americas-partner-provide-

Don't hesitate to contact us to request a quote or to talk more about your requirements and how we can support your needs.

04/01/2019

**TELL US ABOUT YOUR PROJECT(HTTPS://WWW.BGI.COM/US/COMPANY/CONTACT-US/#SS)**

BGI Americas Launches Oseq™ Hereditary Cancer Panel for Global Drug Trials (https://www.bgi.com/us/company/news/bgi-americas-launches-oseq-hereditary-cancer-panel-global-drug-trials/)

Call us on 1-617-500-2741 (Cambridge, MA, US) (+852) 36103510 (Hong Kong)

    

03/14/2019

Researchers from the Chinese University of Hong Kong, BGI Genomics and others report the first high-quality chromosome-scale reference genome for wild soybean (https://www.bgi.com/us/company/news/researchers-chinese-university-hong-kong-bgi-genomics-others-report-first-high-quality-chromosome-scale-reference-genome-wild-soybean/)

One Broadway, 14th Floor Cambridge, MA 02142 USA

info@bgi.com (mailto:info@bgi.com)

**Quick Contact**

SUBSCRIBE TO OUR NEWSLETTER

Email address                          **SIGN UP**

(https://twitter.com/BGI (https://www.facebook.com/BGI (https://www.linkedin.com/company-Internationa/) 322008769) 08824076/? business_id=581069011999117)

Copyright© BGI 2019. This website contains information on products which is targeted to a wide range of audiences and could contain product details or information otherwise not accessible or valid in your country. Please be aware that we do not take any responsibility for accessing such information which may not comply with any legal process, regulation, registration or usage in the country of your origin.

# EXHIBIT N

**BGI**

(https://www.bgi.com/us/)

myBGI   (https://www.bgi.com/my[

# News

**05/31/2019**

# BGI Announces Mass Spectrometry Services from new Mass Spec Center in San Jose

**BGI Americas Opens Mass Spectrometry Center in California**

*Mass spec services for proteomics research and biologic drug characterization complement BGI genomics services*

Quick Contact

San Jose, Calif., (May 31, 2019) — BGI Americas, a leading genomic services company, announced today at the American Society of Mass Spectrometry conference (ASMS) that it has opened a state-of-the-art Mass Spectrometry Center at its research facility in San Jose, California. The new center gives BGI customers a resource for a range of mass spectrometry services for proteomics and drug characterization and offers synergies with genomics data analysis.

BGI, headquartered in Shenzhen, China, has a strong track record in the business of providing analytical services, including mass spectrometry, to a global customer base. The new San Jose-based Mass Spectrometry Center extends that expertise to North American customers in pharmaceutical drug development, basic life science research

and translational medicine. The new Mass Spectrometry Center investment signifies a global extension of multi-omics solutions for the scientific community. Additional mass spectrometry services will become available throughout the year.

BGI co-founder and chief mass spectrometry scientist, Dr. Siqi Liu, described BGI's most recent push as an opportunity to stand at the forefront of proteomics by allowing researchers to integrate sequencing and mass spectrometry data to explore the basic chemical codes that underpin all biology. Dr. Charles Bao, general manager of BGI Americas adds, "Our operations based in San Jose can better address the demand from our North American customers and leverages existing BGI know-how in mass spectrometry."

"The experienced Mass Spec team at BGI has been very helpful with advice for my projects and has generated great data in a short time," says BGI customer Lei Wang, professor at The University of California, San Francisco. Dr. Wang adds, "They have proven to be an important resource for our projects, and we are looking forward to more collaborations in the near future."

In addition to proteomics, the San Jose Mass Spectrometry Center will provide specialized expertise in state-of-the-art biologics characterization, including first-in-class support for non-denaturing mass spectrometry or "native MS" analysis of biomolecules. The commercially available native MS services at BGI are supported by an experienced San Jose-based scientific team that includes laboratory director Dr. Guanghui Han and product manager Dr. Aaron Bailey, who share a history of successful collaboration while previously employed at Genentech and Thermo Fisher, respectively.

**About BGI Americas**

BGI Americas (https://www.bgi.com/us/) is a subsidiary of BGI Genomics, which is a publicly traded entity listed on the Shenzhen Stock Exchange in China. BGI Americas provides comprehensive sequencing, mass spectrometry and bioinformatics services for basic and translational research as well as pharmaceutical drug development in North, Central and South America. The company helps customers achieve their research goals by delivering rapid, high-quality results using a broad array of cost-

effective, cutting-edge technologies, including BGI's innovative DNBseq™ sequencing technology. BGI's global customers benefit from a vast scientific expertise and massive sequencing capacity in state-of-the-art service laboratories, including a CAP/CLIA laboratory in Hong Kong. For more information, visit https://www.bgi.com/us/ (https://www.bgi.com/us/)

**Press Contact**

Aaron O. Bailey, Ph.D.

Product Manager, Mass Spectrometry Services

aaron.bailey@bgi.com (mailto:aaron.bailey@bgi.com)

760-608-9162

Quick Contact

Share with your community

(//twitter.com/share?
url=https://www.bgi.com/us/company/news/bgi-
announces-mass-spectrometry-services-from-
new-mass-spec-center-in-san-jose/&text=BGI
Announces Mass Spectrometry Services from new
Mass Spec Center in San
Jose&via=BGI_Genomics)

(//www.facebook.com/share.php?
u=https://www.bgi.com/us/company/news/bgi-
announces-mass-spectrometry-services-from-new-mass-
spec-center-in-san-jose/)

(//www.linkedin.com/shareArticle?
mini=true&url=https://www.bgi.com/us/company/news/bgi-
announces-mass-spectrometry-services-from-new-mass-
spec-center-in-san-jose/)

## Latest news

**05/31/2019**

BGI Announces Mass Spectrometry Services from new Mass Spec Center in San Jose (https://www.bgi.com/us/company/news/bgi-

**BGI**

announces-mass-spectrometry-services-
from-new-mass-spec-center-in-san-jose/)
(https://www.bgi.com/us/)

myBGI ☐(https://www.bgi.com/myl

**04/03/2019**

AiLife Diagnostics and BGI Americas Partner
to Provide Clinical WGS Solution
(https://www.bgi.com/us/company/news/ailife-
diagnostics-bgi-americas-partner-provide-
clinical-wgs-solution/)

Don't hesitate to contact us to request a quote or to talk more
about your requirements and how we can support your needs.

**04/01/2019**

BGI Americas launches OseqTM (Hereditary)
Cancer Panel for Global Drug Trials
(https://www.bgi.com/us/company/news/bgi-
americas-launches-oseq-hereditary-
cancer-panel-global-drug-trials/)

TELL US ABOUT YOUR PROJECT (HTTPS://WWW.BGI.COM/US/COMPANY/CONTACT-US/#SS)

Call us on
+1- 617-500-2741 (Cambridge, MA, US)
(+852) 36103510 (Hong Kong)

Quick Contact

**03/14/2019**

   

Researchers from the Chinese University of
Hong Kong, BGI Genomics and others
report the first high-quality chromosome-
scale reference genome for wild soybean
(https://www.bgi.com/us/company/news/researchers-
chinese-university-hong-kong-bgi-
genomics-others-report-first-high-quality-
chromosome-scale-reference-genome-
wild-soybean/)

One Broadway, 14th Floor,
Cambridge, MA

info@bgi.com (mailto:info@bgi.com)

**SUBSCRIBE TO OUR NEWSLETTER**

Email address

**SIGN UP**

(https://twitter.c/shu/BGUe//in/nedianc/na.bioed.edm.r/BGJ/company-
International/32508759)08824076/?
business_id=581069011999117)

Copyright© BGI 2019. This website contains information on products which is targeted to a wide range of audiences and could contain product details or
information otherwise not accessible or valid in your country. Please be aware that we do not take any responsibility for accessing such information

which may not comply with any legal process, regulation, registration or usage in the country of your origin.

**BGI**

(https://www.bgi.com/us/)

**Quick Contact**

# EXHIBIT O



# State of California
## Secretary of State

### Statement of Information
(Foreign Corporation)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

F

## G511449
# FILED
In the office of the Secretary of State
of the State of California

## MAR-20 2019

| 1. CORPORATE NAME |
|---|
| COMPLETE GENOMICS, INC. |

| 2. CALIFORNIA CORPORATE NUMBER | C2788617 | This Space for Filing Use Only |
|---|---|---|

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 2904 ORCHARD PARKWAY, SAN JOSE, CA 95134 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | | |
| 6. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ XUN XU | 2904 ORCHARD PARKWAY, SAN JOSE, CA 95134 | | | |
| 8. SECRETARY AVANINDRA CHATURVEDI | 2904 ORCHARD PARKWAY, SAN JOSE, CA 95134 | | | |
| 9. CHIEF FINANCIAL OFFICER/ AVANINDRA CHATURVEDI | 2904 ORCHARD PARKWAY, SAN JOSE, CA 95134 | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

| 10. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| C T CORPORATION SYSTEM |

| 11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|

**Type of Business**

| 12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| DEVELOP NEXT GEN SEQUENCING |

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 03/20/2019 | KELLY LETTMANN | POWER OF ATTORNEY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-350 (REV 01/2013) | APPROVED BY SECRETARY OF STATE |
|---|---|

# EXHIBIT P

8-659482


**Secretary of State**
**Statement of Information**
(California Stock, Agricultural
Cooperative and Foreign Corporations)

**SI-550**

150

**FILED**
Secretary of State
State of California

**OCT 1 1 2018**

**IMPORTANT — Read instructions before completing this form.**

**Fees (Filing plus Disclosure) – $25.00;**

**Copy Fees – First page $1.00; each attachment page $0.50;**
**Certification Fee - $5.00 plus copy fees**

1. **Corporation Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

MGI Americas Inc

*This Space For Office Use Only*

2. **7-Digit Secretary of State File Number**

C4200199

3. **Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Executive Office - Do not list a P.O. Box<br>2904 Orchard Parkway | San Jose | CA | 95134 |
| b. Mailing Address of Corporation, if different than Item 3a | City (no abbreviations) | State | Zip Code |
| c. Street Address of Principal California Office, if any and if different than Item 3a - Do not list a P.O. Box | City (no abbreviations) | State<br>CA | Zip Code |

4. **Officers**    The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| | First Name | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|---|
| a. Chief Executive Officer/<br>Duncan | | | Yu | | | |
| Address<br>2904 Orchard Parkway | | | City (no abbreviations)<br>San Jose | State<br>CA | Zip Code<br>95134 | |
| b. Secretary<br>Avanindra | First Name | Middle Name | Last Name<br>Chaturvedi | | | Suffix |
| Address<br>26885 Chaucer PL | | | City (no abbreviations)<br>Stevenson Ranch | State<br>CA | Zip Code<br>91381 | |
| c. Chief Financial Officer/<br>Avanindra | First Name | Middle Name | Last Name<br>Chaturvedi | | | Suffix |
| Address<br>26885 Chaucer PL | | | City (no abbreviations)<br>Stevenson Ranch | State<br>CA | Zip Code<br>91381 | |

5. **Director(s)**    California Stock and Agricultural Cooperative Corporations ONLY: Item 5a: At least one name **and** address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| | First Name | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|---|
| a. First Name<br>Radoje | | | Drmanac | | | |
| Address<br>27635 Red Rock Road | | | City (no abbreviations)<br>Los Altos Hills | State<br>CA | Zip Code<br>94022 | |
| b. Number of Vacancies on the Board of Directors, if any | 0 | | | | | |

6. **Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL – Complete Items 6a and 6b only**   Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|---|
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | | City (no abbreviations) | | State<br>CA | Zip Code | |

**CORPORATION – Complete Item 6c only. Only include the name of the registered agent Corporation.**

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| C T Corporation System     (C0168406) |

7. **Type of Business**

Describe the type of business or services of the Corporation
Sell sequencing equipment and related reagents

8. **The information contained herein, including in any attachments, is true and correct.**

| 10/3/2018 | Deborah Jacobs | Sr Mgr Acctg | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-550 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

201 - 5/23/2017 Wolters Kluwer Online

EXHIBIT Q



## Service Description

Proteomics data are increasingly combined with genomics information in multi-omics studies to enhance basic research and drug development projects. BGI is a pioneer in the field of multi-omics and offers advanced proteomics and bioinformatics solutions to support our client's research [1,2].

Our service laboratory in San Jose, CA is staffed by scientists with extensive experience in liquid chromatography and mass spectrometry-based analytical methods. Our state-of-the-art facility supports a broad range of protein research applications.



## Profiling Global Protein Expression

BGI provides innovative LC-MS-based services for profiling proteins and post-translational modifications (PTMs). We can accommodate a broad variety of sample types and experimental scale.

Our services are designed to simplify the challenge of measuring changes in protein expression and chemical modifications. BGI can provide workflow customization and consultation services to address unique project requirements. Turnaround time is approximately 4 weeks for our services.



## Proteome Profiling

Proteome Profiling is a cost effective, high value solution for monitoring hundreds-to-thousands of proteins simultaneously. Our HPLC-UV sample fractionation services are highly recommended for complex sample types to maximize protein sequence coverage and detection dynamic range[3].

We perform sample digestion using sequencing-grade trypsin or alternative proteolytic method. Trypsin-digested peptide samples are analyzed using nano-flow LC-MS/MS[4].



## PTM Profiling

Our PTM Profiling service utilizes multiple protease digests run independently to provide high sequence coverage of detected proteins which is critical for confident PTM site identifications[5].



## Phospho Enrichment Profiling

Phosphorylated peptides are enriched using titanium dioxide. For deep phopho-proteome analysis, off-line fractionation is highly recommended[6]. We provide a full data report detailing detected protein IDs, peptide-localized PTM assignments, and Peptide Spectrum Match (PSM) counts.



## Mass Spectrometry Service Specification

· Proteome and PTM Profiling services are performed using nano-flow liquid chromatography and high resolution Orbitrap mass spectrometry
· Customized services available

## Sample Preparation and Services

· Digestion performed using sequencing-grade trypsin
· Off-line sample fractionation using UHPLC-UV technology
· Each fraction analyzed using 180 min nano-flow LC-MS/MS using a Q Exactive HF-X Orbitrap mass spectrometer
· Protein Peptide Spectral Match (PSM) data utilized for constructing proteomic profile

## Mass Spec Services Quality Standard

- Summary including all methods and data analysis
- Reports provided in Excel or PDF format, RAW files available upon request

## Turn Around Time

- Typical 20 working days from sample QC acceptance to data report delivery

## Sample Requirements

We accept protein samples in a variety of formats. For maximum proteome coverage complex samples can be extensively fractionated off-line using our UHPLC-UV platform.

| Sample type | Amount and Concentration | | Minimum sample volume |
|---|---|---|---|
| Protein sample in liquid solution or in gel band/spot | Recommended | 100 µg for each enzyme; 2 µg/µL | 100 µL for each enzyme |
| | Minimum Required | 10 µg for each enzyme; 1 µg/µL | 10 µL for each enzyme |

## Data Analysis

- Data analysis and validation performed with SEQUEST or Mascot
- GO (Gene Ontology) category analysis
- COG (Cluster of Orthologous Groups of proteins) category analysis
- Pathway analysis
- DEPs (differentially expressed proteins) cluster analysis
- DEPs GO enrichment analysis
- DEPs pathway enrichment analysis

## References

[1] Xun Z, Shangbo X et al. Tissue-specific Proteogenomics Analysis of Plutella xylostella Larval Midgut Using a Multialgorithm Pipeline. Mol Cell Proteomics. 2016; 15(6): 1791-1807. doi: 10.1074/mcp.M115.050989.

[2] Zhen C, Bo W et al. Quantitative proteomics reveals the temperature-dependent proteins encoded by a series of cluster genes in thermoan-aerobacter tengcongensis. Mol Cell Proteomics. 2013; 12(8): 2266-2277. doi: 10.1074/mcp.M112.025817.

[3] Chandramouli K, Qian PY. Proteomics: challenges, techniques and possibilities to overcome biological sample complexity. Hum Genomics Proteomics. 2009 Dec 8;2009. pii: 239204. doi: 10.4061/2009/239204.

[4] Wong, J. W. H., & Cagney, G. (2009). An Overview of Label-Free Quantitation Methods in Proteomics by Mass Spectrometry. Proteome Bioinformatics, 273–283.doi:10.1007/978-1-60761-444-9_18.

[5] Giansanti P, Tsiatsiani L, Low TY, Heck AJ. Six alternative proteases for mass spectrometry-based proteomics beyond trypsin. Nat Protoc. 2016 May;11(5):993-1006. doi: 10.1038/nprot.2016.057.

[6] Salter AI, Ivey RG, Kennedy JJ, Voillet V, Rajan A, Alderman EJ, Voytovich UJ, Lin C, Sommermeyer D, Liu L, Whiteaker JR, Gottardo R, Paulovich AG, Riddell SR. Phosphoproteomic analysis of chimeric antigen receptor signaling reveals kinetic and quantitative differences that affect cell function. Sci Signal. 2018 Aug 21;11(544). pii: eaat6753. doi: 10.1126/scisignal.aat6753.

[7] Baldwin MA. Protein identification by mass spectrometry: issues to be considered. Mol Cell Proteomics. 2004 Jan;3(1):1-9. Epub 2003 Nov 6. Review. PubMed PMID: 14608001




## Request for Information or Quotation

Contact your BGI account representative for the most affordable rates in the industry and to discuss how we can meet your specific project requirements or for expert advice on experiment design, from sample to bioinformatics.

**info@bgi-international.com**
**www.bgi.com**

### International Head Office

**BGI Americas**
One Broadway,
Cambridge, MA 02142,
USA
Tel: 617 500-2741

**BGI Mass Spec Center**
2904 Orchard Parkway
San Jose,CA 95134
USA

  

( BGI Genomics ) ( BGI_Genomics ) ( BGIGenomics )

Copyright © 2019 BGI. The BGI logo is a trademark of BGI. All rights reserved.
All brand and product names are trademarks or registered trademarks of their respective holders.
Information, descriptions and specifications in this publication are subject to change without notice.
Published May 2019.
All Services and Solutions are for research use only.


We Sequence, You Discover

P/N BGIASO2_052019