1   **Pierce Bainbridge Beck Price & Hecht LLP**
2   Brian J. Dunne (SBN 275689)
    355 S. Grand Ave., 44th Floor
3   Los Angeles, California 90071
    Tel: (213) 262-9333
4   bdunne@piercebainbridge.com

5   **Pierce Bainbridge Beck Price & Hecht LLP**
    Theodore J. Folkman (*pro hac vice* pending)
6   One Liberty Square, 13th Flr.
    Boston, MA 02109
7   (617) 313-7401
    tfolkman@piercebainbridge.com
8
9   **Pierce Bainbridge Beck Price & Hecht LLP**
    Minyao Wang (*pro hac vice* pending)
10  277 Park Ave., 45th Floor
    New York, NY 10172
11  (212) 484-9866
    mwang@piercebainbridge.com
12
13  *Attorneys for Applicant Illumina Cambridge Ltd.*

**Weil, Gotshal & Manges LLP**
Edward R. Reines (SBN 135960)
edward.reines@weil.com
Derek C. Walter (SBN 246322)
derek.walter@weil.com
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

FILED

SEP 06 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

JSC

14
15              UNITED STATES DISTRICT COURT
16            NORTHERN DISTRICT OF CALIFORNIA
17  In re APPLICATION OF ILLUMINA    CV  Civ. No. 19  80  215 MISC
    CAMBRIDGE LTD. for issuance of
18  subpoenas under 28 U.S.C. § 1782   **DECLARATION OF ANDRI HESS IN**
                                        **SUPPORT OF APPLICATION OF**
19                                      **ILLUMINA CAMBRIDGE LTD. FOR**
                                        **LEAVE**
20                                      **TO SERVE SUBPOENAS**
21
22
23  I, Andri Hess, make the following declaration:
24      1.      I am an attorney admitted to practice law in Switzerland since 1998. I am
25  qualified to practice in all Swiss courts. I am a partner with the law firm of Homburger AG in
26  Zurich, Switzerland. I am also an elected associate judge at the Swiss Federal Patent Court.
27
28

                    **DECLARATION OF ANDRI HESS**

9835635

1    2.    I received two law degrees from the University of Zurich, in 1995 (lic. iur.) and

2    2000 (Dr. iur.) respectively.  I also completed in 2003 an LL.M. degree from the University of

3    Virginia.

4    3.    I am a member of my firm's Intellectual Property practice group and Dispute

5    Resolution team.  I have extensive experience in representing clients in patent and other

6    intellectual property related and technology focused litigation and arbitration proceedings in a

7    broad range of technical fields.

8    4.    I make this declaration in support of the application (the "Application") by

9    Illumina Cambridge Ltd. ("Illumina Cambridge") for an order pursuant to 28 U.S.C. § 1782

10   granting it leave to serve subpoenas on Complete Genomics, Inc. ("Complete Genomics"), BGI

11   Americas, Corp. ("BGI Americas"), and MGI Americas, Inc. ("MGI Americas" and collectively

12   with Complete Genomics and BGI Americas, "Respondents") to obtain discovery for use in a

13   patent infringement action commenced by Illumina Cambridge against Latvia MGI Tech SIA

14   ("Latvia MGI") in the Federal Patent Court in Switzerland (the "Swiss Infringement Action").

15   5.    In the Swiss Infringement Action, Illumina Cambridge asserts that Latvia MGI

16   infringes the Swiss parts of European Patent No. 1 530 578 B1 ("the '578 Patent") and European

17   Patent No. EP 1 828 412 B2 ("the '412 Patent") which are owned by Illumina Cambridge.

18   6.    I am the lead counsel for Illumina Cambridge in the Swiss Infringement Action.

19   **The Swiss Infringement Action**

20   7.    Illumina Cambridge commenced the Swiss Infringement Action on June 28, 2019.

21   Illumina Cambridge's statement of claim in the Swiss Infringement Action, which has been filed

22   in the English language, is attached hereto as **Exhibit A**.

23   8.    The proceedings in the Swiss Infringement Action are still at an early stage and

24   the Swiss Federal Patent Court has not issued any substantive rulings.

25   9.    Illumina Cambridge has asserted in the Swiss Infringement Action that Latvia

26   MGI infringes the Swiss parts of the '578 Patent and the '412 Patent by selling products and

27   performing processes that infringe.  Specifically, Illumina Cambridge asserts that certain DNA

28

---

**DECLARATION OF ANDRI HESS**

9885635

1    sequencing platforms and/or sequencing reagent kits offered and distributed by Latvia MGI

2    infringe independent claims 1, 12, 17, 25, and dependent claims 4, 6, 7, 9 of the '578 Patent.

3    Illumina Cambridge further asserts that these products infringe independent claims 1 and 15, and

4    dependent claims 2, 3, 4, 8, 9, 10, 12, 13 and 14 of the '412 Patent.

5         10.    The relief requested in the Swiss Infringement Action includes, among other

6    things, an injunction and an order directing Latvia MGI to pay financial compensation to

7    Illumina Cambridge.

8         11.    In the Swiss Infringement Action, the Federal Patent Court on August 22, 2019

9    invited Latvia MGI to submit its written statement of defense in response to Illumina

10   Cambridge's claim of infringement within a period of six weeks.  This time-limit only starts

11   running after the court order has been served on Latvia MGI in Latvia through the Hague

12   procedures.  Upon request of Latvia MGI, the six weeks time-limit can be extended by an

13   additional two weeks.

14        12.    If the defendant invokes in its statement of defense that the invoked patents are

15   invalid, the Federal Patent Court normally sets a deadline of four weeks for the claimant to

16   submit a partial reply limited to the issue of validity.  This deadline can be extended by two

17   additional weeks upon request of the claimant.

18        13.    The Federal Patent Court usually then summons the parties to a preparatory

19   hearing ("*Instruktionsverhandlung*"), which typically consists of two parts.  During the first and

20   formal part of the preparatory hearing, the court delegation, usually comprising a legally trained

21   and a technically trained judge, can discuss with the parties the issues in dispute, ask clarifying

22   questions about the submissions and advise on which particular issues the parties should further

23   expand their arguments in subsequent submissions.  During the second and more informal part of

24   the hearing, the court delegation may provide a preliminary and non-binding assessment of the

25   merits of the case and attempt to bring about a settlement between the parties.  If no settlement is

26   reached, the Federal Patent Court normally asks the claimant to submit a full reply to the

27   statement of defense and the defendant to submit a rejoinder.  Thereafter, the Judge-Rapporteur

28

---

**DECLARATION OF ANDRI HESS**

1   usually issues his or her technical opinion and the parties are invited to comment on the technical

2   opinion in written submissions.  Typically, the parties are then summoned to a final hearing.

3        14.    Illumina Cambridge has the right to freely allege new facts and adduce new

4   evidence up to the date on which its full reply brief is due in the Swiss Infringement Action.  At

5   the moment, I estimate that the full reply brief of Illumina Cambridge will become due not

6   before the second quarter of 2020.  After that point, new facts and new evidence are admissible

7   only if presented immediately and if either (i) they arose after the close of written submissions;

8   or (ii) they existed before the close of written submissions but could not have been submitted

9   earlier despite a party's reasonable diligence.

10       **Swiss Law on Discovery**

11       15.    Swiss civil procedure law requires the parties themselves to gather and submit

12  physical evidence.  There is generally no right to pre-trial discovery comparable to the discovery

13  available in the United States, and Swiss civil procedure law does not provide for the taking of

14  depositions.  Witnesses must be heard by the court itself.  Thus, as a general rule, the parties in a

15  Swiss litigation must make their cases with the documents and information they have available to

16  them.

17       16.    The parties are not obliged by Swiss law to disclose documents and materials to

18  their adversaries that are relevant to the issues in dispute.

19       17.    A party can petition a Swiss court to order the other party or a third party to

20  disclose certain specifically identified documents or electronic data in its possession.  However,

21  the court will grant such a request only if it decides that the specifically identified evidence is

22  necessary to establish legally relevant and disputed facts of the case.  If a party to a proceeding

23  refuses to produce the information after it has been served with a court order, the court cannot

24  compel compliance.  If a party refuses to produce the evidence without valid reasons, the Swiss

25  court takes this into account when appraising the evidence, but non-compliance does not trigger

26  any further sanctions.

27

28

---

**DECLARATION OF ANDRI HESS**

18. This procedure is of limited utility here because while Illumina Cambridge is highly confident that responsive documents exist, it has no way to identify them with the particularity that Swiss law would require.

19. In addition, Swiss courts have no jurisdiction to compel a non-party that resides outside of Switzerland to testify or produce information before a court in Switzerland. Therefore, non-Swiss resident witnesses who are officers of any of the Respondents would not be accessible through a Swiss court alone. Furthermore, information in the possession of the Respondents would not be accessible to Illumina Cambridge through a Swiss court alone.

20. Swiss courts are not restricted in respect of considering documentary and other evidence obtained in accordance with the lawful evidence taking procedures in foreign jurisdictions.

21. In my own practice, I have witnessed successful section 1782 proceedings in the United States in support of a patent action that was pending before the Swiss Federal Patent Court.

22. Therefore, any order by this Court for the production of discovery to be used in the Swiss Infringement Action would not constitute an affront to the dignity of the Swiss legal system.

**Swiss Law on Access to Court Records**

23. As set forth below, Illumina Cambridge will make every reasonable effort under Swiss law to keep the Respondents' information produced under the Application confidential in the Swiss Infringement Action.

24. The court files of the Swiss Federal Patent Court are not publicly available. Under Article 53 of the Swiss Code of Civil Procedure, only the court and the parties to the litigation are entitled to direct access to court files. Third parties have no rights to inspect court files. Indeed, under Article 53(2), even a party's right to inspect court files can be restricted to protect an overriding public or privacy interest. Moreover, Article 156 of the Swiss Code of

---

**DECLARATION OF ANDRI HESS**

1   Civil Procedure stipulates that the court shall take appropriate measures if the taking of evidence
2   infringes the legitimate interests (such as business secrets) of a party or a third party.

3       25.    The Federal Patent Court will issue a written judgment which will be served upon
4   the parties. Article 3(1) of the Information Regulations of the Federal Patent Court stipulates
5   that the Federal Patent Court shall publish its final decisions on the Internet ten days after
6   sending the same to the parties to the proceedings. The Federal Patent Court may also make its
7   decision publicly available in printed format. Article 3(3) of the Information Regulations further
8   stipulates that publication shall take place in a non-anonymized form, unless the protection of
9   private or public interests necessitates redaction. Where private interests (such as business
10  secrets) are implicated, the judgment shall be redacted if this is requested by a party and appears
11  to be justified. The Federal Patent Court may also decide of its own volition to redact parts of
12  the judgment.

13      26.    Cambridge Illumina will cooperate in requesting the Swiss court to redact the
14  appropriate portions of its written judgment to the extent that the judgment contains the
15  Respondents' confidential information produced through this Application.

16      I declare under penalty of perjury under the laws of the United States of America that the
17  foregoing is, to my best knowledge, true and correct.

18

19      Executed on the 4th day of September 2019, at Zurich, Switzerland.

20

21

22

23

24

25

26

27

28

---

**DECLARATION OF ANDRI HESS**

# EXHIBIT A



By registered mail
Federal Patent Court
P.O. Box
9023 St.Gallen

June 28, 2019
330186|10071916v7

**Statement of Claim**

Dear Mr. President
Ladies and Gentlemen

In the matter of

**Illumina Cambridge Limited**                                                    **Plaintiff**
Chesterford Research Park, Little Chesterford, Saffron Walden, Essex CB10 1XL, United
Kingdom

represented by Dr. Andri Hess, Attorney-at-Law, and|or Julian Schwaller, Attorney-at-
Law, and|or Katrina Frame, Attorney-at-Law, Homburger AG, Prime Tower, Hardstrasse
201, CH-8005 Zurich

assisted by Dr. Claudia Bibus, Swiss and European Patent Attorney, E. Blum & Co. AG,
Vorderberg 11, CH-8044 Zurich

vs.

**Latvia MGI Tech SIA**                                                           **Defendant**
Dzirnavu iela 57A-4, Riga, Latvia, LV1010

re

**Patent Infringement**

Homburger AG                           T   +41 43 222 10 00
Prime Tower                            F   +41 43 222 15 00
Hardstrasse 201                        www.homburger.ch
CH-8005 Zürich                         lawyers@homburger.ch

we herewith respectfully request the Federal Patent Court to grant the following

## Prayers for Relief

1.  **Defendant shall be prohibited,**

    **under threat of an administrative fine of CHF 1,000 per day of non-compliance pursuant to Article 343(1)(c) CCP, but of at least CHF 5,000 pursuant to Article 343(1)(b) CCP, as well as punishment of its organs pursuant to Article 292 CC in the event of non-compliance,**

    **from manufacturing, importing into Switzerland, exporting from Switzerland, offering in Switzerland, selling in Switzerland, putting in circulation otherwise in Switzerland, storing in Switzerland**

    **the following product, be it alone or as part of a kit:**

    **a modified nucleotide molecule**

    **comprising a purine or pyrimidine base and**

    **a ribose or deoxyribose sugar moiety**

    **having a removable 3'-OH blocking group covalently attached thereto**

    **such that the 3' carbon atom has attached a group of the structure -O-Z**

    **wherein Z comprises an azido group and is (-CR'$_2$-N$_3$) and**

    **wherein each R' is independently a hydrogen atom, an alkyl, substituted alkyl, arylalkyl, alkenyl, alkynyl, aryl, heteroaryl, heterocyclic, acyl, cyano, alkoxy, aryloxy, heteroaryloxy or amido group, or a detectable label attached through a linking group,**

    **or R'$_2$ represents an alkylidene group of formula =C(R''')2 wherein each R''' may be the same or different and is selected from the group comprising hydrogen and halogen atoms and alkyl groups;**

2.  **Defendant shall be prohibited,**

    **under threat of an administrative fine of CHF 1,000 per day of non-compliance pursuant to Article 343(1)(c) CCP, but of at least CHF 5,000 pursuant to Article 343(1)(b) CCP, as well as punishment of its organs pursuant to Article 292 CC in the event of non-compliance,**

    **from manufacturing, importing into Switzerland, exporting from Switzerland, offering in Switzerland, selling in Switzerland, putting in circulation otherwise in Switzerland, storing in Switzerland**

    **the following product, be it alone or as part of a kit:**

a modified nucleotide molecule

comprising a purine or pyrimidine base and

a ribose or deoxyribose sugar moiety

having a removable 3'-OH blocking group covalently attached thereto

such that the 3' carbon atom has attached a group of the structure -O-Z

wherein Z is azidomethyl ($-CH_2-N_3$);

3.   Defendant shall be prohibited,

under threat of an administrative fine of CHF 1,000 per day of non-compliance pursuant to Article 343(1)(c) CCP, but of at least CHF 5,000 pursuant to Article 343(1)(b) CCP, as well as punishment of its organs pursuant to Article 292 CC in the event of non-compliance,

from manufacturing, importing into Switzerland, exporting from Switzerland, offering in Switzerland, selling in Switzerland, putting in circulation otherwise in Switzerland, storing in Switzerland

the following product, be it alone or as part of a kit:

a modified nucleotide molecule

comprising a purine or pyrimidine base and

a ribose or deoxyribose sugar moiety

having a removable 3'-OH blocking group covalently attached thereto

such that the 3' carbon atom has attached a group of the structure -O-Z

wherein Z is azidomethyl ($-CH_2-N_3$)

and wherein said base is linked to a fluorophore via a cleavable linker;

4.   Defendant shall be prohibited,

under threat of an administrative fine of CHF 1,000 per day of non-compliance pursuant to Article 343(1)(c) CCP, but of at least CHF 5,000 pursuant to Article 343(1)(b) CCP, as well as punishment of its organs pursuant to Article 292 CC in the event of non-compliance,

from manufacturing, importing into Switzerland, exporting from Switzerland, offering in Switzerland, selling in Switzerland, putting in circulation otherwise in Switzerland, storing in Switzerland

kits for sequencing at least two nucleotides of a template nucleic acid comprising repeating the steps of (a) incorporating one or more fluorescently labelled nucleotides into a strand of nucleic acid complementary to said template nucleic acid and (b) determining the identity of one or more of the incorporated nucleotide(s),

said kits comprising a buffer that comprises ascorbic acid or a salt thereof;

5.   Defendant shall be prohibited,

under threat of an administrative fine of CHF 1,000 per day of non-compliance pursuant to Article 343(1)(c) CCP, but of at least CHF 5,000 pursuant to Article 343(1)(b) CCP, as well as punishment of its organs pursuant to Article 292 CC in the event of non-compliance,

from manufacturing, importing into Switzerland, exporting from Switzerland, offering in Switzerland, selling in Switzerland, putting in circulation otherwise in Switzerland, storing in Switzerland

kits for sequencing at least two nucleotides of a template nucleic acid comprising repeating the steps of (a) incorporating one or more fluorescently labelled nucleotides into a strand of nucleic acid complementary to said template nucleic acid and (b) determining the identity of one or more of the incorporated nucleotide(s),

wherein the substrate for incorporation of fluorescently labelled nucleotide is a nucleoside triphosphate,

said kits comprising a buffer that comprises ascorbic acid or a salt thereof;

6.   Defendant shall be prohibited,

under threat of an administrative fine of CHF 1,000 per day of non-compliance pursuant to Article 343(1)(c) CCP, but of at least CHF 5,000 pursuant to Article 343(1)(b) CCP, as well as punishment of its organs pursuant to Article 292 CC in the event of non-compliance,

from manufacturing, importing into Switzerland, exporting from Switzerland, offering in Switzerland, selling in Switzerland, putting in circulation otherwise in Switzerland, storing in Switzerland

kits for sequencing at least two nucleotides of a template nucleic acid comprising repeating the steps of (a) incorporating one or more fluorescently labelled nucleotides into a strand of nucleic acid complementary to said template nucleic acid and (b) determining the identity of one or more of the incorporated nucleotide(s),

wherein the substrate for incorporation of fluorescently labelled nucleotide is a nucleoside triphosphate,

said kits comprising a buffer that comprises ascorbic acid or a salt thereof

wherein the ascorbic acid or salt thereof is present in the buffer at a concentration of at least 20 mM;

7.   Defendant shall be prohibited,

under threat of an administrative fine of CHF 1,000 per day of non-compliance pursuant to Article 343(1)(c) CCP, but of at least CHF 5,000 pursuant to Article 343(1)(b) CCP, as well as punishment of its organs pursuant to Article 292 CC in the event of non-compliance,

from manufacturing, importing into Switzerland, exporting from Switzerland, offering in Switzerland, selling in Switzerland, putting in circulation otherwise in Switzerland, storing in Switzerland

kits for sequencing at least two nucleotides of a template nucleic acid comprising repeating the steps of (a) incorporating one or more fluorescently labelled nucleotides into a strand of nucleic acid complementary to said template nucleic acid and (b) determining the identity of one or more of the incorporated nucleotide(s),

comprising

one or more fluorescently labelled nucleotides, wherein the fluorescent label is linked to the nucleotides via a cleavable linker,

DNA polymerase

and a buffer comprising ascorbic acid or a salt thereof, or a supply of ascorbic acid or a salt thereof;

8.   Defendant shall be ordered

under threat of an administrative fine of CHF 1,000 per day of non-compliance pursuant to Article 343(1)(c) CCP, but of at least CHF 5,000 pursuant to Article 343(1)(b) CCP, as well as punishment of its organs pursuant to Article 292 CC in the event of non-compliance,

to lay detailed accounts within 30 days in accordance with recognized principles of accounting, and grant information, as to the profits earned with Defendant's offering and selling of the products according to Prayers for Relief 1-7;

9.     Defendant shall be ordered to pay the amount requested by Plaintiff after the accounts and information in accordance with Prayer for Relief 8 have been provided by Defendant;

With costs and indemnification (including patent attorney's expenses) to be borne by Defendant;

and the following

## Procedural Motions:

1.     Proceedings shall be limited to infringement and injunctive relief (and, potentially, validity) as well as provision of information and data according to Prayers for Relief 1 to 8, until a final judgment has been reached on these issues;

2.     Proceedings shall for now be suspended as regards the claims for financial compensation according to Prayer for Relief 9.

## Table of Contents:

I.   Formal Matters ........................................................................................................ 11

II.  On the Merits ......................................................................................................... 11

A.   Parties .............................................................................................................. 11
     1.   Plaintiff ...................................................................................................... 11
     2.   Defendant ................................................................................................. 12

B.   Technical background ....................................................................................... 12
     1.   Nucleotides and polynucleotides ............................................................. 12
     2.   DNA replication ......................................................................................... 14
     3.   DNA sequencing ....................................................................................... 15
     4.   Illumina's SBS method ............................................................................. 16

C.   EP'578 .............................................................................................................. 18
     1.   Formalities ................................................................................................ 18
     2.   Problem of EP'578 .................................................................................... 18
     3.   Invention of EP'578 .................................................................................. 18
     4.   Feature analysis of the claims of EP'578 ................................................. 20

D.   EP'412 .............................................................................................................. 26
     1.   Formalities ................................................................................................ 26
     2.   Problem of EP'412 .................................................................................... 26
     3.   Invention of EP'412 .................................................................................. 26
     4.   Feature analysis of the claims of EP'412 ................................................. 27

E.   Defendant's infringing activities ....................................................................... 31
     1.   Use of Defendant's sequencers and sequencing reagent kits in
          Switzerland ............................................................................................... 31
     2.   BGI|MGI's sequencing nucleotides, reagent kits and methods infringe
          EP'578 ...................................................................................................... 32
          a)   Direct literal infringement of independent claim 1 and dependent
               claim 4 ............................................................................................... 33
               (1)   Realization of feature 1 "A modified nucleotide molecule" ...... 33
               (2)   Realization of feature 1.1 "comprising a purine or
                     pyrimidine base" ..................................................................... 34
               (3)   Realization of feature 1.2 "and a ribose or deoxyribose
                     sugar moiety" .......................................................................... 34
               (4)   Realization of feature 1.3 "having a removable 3'-OH
                     blocking group covalently attached thereto" and of entire
                     feature group 1.3 and of feature 4 .......................................... 34
          b)   Direct literal infringement of independent claim 1 and dependent
               claims 6, 7, 9 ..................................................................................... 37
          c)   Direct literal infringement of independent claim 25 ........................... 43
               (1)   Realization of features 25, 25.1 and 25.2 "A kit, comprising
                     (a) a plurality of different nucleotides and (b) packaging
                     materials therefor" .................................................................. 43

(2)   Realization of feature 25.1.1 "wherein said plurality of different nucleotides are either as defined in any one of claims 6 to 10"....................................................................43

d)   Contributory literal infringement of independent method claims 12 and 17 .................................................................................43

(1)   Contributory literal infringement of independent method claim 12.................................................................................44

(a)   Realization of feature 12 "A method of controlling the incorporation of a nucleotide [according to feature 12.1] in a synthesis or sequencing reaction".................44

(b)   Realization of feature 12.1 "[nucleotide] as defined in anyone of claims 6 to 10 and complementary to a second nucleotide in a target single-stranded polynucleotide"..............................................................44

(c)   Realization of feature 12.2 "incorporating into the growing complementary polynucleotide said nucleotide" ...................................................................44

(d)   Realization of feature 12.3 "the incorporation of said nucleotide preventing or blocking introduction of subsequent nucleoside or nucleotide molecules into said growing complementary polynucleotide"...............44

(2)   Contributory literal infringement of independent method claim 17.................................................................................45

(a)   Realization of feature 17 "A method for determining the sequence of a target single-stranded polynucleotide" and of feature 17.1 "monitoring the sequential incorporation of complementary nucleotides".................................................................45

(b)   Realization of feature 17.1.1 "wherein at least one incorporation is of a nucleotide as defined in any one of claims 6 to 10".......................................................45

(c)   Realization of features 17.1.2 "wherein the identity of the nucleotide incorporated is determined by detecting the label linked to the base" and 17.1.3 "the blocking group and said label are removed prior to introduction of the next complementary nucleotide".......45

e)   Infringement confirmed by Romesberg Declaration .........................45

3.   BGI|MGI's sequencing reagent kits and methods infringe EP'412............47

a)   Contributory literal infringement of the method claims of EP'412 .....47

(1)   Contributory literal infringement of independent method claim 1.................................................................................47

(a)   Realization of features 1, 1.1 and 1.2 "A method of sequencing at least two nucleotides of a template nucleic acid comprising repeating the steps of (a) incorporating one or more fluorescently labelled nucleotides into a strand of nucleic acid complementary to said template nucleic acid; and (b) determining the identity of one or more of the incorporated nucleotide(s)"...........................................47

(b)    Realization of feature 1.2.1 "wherein the steps of determining the identity of the incorporated nucleotide(s) is carried out in a buffer which comprises ascorbic acid, or a salt thereof" ....................48

(2)    Contributory literal infringement of dependent method claim 2..................................................................................52

(a)    Realization of feature 2 "wherein said substrate for incorporation of fluorescently labelled nucleotide is a nucleoside triphosphate" ................................................52

(3)    Contributory literal infringement of dependent method claims 3 and 4 .......................................................................52

(a)    Realization of feature 3 "wherein the ascorbic acid or salt thereof is present in the buffer at a concentration of at least 10 mM" and of feature 4 "... at a concentration of at least 20 mM" ..................................52

(4)    Contributory literal infringement of dependent method claims 8 and 9 .......................................................................53

(a)    Realization of feature 8 "wherein the buffer has a pH of about 5.5 to about 8.6" and of Feature 9 "... has a pH of about 7" ............................................................53

(5)    Contributory literal infringement of dependent method claims 10 and 12 ...................................................................53

(a)    Realization of feature 10 "wherein the template nucleic acid is present in an array" and of feature 12 "wherein the array is a single molecule array" ..............53

(6)    Contributory literal infringement of dependent method claims 13 and 14 ...................................................................54

(a)    Realization of feature 13 "wherein at least 10 nucleotides are successively incorporated and the identity of the base present in each of the incorporated nucleotides is determined" and of feature 14 "wherein at least 16 nucleotides are successively incorporated …".......................................54

b)    Direct literal infringement of independent claim 15 directed to a kit ..........................................................................................54

(1)    Realization of features 15 "A kit for use in a method according to any one of claims 1 to 14 comprising" and 15.1 "one or more fluorescently labelled nucleotides" and 15.1.1 "wherein the fluorescent label is linked to the nucleotides via a cleavable linker"............................................................54

(2)    Realization of feature 15.2 "an enzyme capable of catalysing incorporation of said nucleotides into a nucleic acid strand complementary to a nucleic acid template to be sequenced" ........................................................................55

(3)    Realization of feature 15.3 "and a buffer comprising ascorbic acid or a salt thereof, or a supply of ascorbic acid or a salt thereof" ..................................................................55

c)    Infringement confirmed by Romesberg Declaration .........................55

F.    Plaintiff's prayers for relief................................................................56

1.   Prayers for relief no. 1-7 (injunctive relief)................................................56
2.   Prayer for relief no. 8 (accounting)...........................................................57
3.   Procedural motions....................................................................................57
G.   Costs and indemnification..................................................................................57

## I.    Formal Matters

1    The undersigned are duly authorized to act for Plaintiff.

Evidence:
— Power of Attorney

2    The present litigation is about activities of Defendant, a company domiciled in Latvia, in Switzerland which infringe the Swiss parts of Plaintiff's European patents EP 1 530 578 B1 (**EP'578**) and EP 1 828 412 B2 (**EP'412**; together the patents in suit). This litigation is therefore under the exclusive jurisdiction of the Swiss Federal Patent Court (Article 5(3) Lugano Convention; Article 109(2) Swiss Private International Law Act; Article 26(1)(a) Swiss Patent Court Act, **PCA**).

3    Pursuant to Article 36(3) PCA and Article 6(3) Guidelines to Proceedings at the Federal Patent Court, the parties may use English in motions and hearings if the Court and the parties give their consent. Both Plaintiff's and Defendant's groups of companies are domiciled abroad and active internationally, and both groups publicly communicate in English. Plaintiff therefore submits that English shall be used as the language of the parties. In the unlikely event that Defendant does not consent to the use of English as language of the parties, Plaintiff will provide a German translation of the present Statement of Claim at short notice.

Evidence:
— Excerpt from https://en.mgitech.cn/page/gsjj.html                    Exhibit 1

4    Plaintiff tentatively estimates the amount in dispute to amount to CHF 1,000,000, of which CHF 200,000 are allocated as minimum claim (according to Article 85 CPC) to the financial claims as per prayer for relief 9.

## II.    On the Merits

## A.    Parties

### 1.    Plaintiff

5    Plaintiff, the registered owner of the patents in suit, is an Illumina group company and has its registered domicile in the UK. Plaintiff's parent company, Illumina, Inc. is NASDAQ listed and is headquartered in California. Founded in April 1998, Illumina is today a leading developer, manufacturer, and marketer of life science tools and

integrated systems for large-scale analysis of genetic variation and function, including DNA sequencing technologies.

Evidence:

| | |
|---|---|
| — Excerpt from www.swissreg.ch re EP 1 530 578 | Exhibit 2 |
| — Excerpt from www.swissreg.ch re EP 1 828 412 | Exhibit 3 |

6    Illumina is a recognized global leader in next-generation sequencing and is widely acknowledged to have revolutionized DNA sequencing. It was the first company that enabled the USD 1,000 human genome sequencing – a landmark achievement. What once took billions of dollars and years to perform can now be done on an Illumina sequencer in a matter of hours using Illumina's proprietary sequencing-by-synthesis (SBS) technology.

Evidence:

— Excerpt from Wikipedia re Illumina                                                        Exhibit 4

7    As a cutting-edge, research and development driven company, Illumina is the proprietor of a great number of intellectual property rights. Amongst these IP rights are the patents in suit.

## 2.   Defendant

8    Defendant belongs to the BGI group of companies. BGI is an acronym for Beijing Genomics Institute. BGI is active in the field of genome sequencing.

9    The BGI group of companies is headquartered in Shenzhen, China. While the group provides laboratory services primarily under the BGI brand, the group also manufactures its own DNA sequencing platforms through its subsidiary MGI Tech Co. Ltd. that is also headquartered in Shenzhen. Defendant is a subsidiary of MGI Tech Co. Ltd. Defendant distributes the BGI group's sequencing platforms, including, for example, the sequencers BGISEQ-500 and MGISEQ-2000, as well as the sequencing reagent kits adapted for use with these platforms, in Europe, including Switzerland.

Evidence:

— Excerpt from https://en.mgitech.cn/page/lxwm.html                                Exhibit 5

## B.   Technical background

### 1.   Nucleotides and polynucleotides

10   Polynucleotides such as DNA (deoxyribonucleic acid) and RNA (ribonucleic acid) are long-chain molecules composed of smaller units called nucleotides. The sequence of the nucleotides within a polynucleotide strand encodes the genetic information.

11    Each nucleotide consists of three distinct chemical sub-units: a five-carbon sugar molecule (pentose), a nitrogenous base, and a phosphate group. The sugar's five carbon atoms are numbered 1' to 5'. If the sugar has a hydroxyl group (OH) at the 2' position, it is called ribose sugar; if it only has a hydrogen atom (H) at the 2' position, it is called deoxyribose sugar. While DNA comprises deoxyribose, RNA contains ribose.



Illustration adapted from Wikipedia

12    Together, the sugar and the base form a nucleoside. By additional attachment of one, two or three phosphate groups to the sugar's 5' position, a nucleotide is formed – i.e., each of a nucleoside monophosphate, a nucleoside diphosphate or a nucleoside triphosphate is a nucleotide.

13    The building blocks for synthesis of DNA or RNA are deoxyribonucleoside triphosphates (abbreviated as dNTPs) and ribonucleoside triphosphates (abbreviated as NTPs) respectively.

14    The nitrogenous base is attached to the 1' position of the ribose or deoxyribose sugar moiety. The four distinct nitrogenous bases are adenine (A), cytosine (C), guanine (G), and thymine (T). Based on their chemical structure, adenine and guanine are referred to as "purine bases", whereas cytosine and thymine are referred to as "pyrimidine bases".

15    Depending on their specific nitrogenous base – adenine, cytosine, guanine or thymine, the following deoxynucleoside triphosphates (dNTPs) are distinguished: dATP, dCTP, dGTP and dTTP.

16    In DNA, the nucleotides are linked by the phosphate group at the 5' carbon atom of the deoxyribose of one nucleotide to the 3' carbon atom of the deoxyribose of the next nucleotide. The deoxyribose together with attached phosphate groups form the sugar-phosphate backbone of DNA, while the sequence of the consecutive bases – one contributed by each nucleotide – encodes the genetic information.

17    DNA consists of two spiraling polynucleotide strands in the form of a double helix. Each of the two polynucleotide strands consists of a sequence of nucleotides (represented by the colored cross-bars in the below illustration):



Illustration from Wikipedia

18    The two complementary strands assemble together by base-pairing with the formation of hydrogen bonds between the bases, where cytosine (C) pairs with guanine (G), and adenine (A) pairs with thymine (T).

**2.    DNA replication**

19    The complementary base-pairing of DNA allows a double-stranded DNA molecule to be reconstructed from a single-stranded template. In nature, this principle is used for replicating DNA. The two DNA strands are first separated. Then, the enzyme DNA polymerase synthesizes two new, complementary DNA strands, which, together with the templates, form two new, double-stranded DNA molecules.

20    DNA polymerase synthesizes new DNA strands in the 5' to 3' direction by adding free nucleotides in the form of dNTPs to the 3' end of the new DNA strand, as shown below:



Illustration from Wikipedia

21    The starting point of DNA replication is determined by the hybridization of a small oligonucleotide (sometimes referred to as "primer"; typically 10-30 bases) to the template strand, which allows synthesis by DNA polymerase of the complimentary strand to proceed. One synthetic cycle results in the addition of one further nucleotide into the growing DNA strand. The nucleotide incorporated in the growing DNA strand has a base that is complementary to the base of the nucleotide present on the template DNA strand – as mentioned above, A pairs with T, C pairs with G.

**3.    DNA sequencing**

22    The principles of DNA replication may also be used for sequencing DNA, i.e., to determine the specific sequence of nucleotides in a given DNA fragment.

23    The basic principle is as follows: a single strand is extracted from the DNA fragment to be analyzed, and the point at which sequencing is to begin is marked with a specifically selected primer. DNA polymerase is then used to build a complementary strand starting from the primer by consecutively adding complementary nucleotides. With the help of suitable methods, which nucleotides are added to the complementary strand may be determined. For example, modified nucleotides may comprise specific fluorescent labels which correspond to the different bases. Because each base only binds to one specific other base, the sequence of the nucleotides in the complementary strand may be used to deduce the nucleotide sequence of the analyzed DNA fragment.

24    DNA sequencing may therefore be performed by synthesizing the strand complementary to the single strand of DNA to be analyzed. This method is called sequencing-by-synthesis (SBS).

**4.    Illumina's SBS method**

25    The SBS method developed by Illumina uses DNA replication by DNA polymerase to sequence single-stranded template strands attached to a solid surface, e.g., on an array. In contrast to conventional DNA replication, the SBS method proceeds by adding one nucleotide to the growing DNA strand, and then pausing. Thus, the replication reaction is paused after each addition of a nucleotide, and the identity of the added nucleotide is determined before the addition of a further nucleotide to the growing DNA strand. The process is paused by the use of modified nucleotides that contain a blocking group prohibiting further incorporation of nucleotides by DNA polymerase. The blocking group is reversibly attached and can therefore be removed allowing a further round of DNA replication (and sequencing) to proceed.

26    The modified nucleotides used in Illumina's SBS method include a reversibly attached 3'-blocking group and a cleavable fluorescent label. The fluorescent signals identify the particular modified nucleotide and may therefore be used to identify the incorporated nucleotide, while the 3'-blocking group ensures that only a single nucleotide at a time is added by DNA polymerase to each growing DNA strand.

27    Each of the four different nucleotides may be given a specific fluorescent label. The identity of the incorporated nucleotide can then be revealed by the color of the fluorescent signal produced by the fluorescent label.

28    After determining the identity of the incorporated nucleotide, the fluorescent label and 3'-blocking group are cleaved and the process proceeds by the addition of a further nucleotide to the growing DNA strand followed by detection of that further nucleotide. The replication|detection cycle is repeated to determine a nucleotide sequence of the DNA fragment.

29    The SBS process, which is schematically represented in the illustration below, thus includes three phases that are repeated for each nucleotide in the template strands: (i) nucleotide addition|incorporation; (ii) imaging; and (iii) cleavage:

30    Phase (i): Nucleotide addition|incorporation

During the nucleotide addition phase, DNA polymerase incorporates a single modified nucleotide (i.e. modified dATP, dCTP, dGTP and dTTP) into each of the growing strands of DNA on the solid support. As explained above, in order to pause DNA synthesis after each replication|detection cycle, Illumina uses modified nucleotides that are equipped with a removable blocking group at the 3'-(OH) position and a fluorescent label. The blocking group prevents more than one nucleotide being incorporated into the growing DNA strand, which allows the identity of each newly incorporated nucleotide to be determined.

31    Phase (ii): Imaging

Following incorporation of a single complementary nucleotide into the growing DNA strand, the identity of the nucleotide is determined by imaging the solid surface to which the template and growing DNA strands are bound. The identity of the incorporated nucleotide is revealed by the signal produced by the fluorescent label.

32    Phase (iii): Cleavage

After imaging, both the fluorescent label and the 3'-blocking group are cleaved. The cleavage of the fluorescent label removes the fluorescent signal from the growing DNA strand, whilst the cleavage of the 3'-blocking group regenerates a 3'-OH group, allowing a further nucleotide to be added to the growing strand by the DNA polymerase. The process may therefore proceed by addition of a further nucleotide to the growing DNA strand. The replication|detection cycle is repeated to determine the sequence of the DNA fragment.





**Nucleotide addition**
Fluorophore-labelled, terminally blocked nucleotides hybridize to complementary base. Each cluster on a slide can incorporate a different base.

**Imaging**
Slides are imaged with either two or four laser channels. Each cluster emits a colour corresponding to the base incorporated during this cycle.

**Cleavage**
Fluorophores are cleaved and washed from flow cells and the 3'-OH group is regenerated. A new cycle begins with the addition of new nucleotides.

33    Illumina's SBS method is based on significant proprietary contributions in particular based on the subject matter of the patents in suit.

## C.   EP'578

### 1.   Formalities

34   EP'578 is in force in Switzerland, with a term of protection expiring on August 22, 2023.

Evidence:
— EP 1 530 578                                                                                                  Exhibit 6
— Excerpt from www.swissreg.ch re EP 1 530 578                                            Exhibit 2

35   EP'578 was the subject of opposition proceedings. The grounds for opposition were lack
of novelty, lack of inventive step, insufficient disclosure and extension of the subject
matter beyond the content of the application as filed. With decision of December 9, 2015,
the opposition division rejected the opposition in its entirety and maintained EP'578 as
granted. An appeal was lodged by the opponent but withdrawn on July 26, 2017.

Evidence:
— EPO decision of December 9, 2015                                                              Exhibit 7
— Withdrawal of appeal of July 26, 2017                                                         Exhibit 8

### 2.   Problem of EP'578

36   The object of EP'578 is to provide suitable nucleotides as building blocks for sequencing-
by-synthesis. In order to ensure that only a single nucleotide is incorporated per cycle,
the nucleotides are structurally modified: the position of a nucleotide to which a further
nucleotide would bind, i.e., the third carbon atom of the sugar – the 3' end –, is blocked.
In order to be suitable for use in an SBS process, the "*3'-OH-blocking group*" prevents
"*additional nucleotide molecules from being added to the polynucleotide chain whilst
simultaneously being easily removable from the sugar moiety without causing damage
to the polynucleotide chain. Furthermore, the modified nucleotide must be tolerated by
the polymerase or other appropriate enzyme used to incorporate it into the
polynucleotide chain. The ideal blocking group will therefore exhibit long term stability,
be efficiently incorporated by the polymerase enzyme, cause total blocking of secondary
or further incorporation and have the ability to be removed under mild conditions that do
not cause damage to the polynucleotide structure, preferably under aqueous conditions.
These stringent requirements are formidable obstacles to the design and synthesis of
the requisite modified nucleotides*" (EP'578, para. [0005]).

### 3.   Invention of EP'578

37   The invention is based on the development of particular reversible blocking groups and
methods of removing them under DNA compatible conditions (para. [0013]).

38   The reversible blocking groups according to the invention are designed such that they
can be removed under mild conditions. "*Protecting groups which comprise the acetal*

*functionality have been used previously as blocking groups. However, removal of such groups and ethers requires strongly acidic deprotections detrimental to DNA molecules. The hydrolysis of an acetal however, results in the formation of an unstable hemiacetal intermediate which hydrolyses under aqueous conditions to the natural hydroxyl group. The inventors have utilised this concept and applied it further such that this feature of the invention resides in utilizing blocking groups that included protecting groups to protect intermediate molecules that would normally hydrolyze under aqueous conditions. These protecting groups comprise a second functional group that stabilizes the structure of the intermediate but which can be removed at a later stage following incorporation into the polynucleotide. Protecting groups have been used in organic synthesis reactions to temporarily mask the characteristic chemistry of a functional group because it interferes with another reaction. Protecting groups have been used in organic synthesis reactions to temporarily mask the characteristic chemistry of a functional group because it interferes with another reaction.*" (para. [0017]).

39    EP'578 accordingly teaches modified nucleotides comprising a sugar moiety having a removable 3'-OH blocking group (cf. paras. [0018] and [0056]). The H of the 3'-OH group is replaced by Z.

40    Z may have the structures: $-C(R')_2-N(R'')_2$ or $-C(R')_2-N(H)R''$;

      each R' may be independently H or an alkyl or other substituents;

      each R" constitutes or is part of a removable protecting group to protect intermediate molecules that would normally hydrolyze under aqueous conditions.

41    The term "removable (or reversible) blocking group" refers here to the entire formula Z (i.e. the removable 3'-OH blocking group), whereas the similar term "removable protecting group" refers to a removable protecting group that is part of Z and comprises R" and stabilizes an intermediate of the nucleotide molecule during removal of the blocking group.

42    EP'578 further teaches a third type of blocking group without any R" comprising a protecting group. This third type of blocking group comprises an azido group $(-N_3)$ (cf. EP'578, para. [0058]). The azido comprising blocking group has the structure Z: $-C(R')_2-N_3$.

43    One preferred such example without any R" comprising a protecting group is azidomethyl wherein both R' are hydrogen (H; para. [0058]).

4.   **Feature analysis of the claims of EP'578**

44   Independent product claim 1 of EP'578 comprises the following features:

| 1 | A modified nucleotide molecule |
|---|---|
| 1.1 | comprising a purine or pyrimidine base and |
| 1.2 | a ribose or deoxyribose sugar moiety |
| 1.3 | having a removable 3'-OH blocking group covalently attached thereto |
| 1.3.1 | such that the 3' carbon atom has attached a group of the structure -O-Z |
| 1.3.2 | wherein Z is any of $-C(R')_2-N(R'')_2$ ; $-C(R')_2-N(H)R''$, and $-C(R')_2-N_3$, |
| 1.3.3 | wherein each R'' is or is part of a removable protecting group; |
| 1.3.4.a | each R' is independently a hydrogen atom, an alkyl, substituted alkyl, arylalkyl, alkenyl, alkynyl, aryl, heteroaryl, heterocyclic, acyl, cyano, alkoxy, aryloxy, heteroaryloxy or amido group, or a detectable label attached through a linking group; |
| 1.3.4.b | or $(R')_2$ represents an alkylidene group of formula $=C(R''')_2$ wherein each R''' may be the same or different and is selected from the group comprising hydrogen and halogen atoms and alkyl groups; and |
| 1.3.5 | wherein said molecule may be reacted to yield an intermediate in which each R'' is exchanged for H, which intermediate dissociates under aqueous conditions to afford a molecule with a free 3'OH. |

45    Remarks regarding the group of features 1, 1.1, 1.2 and 1.3 relating to the modified
      nucleotide molecule:

Feature 1:           The figure at the end of this paragraph illustrates the structure of
                     exemplary modified nucleotides (as described in EP'578, para.
                     [0058]). The depicted structures show the claimed sub-features as
                     explained below. Additionally, the structures depict the three
                     phosphate groups present in nucleotide building blocks for
                     polynucleotide synthesis.

Feature 1.1          The four depicted nucleotides comprise the purine bases, **A**denine
                     and **G**uanine, or the pyrimidine bases, **C**ytosine and **T**hymidine.

Feature 1.2          The depicted nucleotides comprise a deoxyribose sugar.

Feature 1.3          The nucleotides are modified because the sugar (ribose or
                     deoxyribose) at the 3' position has attached a removable protecting
                     group instead of an OH group. The depicted protecting group
                     corresponds to a preferred example according to feature 1.3.2, third
                     alternative, and according to feature 4 (further explained below).



3'-O-N₃-dATP

3'-O-N₃-dCTP

3'-O-N₃-dGTP

3'-O-N₃-dTTP

46    Remarks regarding the group of features 1.3.1 to 1.3.5 relating to the removable blocking group:

Feature 1.3.1:    The attachment of the blocking group to the sugar is defined by a structure –O-Z.

In -O-Z, the O stems from the 3'-OH group and the Z represents the blocking group.

Feature 1.3.2:    There are three alternatively claimed structures of the blocking group Z (in claim 1 as published, a comma is missing between the first and the second alternative):

1:       $Z = -C(R')_2{-}N(R'')_2$

2:       $Z = -C(R')_2{-}N(H)R''$

3:       $Z = -C(R')_2{-}N_3$

Feature 1.3.3:    R'' is or is part of a removable protecting groups as described above in paras. 39, 41. Thus, R'' are substituents attached to the N-atom of the first and second alternative of Z, only. The R'' substituents are not required for the third alternative with an azido group as described above in para. 42.

Feature 1.3.4 a|b:    R' are substituents attached to the C-atom of Z that itself is covalently connected to the O at the 3' position of the sugar. $(R')_2$ is defined by the two alternative features 1.3.4.a and b:

Feature 1.3.4.a:    In alternative a, independently variable substituents to this C-atom of Z are defined for R' that cover the reasonably conceivable substituents.

Feature 1.3.4.b:    The variable substituents listed for $(R')_2$ in alternative b cover the (reasonably conceivable) alkylidene groups substituted to this C-atom.

Feature 1.3.5:    Like feature 1.3.3, also feature 1.3.5 is only required for the first and second alternatives of Z and does not apply to the third alternative with an azido group.

47    Dependent claim 4 adds the following additional feature:

| 4 | wherein Z is an azidomethyl group |
|---|---|

48    The azidomethyl group -$CH_2$-$N_3$ is a preferred embodiment of the third alternative of Z, wherein both R' are hydrogen (para. [0058]).

49    The azido methyl group replaces the H of the 3'OH group. The resulting O-Z structure at the 3' position may be alternatively represented as:



or

50    Dependent claim 6 adds the additional alternative features a or b:

| 6a | wherein said base is linked to a detectable label via a cleavable linker |
|---|---|
| 6b | wherein said base is linked to a detectable label via a non-cleavable linker |

51    The term "linker" refers here to the part of the modified nucleotide that connects the detectable label to the base.

52    Dependent claim 7 limits to the alternative of feature 6a:

| 7 = 6a | wherein said linker is cleavable |
|---|---|

53    Dependent claim 9 adds the additional feature:

| 9 | wherein said detectable label is a fluorophore |
|---|---|

54    A fluorophore is detectable because it re-emits light when it is excited by light.

55    Independent product claim 25 of EP'578 is directed at a kit and comprises following features:

| 25 | A kit, comprising |
|---|---|
| 25.1 | (a) a plurality of different nucleotides |
| 25.1.1 | wherein said plurality of different nucleotides are either as defined in any one of claims 6 to 10; and |
| 25.2 | (b) packaging materials therefor |

56    The word "either" in feature 25.1.1 is both superfluous and an obvious mistake without effect on the scope of the claim.

57    Independent method claim 12 of EP'578 comprises the following features:

| 12 | A method of controlling in a synthesis or sequencing reaction the incorporation of |
|---|---|
| 12.1 | a nucleotide as defined in any one of claims 6 to 10 and complementary to a second nucleotide in a target single-stranded polynucleotide, comprising |
| 12.2 | incorporating into the growing complementary polynucleotide said nucleotide |

| 12.3 | the incorporation of said nucleotide preventing or blocking introduction of subsequent nucleoside or nucleotide molecules into said growing complementary polynucleotide. |
|---|---|

58    Independent method claim 17 of EP'578 comprises the following features:

| 17 | A method for determining the sequence of a target single-stranded polynucleotide, comprising, |
|---|---|
| 17.1 | monitoring the sequential incorporation of complementary nucleotides |
| 17.1.1 | wherein at least one incorporation is of a nucleotide as defined in any one of claims 6 to 10 and |
| 17.1.2 | wherein the identity of the nucleotide incorporated is determined by detecting the label linked to the base, and |
| 17.1.3 | the blocking group and said label are removed prior to introduction of the next complementary nucleotide. |

59    Both method claims 12 and 17 concern synthesis and|or SBS reactions using the modified nucleotides with the features according to any one of claims 6 to 10.

60    The method of claim 12 for controlling the incorporation of a modified nucleotide complementary to a second nucleotide in a target single-stranded polynucleotide corresponds in principle to phase (i) of nucleotide addition|incorporation in Illumina's SBS method as explained in para. 30 above.

61    The method of claim 17 for determining the sequence of a target single-stranded polynucleotide in principle comprises all three phases of (i) incorporation of a modified nucleotide, (ii) imaging and (iii) cleavage as explained para. 30, 31 and 32 above.

Evidence:
— EP 578 Feature Table                                                          Exhibit 9

### D.   EP'412

#### 1.   Formalities

62   EP'412 is in force in Switzerland, with a term of protection expiring on December 13, 2025.

63   EP'412 underwent opposition proceedings and was maintained in the amended B2 version on January 9, 2019.

Evidence:
— EP 1 828 412 B1                                          Exhibit 10
— EP 1 828 412 B2                                          Exhibit 11
— Excerpt from www.swissreg.ch re EP 1 828 412             Exhibit 3

#### 2.   Problem of EP'412

64   "*The inventors have observed that when performing sequencing-by-synthesis using fluorescently labelled nucleotide analogues the brightness of the incorporated fluorophore diminishes at each cycle of nucleotide addition. This is a particular problem when sequencing nucleic acid templates on arrays, and more particularly arrays comprised of clusters of surface-bound DNA. Cycles of sequencing may stop at around cycle 8-10 due to loss of signal from the fluorescently labelled nucleotide analogue incorporated into extended strand complementary to the template, making it difficult to score accurately the identity of the incorporated base*" (EP'412, para. [0005]).

65   At the priority date of EP'412, "*[i]t was known in the art to add chemical antioxidants such as ascorbic acid (vitamin C) to fluorescent imaging buffers. It has, however, never previously been suggested to add such antioxidants to buffers used for detection/imaging of fluorophores incorporated in or attached to nucleic acid. More particularly, it has never previously been suggested to use antioxidants such as ascorbate as additives in buffers used for imaging of arrays during cycles of nucleic acid sequencing*" (EP'412, para. [0006]).

66   Accordingly, the object of EP'412 was to provide a method of detecting a fluorescent moiety incorporated in or attached to a polynucleotide molecule which allows prolonged exposure to intense illumination as is required when sequencing nucleic acid templates on arrays, in particular arrays comprising clusters of surface-bound DNA (EP'412, para. [0005]).

#### 3.   Invention of EP'412

67   The invention is based on the observation that the use of antioxidants and in particular ascorbic acid in detection buffers prevents the loss of signal that otherwise occurs over successive rounds of nucleotide incorporation requiring repeated detection of a

fluorescent moiety incorporated in a nucleic acid. "*[This] allows more cycles of sequencing to be achieved using the same sequencing templates*" (EP'412, paras. [0008], [0012], [0013]). "*The ability to accurately sequence 10 or more, and preferably 16 or more, consecutive nucleotides in a sequencing reaction is a significant advantage in applications such as genome re-alignment*" (para. [0030]).

68    In example 1 of EP'412, a sequencing protocol on a lambda F template is described (cf. para. [0115] et seq.), SBS being used as the sequencing method. In the incorporation phase linearized clusters of template DNA were incubated with modified nucleotides comprising fluorophores and DNA polymerase under appropriate conditions. Next, in the imaging phase, templates "*were exposed to one of two imaging buffers: 'non-ascorbate buffer' (…) or 'ascorbate scan buffer' (…)*" comprising 50mM sodium ascorbate and scanned in four colors followed by exposure to a reducing agent to allow the next incorporation and imaging cycle (paras. [0119] et seq.).

69    The results of the sequencing protocol are described as follows. "*In total 25 cycles of data were collected. A clear difference between the number of clusters detected at each cycle could be seen. The non-ascorbate buffer resulted in a loss of signal for each cluster, and a loss of the number of detectable clusters, such that after seven cycles, the sequencing process was no longer working. Using the ascorbate buffer, at least 18 cycles of sequencing could be achieved*" (cf. EP'412, paras. [0124] and [0125]).

**4.    Feature analysis of the claims of EP'412**

70    Independent method claim 1 of EP'412 comprises the following features:

| 1 | A method of sequencing at least two nucleotides of a template nucleic acid comprising repeating the steps of: |
|---|---|
| 1.1 | (a) incorporating one or more fluorescently labelled nucleotides into a strand of nucleic acid complementary to said template nucleic acid; and |
| 1.2 | (b) determining the identity of one or more of the incorporated nucleotide(s), |
| 1.2.1 | wherein the steps of determining the identity of the incorporated nucleotide(s) is carried out in a buffer which comprises ascorbic acid, or a salt thereof. |

71    Feature 1 refers to an SBS method for determining the sequence of at least two nucleotides of a template nucleic acid target, i.e., a single-stranded polynucleotide.

72    Feature 1.1 corresponds to phase (i) of incorporation of a modified nucleotide in the SBS method as explained in para. 30 above.

73    Feature 1.2 corresponds to phase (ii) of imaging in the SBS method as explained in para. 31 above.

74    Feature 1.2.1 requires ascorbic acid in the buffer or a salt thereof during determination of the identity of the newly incorporated nucleotide, e.g., during the imaging phase (ii) of the SBS method with exposure to light.

75    At neutral pH, ascorbic acid in a solution will dissociate to form a free ascorbate anion (negatively charged) and a hydronium cation (positively charged), as shown below:



Ascorbic acid

76    Dependent claim 2 adds the following feature:

| 2 | wherein said substrate for incorporation of fluorescently labelled nucleotide is a nucleoside triphosphate. |
|---|---|

77    When a nucleoside comprises three phosphate groups it is termed a nucleoside triphosphate as explained in para. 12 above.

78    Dependent claims 3 and 4 add the following features:

| 3 | wherein the ascorbic acid or salt thereof is present in the buffer at a concentration of at least 10 mM. |
|---|---|

| 4 | wherein the ascorbic acid or salt thereof is present in the buffer at a concentration of at least 20 mM. |
|---|---|

79    Dependent claims 8 and 9 add the following features:

| 8 | wherein the buffer has a pH of about 5.5 to about 8.6 |
|---|---|
| 9 | wherein the buffer has a pH of about 7. |

80    The pH value of a buffer solution indicates whether it is neutral, acidic or basic. pH 7 is defined as neutral pH. Below 7 is acidic, above 7 is basic. SBS operates well when the buffer is in a pH range of about 5.5 to about 8.6, in particular at a neutral pH of 7 (see EP'412, para. [0020]).

81    Dependent claims 10 and 12 add the following features:

| 10 | wherein the template nucleic acid is present in an array. |
|---|---|
| 12 | wherein the array is a single molecule array. |

82    A nucleic acid array is a collection of nucleic acids at discrete sites on a solid support. In a single molecule array only one nucleic acid molecule is present in one spot in one copy (cf. EP'412 para. 0088]).

83    Dependent claims 13 and 14 add the following features:

| 13 | wherein at least 10 nucleotides are successively incorporated and the identity of the base present in each of the incorporated nucleotides is determined. |
|---|---|

| 14 | wherein at least 16 nucleotides are successively incorporated and the identity of the base present in each of the incorporated nucleotides is determined. |
|----|---|

84   In case of sequencing-by-synthesis, the number of at least 10 or 16 incorporated nucleotides corresponds to the minimal number of repeated cycles of the three phases (i) incorporation, (ii) detection and (iii) cleavage of the SBS method as explained in para. 29 to 32 above.

85   Independent product claim 15, directed to a kit, adds the following features:

| 15 | A kit for use in a method according to any one of claims 1 to 14 comprising: |
|----|---|
| 15.1 | one or more fluorescently labelled nucleotides, |
| 15.1.1 | wherein the fluorescent label is linked to the nucleotides via a cleavable linker; |
| 15.2 | an enzyme capable of catalysing incorporation of said nucleotides into a nucleic acid strand complementary to a nucleic acid template to be sequenced; |
| 15.3 | and a buffer comprising ascorbic acid or a salt thereof, or a supply of ascorbic acid or a salt thereof |

86   In feature 15.2, the enzyme "*capable of catalysing incorporation of said nucleotides into a nucleic acid …*" is DNA polymerase as explained in para. 20 above.

Evidence:
— EP 412 Feature Table                                                      Exhibit 12

## E.   Defendant's infringing activities

### 1.   Use of Defendant's sequencers and sequencing reagent kits in Switzerland

87    Defendant offers and distributes in Europe a range of BGI|MGI DNA sequencing platforms such as the BGISEQ-500, MGISEQ-200, MGISEQ-2000 and MGISEQ-T7, and they also sell to their customers appropriate BGI|MGI sequencing reagent kits. While the kits for all these BGI|MGI sequencers rely on the same chemistry, they are specifically adapted for use with a specific sequencer. Depending on the capacity of the sequencers, the kits differ from each other in particular in respect of the quantities of the individual reagents.

Evidence:
— Excerpt from https://en.mgitech.cn/page/gsjj.html                                      Exhibit 1
— Excerpt from https://en.mgitech.cn/product/Sequencer.html                      Exhibit 13

88    It should be noted that the product designation of BGI|MGI sequencers may include the suffix "RS", e.g., BGISEQ-500<u>RS</u> or MGISEQ-2000<u>RS</u>. According to the information on MGI's website, the suffix "RS" is just a model classification for internal purposes; the specifications of the models with and without that suffix are identical.

Evidence:
— Excerpt from https://en.mgitech.cn/product/detail/MGISEQ-2000.html           Exhibit 14

89    As reported in a recent GenomeWeb article, MGI's CSO, Radoje (Rade) Drmanac, recently stated regarding MGI's sequencing chemistry:

> "*current sequencing chemistry relies on stepwise sequencing-by-synthesis (SBS) where 3'-blocked nucleotides are labeled with cleavable fluorescent dyes, which leave behind a molecular 'scar' after they are removed. This chemistry is similar to that used by Illumina and others.*"

Evidence:
— "MGI Prepares to Sell Sequencers in North America, Europe; Announces Proprietary Sequencing Chemistry", GenomeWeb, March 4, 2019           Exhibit 15

90    An analysis of MGI's sequencing chemistry performed by an independent test laboratory on behalf of Plaintiff revealed that this chemistry applies Illumina's proprietary SBS technology and infringes the patents in suit. We will explain this in detail below in para. 93 et seq.

Evidence:
— Declaration of Mary of Dothage Eurofins EAG Material Sciences of June 25, 2019                                                                                          Exhibit 16
— Declaration of Dr. Floyd Romesberg of June 25, 2019 including annexes A-D                                                                                                       Exhibit 17

91 Defendant is selling the BGI|MGI DNA sequencing machines as well as the appropriate BGI|MGI sequencing reagent kits to customers in Switzerland. Plaintiff is aware of at least one MGISEQ-2000 sequencer that has been supplied to a customer in Switzerland, the Health 2030 Genome Center at Campus Biotech in Geneva.

92 In order to operate this sequencer, Health 2030 Genome Center at Campus Biotech in Geneva, and potential other Swiss operators of BGI|MGI's sequencers, must source the appropriate, infringing sequencing reagent kits from Defendant. As explained by Ms. Jennifer Mummery in her declaration, the MGISEQ-2000 that is installed at the Health 2030 Genome Center at Campus Biotech in Geneva was operational and performing a sequencing run when she was at the laboratory.

Evidence:
— Declaration of Jennifer Mummery, Illumina field service technician, of June
   25, 2019                                                                    Exhibit 18
— Jennifer Mummery, c|o Illumina Switzerland GmbH                              as Witness

## 2. BGI|MGI's sequencing nucleotides, reagent kits and methods infringe EP'578

93 Illumina has obtained a BGI sequencing reagent kit labelled "BGISEQ-500RS High-throughput Sequencing Kit Model: PE100". This kit (the **BGI Kit**) contains the reagents needed for performing SBS on a BGISEQ-500.

94 An analysis of the BGI|MGI Kit was performed by the independent test laboratory Eurofins EAG Materials Sciences (**Eurofins**). The results of the Eurofins testing are reported in the declaration of Mary M. Dothage dated June 25, 2019 (**Eurofins Report**). As explained in the Eurofins Report at para. 7, the BGI Kit contained fluorescently labelled dNTPs and unlabeled dNTPs.

95 The Eurofins Report presents results of the following Experiments:

(a) "Click" chemistry testing undertaken to determine whether fluorescently labelled dNTPs in the BGI Kit possess azide moieties; and

(b) Liquid chromatography|mass spectrometry analysis undertaken to establish whether the masses of unlabelled dNTPs in the BGI Kit correspond to the masses of 3'-azidomethyl-dNTPs.

Evidence:
— Declaration of Mary of Dothage Eurofins EAG Material Sciences of June
   25, 2019                                                                    Exhibit 16
— Declaration of Dr. Floyd Romesberg of June 25, 2019 including annexes
   A-D                                                                         Exhibit 17

**a)    Direct literal infringement of independent claim 1 and dependent claim 4**

**(1)    Realization of feature 1 "A modified nucleotide molecule"**

96    MGI's CSO recently stated that their "*current sequencing chemistry relies on stepwise sequencing-by-synthesis (SBS) where 3'-blocked nucleotides are labeled with cleavable fluorescent dyes*" (cf. para. 89), i.e., MGI's current sequencing chemistry uses modified nucleotides.

97    Furthermore, the following (partly blackened | anonymized) photographs show the package of the tested BGI Kit and a number of vials contained in it. Two of the vials (one brown and one translucent white) were labelled "dNTP mix". dNTP is the generally known abbreviation for a deoxynucleoside triphosphate.





98   The PE100 dNTPs Mix in the brown vial contains modified, fluorescently labelled dNTPs as demonstrated by the click chemistry testing by Eurofins as shown below (cf. paras. 112 et seq.).

**(2)   Realization of feature 1.1 "comprising a purine or pyrimidine base"**

99   First, a nucleotide by definition comprises a purine or a pyrimidine base (cf. paras. 11, 14, 15). Furthermore, the letters shown on the cover of the kit package represent the two purine bases abbreviated with G and A and the two pyrimidine bases abbreviated with C and T present in DNA; see the enlarged photograph of the topside of the package of the tested BGI Kit:



**(3)   Realization of feature 1.2 "and a ribose or deoxyribose sugar moiety"**

100   Nucleotides by definition comprise a ribose or deoxyribose sugar moiety as explained in para. 11, 12 and 13 above. In particular, dNTPs comprise a deoxyribose sugar moiety.

**(4)   Realization of feature 1.3 "having a removable 3'-OH blocking group covalently attached thereto" and of entire feature group 1.3 and of feature 4**

101   The BGI Kit according to its label is designed for high throughput sequencing. Since according to MGI's CSO, their sequencing chemistry relies on stepwise sequencing-by-synthesis (SBS) using 3' blocked nucleotides (cf. para. 89), their dNTPs are modified with a removable 3'-OH blocking group to stop the reaction after every single nucleotide that is added to a growing DNA strand. After the base of the newly incorporated nucleotide is identified, the 3'-OH blocking group can be removed so the reaction can proceed.

102    The presence of an azido methyl blocking group realizes feature 1.3.1 and those alternatives of features of 1.3.2 and 1.3.4 which in combination correspond to feature 4:

103    The azido methyl blocking group is the subject matter of dependent claim 4, i.e., it realizes feature 4 and correspondingly the following selection of alternative features according to claim 1:

Feature 1.3.1:    "such that the 3' carbon atom has attached a group of the structure -O-Z"

Feature 1.3.2:    in the third alternative: "wherein Z is $-C(R')_2-N_3$"

Feature 1.3.4    in alternative a: "each R' is independently a hydrogen atom"

104    Clearly, only one of the possible alternatives of features 1.3.2 and 1.3.4 must be realized. Furthermore, features 1.3.3 and 1.3.5 of claim 1 refer to R'' and are therefore not required for the third alternative of feature 1.3.2 (cf. para. 46).

105    Eurofins' liquid chromatography|mass spectroscopy (LC|MS) analysis revealed the presence of the preferred azido methyl blocking group in the unlabeled dNTPs of the BGI Kit:

106    Eurofins compared the masses of standard 3'-azidomethyl-dNTPs obtained from Jena Bioscience GmbH (Jena, Germany; **Jena 3-AZM-dNTPs Mix**) with the masses of the dNTPs present in the translucent white vial (labelled "PE100 dNTPs Mix") of the BGI Kit. This vial contained a colorless solution, the appearance of which was consistent with the characteristics of unlabeled dNTPs (**BGI Unlabelled dNTPs**).

107    The expected masses for the free dNTP anion (based on the known atomic composition of each free anion of each of the Jena 3'-AZM-dNTPs) and the masses observed in the LC|MS analysis for both the BGI Unlabelled dNTPs and the Jena 3'-AZM-dNTPs Mix are summarized in the table below:

**LC/MS Mass Observations**

| dNTP | Source | Observed Ion (mass/charge) |
|------|--------|---------------------------|
| 3-AZM-dTTP | Expected | 536.2 |
| | Jena | 536.1 |
| | BGI | 536.1 |
| 3-AZM-dATP | Expected | 545.2 |
| | Jena | 545.1 |
| | BGI | 545.3 |
| 3-AZM-dCTP | Expected | 521.2 |
| | Jena | 521.1 |
| | BGI | 521.2 |
| 3-AZM-dGTP | Expected | 561.2 |
| | Jena | 561.1 |
| | BGI | 561.1 |

108   The Eurofins Report therefore concludes that, for each of the four dNTPs, the expected mass, the Jena observed mass, and the BGI observed mass are within experimental error (±0.2 atomic mass units) of each other, and that:

"*These results confirm that the dNTPs in both the BGI PE100 Unlabelled dNTPs Mix and the Jena 3-AZM-dNTPs Mix have the expected mass of the four 3'-O-azidomethyl-dNTPs. These results confirm that each of the dNTPs in the BGI PE100 Unlabelled dNTPs Mix has the same structural composition as the dNTPs in the Jena 3-AZM-dNTPs Mix.*" (see para. 53 of the Eurofins Report).

Evidence:
— Declaration of Mary of Dothage Eurofins EAG Material Sciences of June 25, 2019                                                                     Exhibit 16

109   The results of the LC|MS analysis therefore show that the BGI Unlabelled dNTPs of the BGI Kit, which are used to perform SBS on the BGISEQ-500, directly and literally infringe claims 1 and 4 of EP'578.

110   It is Illumina's understanding and position that BGI|MGI's kits for all BGI|MGI sequencers rely on the identical MGI "current sequencing chemistry" (cf. para. 89 above) and that therefore also the modified nucleotides in the sequencing kits required for operating the MGISEQ-2000, such as the one in Geneva, directly and literally infringe claims 1 and 4 of EP'578.

**b)   Direct literal infringement of independent claim 1 and dependent claims 6, 7, 9**

111   The click chemistry testing shows that the following features are realized of in the labelled dNTPs of the BGI Kit:

Feature 1.3.2:       third alternative "wherein Z is $-C(R')_2-N_{3}$"; i.e., the presence of an azido group;

Feature 6a = 7:      "wherein said base is linked to a detectable label via a cleaveable linker"; and

Feature 9:           "wherein said detectable label is a fluorophore".

112   As explained in the Eurofins Report, an analysis of the dNTPs in a brown vial labelled "PE100 dNTPs Mix" containing 1.9 milliliters of a blue colored solution, the appearance of which was consistent with the characteristics of fluorescently-labelled dNTPs (**BGI Labelled dNTPs**), confirmed that it contained modified nucleotide triphosphates possessing an azide containing functional group. The results therefore indicate that the individual building blocks used in BGI|MGI's sequencing reagent kits are 3'-azido-modified nucleotide triphosphates.

Evidence:
— Declaration of Mary of Dothage Eurofins EAG Material Sciences of June
   25, 2019                                                                    Exhibit 16

113   In conducting the "click" chemistry testing, the BGI Labelled dNTPs of the BGI Kit were analyzed in comparison to labelled dNTPs from Illumina's kit (MiSeq Reagent Kit v3), which were known to possess a 3'- azidomethyl protecting group.

114   The analysis investigated the presence of an azido moiety (i.e., an azide) in the dNTPs using azide-alkyne "click" chemistry. This "click" reaction refers to the highly specific copper(I) catalyzed reaction between an azide group and an alkyne group to yield a covalently linked triazole product as shown in the figure below:



Fig. 6 reproduced from the Romesberg Declaration

115   In the "click" reaction, a dye-labelled 3'-azido modified dNTP (depicted is the preferred
3'-azidomethyl-dTTP) reacts, in the presence of copper(I), with an alkyne group linked to
an agarose bead to attach the dNTP to the bead via formation of a triazole product.

116   When the reaction is performed, the dNTPs to be tested are present in solution, whereas
the alkyne is linked to a solid support (i.e., agarose beads, also referred to as alkyne-
agarose beads). Based upon this reaction, if the dNTPs being analyzed contain an azido
group, they will become covalently linked to the alkyne group as both BGI Labelled dNTPs
and the Illumina dNTPs contain a fluorescent dye (appearing as blue in color), it will be
possible to observe the binding of the azido-containing dNTPs to the alkyne-agarose
beads visually by monitoring the presence of the fluorescent dye bound to the beads.
The ultimate product of this reaction is therefore an agarose bead linked via a triazole
group to the fluorescent dNTPs, which is observed by the previously colorless agarose
beads taking on the color of the fluorescent dNTPs.

117   Fluorescent dNTPs linked to the agarose beads (through the triazole) may subsequently be treated with hydrazine to release the fluorescent dNTPs. Located between the triazole group and the agarose beads is a chemically reactive Dde group that, when reacted with hydrazine, breaks the linkage between the triazole group and the agarose beads. When this linkage breaks, the fluorescent dNTP is liberated from the agarose bead and the color returns to solution and the beads again become colorless as illustrated in the figure below:



Fig. 7 reproduced from the Romesberg Declaration

118   On hydrazine cleavage of the Dde linker, a dye-labelled 3'-triazole-modified dNTP is liberated from the bead and released back into solution.

119   According to the Eurofins Report, the following protocol was followed for the "click" chemistry testing: In brief, the BGI Labelled dNTPs and the Illumina dNTPs were incubated with the alkyne-agarose beads and other reagents for approximately 16 hours. Negative control experiments were also performed without the copper catalyst present in the samples (which prevents the "click" reaction from proceeding). After incubation of the samples, six wash steps were performed (to remove non-specifically bound dNTPs

from the beads). The beads were evaluated and the wash filtrates were set aside and analysed (Eurofins Report, paras. 14-21). Next, all washed bead samples were treated with hydrazine. The hydrazine filtrate was collected, and both the beads and hydrazine filtrate were evaluated (Eurofins Report, para. 31).

Evidence:
— Declaration of Mary of Dothage Eurofins EAG Material Sciences of June
   25, 2019                                                                    Exhibit 16

120    The Eurofins Report presents the following results of the "click" reaction experiments:

121    Negative control reaction with BGI Labelled dNTPs:

   —    The beads remained colorless after the "click" reaction without copper and
        subsequent washes.



Figure 2 reproduced from Eurofins Report

   —    The beads remained colorless after hydrazine cleavage.



Figure 7 reproduced from Eurofins Report

122   Click chemistry with BGI Labelled dNTPs:

— The beads took on the blue color of the BGI Labelled dNTPs after the "click" reaction and subsequent washes.



Figure 1 reproduced from Eurofins Report

— The beads had a colorless appearance after hydrazine cleavage:



Figure 5 reproduced from Eurofins Report

123   Click chemistry with Illumina dNTPs

— The beads took on the blue color of the Illumina dNTPs after the "click" reaction and subsequent washes.



Figure 3 reproduced from Eurofins Report.

—   The beads had a colorless appearance after hydrazine cleavage.



Figure 9 reproduced from Eurofins Report

124   To conclude, the results of the "click" chemistry tests show that the BGI Labelled dNTPs of the BGI Kit which are used to perform SBS on the BGI|MGI sequencers comprise an azide group and a fluorescent label. Thus, they realize feature 1.3.2 in the third alternative "wherein Z is -C(R')$_2$-N$_3$" and feature 9 "wherein said detectable label is a fluorophore".

125   Feature 6a=7 "wherein said base is linked to a detectable label via a cleavable linker" is fulfilled as well. This also follows from MGI's CSO's recent statement that their current sequencing chemistry relies on stepwise sequencing-by-synthesis (SBS) where 3'-blocked nucleotides are labeled with "cleavable fluorescent dyes", which leave behind a molecular "scar" after they are removed, and that their current SBS sequencing chemistry is similar to Illumina's (cf. para. 89 above).

126   Therefore, the fluorescent detectable label must be attached with a cleavable linker. Furthermore, it is attached to the base, similar to Illumina's modified dNTPs whose label is attached via a cleavable linker to the base as depicted below:



Fig. 5 reproduced from the Romesberg Declaration

127    Accordingly, features 6a and 7 are realized as well.

128    For all these reasons, Defendant's modified nucleotides in the sequencing kits required for operating BGI|MGI sequencers directly and literally infringe claims 6, 7 and 9 which are dependent on claim 1.

c)    **Direct literal infringement of independent claim 25**

(1)    **Realization of features 25, 25.1 and 25.2 "A kit, comprising (a) a plurality of different nucleotides and (b) packaging materials therefor"**

129    As mentioned above, the nucleotides (dNTPs) tested by Eurofins were packaged in a "Sequencing Kit". As demonstrated above, the vial marked "PE100 dNTPs mix" comprised a plurality of nucleotides comprising the four purine and pyrimidine bases A, G, C and T.

(2)    **Realization of feature 25.1.1 "wherein said plurality of different nucleotides are either as defined in any one of claims 6 to 10"**

130    As shown in paras. 120 and 128 above, the nucleotides realize the features of claim 6. Thus, feature 25.1.1 is realized at least in the alternative of claim 6.

131    To conclude, the BGI Kit as well as any MGI sequencing kits for use with BGI|MGI sequencers realize all features of the kit according to claim 25. Thus, claim 25 is directly and literally infringed.

d)    **Contributory literal infringement of independent method claims 12 and 17**

132    Defendant distributes BGI|MGI sequencers and sequencing kits for use with BGI|MGI sequencers in Switzerland. The sequencers and the sequencing kits are highly specialized products that are not useful for any other purpose than for sequencing as taught by claims 12 and 17 of EP'578. Defendant's Swiss customers, such as, for example, Health 2030 Genome Center at Campus Biotech in Geneva, who use these sequencers and kits as intended, directly infringe EP'578's method claims 12 and 17 – this will be explained in the following. Because the sequencers and kits cannot be used for any other purposes and Defendant promotes their use as claimed by EP'578, Defendant commits indirect, contributory infringements in accordance with article 66(d) PA by offering and selling the sequencers and kits in Switzerland.

**(1)     Contributory literal infringement of independent method claim 12**

**(a)     Realization of feature 12 "A method of controlling the incorporation of a nucleotide [according to feature 12.1] in a synthesis or sequencing reaction"**

133    As presented above, BGI|MGI's current sequencing chemistry relies on stepwise sequencing-by-synthesis (SBS) with 3'-blocked nucleotides labeled with cleavable fluorescent dyes.

134    Clearly, BGI|MGI's stepwise SBS method requires the controlling of nucleotide incorporation.

**(b)     Realization of feature 12.1 "[nucleotide] as defined in anyone of claims 6 to 10 and complementary to a second nucleotide in a target single-stranded polynucleotide"**

135    As presented above in the context of claim 25, BGI|MGI's sequencing kits comprise nucleotides realizing the features of claim 6.

136    Furthermore, complementarity of an incorporated nucleotide to a second nucleotide in a target single-stranded polynucleotide in an SBS reaction results from the availability of nucleotides required for base pairing comprising the bases A, G, C and T (cf. para. 17). These four bases are available in BGI|MGI's sequencing kits (cf. para. 99).

**(c)     Realization of feature 12.2 "incorporating into the growing complementary polynucleotide said nucleotide"**

137    Clearly, feature 12.2 has to be realized in a method to control incorporation of a nucleotide according to features 12 and 12.1 and therefore feature 12.2 is realized for the same reasons (cf. paras 133 et seq. and 135 et seq. above).

**(d)     Realization of feature 12.3 "the incorporation of said nucleotide preventing or blocking introduction of subsequent nucleoside or nucleotide molecules into said growing complementary polynucleotide"**

138    Referring again to para. 89, BGI|MGI's current sequencing chemistry relies on stepwise sequencing-by-synthesis (SBS) with 3'-blocked nucleotides labeled with cleavable fluorescent dyes.

139    Clearly, the use of 3'-blocked nucleotides in BGI|MGI's stepwise SBS method prevents or blocks introduction of subsequent nucleoside or nucleotide molecules.

**(2)   Contributory literal infringement of independent method claim 17**

**(a)   Realization of feature 17 "A method for determining the sequence of a target single-stranded polynucleotide" and of feature 17.1 "monitoring the sequential incorporation of complementary nucleotides"**

140   These features are obviously realized by a SBS method; c.f. explanations above in the sections concerning the construction of claims 12 and 17 (paras. 57 to 61).

**(b)   Realization of feature 17.1.1 "wherein at least one incorporation is of a nucleotide as defined in any one of claims 6 to 10"**

141   As presented above in the context of claim 25, BGI|MGI's sequencing kits comprise nucleotides realizing the features of claim 6.

**(c)   Realization of features 17.1.2 "wherein the identity of the nucleotide incorporated is determined by detecting the label linked to the base" and 17.1.3 "the blocking group and said label are removed prior to introduction of the next complementary nucleotide"**

142   These features correspond to phase (ii) and phase (iii) of the SBS method as explained above regarding the construction of claims 12 and 17 and are thus obviously realized.

143   By distributing BGI|MGI sequencing kits as described above in Switzerland, Defendant commits contributory literal infringement of independent method claims 12 and 17.

**e)   Infringement confirmed by Romesberg Declaration**

144   The above findings of infringement are supported by Dr. Floyd Romesberg whom Illumina has retained as an independent expert to opine on whether, based on the available evidence, the BGI Kit obtained and analysed by Eurofins includes nucleotides comprising a 3'-azido group or in particular an azido methyl group and therefor falls within the scope of EP'578.

Evidence:
— Declaration of Dr. Floyd Romesberg of June 25, 2019 including annexes
  A-D                                                                    Exhibit 17

145   Dr. Romesberg also addresses whether the 3'-blocked terminator chemistry of the BGI Labelled dNTPs and BGI Unlabelled dNTPs of the BGI Kit is likely to be representative of the sequencing chemistry used to perform SBS on BGI's other sequencing platforms such as the MGISEQ-2000. Dr. Romesberg's declaration includes appendixes A-D.

146   With regard to the BGI Labelled dNTPs, which were analysed using "click" chemistry, Dr. Romesberg concludes the following:

— in para. 61: "Figures 1-4 of the Eurofins Report show that the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples behaved identically in the "click" chemistry tests. The stable binding of dye-labelled dNTPs to the beads for the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples, which was absent for the negative control samples, confirms that dye-labelled dNTPs were bound to the beads via a click reaction between the alkyne-containing beads and an azido group of the dye-labelled dNTPs. The binding of dye label to the beads confirms the presence of fluorescently-labelled dNTPs containing an azido group in both the BGI Labelled dNTPs Mix and Illumina dNTPs Mix."

— in para. 66: "The selective release of dye from the alkyne-agarose beads of the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples by hydrazine treatment confirms that the dye-labelled compounds were linked to the beads because they possess an azido group and not via non-specific binding. These results confirm the presence of fluorescently-labelled dNTPs possessing an azido group in both the BGI Labelled dNTPs Mix and the Illumina dNTPs Mix."

147   With regard to the Unlabelled dNTPs, which were analysed by LC|MS, Dr. Romesberg states in para. 74: "These results in Table 2 [of the Eurofins Report] confirm that the dNTPs in both the BGI Unlabelled dNTPs Mix and the Jena 3-AZM-dNTPs Mix have the expected mass of the four 3'-O-azidomethyl-dNTPs."

148   In para. 75, Dr. Romesberg continues: "LC|MS is an extremely powerful technique which permits the resolution and identification of molecules in a highly discriminatory manner. In my opinion, these results confirm that each of the dNTPs in the BGI Unlabelled dNTPs Mix has the same structural composition as the dNTPs in the Jena 3-AZM-dNTPs Mix. This strongly suggests that the BGI Unlabelled dNTPs and the corresponding Jena-AZM-dNTPs have the exact same number and type of atoms. Given the limited number of ways that atoms can be connected, and the statement in the GenomeWeb article that BGI's SBS uses 3'-O-modified dNTPs (see paragraphs 19(d) and 21), this further fortifies my opinion that the BGI Unlabelled dNTPs are 3'-azidomethyl dNTPs."

149   In summary, Dr. Romesberg concludes in para. 78: "With this understanding, and in view of the "click" chemistry tests reported in the Eurofins Report, it is my opinion that the dNTPs of the BGI Labelled dNTPs mix have the same 3'-O-azidomethyl modification as the BGI Unlabelled dNTPs. Therefore, it is my opinion that the labelled nucleotides used in the BGISEQ-500 platform for SBS also are nucleotide triphosphate molecules comprising a purine or pyrimidine base and a deoxyribose sugar moiety having an azidomethyl group attached in the 3' position (i.e. a $-OCH_2N_3$ group), thereby possessing the features of claims 1 and 4 of EP 578 as set out in paragraph 37 and 38 above. This method of SBS, which uses a removable 3'-O-azidomethyl blocking group as a reversible terminator is described at paragraphs 25-29 and 30 above."

150   In para. 79, Dr. Romesberg concludes: "While I understand that the BGI Kit contains the reagents needed for performing DNA sequencing on the BGISEQ-500, my expectation is that the same 3'-blocked terminator chemistry would be used across BGI's other DNA sequencing platforms. This expectation is consistent with the GenomeWeb article to which I refer at paragraph 19(d) above, which suggests that the same sequencing chemistry (which is referred to as the "current sequencing chemistry") is used on at least the MGISEQ-200, the MGISEQ-2000 and the MGISEQ-T7. My analysis and conclusions summarised in paragraphs 72-74 above therefore also apply to labelled and unlabelled dNTPs that are provided in kits, other than the BGI Kit, that are used to perform BGI's cPas-based sequencing method (using 3'-blocked dNTPs with cleavable fluorescent dyes) on BGI's other sequencing platforms."

**3.   BGI|MGI's sequencing reagent kits and methods infringe EP'412**

**a)   Contributory literal infringement of the method claims of EP'412**

151   For the reasons explained below, using the BGI|MGI sequencing kits on BGI|MGI sequencers such as the MGISEQ-2000 installed in Geneva infringes the method claims of EP'412. For the reasons discussed above in para. 132, supplying these kits for that use – other, non-infringing uses do not exist – in Switzerland qualifies as contributory infringement in the sense of article 66(d) PA.

**(1)   Contributory literal infringement of independent method claim 1**

**(a)   Realization of features 1, 1.1 and 1.2 "A method of sequencing at least two nucleotides of a template nucleic acid comprising repeating the steps of (a) incorporating one or more fluorescently labelled nucleotides into a strand of nucleic acid complementary to said template nucleic acid; and (b) determining the identity of one or more of the incorporated nucleotide(s)"**

152   According to MGI's CSO's statement reported in the GenomeWeb article referred to in para. 89 above, MGI's sequencing chemistry relies on stepwise SBS similar to Illumina's. Features 1, 1.1 and 1.2 define phases (i) and (ii) of Illumina's SBS method (c.f. paras. 30 and 31).

Evidence:
— "MGI Prepares to Sell Sequencers in North America, Europe; Announces
   Proprietary Sequencing Chemistry", GenomeWeb, March 4, 2019          Exhibit 15

153   Further evidence follows from an article by Fehlmann in combination with the MGISEQ-2000 product brochure.

Evidence:
— Fehlmann et al., c-Pas-based sequencing on the BGISEQ-500 to explore small non-coding RNAs, Clinical Epigenetics (2016) 8: 123 (Fehlmann 2016)                                                              Exhibit 19
— MGISEQ-2000 product brochure                                                 Exhibit 20

154   The title page of the product brochure refers to MGISEQ-2000 as a "Genetic Sequencer" with "Versatility to satisfy multiple needs". On p. 2, the Brochure lists the "MGISEQ-2000 Core Technologies" and refers in point 3 to MGI's "Optimized Combinatorial Probe Anchor Synthesis (cPAS) system".

155   Fehlmann 2016 is an article authored by scientists from BGI-Shenzen and the BGI company, Complete Genomics, Inc., that reports the testing of a BGISEQ-500 sequencing platform. The article states on p. 2, col.1, para. 2 that "the BGISEQ-500 uses the new combinatorial probe anchor synthesis (cPAS) system that combines DNA nanoball nanoarrays and stepwise sequencing using polymerase".

156   Thus, the MGISEQ-2000 according to the product brochure uses as its core sequencing technology the cPAS system including stepwise sequencing as described for the BGISEQ-500 by Fehlmann 2016.

157   This provides further support that when operating the BGISEQ-500 and the MGISEQ-2000, the SBS sequencing method is used.

158   Accordingly, features 1, 1.1 and 1.2 of independent method claim 1 are realized.

**(b)   Realization of feature 1.2.1 "wherein the steps of determining the identity of the incorporated nucleotide(s) is carried out in a buffer which comprises ascorbic acid, or a salt thereof"**

159   As mentioned in para. 93 above, Illumina has obtained a BGI Kit labelled "BGISEQ-500RS High-throughput Sequencing Kit Model: PE100" containing the reagents needed for performing SBS on a BGISEQ-500. According to the Eurofins Report para. 54, the Eurofins test laboratory also found ascorbic acid present in one of the solutions in the BGI Kit, cf. the container identified by a red arrow in the figure below. This tested solution is referred to as "the BGI Sample" in the Eurofins Report and below.



160  Eurofins conducted the following experiments:

(a) "Test strip analysis" as a semi-quantitative assay for the presence of ascorbic acid in the BGI Sample,

(b) Liquid chromatography|mass spectrometry analysis undertaken to establish the presence of ascorbate in the BGI Sample, and

(c) pH determination of the BGI Sample.

Evidence:
— Declaration of Mary of Dothage Eurofins EAG Material Sciences of June
  25, 2019                                                                    Exhibit 16
— Declaration of Dr. Floyd Romesberg of June 25, 2019 including annexes
  A-D                                                                         Exhibit 17

161  In the test strip analysis, the BGI Sample was compared to several solutions with a known concentration of ascorbic acid, namely 0 ppm ascorbic acid ("Tris Buffer Blank"), 75 ppm ascorbic acid ("75ppm Ascorbic Acid Standard") and 500 ppm ascorbic acid ("500ppm Ascorbic Acid Standard"), as well as to the Illumina Scan Mix which comprises ascorbic acid.

162  Ascorbic acid, when in solution, is present as both the uncharged form, ascorbic acid, and the charged form, the ascorbate anion (cf. para 75). Therefore, the term "ascorbic acid" refers here to both the uncharged ascorbic acid form and the charged ascorbate anion.

163 For each sample, a test strip was dipped into the solution to completely wet the color indicating portion of the strip. The wet test strip was then visually inspected and compared to the color scale provided by the manufacturer.

164 Below, the test strip results are presented next to the color scale provided by the manufacturer of the test strip. The extent of color reaction from yellow to green-blue corresponds to the approximate concentration of ascorbic acid present in the solution tested.



Evidence:
— Declaration of Mary of Dothage Eurofins EAG Material Sciences of June
25, 2019                                                                                    Exhibit 16

165 The results regarding the Tris Buffer Blank, the 75ppm Ascorbic Acid Standard and the 500ppm Ascorbic Acid Standard showed the expected color by reference to the color scale provided by the manufacturer.

166 Further, the test strip analysis showed that both the Illumina Scan Mix and the BGI Sample contained ascorbic acid at a concentration greater than that of the 500ppm Ascorbic Acid Standard. The resulting color in comparison to the manufacturer's scale indicates their concentration likely to be in the order of 1000 ppm ascorbic acid or greater.

167 Additionally, the concentration of ascorbic acid in the BGI Sample appears similar to the Illumina Scan Mix which is known to have a concentration of at least 20mM ascorbate or at least about 4000ppM ascorbate.

168   The Tris Buffer Blank, the Ascorbic Acid Standard prepared at concentrations of 50ppm, 75ppm and 100ppm, the Illumina Scan Mix and the BGI Sample of the MGI kit were also tested for the presence of ascorbic acid using LC|MS.

169   The expected mass for the free ascorbate anion and the masses observed in the LC|MS for the 50ppm Ascorbic Acid Standard, 75ppm Ascorbic Acid Standard, 100ppm Ascorbic Acid Standard, the Illumina Scan Mix and the BGI Sample are summarized in the table below (Table 3 of the Eurofins Report). Since the Tris Buffer Blank did not contain ascorbic acid, no ascorbic acid mass peak was observed.

LC|MS Mass Observations

| Source | Observed Ion (mass/charge) |
|---|---|
| Expected | 175.1 |
| Tris Buffer Blank | N/A |
| 50ppm Ascorbic Acid Standard | 175.1 |
| 75ppm Ascorbic Acid Standard | 175.1 |
| 100ppm Ascorbic Acid Standard | 175.1 |
| Illumina Scan Mix | 175.1 |
| BGI Sample | 175.0 |

170   The Eurofins Report at para. 81 accordingly concludes "that the mass observed for each of the 50ppm Ascorbic Acid Standard, 75ppm Ascorbic Acid Standard, 100ppm Ascorbic Acid Standard, the Illumina Scan Mix, and the BGI Sample reported in Table 3 are within experimental error (±0.2 atomic mass units) of each other and the expected mass for the ascorbate free anion."

Evidence:
— Declaration of Mary of Dothage Eurofins EAG Material Sciences of June
25, 2019                                                                      Exhibit 16

171   These results confirm that the BGI Sample contains ascorbic acid or a salt thereof.
Consequently, also feature 1.2 is realized and independent method claim 1 of EP'412 is
indirectly and literally infringed.

**(2)    Contributory literal infringement of dependent method claim 2**

**(a)    Realization of feature 2 "wherein said substrate for incorporation of fluorescently
labelled nucleotide is a nucleoside triphosphate"**

172   The tested labeled nucleotides regarding infringement of EP'578 were drawn from the
vial in the BGI Kit marked with dNTPs mix, i.e. nucleotide triphosphates mix.
Furthermore, MGI's CSO recently stated that their 3'-blocked nucleotides are labeled
with cleavable fluorescent dyes.

Evidence:
— "MGI Prepares to Sell Sequencers in North America, Europe; Announces
Proprietary Sequencing Chemistry", GenomeWeb, March 4, 2019              Exhibit 15

173   Thus, feature 2 is realized and dependent method claim 2 is indirectly and literally
infringed, too.

**(3)    Contributory literal infringement of dependent method claims 3 and 4**

**(a)    Realization of feature 3 "wherein the ascorbic acid or salt thereof is present in the
buffer at a concentration of at least 10 mM" and of feature 4 "… at a concentration
of at least 20 mM"**

174   A concentration greater than 1000 ppm ascorbic acid in the BGI Sample was measured
in the test strip analysis according to the Eurofins Report, para. 149 to 155. This
corresponds to a concentration greater than approx. 6 mM ascorbic acid. The semi-
quantitative results of the test strip analysis further show the concentrations of ascorbic
acid in the BGI Sample and in Illumina's scan mix appear to be very similar. The
concentration of ascorbic acid in Illumina's scan mix is known to be at least 20mM
ascorbate.

Evidence:
— Declaration of Mary of Dothage Eurofins EAG Material Sciences of June
25, 2019                                                                      Exhibit 16

175   Accordingly, quantitative analysis of ascorbic acid in the BGI Sample is likely to amount
to a level above 20 mM such that features 3 and 4 are realized, and dependent claims 3
and 4 infringed indirectly and literally, too.

**(4)    Contributory literal infringement of dependent method claims 8 and 9**

**(a)    Realization of feature 8 "wherein the buffer has a pH of about 5.5 to about 8.6" and of Feature 9 "… has a pH of about 7"**

176    According to the Eurofins report, para. 54, the pH of the BGI Sample is 6.9. This is a pH value of about 7 and a within the range of about 5.5 to about 8.6.

Evidence:
— Declaration of Mary of Dothage Eurofins EAG Material Sciences of June
   25, 2019                                                                                            Exhibit 16

177    Thus, claims 8 and 9 are infringed indirectly and literally.

**(5)    Contributory literal infringement of dependent method claims 10 and 12**

**(a)    Realization of feature 10 "wherein the template nucleic acid is present in an array" and of feature 12 "wherein the array is a single molecule array"**

178    On p. 2 of the product brochure regarding the MGISEQ-2000 referred to in paras. 153, 154 above, the brochure lists under "MGISEQ-2000 Core technologies" in point 2 "Patterned Array". DNBs [DNA nanoballs] and arrayed spots are engineered to enhance attachment of a single DNB to a spot thus preventing cross-talk of signal between DNBs".

179    Fehlmann 2016 explains on p. 2 (see bottom of col. 1 bridging into col. 2) how the DNBs are generated from purified cDNA fragments of a cDNA library. After making single strand DNA circles, each of them was amplified by rolling circle amplification to produce DNBs containing a single nucleic acid molecule. Thus, each nanoball represents a single DNA molecule having many copies of a unique cDNA fragment linked together.

180    In summary, according to a MGISEQ-2000 core technology, DNA fragments are amplified as nanoballs (which contain a single DNA molecule) that are spotted individually onto arrays, thereby realizing features 10 and 12. Consequently, dependent claims 10 and 12 are also indirectly and literally infringed by the operation of the MGISEQ-2000.

**(6)     Contributory literal infringement of dependent method claims 13 and 14**

**(a)     Realization of feature 13 "wherein at least 10 nucleotides are successively incorporated and the identity of the base present in each of the incorporated nucleotides is determined" and of feature 14 "wherein at least 16 nucleotides are successively incorporated …"**

181     The product brochure referred to in paras. 153, 154 above, on p. 5 regarding the "MGISEQ-2000 specifications" according to table 1 "Flow Cell Parameters", in the third and fourth column specifies read length of 50, 100, 150 and 300 nucleotides.

182     Consequently, the MGISEQ-2000 specifies read lengths above 10 and 16 nucleotides. Operation of the MGISEQ-2000 accordingly realizes features 13 and 14 and therefore indirectly and literally infringes dependent claims 13 and 14.

**b)     Direct literal infringement of independent claim 15 directed to a kit**

**(1)     Realization of features 15 "A kit for use in a method according to any one of claims 1 to 14 comprising" and 15.1 "one or more fluorescently labelled nucleotides" and 15.1.1 "wherein the fluorescent label is linked to the nucleotides via a cleavable linker"**

183     As shown above regarding infringement of the product claims of EP'578, the BGI Kit comprises reagents for SBS (cf. e.g. paras. 96 to 104). Therefore, the BGI Kit is suitable for a method of sequencing at least two nucleotides of a template nucleic acid.

184     As presented above in paras. 122 to 128, the kit comprises one or more fluorescently labelled nucleotides.

185     According to statements of MGI's CSO reported in the GenomeWeb article, MGI's current sequencing chemistry relies on stepwise SBS and comprises 3'-blocked nucleotides that are labeled with cleavable fluorescent dyes that leave behind a molecular scar (cf. para. 89 above).

Evidence:
— "MGI Prepares to Sell Sequencers in North America, Europe; Announces
   Proprietary Sequencing Chemistry", GenomeWeb, March 4, 2019          Exhibit 15

186     Thus, the BGI Kit realizes features 15, 15.1 and 15.1.1.

**(2)    Realization of feature 15.2 "an enzyme capable of catalysing incorporation of said nucleotides into a nucleic acid strand complementary to a nucleic acid template to be sequenced"**

187    Such incorporation of complementary nucleotides into a nucleic acid strand by DNA polymerase corresponds to the first phase of the SBS method as outlined in para. 30 above.

188    Furthermore, the Fehlmann 2016 article, p.2, col. 2, para. 2 confirms that in the study they applied "the new combinatorial probe anchor synthesis (cPAS) system that combines DNA nanoball nanoarrays with stepwise sequencing using polymerase".

189    Thus, the BGI Kit realizes also feature 15.2.

**(3)    Realization of feature 15.3 "and a buffer comprising ascorbic acid or a salt thereof, or a supply of ascorbic acid or a salt thereof"**

190    As demonstrated above in paras. 159 to 171, the Eurofins Report demonstrates the presence of ascorbic acid in the BGI Sample in the BGI Kit.

191    In conclusion, the BGI Kit for use with BGI|MGI sequencers fulfils all of the features of claim 15, thereby directly and literally infringing independent claim 15 of EP'412.

**c)    Infringement confirmed by Romesberg Declaration**

192    The above findings of infringement are also supported by the Romesberg Declaration.

Evidence:
— Declaration of Dr. Floyd Romesberg of June 25, 2019 including annexes
   A-D                                                                          Exhibit 17

193    In paras. 87 et. seq., Dr. Romesberg provides a summary on the presence of ascorbic acid in the BGI Sample. He considers the tests described in the Eurofins Report to definitively confirm that the BGI Sample contains ascorbic acid.

194    Dr. Romesberg states in para 88: "It is my opinion that these results indicate that BGI's sequencing-by-synthesis method performed on the BGISEQ-500 platform performs all of the steps recited in claim 1 of EP 412. As discussed in paragraphs 19-21, the BGISEQ-500 performs sequencing-by-synthesis by repeating cycles of incorporating fluorescently labelled nucleotides complementary to a template nucleic acid and detecting the fluorescent label. Thus, sequencing performed on the BGISEQ-500 includes: (i) "sequencing at least two nucleotides of a template nucleic acid;" (ii) "incorporating one or more fluorescently labelled nucleotides into a strand of a nucleic acid complementary to said template;" and (iii) "determining the identify of one or more nucleotides of the incorporated nucleotide(s).""

195    Dr. Romesberg continues in para 89: "The BGI Sample contains ascorbic acid or salt thereof at a concentration on a similar order, or even identical to the concentration of ascorbic acid in the Illumina Scan Mix, which is used in the Illumina SBS method as part of practicing the method of claim 1 of EP 412. It is my opinion that the BGI Sample is very likely used in the same way and includes all of the features of step (b) of claim 1 of EP 412."

196    Dr. Romesberg further adds in para. 91: "I note that U.S. Patent Application Publication No. 2017|0240961 A1 (US 961 A1) further supports my opinion that the BGISEQ-500 platform performs DNA sequencing using a buffer containing ascorbic acid or a salt thereof. US 961 A1 is assigned to Complete Genomics and the first inventor is Radoje Drmanac. As I explained above, I am informed that Compete Genomics is part of the BGI Group. I am also informed that Radoje Drmanac is the Chief Science Officer for BGI. Example 2 of US 961 A1 describes a sequencing-by-synthesis process that involves flowing a "read buffer" containing ascorbic acid before determining the identity of incorporated nucleotides. US 961 A1 further supports that the BGI Sample, which contains ascorbic acid or salt thereof, is used in the manner claimed in EP 412."

Evidence:
— U.S. Patent Application Publication No. 2017|0240961 A1                              Exhibit 21

197    Dr. Romesberg concludes in paras. 92 and 93: "While I understand that the BGI Kit contains the reagents needed for performing DNA sequencing on the BGISEQ-500, my expectation is that a similar buffer containing ascorbic acid or salt thereof is also used for DNA sequencing on BGI's other DNA sequencing platforms. As I discussed in paragraph 79 above, my expectation is that that same 3'-blocked terminator chemistry that is used for performing DNA sequencing on the BGISEQ-500, would be used across BGI's other DNA sequencing platforms. BGI's instruments are all reported to use kits that provide a similar number of sequencing cycles as can be achieved using an Illumina kit on an Illumina sequencing platform, and therefore my expectation is that all BGI's kits also include a similar buffer thus allowing the advantages described in EP 412 to be achieved."

## F.    Plaintiff's prayers for relief

### 1.    Prayers for relief no. 1-7 (injunctive relief)

198    As patent infringement is established, Plaintiff has a right to injunctive relief according to article 75(1) in conjunction with article 72 and article 66(a) PA.

199    Prayer for relief 1 addresses the infringement of claim 1 in the third alternative of EP'578. Prayer for relief 2 addresses the infringement of claim 4, and prayer for relief 3 the infringement of claims 6, 7 and 9. These prayers for relief which address infringement of product claims also cover the contributory infringement of EP'578's method claims.

200    Prayer for relief 4 addresses the contributory infringement of claim 1 of EP'412, prayer for relief 5 the contributory infringement of claim 2 of EP'412, prayer for relief 6 the contributory infringement of claims 3 and 4. Prayer for relief 7 relates to the infringement of product claim 15 of EP'412.

**2.     Prayer for relief no. 8 (accounting)**

201    Under article 85(1) of the CCP, it is permissible to bring an action for an unspecified claim if it is impossible for the plaintiff to quantify its claim at the outset of the proceedings. Article 85(2) CCP provides that, in an action in stages, the claim is to be quantified as soon as the plaintiff is in a position to do so after the provision of information by the defendant. With prayer for relief 8, Plaintiff files such a staged action and reserves the right to quantify the reparations to be made by the Defendant after they have rendered account.

**3.     Procedural motions**

202    In line with the practice of this court, Plaintiff requests the court to restrict the proceedings for the time being to the questions of infringement, provision of information and rendering of accounts, i.e., to prayers for relief 1-8, until a legally binding partial judgment has been delivered on these claims, and to suspend the proceedings with regard to the substantiation and quantification of the financial claims, i.e., prayer for relief 9, during this time.

**G.    Costs and indemnification**

203    It follows from the foregoing that the Defendant must be ordered to pay the costs of the proceedings and must be ordered to compensate Plaintiff for legal and patent attorney representation.

*  *  *  *  *

Respectfully submitted


Andri Hess

**Twofold**

**Power of Attorney**

**Exhibits: as per separate list | Twofold**

**DECLARATION OF JENNIFER MUMMERY**

I, **Jennifer Lynn Mummery Widmer,** of Chemin en Champ Magnenet 3, 1429 Giez, Switzerland, declare as follows:

1. I, Jennifer Lynn Mummery Widmer, am employed as a Senior Field Application Scientist by Illumina Switzerland GmBH (**Illumina**), which has an address of Muhlebachstrasse 23, 8008 Zurich.

2. The facts and matters set out in this declaration are within my own knowledge and are true.

3. In my position as Senior Field Application Scientist at Illumina I provide support and scientific consultation to customers of Illumina's products. This involves on-site facility visits to customer laboratories for the purposes of supporting Illumina sequencing instruments and troubleshooting customer issues.

4. On Tuesday 12 March 2019, I visited the Health 2030 Genome Center at Fondation Campus Biotech, which is a customer facility at Chemin des Mines 9, 1202 Geneva. I was there to support the Illumina sequencers installed in the laboratory at this facility. On entering the laboratory, I saw that an MGISEQ-2000 sequencer was also installed. The MGISEQ-2000 is a DNA sequencing platform from MGI Tech Co. Ltd, which is part of the BGI Group. BGI's flow cell loading instrument, the MGIDL-200 was also installed in the laboratory.

5. The MGISEQ-2000 instrument was operational and performing a sequencing run when I was in the laboratory.

**Statement of truth**

I believe that the facts stated in this declaration are true.

SIGNED: *Jennifer Mummery Widmer*

NAME: Jennifer Mummery

DATE: 25 June 2019

**DECLARATION OF DOCTOR FLOYD ROMESBERG**

I, **Dr. Floyd Romesberg**, of Synthorx Inc. in San Diego, United States of America, declare as follows

**A        Introduction**

1.        I, Floyd Romesberg, Ph.D. am the scientific founder and director of the biopharmaceutical company Synthorx Inc., which is based in San Diego, California, United States of America.

2.        I understand that European Patent EP 1 530 578 B1 (**EP 578**) and European Patent EP 1 828 412 B2 (**EP 412**) are the subject of infringement proceedings between the proprietor of the patents, Illumina Cambridge Limited (**Illumina**) and BGI Europe A/S (**BGI**)[1].

3.        I have been asked by the law firm Homburger, counsel for Illumina, to provide this declaration in order to assist the Swiss Court by addressing certain technical issues that are within my area of expertise.  Homburger has informed me that this dispute concerns whether BGI's DNA sequencing platforms (including the BGISEQ-500 and the MGISEQ-2000) use modified nucleotides that are covered by EP 578 and the sequencing methods that are covered by EP 412.

4.        As well as reviewing EP 578, I have been provided with a copy of the Eurofins report dated June 25, 2019 (the **Eurofins Report**), which describes the testing of a BGISEQ-500 paired-end 100 kit (the **BGI Kit**) for the presence of:

(a)        deoxynucleotide triphosphates (**dNTPs**) that possess the features of claims 1 and 4 of EP 578; and

(b)        buffer comprising ascorbic acid, or a salt thereof, for use in a method with the features of claim 1 of EP 412.

5.        Except where I state otherwise, the facts and matters set out in this declaration are within my own knowledge and are true.  Where I have included information that does not come from my own personal knowledge, I have stated the source and in each case I believe the information to be true.

---

[1] I have been informed by Homburger that BGI Europe A/S is a subsidiary company in the BGI Group, which offers DNA sequencing services on DNA sequencing platforms supplied by MGI Tech, which is also a subsidiary in the BGI Group.

**B      Personal Background and Experience**

6.      I earned a Bachelor of Science in Chemistry from Ohio State University in 1988 and a Master of Science in Chemistry from Cornell University in 1990.  In 1994 I graduated with a Doctor of Philosophy in Chemistry in 1994, also from Cornell University, where Professor David B. Collum served as my thesis advisor.

7.      From 1994 until 1998, I was a National Institutes of Health (NIH) postdoctoral research fellow at the University of California, Berkeley, where I studied under Professor Peter G. Schultz.

8.      From 1998 to June 2019, I was a professor in the Department of Chemistry at The Scripps Research Institute.

9.      As a principal investigator, I authored over 120 publications in peer-reviewed journals, including Nature, The Proceedings of the National Academy of Sciences of the United States of America, The Journal of the American Chemical Society, Angewandte Chemie International Edition, Biochemistry, Nucleic Acids Research, and The Journal of Physical Chemistry.

10.      I also authored or co-authored at least 20 invited review articles.  In addition, I have authored or co-authored at least 17 other publications during my graduate and post-doctoral studies.

11.      Over 30 of the publications that I authored as a principle investigator are related to nucleotide analogues, including nucleotide analogues bearing linkers for attachment of functionalities of interest to polynucleotides, as well as nucleotide analogs bearing substituents on the sugar at either the 2'- or 3'- positions.

12.      I taught several graduate courses in the Department of Chemistry at The Scripps Research Institute, including a Spectroscopy course (which included a section of mass spectroscopy) and a course on Bacteria and Antibiotics.  I also regularly lectured at universities, symposiums, and conferences throughout the United States and abroad.

13.      I reviewed manuscripts as part of the peer-review process to determine whether they are acceptable for publication for numerous journals, including the Proceedings of the National Academy of Sciences, Science, Nature, the Journal of the American Chemical Society, Angewandte Chemie, Biochemistry, the Journal of Organic Chemistry,

Bioorganic and Medicinal Chemistry Letters, Chemistry & Biology, Nucleic Acids Research, and Nucleosides, Nucleotides, and Nucleic Acids.

14. I am a member of the American Chemical Society and the American Society for Microbiology.

15. I served as a permanent member of the NIH Synthetic and Biological Chemistry (SBCA) study section that handles a significant percentage of the grants dealing with modified nucleotides for four years. Also, I regularly served on various National Science Foundation (NSF) study sections, and my service on these study sections involved reviewing and determining the merits of numerous grant proposals.

16. I was awarded numerous research grants from the NIH, the NSF, the Office of Naval Research, Defense Advanced Research Projects Agency, and several other sources, including federal funding for the synthesis and analysis of nucleotide analogues and for the development of DNA polymerases specifically for sequencing DNA.

17. I was the recipient of multiple awards and honors, including the Royal Society of Chemistry Award for Bioorganic Chemistry in 2018, the ACS San Diego Chapter 2018 Scientist of the Year, the ACS Nobel Laureate Signature Award for Graduate Education in Chemistry in 2015, Discover Magazine Technology Innovation Award in 2004, the NSF Career Award in 2004, the Susan B. Komen Breast Cancer Foundation Award in 2003, the Camille Dreyfus Teacher-Scholar Award in 2003, the Baxter Foundation Fellow Award in 2002, the MacNevin Award in 1987, and election to the Defense Science Study Group (DSSG) on which I served from 2008-2010.

18. I am familiar with the subject matter of EP 578 having previously been retained as an independent expert witness by Illumina in the following *Inter Partes* Review proceedings before the United States Patent & Trademark Office concerning U.S. 7,057,026, U.S. 7,566,537 and U.S. 8,158,346, which I understand are US patents related to EP 578:

- *Intelligent Bio-Systems, Inc. v Illumina Cambridge Ltd.,* IPR2013-00128 (U.S. Patent 7,057,026); and
- *Intelligent Bio-Systems, Inc. v Illumina Cambridge Ltd.,* IPR2013-00266 (U.S. Patent 8,158,346).
- *Intelligent Bio-Systems, Inc. v. Illumina Cambridge Ltd.*, IPR2013-00517 (U.S. Patent 7,566,537);

- *Complete Genomics, Inc. v. Illumina Cambridge Ltd.*, IPR2017-02172 (U.S. Patent 7,566,537);
- *Complete Genomics, Inc. v. Illumina Cambridge Ltd.*, IPR2017-02174 (U.S. Patent 7,566,537);

**C      BGISEQ-500**

19.     I have reviewed the following documents, which provide some details regarding the BGISEQ-500 sequencing platform:

(a)     a Technical Note on the BGISEQ-500, a copy of which is provided at Annex A to this declaration (**BGI Technical Note**);

(b)     the BGISEQ-500 product brochure, a copy of which is provided at Annex B to this declaration (**BGI Brochure**);

(c)     Fehlmann *et al.* c-Pas-based sequencing on the BGISEQ-500 to explore small non-coding RNAs. *Clinical Epigenetics* (2016) 8: 123 (**Fehlmann 2016**), a copy of which is provided at Annex C to this declaration; and

(d)     Karow J. MGI Prepares to Sell Sequencers in North America, Europe; Announces Proprietary Sequencing Chemistry. *GenomeWeb*, March 4, 2019 (**GenomeWeb article**), a copy of which is provided at Annex D to this declaration.

20.     The BGI Technical Note, the BGI Brochure, and Fehlmann 2016 explain that the BGISEQ-500 sequencing platform uses a DNA sequencing technique known as "sequencing-by-synthesis" or "SBS", which BGI describes as its "*probe-anchor synthesis (cPas)-based sequencing system*". Fehlmann 2016, which is authored by scientists from BGI-Shenzen and Complete Genomics, Inc. (**Complete Genomics**)[2], explains that this sequencing system combines "*DNA nanoball (DNB) based nanoarrays with stepwise sequencing using polymerase*". The BGI Brochure states that "*[t]he cPAS chemistry works by incorporating a fluorescent probe to a DNA anchor on the DNB, followed by high resolution digital imaging*".

21.     The above descriptions confirm to me that the BGISEQ-500 performs DNA sequencing using "SBS". This is further confirmed by the GenomeWeb article, which states that

---

[2] Complete Genomics is a subsidiary company in the BGI Group.

BGI's "*current sequencing chemistry relies on stepwise sequencing-by-synthesis (SBS) where 3'-blocked nucleotides are labelled with cleavable fluorescent dyes, which leave behind a molecular 'scar' after they are removed. This chemistry is similar to that used by Illumina and others.*"

## D    Technical background

### D.1    Structure of DNA

22.    DNA consists of two complementary strands that wind around one another to form a double helix. The strands of DNA are made up of a string of individual nucleotides, which are composed of deoxyribose (a 5 carbon sugar), a nitrogenous base, and a phosphate group. There are four different nucleotides in DNA, which differ from each other by their nitrogenous bases: adenine (A), cytosine (C), guanine (G), and thymine (T). The nucleotides in each strand are linked by their phosphate group, which attaches the 5' carbon atom of their deoxyribose to the 3' carbon atom of the deoxyribose of the next nucleotide, to form the sugar-phosphate backbone of the DNA strand as shown in Figure 1 below. The two complementary strands assemble together by base-pairing with the formation of hydrogen bonds between the bases, where C pairs with G and A pairs with T, as also shown in Figure 1 below.



**Figure 1**: Structure of DNA. (a) The double helix comprised of complementary base pairs held together by a sugar phosphate backbone. (b) The hydrogen bonding between the four different nucleotides.

### D.2    DNA replication

23.    DNA is synthesised by DNA polymerase, an enzyme which uses a single-stranded DNA molecule as a template to synthesise new DNA strands that are complementary to the template.    DNA polymerase synthesises new DNA strands by attaching individual nucleotides to the end of the DNA strand being synthesized (see Figure 2, below).  This attachment links the deoxyribose of one nucleotide to the deoxyribose of another nucleotide via a phosphate linkage in a specific direction to form the sugar-phosphate backbone of the newly synthesized DNA strand (see Figure 1, above): the 5' carbon atom of one deoxyribose is connected via a phosphate group to the 3' carbon atom of another deoxyribose[3].



**Figure 2**: DNA replication.

24.    The nucleotides used by polymerases to synthesize DNA are dNTPs. Figure 3 below shows the structures of the four dNTPs (where 'N' in d**N**TP is A, C, G, or T, corresponding to the four nucleotides of DNA, i.e. dATP, dCTP, dGTP, and dTTP) that are used by DNA polymerase in synthesising the new strand of DNA.  With the

---

[3] The 3' and 5' carbon atoms of the deoxyribose are labelled on the dNTPs in Figures 1 and 3.

incorporation of each dNTP into the newly synthesised DNA strand, a pyrophosphate (two phosphate groups linked together) is released and one phosphate remains to link the nucleotides to each other to form the polynucleotide chain. Importantly, DNA synthesis is a template-dependent process; the same hydrogen bonds that mediate the stability of DNA control how a polymerase copies a template. For example, when DNA polymerase encounters a G in a template, it binds dCTP and incorporates a C, whereas when it encounters an A in the template, it binds dTTP and incorporates a T.



Deoxyadenosine-5′ triphosphate

Deoxycytosine-5′ triphosphate

Deoxyguanosine-5′ triphosphate

Deoxythymidine-5′ triphosphate

**Figure 3**: Structure of deoxynucleotide triphosphates (dNTPs; from top to bottom, dATP, dCTP, dGTP, and dTTP).

### D.3    Illumina's SBS method

25.    I am familiar with the method of SBS employed by Illumina's sequencing platforms. Illumina's SBS method, which is schematically represented in Figure 4 below, involves the attachment of single-stranded DNA fragments to a solid surface and the synthesis of new complementary DNA strands by DNA polymerase using modified dNTPs that are labelled with a base-specific, cleavable fluorophore, and contain a reversible 3′-blocking group (see Figure 5, below).

26.    The base-specific incorporation of a fluorescently labelled nucleotide into each newly synthesised DNA strand allows the identity of the base incorporated into each strand

to be detected and thus the sequence of each complementary template strand to be determined.



**Nucleotide addition**
Fluorophore-labelled, terminally blocked nucleotides hybridize to complementary base. Each cluster on a slide can incorporate a different base.

**Imaging**
Slides are imaged with either two or four laser channels. Each cluster emits a colour corresponding to the base incorporated during this cycle.

**Cleavage**
Fluorophores are cleaved and washed from flow cells and the 3'-OH group is regenerated. A new cycle begins with the addition of new nucleotides.

**Figure 4**: Illumina's SBS method.

27.   The presence of the reversible 3'-blocking group on the dNTPs means that only a single base (i.e. a single dNTP) can be added by the polymerase to each growing DNA strand until the reversible 3'-blocking group is removed.

28.   In Illumina's SBS method, a typical reaction cycle entails adding a mixture of individually fluorescently labelled and 3'-blocked dNTPs to the sequencing reaction. The DNA polymerase can incorporate only a single 3'-blocked dNTP into strands that are being synthesized, resulting in the incorporation of a single fluorescent label.  The unbound dNTPs and other excess reagents are washed away and replaced with a 'scan mix' before the sequencing surface is fluorescently imaged to identify which 3'-blocked dNTP has been incorporated into each strand.

29.   The fluorophore and 3'-blocking group are then chemically removed, and a new reaction cycle begins.  Removal of the 3'-blocking group allows the DNA polymerase reaction to reinitiate, allowing the identity of the next base in each template DNA strand to be determined.   In this manner, the identity of each individual nucleotide incorporated into each complementary DNA strand can be determined over a series of cycles, ultimately yielding the sequence identity of the consecutive nucleotides in each template DNA strand.

30.   The modified dNTPs used in Illumina's SBS method combine a removable 3'-O-azidomethyl blocking group, with a fluorophore attached to the base via a cleavable

azido linker[4].  This allows removal of both the 3'-blocking group and the fluorophore to be achieved with a single cleavage reaction.   An example of one of the modified nucleotides that can be used in Illumina's SBS method is shown in Figure 5 below.



**Figure 5.** Structure of 3'-O-azidomethyl 2' deoxythymidine triphosphate labelled with a removable fluorophore. Each phosphate group is illustrated with a circled P.   The nomenclature "N3" is used to represent an azido group (i.e., an azide).

31.     The 'scan mix' used in Illumina's SBS method includes a buffer containing ascorbic acid, which improves sequencing performance, at least in part by reducing light-induced chemical artefacts.  This can increase the number of sequencing cycles that are successfully performed.

**E      EP 578**

32.     EP 578 is titled 'Modified Nucleotides for Polynucleotide Sequencing' and concerns nucleotides that have a blocking group, methods for the removal of such blocking groups, and the use of such nucleotides in polynucleotide sequencing methods.

33.     Paragraph [0004] of EP 578 explains that accurate SBS of DNA "*ideally requires the controlled (i.e. one at a time) incorporation of the correct complementary nucleotide opposite the oligonucleotide being sequenced*".   In relation to the use of a blocking group it goes on to state as follows:

> "*In order to ensure only a single incorporation occurs, a structural modification ("blocking group") of the sequencing nucleotides is required to ensure a single nucleotide incorporation but which then prevents any further*

---

[4] The term "azido" indicates the presence of an azide moiety in the molecule.

*nucleotide incorporation into the polynucleotide chain. The blocking group must then be removable, under reaction conditions which do not interfere with the integrity of the DNA being sequenced. The sequencing cycle can then continue with the incorporation of the next blocked, labelled nucleotide. In order to be of practical use, the entire process should consist of high yielding, highly specific chemical and enzymatic steps to facilitate multiple cycles of sequencing.*"

34.    Paragraph [0005] goes on to explain that to be useful in DNA sequencing, nucleotide triphosphates (e.g. dNTPs) generally require a 3'OH-blocking group to prevent the polymerase used to incorporate it into a polynucleotide chain from continuing to replicate once the base on the nucleotide is added.  In order to achieve this it is explained that there are many limitations on the suitability of a molecule as a blocking group: it must prevent additional nucleotide molecules from being added to the polynucleotide chain whilst simultaneously being easily removable from the sugar moiety without causing damage to the polynucleotide chain; and it must be tolerated by the polymerase or other appropriate enzyme used to incorporate it into the polynucleotide chain.  In summary it is explained that "[t]*he ideal blocking group will therefore exhibit long term stability, be efficiently incorporated by the polymerase enzyme, cause total blocking of secondary or further incorporation and have the ability to be removed under mild conditions that do not cause damage to the polynucleotide structure, preferably under aqueous conditions. These stringent requirements are formidable obstacles to the design and synthesis of the requisite modified nucleotides.*"

35.    The invention of EP 578 concerns the development of a number of reversible blocking groups and methods of deprotecting them under DNA compatible conditions.

36.    Paragraph [0058] explains that in one example the reversible blocking group of the deoxyribose sugar moiety is a 3'-azidomethyl group (i.e. a $-OCH_2N_3$ group). Paragraph [0118] explains that nucleotides bearing this blocking group at the 3'-position have been synthesised, shown to be successfully incorporated by DNA polymerases, block efficiently, and may be subsequently removed under neutral, aqueous conditions using water soluble phosphines or thiols, therefore allowing further extension.

37.    Claim 1 of EP 578 states:

"*A modified nucleotide molecule comprising a purine or pyrimidine base and a ribose or deoxyribose sugar moiety having a removable 3'-OH blocking group covalently attached thereto, such that the 3' carbon atom has attached a group of the structure*

*-O-Z*

*wherein Z is any of -C(R')2-N(R'')2'C(R')2-N(H)R'', and -C(R')2-N3,*
*wherein each R'' is or is part of a removable protecting group; each R' is independently a hydrogen atom, an alkyl, substituted alkyl, arylalkyl, alkenyl, alkynyl, aryl, heteroaryl, heterocyclic, acyl, cyano, alkoxy, aryloxy, heteroaryloxy or amido group, or a detectable label attached through a linking group; or (R')2 represents an alkylidene group of formula =C(R''')2 wherein each R''' may be the same or different and is selected from the group comprising hydrogen and halogen atoms and alkyl groups; and wherein said molecule may be reacted to yield an intermediate in which each R'' is exchanged for H, which intermediate dissociates under aqueous conditions to afford a molecule with a free 3'OH.*"

38.     Claim 4 of EP 578 states:

"*A molecule according to any one of claims 1 to 3 wherein Z is an azidomethyl group.*"

**F       EP 412**

39.     EP 412 is titled 'Improved method of nucleotide detection' and concerns the use of ascorbic acid, or a salt thereof, as an additive to the buffers used in nucleotide detection processes and improved methods of nucleic acid detection using this additive.

40.     Paragraph [0006] of EP 412 explains that:

"*It is known in the art to add chemical antioxidants such as ascorbic acid (vitamin C) to fluorescent imaging buffers.  It has, however, never previously been suggested to add such antioxidants to buffers used for detection/imaging of fluorophores incorporated in or attached to nucleic acid.  More particularly, it has never previously been suggested to use antioxidants such as ascorbate as additives in buffers used for imaging of arrays during cycles of nucleic acid sequencing.*"

41.  Paragraphs [0012]-[0013] explain that in sequencing-by-synthesis reactions, use of a buffer which comprises one or more antioxidants substantially improves performance by increasing the number of nucleotide additions which can be accurately determined in each sequencing experiment.  The inclusion of an antioxidant in the buffer prevents the loss of signal that otherwise occurs over successive cycles of nucleotide incorporation, which allows more cycles of sequencing to be achieved using the same sequencing templates. Paragraph [0014] explains that ascorbic acid or a salt, analogue, or derivative thereof is a preferred antioxidant.

42.  Example 1 of EP 412, which is set out at paragraphs [0099]-[0126] describes sequencing of lamdaF templates using different scanning buffers.

43.  Sequencing was carried out using modified nucleotides labelled with four different commercially available fluorophores (paragraph [0115]) and a mutant 9°N polymerase enzyme (paragraph [0115]).  After addition of the four labelled modified nucleotides to the template DNA strands (paragraph [0017]), the templates were then exposed to one of two imaging buffers: a "non-ascorbate buffer" (100mM Tris pH7.0, 30mM NaCl); or an "ascorbate scan buffer" (100mM Tris pH7.0, 30mM NaCl, 50mM sodium ascorbate (paragraph [0118]). They were then scanned in four colours (paragraph [0119]).

44.  The templates were exposed to cycles of cleavage and nucleotide addition until 25 cycles of data had been collected (paragraphs [0120]-[0123]).

45.  Paragraph [0124] describes the results of the sequencing reactions as follows:

    "*A clear difference between the number of clusters detected at each cycle could be seen. The non ascorbate buffer resulted in a loss of signal for each cluster, and a loss of the number of detectable clusters, such that after seven cycles the sequencing process was no longer working. Using the ascorbate buffer, at least 18 cycles of sequencing could be achieved.*"

46.  The invention of EP 412 therefore concerns the use of ascorbic acid, or a salt thereof, to improve the efficiency of fluorescence-based multiple cycle nucleic acid sequencing reactions.

47.  Claim 1 of EP 412 states:

    *A method of sequencing at least two nucleotides of a template nucleic acid comprising repeating the steps of;*

    a.   *incorporating one or more fluorescently labelled nucleotides into a strand of nucleic acid complementary to said template nucleic acid; and*

    b.   *determining the identity of one or more of the incorporated nucleotide(s) wherein the steps of determining the identity of the incorporated nucleotide(s) is carried out in a buffer which comprises ascorbic acid, or a salt thereof.*

**G**      **Eurofins Report**

48.    The Eurofins Report describes:

    (a)    the use of "click" chemistry and liquid chromatography/mass spectrometry (**LC/MS**) to investigate the properties of dNTPs in the BGI Kit;

    (b)    analysis of the BGI Kit for a solution containing ascorbic acid, or a salt thereof.

49.    Unless otherwise stated, paragraph references in the remainder of this declaration are to paragraphs of the Eurofins Report.

**H**      **Azide-alkyne "Click" chemistry of the BGI Labelled dNTPs Mix**

50.    I understand that the BGI Kit contains two mixtures of dNTPs (dATP, dCTP, dGTP and dTTP). As explained in the Eurofins Report (paragraphs 7, 12 and 48), one of the mixtures contains fluorescently-labelled dNTPs (referred to hereafter as the **BGI Labelled dNTPs Mix**) and the other contains unlabelled dNTPs (referred to hereafter as the **BGI Unlabelled dNTPs Mix**).

51.    "Click" chemistry was used to demonstrate the presence of azido-containing dNTPs in:

    (a)    the BGI Labelled dNTPs Mix; and

    (b)    the dNTPs in Illumina's MiSeq Reagent Kit v3 (referred to hereafter as the **Illumina dNTPs Mix**).

52.    As shown in Figure 5 above, the Illumina dNTPs contain a 3'-O-azidomethyl blocking group with a removable fluorophore attached to the base via a cleavable azido linker.

53.   LC/MS experiments were performed to determine whether the masses of dNTPs in the BGI Unlabelled dNTPs Mix correspond to the masses of commercially available 3'-O-azidomethyl-dNTPs obtained from Jena Bioscience GmbH.

54.   Azide-alkyne "click" chemistry refers to the highly specific copper(I) catalysed reaction between an azido group and an alkyne group to yield a covalently linked triazole product.  The reaction only proceeds with an alkyne and an azide and in the presence of copper(I).

55.   Based upon this reaction, if the dNTPs being analyzed contain an azido group, it will be possible to covalently link the dNTPs to an alkyne group that itself is linked to an agarose bead in the presence of copper(I) as shown in Figure 6 below.



**Figure 6:** "Click" reaction in which a dye-labelled 3'-azidomethyl modified dNTP (in this case 3'-azidomethyl-dTTP) reacts, in the presence of copper(I), with an alkyne group linked to an agarose bead to attach the dNTP to the bead via formation of a triazole product.

56.    As the dNTPs of the BGI Labelled dNTPs Mix and the Illumina dNTPs Mix contain a fluorescent dye, it will be possible to observe visually the binding of azido-containing dNTPs to the previously colorless alkyne-agarose beads by monitoring the presence of the fluorescent dye bound to the resin, which takes on the color of the fluorescent dNTPs.   In addition, the presence or absence of the dNTPs in solution can be determined visually or by using a spectrophotometer, which detects their presence via the light they absorb (i.e. their absorption).

57.    The fluorophore-linked agarose beads may subsequently be treated with hydrazine. Located between the triazole group and the agarose beads is a chemically reactive Dde linker that is cleaved by hydrazine.  Thus, when reacted with hydrazine, the Dde linker between the triazole group and the agarose beads is broken and fluorescently-labelled dNTPs will be liberated from the agarose beads as shown in Figure 7 below. At this point, color again returns to solution, and thus can be washed away, and the beads again become colorless.  This can be demonstrated by visual inspection and/or with the use of a spectrophotometer.

**Figure 7:** On hydrazine cleavage of the Dde linker, a dye-labelled 3'-triazole modified dNTP (in this case 3'-triazole modified-dTTP) is liberated from the bead and released back into solution.

I  **Results of the "Click" Chemistry tests**

58. The Eurofins Report explains that the following reactions were analyzed using azide-alkyne "click" chemistry (paragraph 13):

  (a) the BGI Labelled dNTPs Mix was analyzed for the presence of dNTPs possessing an azido group in reactions containing alkyne-agarose beads, additives, and copper (II) sulfate solution (paragraph 16).

  (b) the Illumina dNTPs Mix was analyzed for the presence of dNTPs possessing an azido group in reactions containing alkyne-agarose beads, additives, and copper (II) sulfate solution (paragraph 18).

59. Control reactions were also performed in which the copper (II) sulfate solution was excluded (and replaced with Tris buffer); see paragraphs 17 and 19.  As the "click" reaction between an azide group and an alkyne group is catalysed by copper(I)[5], a migration of the color from the solution to the beads during the reactions performed with Tris buffer would suggest non-specific binding of dNTPs to the alkyne-agarose beads rather than binding mediated by the presence of an azido group via the specific copper(I) catalysed azide-alkyne reaction.

60. The experimental and control samples were incubated for 16 hours, after which the color of the beads was examined.  The beads were then serially washed; three times with the wash solution of the supplier and three times with Tris buffer, pH 8.0.  The wash solutions were collected and set aside (paragraph 21).  Figures 1 to 4 of the Eurofins Report show the visual appearance of the alkyne-agarose beads after the washing steps.  In summary:

  (a) The samples containing the BGI Labelled dNTPs Mix, alkyne-agarose beads, additives, and copper (II) sulfate were tested in triplicate.  After the six wash

---

[5] I have been informed that the "click" chemistry kit used for the testing described in the Eurofins Report includes a preliminary step of mixing two proprietary solutions with copper (II) sulfate, which I understand generates the copper (I) catalyst required in the azide-alkyne click reaction.

steps, the beads maintained the blue color of the BGI Labelled dNTPs Mix (i.e. the beads were visibly blue rather than colorless; see Figure 1 and paragraph 22). The absorption spectra of the wash solutions also confirmed that the blue color taken on by the beads during incubation with the BGI Labelled dNTPs Mix was not removed by washing (paragraph 23).

(b)     The samples containing the Illumina dNTPs Mix, alkyne-agarose beads, additives, and copper (II) sulfate were tested in duplicate. After the six wash steps, the beads maintained the blue color of the Illumina dNTPs Mix (i.e. the beads were visibly blue rather than colorless; see Figure 3 and paragraph 26). The absorption spectra of the wash solutions also confirmed that the blue color taken on by the beads during incubation with the Illumina dNTPs Mix was not removed by washing (paragraph 27).

(c)     Negative control samples excluding the copper catalyst were also tested for the BGI Labelled dNTPs Mix and the Illumina dNTPs Mix. No visible color remained on the alkyne-agarose beads after the six washing steps for any of the control samples (i.e. the beads became colorless on washing; see Figures 2 and 4). This confirms the absence of non-specific binding of dNTPs in the BGI Labelled dNTPs Mix or Illumina dNTPs Mix to the alkyne-agarose beads and that the presence of the click catalyst copper-containing solution was necessary to achieve binding of dye-labelled compounds to the alkyne-agarose beads.

61.     Figures 1-4 of the Eurofins Report show that the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples behaved identically in the "click" chemistry tests. The stable binding of dye-labelled dNTPs to the beads for the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples, which was absent for the negative control samples, confirms that dye-labelled dNTPs were bound to the beads via a click reaction between the alkyne-containing beads and an azido group of the dye-labelled dNTPs. The binding of dye label to the beads confirms the presence of fluorescently-labelled dNTPs containing an azido group in both the BGI Labelled dNTPs Mix and Illumina dNTPs Mix.

62.     In relation to the dNTPs of the Illumina dNTPs Mix, in light of the known structure of Illumina's 3'-O-azidomethyl dNTPs (see Figure 5 above), this result is as I would expect. The results for the BGI Labelled dNTPs Mix samples are also consistent with

the fluorescently-labelled dNTPs of the BGI Labelled dNTPs Mix being dNTPs modified with 3'-O-azidomethyl blocking groups.

63.  After washing, the agarose beads of each sample were treated with hydrazine and incubated for 90 minutes on a shaker (paragraph 31).

64.  After hydrazine treatment, the dye that was bound to the agarose beads of the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples was released from the beads and returned to solution as confirmed by the colorless appearance of the beads (see Figures 5 and 9) and the visibly blue appearance of the hydrazine filtrates (see Figures 6 and 10).  Significant absorption was also measured for the respective hydrazine filtrates (paragraphs 33 and 37).

65.  Hydrazine treatment of the negative control samples was consistent with no dye having bound to the beads – the beads remained colorless (see Figures 7 and 11) and the presence of hydrazine did not cause the filtrates to display any significant absorption (see Figures 8 and 12, and paragraphs 35 and 39).

66.  The selective release of dye from the alkyne-agarose beads of the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples by hydrazine treatment confirms that the dye-labelled compounds were linked to the beads because they possess an azido group and not via non-specific binding.  These results confirm the presence of fluorescently-labelled dNTPs possessing an azido group in both the BGI Labelled dNTPs Mix and the Illumina dNTPs Mix.

**J    Liquid Chromatography/Mass Spectrometry (LC/MS) Analysis of dNTPs in the BGI Unlabelled dNTPs Mix**

67.  LC/MS is an analytical technique that combines liquid chromatography with mass spectrometry.

68.  Liquid chromatography is used to separate the components of mixtures containing multiple components.  The technique is based upon passing a liquid solvent containing the sample mixture (referred to as the 'mobile phase') through a column filled with a solid material that interacts with the sample mixture (referred to as the 'stationary phase').  Each component in the sample interacts slightly differently with the solid material of the stationary phase, causing the components to migrate through the column at different rates, leading to the separation of the components as they flow out

of the column.  Separation based on this differential chromatographic retention permits further analysis of the separated components to be performed.

69.   Mass spectrometry allows the mass of molecules to be determined, which is a highly discriminatory piece of information.  The chances of two different molecules, not to mention two different 3'-modified dNTPs, having precisely the same mass is extremely small. The basic principle of mass spectrometry involves passing charged particles (*i.e.* ions) through a magnetic field, allowing them to be selected on the basis of (i) the charge that they carry and (ii) their molecular mass.  This allows molecules to be identified by observing the signals generated when their unique pattern of ions contacts the surface of a detector as illustrated in the schematic diagram at Figure 8 below. Since dNTPs are free anions in water, the negative charge of the dNTPs can be used in this mass spectrometric analysis (so called "negative ion mode").



**Figure 8:** Illustration of a quadrupole-based MS system.  The quadrupole consists of two pairs of parallel metal rods. Different voltages are applied to each pair of rods generating a magnetic field in the quadrupole.  Ions travel down the quadrupole between the rods.  Only ions of a certain mass-to-charge ratio (m/z) will reach the detector for a given ratio of voltages: other ions have unstable trajectories and will collide with the rods.  This allows selection of an ion with a particular m/z for detection.

## J.1   Eurofins LC/MS analysis

70.   The Eurofins Report describes the use of LC/MS to establish the mass of the dNTPs in: (i) the BGI Unlabelled dNTPs Mix; and (ii) a mixture of commercially available 3'-O-

azidomethyl-dNTPs, with known structure[6], that were obtained from Jena Bioscience GmbH (hereafter referred to as the **Jena 3-AZM-dNTPs**).

71.   LC/MS analysis was performed on each of the four Jena 3-AZM-dNTPs in order to independently confirm the observed mass of each individual Jena 3-AZM-dNTP (paragraph 45).  A mixture of the Jena 3-AZM-dNTPs was also prepared and tested, which confirmed that the mass of each of the four 3-AZM-dNTPs in the mixture was identical (within experimental error) to the mass observed for the respective individual 3-AZM-dNTPs (paragraph 46).

72.   LC/MS analysis was then performed on the BGI Unlabelled dNTPs Mix and a mixture of the Jena 3-AZM-dNTPs (hereafter referred to as the **Jena 3-AZM-dNTPs Mix**; paragraphs 48 to 52).  In brief, the samples were separated by liquid chromatography using a Phenomenex Luna Omega Polar C18 column (Phenomenex Inc., Torrence, CA) and then analyzed using an AB SCIEX Triple Quad mass spectrometer (AB Sciex LLC, Framingham, MA).

**J.2      Results of the Eurofins LC/MS analysis**

73.   Table 2 of the Eurofins Report, which I have reproduced below, reports the expected masses for each of the 3'-azidomethyl-dNTPs (based on the known atomic composition of each free anion for the four Jena 3-AZM-dNTPs) and the observed masses for each dNTP in the Jena 3-AZM-dNTPs Mix and in the BGI Unlabelled dNTPs Mix.

---

[6] The structural formulae of the Jena 3-AZM-dNTPs (i.e. 3'-O-azidomethyl-dATP, 3'-O-azidomethyl-dCTP, 3'-O-azidomethyl-dGTP and 3'-O-azidomethyl-dTTP) are shown at paragraph 43 of the Eurofins Report.

| dNTP | Source | Observed Ion (mass/charge) |
|---|---|---|
| 3-AZM-dTTP | Expected | 536.2 |
| | Jena | 536.1 |
| | BGI | 536.1 |
| 3-AZM-dATP | Expected | 545.2 |
| | Jena | 545.1 |
| | BGI | 545.3 |
| 3-AZM-dCTP | Expected | 521.2 |
| | Jena | 521.1 |
| | BGI | 521.2 |
| 3-AZM-dGTP | Expected | 561.2 |
| | Jena | 561.1 |
| | BGI | 561.1 |

**Table 2** reproduced from the Eurofins Report. Experimental error of ±0.2.

74.   The results in Table 2 confirm that the dNTPs in both the BGI Unlabelled dNTPs Mix and the Jena 3-AZM-dNTPs Mix have the expected mass of the four 3'-O-azidomethyl-dNTPs.

75.   LC/MS is an extremely powerful technique which permits the resolution and identification of molecules in a highly discriminatory manner.  In my opinion, these results confirm that each of the dNTPs in the BGI Unlabelled dNTPs Mix has the same structural composition as the dNTPs in the Jena 3-AZM-dNTPs Mix. This strongly suggests that the BGI Unlabelled dNTPs and the corresponding Jena-AZM-dNTPs have the exact same number and type of atoms. Given the limited number of ways that atoms can be connected, and the statement in the GenomeWeb article that BGI's SBS uses 3'-O-modified dNTPs (see paragraphs 19(d) and 21), this further fortifies my opinion that the BGI Unlabelled dNTPs are 3'-azidomethyl dNTPs.

**K    Summary on the identity of the BGI dNTPs**

76.    The "click" chemistry tests that are described in the Eurofins Report definitively confirm that the dNTPs of the BGI Labelled dNTPs Mix possess an azido group. These results are consistent with the LC/MS data, which show that each of the dNTPs of the BGI Unlabelled dNTPs Mix has a mass that corresponds to (within the experimental error of ±0.2 atomic mass units) the expected and observed masses of each of the respective Jena 3-AZM-dNTPs. Based on these LC/MS data, it is my opinion that each of the dNTPs of the BGI Unlabelled dNTPs Mix has the same composition as each of the respective Jena 3-AZM-dNTPs.

77.    I have been informed that BGI's sequencing-by-synthesis method uses both BGI Labelled dNTPs and BGI Unlabelled dNTPs in the same SBS sequencing cycle reactions, such that both labelled and unlabelled dNTPs are incorporated into new complementary DNA strands during the incorporation reactions. As I mentioned above, the GenomeWeb article to which I refer at paragraph 19(d) states that BGI's SBS uses 3'-O-modified dNTPs. In view of the publicly available information regarding BGI's SBS method, and the masses of the BGI Unlabelled dNTPs provided in the Eurofins Report, it is my opinion that each of the dNTPs of the BGI Unlabelled dNTPs Mix has the same structural configuration as each of the respective Jena 3-AZM-dNTPs (i.e., 3'-O-azidomethyl-dATP, 3'-O-azidomethyl-dCTP, 3'-O-azidomethyl-dGTP and 3'-O-azidomethyl-dTTP). Therefore, it is my opinion that the unlabelled nucleotides used in the BGISEQ-500 platform for SBS are nucleotide triphosphate molecules comprising a purine or pyrimidine base and a deoxyribose sugar moiety having an azidomethyl group attached in the 3' position (i.e. a $-OCH_2N_3$ group), thereby possessing the features of claims 1 and 4 of EP 578 as set out in paragraphs 37 and 38 above.

78.    With this understanding, and in view of the "click" chemistry tests reported in the Eurofins Report, it is my opinion that the dNTPs of the BGI Labelled dNTPs mix have the same 3'-O-azidomethyl modification as the BGI Unlabelled dNTPs. Therefore, it is my opinion that the labelled nucleotides used in the BGISEQ-500 platform for SBS also are nucleotide triphosphate molecules comprising a purine or pyrimidine base and a deoxyribose sugar moiety having an azidomethyl group attached in the 3' position (i.e. a $-OCH_2N_3$ group), thereby possessing the features of claims 1 and 4 of EP 578 as set out in paragraph 37 and 38 above. This method of SBS, which uses a removable 3'-O-azidomethyl blocking group as a reversible terminator is described at paragraphs 25-29 and 30 above.

79.     While I understand that the BGI Kit contains the reagents needed for performing DNA sequencing on the BGISEQ-500, my expectation is that the same 3'-blocked terminator chemistry would be used across BGI's other DNA sequencing platforms. This expectation is consistent with the GenomeWeb article to which I refer at paragraph 19(d) above, which suggests that the same sequencing chemistry (which is referred to as the "*current sequencing chemistry*") is used on at least the MGISEQ-200, the MGISEQ-2000 and the MGISEQ-T7.    My analysis and conclusions summarised in paragraphs 76-78 above therefore also apply to labelled and unlabelled dNTPs that are provided in kits, other than the BGI Kit, that are used to perform BGI's cPas-based sequencing method (using 3'-blocked dNTPs with cleavable fluorescent dyes) on BGI's other sequencing platforms.

**L      Analysis of the BGI Kit for a solution containing ascorbic acid using Quantofix® Ascorbic Acid Test Strips**

80.     I understand that the BGI Kit contains two containers with several compartments of frozen solutions (paragraph 54 and Figure 13).  The Eurofins Report describes the use of Quantofix® Ascorbic Acid Test Strips (the **Test Strips**") to test the solution obtained from the compartment in the BGI Kit marked with the red arrow in Figure 13 (the **BGI Sample**") for the presence of ascorbic acid.  The Test Strips are commercially available chemically-treated sheets designed for the semi-quantitative detection of ascorbic acid by way of a color change to the sheets upon contact with a solution containing ascorbic acid.

81.     In addition to the BGI Sample, paragraphs 56 and 57 explain that the following were tested using the Test Strips:

        (a)      the reagent identified as 'Scan Mix' in Illumina's MiSeq Reagent Kit v3 (the **Illumina Scan Mix**);

        (b)      two ascorbic acid standard samples generated from pure ascorbic acid at 75 ppm ascorbic acid (the **75ppm Standard**) and 500 ppm ascorbic acid (the **500ppm Standard**) in a 10 mM Tris buffer, pH 7.4 solution; and

        (c)      a 10 mM Tris buffer, 7.4 solution (the **Tris Buffer Blank**).

82.     Both the BGI Sample and the Illumina Scan Mix caused the Test Strip to change color to a greater degree than both the 75ppm Standard and the 500ppm Standard.  I

therefore believe that the BGI Sample contained ascorbic acid at a concentration greater than that of the 500ppm Standard, and based on a comparison with the color scale provided with the Test Strips, I believe that the ascorbic acid concentration in the BGI Sample is on the order of 1000 ppm ascorbic acid, and possibly even greater. The results are also consistent with the BGI Sample containing concentrations of ascorbic acid that are similar to (or perhaps even identical to) the concentration of ascorbic acid in the Illumina Scan Mix, which I am informed is at least 20 mM.

**M        Analysis of the BGI Kit for a solution containing ascorbic acid, or a salt thereof, using LC/MS Analysis**

83.     The Eurofins Report also describes the use of LC/MS to test for the presence of the free ascorbate anion in: (i) the Tris Buffer Blank; (ii) a standard generated from pure ascorbic acid at 50 ppm ascorbic acid (the **50ppm Standard**); (iii) the 75ppm Standard; (iv) a standard generated from pure ascorbic acid at 100 ppm ascorbic acid (the **100ppm Standard**); (v) the Illumina Scan Mix; and (vi) the BGI Sample. The LC/MS conditions were the same as those used to analyze the dNTPs (paragraph 61). The LC/MS used in the Eurofins report detects the mass of negative ions (anions).

84.     At neutral pH, ascorbic acid in a solution will dissociate to form a free ascorbate anion (negatively charged) and a hydronium cation (positively charged), as shown in Figure 9 below. The presence of the free ascorbate anion in a solution, as detected for example using LC/MS, will therefore indicate the presence of ascorbic acid or a salt thereof.



| Ascorbic acid | Water | | Ascorbate anion | Hydronium cation |

**Figure 9:** Dissociation of ascorbic acid in solution at neutral pH.

85.     Table 3 of the Eurofins Report, which I have reproduced below, reports the expected mass for the free ascorbic ascorbate anion and the observed mass in the Tris Buffer Blank, the 50ppm Standard, the 75ppm Standard, the 100ppm Standard, the Illumina Scan Mix and the BGI Sample.

## LC/MS Mass Observations

| Source | Observed Ion (mass/charge) |
|---|---|
| Expected | 175.1 |
| Tris Buffer Blank | N/A |
| 50ppm Ascorbic Acid Standard | 175.1 |
| 75ppm Ascorbic Acid Standard | 175.1 |
| 100ppm Ascorbic Acid Standard | 175.1 |
| Illumina Scan Mix | 175.1 |
| BGI Sample | 175.0 |

**Table 3** reproduced from the Eurofins Report. Experimental error of ±0.2.

86.    The results in Table 3 confirm that the presence of ascorbic acid, or a salt thereof, in the BGI Sample.

**N      Summary on the presence of ascorbic acid in the BGI Sample**

87.    The tests that are described in the Eurofins Report definitively confirm that the BGI Sample contains ascorbic acid.

88.    It is my opinion that these results indicate that BGI's sequencing-by-synthesis method performed on the BGISEQ-500 platform performs all of the steps recited in claim 1 of EP 412.  As discussed in paragraphs 19-21, the BGISEQ-500 performs sequencing-by-synthesis by repeating cycles of incorporating fluorescently labelled nucleotides complementary to a template nucleic acid and detecting the fluorescent label.  Thus, sequencing performed on the BGISEQ-500 includes: (i) "sequencing at least two nucleotides of a template nucleic acid;" (ii) "incorporating one or more fluorescently labelled nucleotides into a strand of a nucleic acid complementary to said template;" and (iii) "determining the identify of one or more nucleotides of the incorporated nucleotide(s)."

89.    The BGI Sample contains ascorbic acid or salt thereof at a concentration on a similar order, or even identical to the concentration of ascorbic acid in the Illumina Scan Mix,

which is used in the Illumina SBS method as part of practicing the method of claim 1 of EP 412. It is my opinion that the BGI Sample is very likely used in the same way and includes all of the features of step (b) of claim 1 of EP 412.

90.   Example 1 of EP 412 teaches that using buffer containing ascorbic acid during detection can significantly increase the number of sequencing cycles that can be successfully performed. Because the BGISEQ-500 uses similar reversible-terminator chemistry as is used in Illumina's SBS method and performs a similar number of sequencing cycles as can be achieved using an Illumina kit on an Illumina sequencing platform, it is my opinion that the step of determining the identity of incorporated nucleotides used in performing SBS on the BGISEQ-500 is likely carried out using the BGI Sample, which is a buffer that contains ascorbic acid or a salt thereof.

91.   I note that U.S. Patent Application Publication No. 2017/0240961 A1 (**US 961 A1**) further supports my opinion that the BGISEQ-500 platform performs DNA sequencing using a buffer containing ascorbic acid or a salt thereof. US 961 A1 is assigned to Complete Genomics and the first inventor is Radoje Drmanac. As I explained above, I am informed that Compete Genomics is part of the BGI Group. I am also informed that Radoje Drmanac is the Chief Science Officer for BGI. Example 2 of US 961 A1 describes a sequencing-by-synthesis process that involves flowing a "read buffer" containing ascorbic acid before determining the identity of incorporated nucleotides. US 961 A1 further supports that the BGI Sample, which contains ascorbic acid or salt thereof, is used in the manner claimed in EP 412.

92.   While I understand that the BGI Kit contains the reagents needed for performing DNA sequencing on the BGISEQ-500, my expectation is that a similar buffer containing ascorbic acid or salt thereof is also used for DNA sequencing on BGI's other DNA sequencing platforms.

93.   As I discussed in paragraph 79 above, my expectation is that that same 3'-blocked terminator chemistry that is used for performing DNA sequencing on the BGISEQ-500, would be used across BGI's other DNA sequencing platforms. BGI's instruments are all reported to use kits that provide a similar number of sequencing cycles as can be achieved using an Illumina kit on an Illumina sequencing platform, and therefore my expectation is that all BGI's kits also include a similar buffer thus allowing the advantages described in EP 412 to be achieved.

**Statement of truth**

I confirm that I have made clear which facts and matters referred to in this declaration are within my own knowledge and which are not. Those that are within my own knowledge I confirm to be true. The opinions I have expressed represent my true and complete professional opinions on the matters to which they refer.

SIGNED: ...................................................

NAME: Dr. Floyd Romesberg

DATE: 25 Jun 2019

**DECLARATION OF MARY M. DOTHAGE OF EUROFINS EAG MATERIALS SCIENCES**

I, **Mary M. Dothage** of Eurofins EAG Materials Sciences, Maryland Heights, Missouri, United States of America, declare as follows

**A      Introduction**

1.      I, Mary M. Dothage am a Manager at Eurofins EAG Materials Sciences ('**Eurofins EAG**').

2.      Eurofins EAG was requested by Illumina Cambridge Limited ("**Illumina**") to analyse the chemical structure of deoxynucleotide triphosphates ("**dNTPs**") in the "BGISEQ-500RS High-throughput Sequencing Kit Model: PE100" (the "**BGI Kit**") and to analyse a solution in the BGI Kit for the presence of ascorbic acid.  I have prepared this Eurofins EAG Report dated June 25, 2019 to report the results of:

(a)      "Click" chemistry testing undertaken to determine whether fluorescently labelled dNTPs in the BGI Kit possess azide moieties;

(b)      liquid chromatography-mass spectrometry analysis undertaken to establish whether the masses of unlabelled dNTPs in the BGI Kit correspond to the masses of 3'-O-azidomethyl-dNTPs;

(c)      assays using Quantofix® Ascorbic Acid Test Strips undertaken to establish the presence and approximate concentration of ascorbic acid in a solution in the BGI Kit; and

(d)      liquid chromatography-mass spectrometry analysis undertaken to confirm the presence of ascorbic acid in a solution in the BGI Kit.

3.      All experimental procedures described in this declaration were performed under my supervision.  Except where I state otherwise, the factual statements set out in this declaration are within my own knowledge and are true.  Where I have included information that does not come from my own personal knowledge, I have stated the source and in each case I believe the information to be true.

**B      Personal Background and Experience**

4.      I am currently a Manager at Eurofins EAG Materials Sciences in Maryland Heights, Missouri and have been a Manager there since 2018.  I have worked at Eurofins EAG

Materials Sciences and its predecessor entities (EAG Laboratories, Chemir, and Gateway Chemical) since 2002, in the role of Scientist and Team Leader.

5.      I earned a Bachelor of Science in Molecular Biology from Southeast Missouri State University in 2001.

6.      From 2001 to 2002, I worked as a Research Scientist at several chemical companies, where my responsibilities included conducting analytical chemical analyses.

**C      "Click" Chemistry Testing of Labelled PE100 dNTPs Mix in the BGI Kit**

Samples

7.      On or about March 1st, 2019, Eurofins EAG received a shipment on dry ice labelled "BGISEQ-500RS High-throughput Sequencing Kit Model: PE100". The shipment contained multiple components, including a brown vial labelled "PE100 dNTPs Mix" containing 1.9 milliliters of dNTPs, and a translucent white vial labelled "PE100 dNTPs Mix" also containing 1.9 milliliters of dNTPs. I have been informed that the BGI Kit included fluorescently-labelled dNTPs and unlabelled dNTPs. The brown vial labelled "PE100 dNTPs Mix" contained a blue-colored solution, consistent with the characteristics of fluorescently labelled-dNTPs. Accordingly, I understood this to contain fluorescently-labelled dNTPs. The translucent white vial labelled "PE100 dNTPs Mix" contained a clear solution, consistent with the characteristics of unlabelled dNTPs. Accordingly, I understood this to contain unlabelled dNTPs.

8.      Also on or about March 1st, 2019, Eurofins EAG received a shipment on dry ice, which Illumina identified as containing a mixture of four 3'-O-azidomethyl fluorescently labelled dNTPs (dATP, dCTP, dGTP, and dTTP) from an Illumina MiSeq Reagent Kit v3. This sample was termed the "Illumina Incorporation Mix".

9.      The brown vial labelled "PE100 dNTPs Mix" and the Illumina Incorporation Mix were maintained at -20 °C from the time of receipt until testing was performed.

Methods: "Click" reactions

10.     At the time of testing, the contents of the brown vial labelled "PE100 dNTPs Mix" and the Illumina Incorporation Mix were thawed to room temperature.

11.     The PE100 dNTPs Mix from the brown vial was diluted 7-fold with 10 mM Tris buffer, pH 8.0 (the 7-fold diluted solution is hereafter referred to as "**BGI PE100 dNTPs Mix**").

2810031

12.     Both the BGI PE100 dNTPs Mix and the Illumina Incorporation Mix exhibited a strong blue color, consistent with the characteristics of fluorescently labelled dNTPs.  In the results section below, the presence of this color, observed visually or as measured with a spectrophotometer (and referred to as "absorption") is used to indicate the presence of the labelled dNTPs.

13.     The BGI PE100 dNTPs Mix and the Illumina Incorporation Mix were tested for the presence of azido moieties using a "Click-&-Go™ Dde Protein Enrichment Kit" from the supplier Click Chemistry Tools, LLC (Scottsdale, Arizona, United States; hereafter "**Click Chemistry Kit**").   According to the supplier, "*Click-&-Go™ Dde Protein Enrichment Kit is an efficient, biotin/streptavidin-free tool for capturing azide-modified biomolecules on a cleavable agarose resin via click reaction and its subsequent release under mild conditions*."   The supplier further explains that use of the Click Chemistry Kit allows azide-modified biomolecules to be captured on the cleavable alkyne agarose resin beads via copper catalyzed click chemistry[1].

14.     The Click Chemistry Kit contained:

    (a)    agarose beads linked to an alkyne group via a linker containing a "dde" group (hereafter "**Beads**"; where the linker is cleavable using the reagent hydrazine);

    (b)    a copper (II) sulfate solution (100 mM);

    (c)    two additive solutions termed "Additive 1" and "Additive 2";

    (d)    a wash solution; and

    (e)    a 2% hydrazine hydrate solution.

15.     Before testing and to prevent any non-specific binding of the analyte dNTPs to be tested, the Beads were pre-treated with a 1 mM mixture of unlabelled dNTPs (dATP, dCTP, dGTP, and dTTP) for 1 hour, and then washed with 10 mM Tris buffer, pH 8.0.  Before and after the pre-treatment the Beads were white in color.

16.     The BGI PE100 dNTPs Mix Sample was tested in triplicate.  Each BGI PE100 dNTPs Mix Sample contained the following:

**BGI PE100 dNTPs Mix Sample**
50 µL Beads
25 µL Additive 1

---

[1] https://clickchemistrytools.com/product/dde-protein-enrichment-kit-for-azide/

        5 µL Additive 2
        5 µL Copper (II) Sulfate Solution
        200 µL BGI PE100 dNTPs Mix

17.   A negative control for the BGI PE100 dNTPs Mix was tested in duplicate, from which the copper (II) sulfate solution was omitted and replaced with a Tris buffer solution[2]. Each BGI PE100 dNTPs Mix Negative Control sample contained the following:

        **BGI PE100 dNTPs Mix Negative Control**
        50 µL Beads
        25 µL Additive 1
        5 µL Additive 2
        5 µL Tris Buffer, pH 8.0
        200 µL BGI PE100 dNTPs Mix

18.   The Illumina Incorporation Mix Sample was also tested in duplicate. Each Illumina Incorporation Mix Sample contained the following:

        **Illumina Incorporation Mix Sample**
        50 µL Beads
        25 µL Additive 1
        5 µL Additive 2
        5 µL Copper (II) Sulfate Solution
        200 µL Illumina Incorporation Mix

19.   A single negative control for the Illumina Incorporation Mix was tested, from which the copper (II) sulfate solution was omitted and replaced with a Tris buffer solution. The Illumina Incorporation Mix Negative Control sample contained the following:

        **Illumina Incorporation Mix Negative Control**
        50 µL Beads
        25 µL Additive 1
        5 µL Additive 2
        5 µL Tris Buffer, pH 8.0
        200 µL Illumina Incorporation Mix

20.   All samples were incubated in foil-wrapped 0.5 mL spin columns and placed on a shaker for 16 hours.

21.   After the 16-hour incubation (to allow the click reaction to proceed), the Beads had taken on the blue color of the solution. Each of the samples was centrifuged to separate the ambient liquid from the Beads. The reaction filtrate was collected and set aside. Each of the Bead-containing spin columns was then serially washed three times with the wash solution provided by the supplier (see paragraph 14 above). Each serial wash solution for each sample was collected and set aside. Each of the Bead-

---

[2] This click reaction proceeds at a detectable rate only in the presence of copper.

2810031

containing spin columns was then serially washed three times with Tris buffer, pH 8.0. Each serial Tris wash solution for each sample was collected and set aside.

Results: Washed Beads and filtrates

22.    As shown in Figure 1, after the six wash steps, the Beads from the BGI PE100 dNTPs Mix Sample triplicate reactions all maintained the blue color of the BGI PE100 dNTPs Mix.



**Figure 1**: Photograph of washed Beads (BGI PE100 dNTPs Mix Samples)

23.    Absorption spectra were collected of the initial reaction filtrate, the three serial wash solutions, and the three serial Tris wash solutions for each of the three respective BGI PE100 dNTPs Mix Samples (not shown).   The reaction filtrate showed some absorption, and the first wash solutions showed a small amount of absorption.   In contrast, the second and third wash solutions and all three Tris wash solutions showed no significant absorption.   This confirms that the blue color taken on by the Beads during the incubation with the BGI PE100 dNTPs Mix was not removed by washing.

24.    As shown in Figure 2, the Beads from the BGI PE100 dNTPs Negative Control duplicate samples both lost their blue color upon washing.   This result confirms that when the click catalyst (copper)-containing solution was omitted, no dye label was bound to the Beads.   This negative control confirms that the presence of click catalyst (copper)-containing solution was necessary to bind dye label to the Beads.

2810031



**Figure 2**: Photograph of washed Beads (BGI PE100 dNTPs Negative Control samples)

25.   Absorption spectra of the initial reaction filtrate, the three serial wash solutions, and the three serial Tris wash solutions for each of the two respective BGI PE100 dNTPs Mix Negative Controls were then collected (not shown).  The reaction filtrate showed some absorption, the first wash solutions showed an amount of absorption similar to the reaction filtrates, and the second wash solutions showed a small amount of absorption.  The third wash solutions and all three Tris wash solutions showed no significant absorption.  This confirms that substantially all color was removed from the Beads after the second wash.

26.   As shown in Figure 3, after the six wash steps, the Beads of the Illumina Incorporation Mix Sample duplicate reactions both maintained the blue color of the Illumina Incorporation Mix.



**Figure 3**: Photograph of washed Beads (Illumina Incorporation Mix Samples)

27.   Absorption spectra of the initial reaction filtrate, the three serial wash solutions, and the three serial Tris wash solutions for each of the two respective Illumina Incorporation Mix Samples were then collected (not shown).  The reaction filtrate showed some absorption.  All three wash solutions and all three Tris wash solutions showed no significant absorption.  This confirms that the blue color taken on by the Beads during the incubation with the Illumina Incorporation Mix was not removed by washing.

28.     As shown in Figure 4, the Beads from the single Illumina Incorporation Mix Negative Control reaction lost their blue color upon washing.  This result confirms that when the click catalyst (copper)-containing solution was omitted, no fluorescently-labelled dNTPs were bound to the Beads.  This negative control confirms that the presence of click catalyst (copper)-containing solution was necessary to bind the fluorescently-labelled dNTPs to the Beads.



**Figure 4**: Photograph of washed Beads (Illumina Incorporation Mix Negative Control)

29.     Absorption spectra of the initial reaction filtrate, the three serial wash solutions, and the three serial Tris wash solutions for the Illumina Incorporation Mix Negative Control were then collected (not shown).  The reaction filtrate showed some absorption, and the first wash solution showed a small amount of absorption.  The second and third wash solutions and all three Tris wash solutions showed no significant absorption.  This confirms that substantially all color was removed from the Beads after the first wash.

30.     Figures 1-4 above show that the BGI PE100 dNTPs Mix and the Illumina Incorporation Mix behaved identically – only in the presence of the click catalyst (copper)-containing solution was dye label stably bound to the Beads.  This confirms that the presence of click catalyst (copper)-containing solution was necessary to stably bind dye to the Beads such that the dye was not removable with washing.  Thus, the dye was bound to the Beads via a click reaction between the alkyne-containing Beads and an azido group of the dye-labelled compounds.  These results are consistent with dye-labelled dNTPs in the BGI PE100 dNTPs Mix and the Illumina Incorporation Mix possessing azide moieties.

Methods: Hydrazine treatment

31.     Next, all washed Bead samples were treated with the hydrazine solution provided by the supplier (see paragraph 14 above) and placed on a shaker for 90 minutes.  The

2810031

hydrazine filtrate was then collected, and both the Beads and hydrazine filtrate were evaluated.

Results: Post-hydrazine treatment

32.     The hydrazine treated Beads and hydrazine filtrates of the triplicate BGI PE100 dNTPs Mix Samples are shown in Figure 5 and Figure 6 respectively.



**Figure 5**: Photograph of Beads after hydrazine treatment (BGI PE100 dNTPs Mix Samples)



**Figure 6**: Photograph of hydrazine filtrates (BGI PE100 dNTPs Mix Samples)

33.     Absorption spectra of the BGI PE100 dNTPs Mix Samples hydrazine filtrates (not shown) confirmed significant absorption.   The selective release via hydrazine treatment confirms that the dye-labelled compounds were linked to the Beads via their azide moieties and not via non-specific binding.  Thus, these results are consistent with the presence in the BGI PE100 dNTPs Mix of dye-labelled dNTPs that possess azide moieties.

34.     The hydrazine treated Beads and hydrazine filtrates of the duplicate BGI PE100 dNTPs Mix Negative Controls are shown in Figure 7 and Figure 8 respectively.

2810031



**Figure 7**: Photograph of Beads after hydrazine treatment (BGI PE100 dNTPs Mix Negative Controls)



**Figure 8**: Photograph of hydrazine filtrates (BGI PE100 dNTPs Mix Negative Controls)

35.    Absorption spectra of the BGI PE100 dNTPs Mix Negative Controls hydrazine filtrates (not shown) confirmed no significant absorption. This is consistent with the dyes never having bound to the Beads in the negative control, and also demonstrates the hydrazine did not introduce color into the solution.

36.    The hydrazine treated Beads and hydrazine filtrate of the duplicate Illumina Incorporation Mix Samples are shown in Figure 9 and Figure 10 respectively.



**Figure 9**: Photograph of Beads after hydrazine treatment (Illumina Incorporation Mix Samples)

2810031



**Figure 10**: Photograph of hydrazine filtrates (Illumina Incorporation Mix Samples)

37.    Absorption spectra of the Illumina Incorporation Mix Samples hydrazine filtrates (not shown) confirmed significant absorption.    The selective release via hydrazine treatment confirms that the dye-labelled compounds were linked to the Beads via their azide moieties and not via non-specific binding.    Thus, these results are consistent with the presence of dye-labelled dNTPs in the Illumina Incorporation Mix that possess azide moieties.

38.    The hydrazine treated Beads and hydrazine filtrate of the single Illumina Incorporation Mix Negative Control are shown in Figure 11 and Figure 12 respectively.



**Figure 11**: Photograph of Beads after hydrazine treatment (Illumina Incorporation Mix Negative Control sample)

2810031



**Figure 12**: Photograph of hydrazine filtrates (Illumina Incorporation Mix Negative Control sample)

39.     Absorption spectra of the Illumina Incorporation Mix Negative Control hydrazine filtrate (not shown) confirmed no significant absorption.

40.     These results show that the BGI PE100 dNTP Mix (Figures 5 and 6) and the Illumina Incorporation Mix (Figures 9 and 10) behaved identically — only upon hydrazine cleavage of the linker was the linkage between the Beads and the dye-labelled dNTPs cleaved to liberate free dye-labelled dNTPs into solution.  Accordingly, these results are consistent with the presence of fluorescently-labelled dNTPs in both the BGI PE100 dNTP Mix and the Illumina Incorporation Mix that possess azido moieties.

**D      Mass Spectrometry Analysis of PE100 dNTPs Mix from the BGI Kit**

<u>Samples</u>

41.     In this analysis, the contents of the translucent white vial labelled "PE100 dNTPs Mix" described in paragraph 7 above were examined using liquid chromatography/mass spectrometry (hereafter "**LC/MS**") and compared to commercially available standard 3'-O-azidomethyl-dNTPs.

42.     The translucent white vial labelled "PE100 dNTPs Mix" was maintained at -20 °C from the time of receipt until analysis was performed.

43.     On or about April 15th, 2019, Eurofins EAG received a shipment from Jena Bioscience GmbH (Jena, Germany) containing four white translucent vials, respectively containing 3'-O-azidomethyl-dATP, 3'-O-azidomethyl-dCTP, 3'-O-azidomethyl-dGTP, and 3'-O-azidomethyl-dTTP.  Each vial was labelled as containing 1 mg of the respective 3'-O-

2810031

azidomethyl-dNTP.  The documentation accompanying the vials respectively identified the contents as having the following structural formulae:



Structural formula of 3'-O-Azidomethyl-dATP



Structural formula of 3'-O-Azidomethyl-dGTP



Structural formula of 3'-O-Azidomethyl-dTTP

Structural formula of 3'-O-Azidomethyl-dCTP

44.     Each 3'-O-azidomethyl-dNTP (hereafter "**3-AZM-dNTP**") was brought into solution
        using 0.5 mL of 10 mM Tris buffer, pH 7.4 to form four respective 3-AZM-dNTP stock
        solutions (collectively the "Jena 3-AZM-dNTP stock solutions").  The Jena 3-AZM-
        dNTP stock solutions were maintained at 4 °C.

        Methods

45.     LC/MS analysis was performed on each of the four Jena 3-AZM-dNTPs (stock
        solutions diluted to approximately 10 µM with 10 mM Tris buffer, pH 7.4) to
        independently confirm the observed mass of each individual 3-AZM-dNTP (data not
        shown).

46.     Next, aliquots of each of the four Jena 3-AZM-dNTP stock solutions were combined
        together and diluted with the Tris buffer, pH 7.4 to an approximate concentration of 10
        µM of each of the four 3-AZM-dNTPs.  This mixture was tested by LC/MS to confirm
        that the mass of each of the four 3-AZM-dNTPs in the mixture was identical (within
        experimental error) to the mass observed for the respective individual 3-AZM-dNTPs
        (data not shown).  After 4 days at 4 °C, the Jena 3-AZM-dNTP stock solutions were
        lyophilized and subsequently stored at -20 °C.

47.     Next, the BGI PE100 dNTPs Mix was compared to a mixture of the four Jena 3-AZM-
        dNTPs.  The four lyophilized Jena 3-AZM-dNTP stock solutions were reconstituted in
        0.3 mL of distilled deionized water.  Aliquots of each of the four Jena 3-AZM-dNTP
        stock solutions were combined and diluted to a single solution containing 10 µM of
        each of the four Jena 3-AZM-dNTPs in Tris buffer.  The resulting liquid was colorless.
        This sample was termed the "**Jena 3-AZM-dNTPs Mix**".

2810031

48.   The contents of the white translucent vial labelled "PE100 dNTPs Mix" were thawed to room temperature.  The liquid in the white translucent vial was colorless, indicating that no dye was present in the liquid, which is consistent with the characteristics of unlabelled dNTPs.  This sample was termed the "**BGI PE100 Unlabelled dNTPs Mix**".

49.   All samples were analysed using LC/MS.  The liquid chromatography column was a Phenomenex Luna Omega Polar C18 column, with internal diameter 2.1 mm, length 100 mm, particle size 1.6 μm (Phenomenex Inc., Torrence, CA).  The analytes were eluted using a gradient system of mobile phase A of 5 mM Dibutylammonium acetate in water and a mobile phase B of 100% methanol, with a flow rate of 0.3 mL/minute, and a column temperature of 45.0 °C.   The experimental design of the chromatographic gradient of the mobile phase components was as follows in Table 1 below:

### Chromatographic Gradient

| Time (minutes) | % A | % B |
|----------------|-----|-----|
| 0              | 95  | 5   |
| 1              | 95  | 5   |
| 8              | 20  | 80  |
| 11             | 20  | 80  |
| 11.1           | 95  | 5   |
| 15             | 95  | 5   |

Table 1

50.   The dNTPs in the BGI PE100 Unlabelled dNTPs Mix and the Jena 3-AZM-dNTPs Mix were separated by liquid chromatography sufficiently for mass spectrometric analysis.  The masses of the dNTPs were then measured by mass spectrometry.  The mass spectrometer was an AB SCIEX Triple Quad (AB Sciex LLC, Framingham, MA).  Detection was performed in negative ion mode with in-source fragmentation.  Experimental error for this mass spectrometer is reported by the manufacturer as ±0.2 atomic mass units.

51.   The samples were loaded onto the LC/MS by injection of 10.0 μL of sample.  Three samples were loaded in the following order: (a) 10 mM Tris, pH 7.4 blank, (b) BGI PE100 Unlabelled dNTPs Mix, (c) Jena 3-AZM-dNTPs Mix.  Between each sample, a methanol blank was analysed to ensure no sample carry over was observed.

2810031

Results

52.  Expected masses[3] for the free dNTP anion and masses observed in the LC/MS analysis for both the BGI PE100 Unlabelled dNTPs Mix ("**BGI**") and the Jena 3-AZM-dNTPs Mix ("**Jena**") are summarized in Table 2 below:

### LC/MS Mass Observations

| dNTP | Source | Observed Ion (mass/charge) |
|---|---|---|
| **3-AZM-dTTP** | Expected | 536.2 |
| | Jena | 536.1 |
| | BGI | 536.1 |
| **3-AZM-dATP** | Expected | 545.2 |
| | Jena | 545.1 |
| | BGI | 545.3 |
| **3-AZM-dCTP** | Expected | 521.2 |
| | Jena | 521.1 |
| | BGI | 521.2 |
| **3-AZM-dGTP** | Expected | 561.2 |
| | Jena | 561.1 |
| | BGI | 561.1 |

Table 2

53.  For each of the four dNTPs, the expected mass, the Jena observed mass, and the BGI observed mass reported in Table 2 are within experimental error (±0.2 atomic mass units) of each other.  These results confirm that the dNTPs in both the BGI PE100 Unlabelled dNTPs Mix and the Jena 3-AZM-dNTPs Mix have the expected mass of the four 3'-O-azidomethyl-dNTPs.  These results confirm that each of the dNTPs in the

---

[3] Expected masses are based on the known atomic composition of each free anion for the four Jena 3-AZM-dNTPs.

BGI PE100 Unlabelled dNTPs Mix has the same structural composition as the dNTPs in the Jena 3-AZM-dNTPs Mix.

**E**      **Analysis of the BGI Kit for a solution containing ascorbic acid**

54.    The March 1st, 2019 shipment labelled "BGISEQ-500RS High-throughput Sequencing Kit Model: PE100" referred to at paragraph 7 above, also included two containers with several compartments of frozen solutions, as shown in Figure 13.  The container shown on the right in Figure 13 was thawed to room temperature, and the solution from the compartment identified by the red arrow in Figure 13 ("**BGI Sample**") was tested for the presence of ascorbic acid[4].  The pH of the BGI Sample was tested and shown to be 6.9.



**Figure 13**: Containers in BGISEQ-500RS High-throughput Sequencing Kit Model: PE100 shipment; the red arrow identifies the compartment from which the solution was taken for ascorbic acid testing

55.    On or about April 22nd, 2019, Eurofins EAG received a shipment on dry ice, which Illumina identified as containing a solution referred to as "**Scan Mix**", which contains

---

[4] Ascorbic acid, when in solution, is present as both the uncharged form, ascorbic acid, and the charged form, the ascorbate anion.  Therefore, when I refer to "ascorbic acid" in this declaration, I am referring to both the uncharged ascorbic acid form and the charged ascorbate anion.

ascorbic acid.  The Scan Mix was thawed and tested of the presence of ascorbic acid. The pH of the Scan Mix was tested and shown to be 7.2.

Test Strip Analysis

56. A package of Quantofix® Ascorbic Acid Test Strips (100-pack) was obtained from Millipore Sigma, Product Number:  Z166340 (Darmstadt, Germany; hereafter "**Test Strips**").  The manufacturer states that these test strips can semi-quantitatively detect concentrations of ascorbic acid as low as 50 mg/L (50 ppm).  Pure ascorbic acid was obtained from Millipore Sigma, Product Number:  A5960 (Darmstadt, Germany) as a reference.  A solution containing 10 mM Tris buffer, pH 7.4 was used to prepare five solutions: 0 ppm ascorbic acid ("**Tris Buffer Blank**"), 50 ppm ascorbic acid ("**50ppm Ascorbic Acid Standard**"), 75 ppm ascorbic acid ("**75ppm Ascorbic Acid Standard**"), 100 ppm ascorbic acid ("**100ppm Ascorbic Acid Standard**"), and 500 ppm ascorbic acid ("**500ppm Ascorbic Acid Standard**").

57. The Tris Buffer Blank, the 75ppm Ascorbic Acid Standard, and the 500ppm Ascorbic Acid Standard were used to confirm the sensitivity of the Test Strips.  The Illumina Scan Mix and BGI Sample were assayed with the Test Strips to establish the presence and approximate concentration of ascorbic acid in the solutions.

58. For each sample, a Test Strip was dipped into the solution to completely wet the color indicating portion of the strip.  The wet Test Strip was then visually inspected and compared to the color scale provided by the manufacturer.  The Test Strips results are shown in Figure 14(a) below, and Figure 14(b) shows the color scale provided by the manufacturer (whereby the extent of color reaction from yellow to green-blue corresponds to the approximate concentration of ascorbic acid present in the solution tested).

2810031



**Figure 14**: (a) Photograph of Test Strip semi-quantitative assays for the presence of ascorbic acid; (b): Photograph of color scale provided by manufacturer

59.   The results shown in Figure 14(a) establish that the Test Strips used to test the Tris Buffer Blank, the 75ppm Ascorbic Acid Standard, and the 500ppm Ascorbic Acid Standard had the expected color by reference to the color scale provided by the manufacturer (Figure 14(b)).

60.   Figure 14(a) further shows that both the Illumina Scan Mix and the BGI Sample contained ascorbic acid at a concentration greater than that of the 500ppm Ascorbic Acid Standard, and, based on comparison to Figure 14(b), likely on the order of 1000 ppm ascorbic acid or greater.

LC/MS Analysis

61.   The Tris Buffer Blank, the Ascorbic Acid Standard prepared at concentrations of 50ppm, 75ppm, and 100ppm, the Illumina Scan Mix and the BGI Sample were tested for the presence of ascorbic acid using LC/MS.  The liquid chromatography conditions were the same as those provided in paragraph 49 and Table 1 above.  The mass spectrometry conditions were the same as those provided in paragraph 50 above.

62.   The samples were loaded onto the LC/MS by injection of 10.0 µL of sample.  Six samples were loaded in the following order: (a) Tris Buffer Blank, (b)-(d) Ascorbic Acid Standards (50ppm, 75ppm, and 100ppm, respectively), (e) Illumina Scan Mix, (f) BGI

Sample.  Between each sample, a methanol blank was analysed to ensure no sample carry over was observed.

63.    The expected mass[5] for the free ascorbate anion and the masses observed in the LC/MS for the 50ppm Ascorbic Acid Standard, 75ppm Ascorbic Acid Standard, 100ppm Ascorbic Acid Standard, the Illumina Scan Mix, and the BGI Sample are summarized in Table 3 below.  Note that since the Tris Buffer Blank did not contain ascorbic acid, no ascorbic acid mass peak was observed.

### LC/MS Mass Observations

| Source | Observed Ion (mass/charge) |
|---|---|
| Expected | 175.1 |
| Tris Buffer Blank | N/A |
| 50ppm Ascorbic Acid Standard | 175.1 |
| 75ppm Ascorbic Acid Standard | 175.1 |
| 100ppm Ascorbic Acid Standard | 175.1 |
| Illumina Scan Mix | 175.1 |
| BGI Sample | 175.0 |

Table 3

64.    The mass observed for each of the 50ppm Ascorbic Acid Standard, 75ppm Ascorbic Acid Standard, 100ppm Ascorbic Acid Standard, the Illumina Scan Mix, and the BGI Sample reported in Table 3 are within experimental error (±0.2 atomic mass units) of each other and the expected mass for the ascorbate free anion.  These results confirm that each of the 50ppm Ascorbic Acid Standard, 75ppm Ascorbic Acid Standard, 100ppm Ascorbic Acid Standard, the Illumina Scan Mix, and the BGI Sample contain ascorbic acid.

---

[5] Expected mass is based on the known atomic composition of the free anion for ascorbic acid, ascorbate.

**Statement of truth**

I confirm that I have made clear which facts and matters referred to in this Report are within my own knowledge and which are not. Those that are within my own knowledge I confirm to be true. The opinions I have expressed represent my true and complete professional opinions on the matters to which they refer.

SIGNED:   *Mary M. Dothage*

NAME:        Mary M. Dothage, Eurofins EAG Materials Sciences

DATE:        06/25/2019

2810031