**Pierce Bainbridge Beck Price & Hecht LLP**
Brian J. Dunne (SBN 275689)
355 S. Grand Ave., 44th Floor
Los Angeles, California 90071
Tel: (213) 262-9333
bdunne@piercebainbridge.com

**Pierce Bainbridge Beck Price & Hecht LLP**
Theodore J. Folkman (*pro hac vice* pending)
One Liberty Square, 13th Flr.
Boston, MA 02109
(617) 313-7401
tfolkman@piercebainbridge.com

**Pierce Bainbridge Beck Price & Hecht LLP**
Minyao Wang (*pro hac vice* pending)
277 Park Ave., 45th Floor
New York, NY 10172
(212) 484-9866
mwang@piercebainbridge.com

*Attorneys for Applicant Illumina Cambridge Ltd.*

**Weil, Gotshal & Manges LLP**
Edward R. Reines (SBN 135960)
edward.reines@weil.com
Derek C. Walter (SBN 246322)
derek.walter@weil.com
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

FILED

SEP 06 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

JSC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re APPLICATION OF ILLUMINA
CAMBRIDGE LTD. for issuance of
subpoenas under 28 U.S.C. § 1782

Civ. A. No. CV 19 80 215 MISC

**DECLARATION OF ANDERS
VALENTIN IN SUPPORT OF
APPLICATION OF ILLUMINA
CAMBRIDGE LTD. FOR LEAVE
TO SERVE SUBPOENAS**

I, Anders Valentin, make the following declaration:

1.     I am an attorney licensed in Denmark and a partner in the law firm of Horten, in

Copenhagen, Denmark. I was admitted to the Danish Bar in 2000. I am authorized to practice

before the High Court and the Supreme Court of Denmark.

---

**DECLARATION OF ANDERS VALENTIN**

2851605

1    2.      I received my undergraduate degree in history and politics from the Royal

2    Holloway College in London, England in 1989.  I received my Master of Laws degree from the

3    University of Copenhagen in 1997.

4    3.      I am Head of my firm's Life Science and Healthcare practice group.  I advise

5    Danish and foreign clients on all areas of Danish intellectual property law and Danish life

6    science & healthcare law, with a particular focus on litigation and enforcement.  I have

7    developed an expertise in patent law and specifically on patent infringement, including

8    injunction and evidence preservation, as well as coordination of cross-border patent litigations.

9    4.      I have been recognized by multiple legal directories, including the Legal500 and

10   Chambers & Partners.  I currently serve as a lecturer of Intellectual Property Law at the

11   University of Copenhagen.  I regularly contribute to the Kluwer Patent Blog about developments

12   in Danish intellectual property law.  I am also a Member of the Board of Directors of the Danish

13   Life Science Law Association.

14   5.      I make this declaration in support of the application (the "Application") by

15   Illumina Cambridge Ltd. ("Illumina Cambridge") for an order pursuant to 28 U.S.C. § 1782

16   granting them leave to serve subpoenas on Complete Genomics, Inc. ("Complete Genomics"),

17   BGI Americas, Corp. ("BGI Americas") and MGI Americas, Inc. ("MGI Americas" and

18   collectively with Complete Genomics and BGI Americas, "Respondents") to obtain discovery

19   for use in a patent infringement action commenced by Illumina Cambridge against BGI Europe

20   A/S ("BGI Europe") in the Maritime and Commercial Court of Denmark (the "Danish

21   Infringement Action").

22   6.      In the Danish Infringement Action, Illumina Cambridge asserts that BGI Europe

23   infringes European Patent No. DK/EP 3 002 289 T3 ("the '289 Patent") which is owned by

24   Illumina Cambridge.  In the same action, Illumina, Inc., the parent company of Illumina

25   Cambridge, also asserts that BGI Europe infringes its exclusive trademark rights.  The

26   Application does not seek discovery in connection with the trademark infringement dispute and

27   Illumina, Inc. is therefore not an applicant.

28

---

**DECLARATION OF ANDERS VALENTIN**

2851605

1    7.    I am the lead counsel for Illumina Cambridge and Illumina Inc. in the Danish

2 Infringement Action.

3    **The Danish Infringement Action**

4    8.    Illumina Cambridge commenced the Danish Infringement Action on May 15,

5 2019. An English translation of the complaint in the Danish Infringement Action is attached

6 hereto as **Exhibit A**.

7    9.    The proceedings in the Danish Infringement Action are still at an early stage and

8 the Danish court has not issued any substantive rulings. Illumina Cambridge has neither sought

9 nor obtained any discovery in the Danish Infringement Action.

10    10.    Illumina Cambridge has asserted in the Danish Infringement Action that BGI

11 Europe infringes the '289 Patent by using in Denmark specific Sequencing Reagent Kits that

12 contain reagents, including modified nucleotides, for performing polynucleotide sequencing on

13 sequencing platforms of the BGI Group, such as the BGISEQ-500 and the MGISEQ-2000.

14 Illumina Cambridge asserts that the modified nucleotides of the Sequencing Reagent Kits satisfy

15 all features of at least claim 1 of the '289 Patent, as confirmed by independent laboratory testing.

16    11.    The relief requested in the Danish Infringement Action includes an injunction, a

17 demand on BGI Europe to provide its turn-over in relation to revenue generated by sale of

18 goods/services covered by the Danish Infringement Action, an order to withdraw the infringing

19 products from the market, an order to provide notification to customers which have bought the

20 infringing products, and payment of damages by BGI Europe.

21    12.    BGI Europe filed its written arguments in response to Illumina Cambridge's claim

22 of infringement on August 23, 2019 and the court has now set a deadline of September 23, 2019

23 for Illumina Cambridge to file a rebuttal.

24    13.    The trial of the Danish Infringement Action has not yet been scheduled, but I

25 expect it to take place in late 2020.

26    14.    It will be possible to submit evidence at any time up to about 4 to 8 weeks prior to

27 trial in the Danish Infringement Action.

28

---

**DECLARATION OF ANDERS VALENTIN**

### Danish Law on Discovery

15.     Under Danish civil procedure law, there is no general right to pre-trial discovery and the mechanisms available to obtain it are far more limited than those available in the United States.

16.     The scope of discovery under Danish law is limited to information that (i) is contained in "documents," (ii) the court in which the action is pending deems to be of potential importance to case at hand, (iii) the party seeking discovery could not (without undue burden) obtain elsewhere, and (iv) is in the possession of the opposing party or a third party.  All four requirements must be met before discovery can be granted and even if they are, the court may still deny the application if it is not sufficiently substantiated by evidence; or if the court deems the requested discovery to be unnecessary (i.e. the information sought may be obtained by other, less intrusive, means); or if it would be disproportionate to grant the application taking into account the legitimate interest of the defendant in guarding its business secrets.

17.     In particular, under Danish law, business secrets may be exempt from disclosure in the discretion of the court even if the "documents" would otherwise be technically subject to disclosure under the standard discussed in paragraph 17.  In my professional experience, this exemption is a serious obstacle to obtaining meaningful discovery in intellectual property cases. I expect that Illumina Cambridge would face this obstacle in the Danish Infringement Action if it sought to obtain discovery under Danish law, even if any relevant documents existed in Denmark, which may not be the case, as discussed below in paragraph 20.

18.     Thus, as general rule, the parties in a Danish litigation must make their cases with the evidence they have available to them.  For these reasons, Illumina Cambridge has not sought nor obtained any discovery in the Danish Infringement Action.

19.     Moreover, Danish discovery laws reach only information and documents located in Denmark.  Therefore, information located in the United States in the possession of the Respondents would not be accessible to Illumina Cambridge through Danish discovery law. While BGI Europe performs activities in Denmark that Illumina Cambridge alleges infringe the

---

**DECLARATION OF ANDERS VALENTIN**

2851605

1 '289 Patent, there is no reason why BGI Europe would be in possession of documents that
2 describe the properties of the modified nucleotides that are used to perform polynucleotide
3 sequencing in Denmark; it is not necessary for such details be known or described in order to for
4 polynucleotide sequencing to be performed.

5      20.    In addition, I understand that Illumina Cambridge seeks to depose through this
6 Application officers of the Respondents. But Danish law does not permit pre-trial deposition of
7 witnesses. Nor can a Danish court compel a foreign national to appear in person. Therefore,
8 witnesses who are officers of any of the Respondents would not be accessible to Illumina
9 Cambridge through Danish discovery law.

10      21.    Danish courts are receptive to evidence obtained through section 1782
11 proceedings in the United States. There is no rule prohibiting a party to seek evidence via
12 section 1782 or declaring such evidence inadmissible in Danish legal proceedings. Instead,
13 general rules of Danish civil procedure law apply.

14      22.    Therefore, any order by this Court for the production of discovery to be used in
15 the Danish Infringement Action would not constitute an affront to the dignity of the Danish legal
16 system.

17 **Danish Law on Access to Court Records**

18
19      23.    Illumina Cambridge will make every reasonable effort under Danish law to keep
20 information provided by the Respondents pursuant to the Application confidential in the Danish
21 Infringement Action.

22      24.    Under Danish law, the public has a general right of access to court files.
23 Likewise, hearings in Danish courts will generally be open to the public. However, at the
24 parties' request, a Danish court can agree to handle a case *in camera* and conduct hearings *in
25 camera*. Under this *in camera* procedure, only the parties to a case may have access to the
26 submitted evidence and briefs and only the parties can attend the court hearing. In my
27 professional experience, this procedure is generally invoked when necessary to protect
28 confidential business information, including intellectual property information.

---

**DECLARATION OF ANDERS VALENTIN**

2851605

1    25.    Illumina Cambridge agrees to cooperate with BGI Europe and the Respondents in

2  objecting to the disclosure of any confidential information of the Respondents produced pursuant

3  to the Application.  Illumina Cambridge will join any request by BGI Europe and the

4  Respondents for *in camera* court procedures in the Danish Infringement Action that is necessary

5  to protect any confidential information produced through this Application.

6    26.    After the verdict, the Danish court will issue a written opinion which will be

7  served upon the parties.  To the extent that the opinion reveals confidential information of the

8  Respondents produced through the Application, Illumina Cambridge will cooperate in requesting

9  the Danish court to redact the appropriate portions of its written opinion.

10    I declare under penalty of perjury under the laws of the United States of America that the

11  foregoing is, to my best knowledge, true and correct.

12

13    Executed on the ___ 4th ___ day of __Sept.__ at __Hellerup__ Denmark.

14

15

16

17

18    Anders Valentin
      Advokat
19    Philip Heymans Allé 7
      Box 191 - 2900 Hellerup
      Tlf. 3334 4000 - Fax 3334 4001
20    Horten Advokatpartnerselskab

21

22

23

24

25

26

27

28

---

**DECLARATION OF ANDERS VALENTIN**

2851605

# EXHIBIT A

**HORTEN**

Anders Valentin
Philip Heymanns Allé 7
DK-2900 Hellerup
Tel +45 3334 4000

**Our ref. 182480**

15 May 2019

**WRIT OF SUMMONS**

The Maritime and Commercial Court

On behalf of

Illumina Cambridge Limited
Chesterford Research Park
Little Chesterford
Saffron Walden
Essex CB10 1XL
UK

and

Illumina Inc.
5200 Illumina Way
San Diego
California 92122
USA

(jointly "Illumina")

vs.

BGI Europe A/S
Ole Maaløs Vej 3
2200 København N
("BGI Europe")

**Claims**

1) BGI Europe A/S is prohibited from offering, placing on the market, using, importing or stocking for such purposes, modified nucleotide triphosphate molecules comprising a purine or pyrimidine base and a deoxyribose sugar moiety having a 3'-azidomethyl group, as has been the case in connection with the use of BGISEQ and MGISEC "Sequencing Reagent Kits" listed in Exhibit 1, so long as Danish patent no. DK/EP 3 002 289 T3 remains in force.

2) BGI Europe A/S is ordered to inform its customers that BGI Europe A/S is not entitled to supply services based on and/or orders of BGISEQ and MGISEQ "Sequencing Reagent Kits" listed in Exhibit 1 "Sequencing Reagent Kits", so long as Danish patent no. DK/EP 3 002 289 T3 remains in force.

3) BGI Europe A/S is ordered to recall all BGISEQ and MGISEQ "Sequencing Reagent Kits" specified in Exhibit 1 from customers to whom BGI Europe A/S has delivered such "Sequencing Reagent Kits".

4) BGI Europe A/S is prohibited from using the mark MGISEQ commercially in connection with the marketing and offering of the MGISEQ "Sequencing Reagents Kits" listed in Exhibit 1 as well as services in connection with the sequencing of polynucleotides.

--o0o--

**FACTS OF THE CASE**

### 1 The dispute

Illumina has ascertained that BGI Europe, by way of using, importing, marketing, offering for sale, etc. the "Sequencing Reagent Kits" (cf. Exhibit 1), infringes Illumina's exclusive rights pursuant to the patent-in-suit, DK/EP 3 002 289 T3 ("DK/EP '289", **Exhibit 2**). The patent-in-suit has been validated in Denmark and is in force in Denmark (**Exhibit 3**).

Also, it has come to Illumina's attention that BGI Europe by way of importing, marketing, offering for sale, etc. products or services related to sequencing of polynucleotides under the designation MGISEQ, infringes Illumina's exclusive rights pursuant to Illumina's European Trademark registration EUTM No. EU008972127.

As a result of these infringements of Illumina's intellectual property rights, Illumina has filed this main action in order to stop the infringements and seek damages and remuneration from BGI Europe.

### 2   Illumina

Illumina is a California based, and NASDAQ listed, company that was founded in April 1998 and is today a leading developer, manufacturer, and marketer of life science tools and integrated systems for large-scale analysis of genetic variation and function, including DNA sequencing technologies.

Illumina's DNA sequencing technologies are used by a broad range of academic, government, pharmaceutical, biotechnology, and other leading institutions world-wide and build on proprietary solutions such as those protected by the patent-in-suit.

Illumina is the recognized global leader in next-generation sequencing and is widely acknowledged to have revolutionized DNA sequencing. It is the first company to enable the $1,000 human genome sequencing – a landmark achievement. What once took billions of dollars and years to perform can now be done on an Illumina sequencer in a matter of hours using Illumina's proprietary sequencing-by-synthesis technology.

As a cutting-edge, research and development driven company, Illumina is the proprietor of a great number of intellectual property rights.

### 3   BGI

The BGI Group of companies is headquartered in Shenzhen, China, with branches and medical laboratories in major cities including Beijing, Tianjin, Wuhan, Shanghai and Guangzhou. BGI also has offices and laboratories located in Europe, North America and the Asia Pacific region.  BGI Europe, which is located in Copenhagen, is the BGI Group's European headquarters.

As shown in **Exhibit 4**, which is an extract from the BGI Group's website, BGI Europe offers different DNA sequencing services from its facilities in Copenhagen.
The BGI Group also manufactures its own DNA sequencing platforms through its subsidiary company MGI Tech Co. Ltd.  BGI Group's DNA sequencing platforms, such as the BGISEQ-500 (**Exhibit 5**) and the MGISEQ-2000 (**Exhibit 6**), and related Sequencing Reagent Kits (**Exhibit 7**) used with these platforms are supplied to BGI Europe (and other BGI group companies) by the affiliate company, MGI Tech Co, Ltd.

### 4   Technical background

Polynucleotides, such as DNA, are long-chain molecules composed of smaller units called nucleotides. DNA is possessed by all living organisms and is a carrier of genetic information.

In nature, DNA consists of two spiraling polynucleotide strands in the form of a double helix.

Each of the two polynucleotide strands consists of a sequence of nucleotides (represented by the colored cross-bars in the illustration above). Genetic information is encoded in the sequence of the nucleotides.

Deoxyribonucleotides are composed of a phosphorylated sugar (deoxyribose) backbone, each sugar unit being attached to a nitrogenous base. Deoxyribose is a 5-carbon sugar, in which the carbon atoms are numbered 1' to 5'. The base is attached to the 1' position. The nucleotides in each strand are linked by their phosphate group, which attaches the 5' carbon atom of the deoxyribose to the 3' carbon atom of the deoxyribose of the next nucleotide, to form the sugar-phosphate backbone of the DNA strand as shown in Figure 1(a) below.

There are four different nitrogenous bases in DNA: adenine (A), cytosine (C), guanine (G), or thymine (T). The two complementary strands assemble together by base-pairing with the formation of hydrogen bonds between the bases, where cytosine (C) pairs with guanine (G), and adenine (A) pairs with thymine (T), as show in Figure 1(b) below.

Based on their chemical structure, adenine and guanine are referred to as "purine bases", whereas cytosine and thymine are referred to as "pyrimidine bases".



Figure 1: Structure of DNA. (a) The double helix comprised of complementary base pairs held together by a sugar phosphate backbone. (b) The hydrogen bonding between the four different nucleotides

## 5    DNA replication

DNA is synthesised by DNA polymerase, an enzyme which uses single-stranded DNA molecules as a template to synthesise new DNA strands that are complementary to the template.

DNA polymerase synthesises new DNA strands in the 5' to 3' direction by adding free nucleotides in the form of deoxynucleoside triphosphates ("**dNTPs**") to the 3' end of the new DNA strand, as shown in Figure 2 below.



Figure 2: DNA replication

The starting point of DNA replication is determined by the hybridization of a small oligonucleotide (sometimes referred to as a "primer") to the template strand, which allows synthesis by DNA polymerase of the complimentary strand to proceed. One synthetic cycle results in the addition of one further nucleotide into the growing DNA strand. The nucleotide incorporated in the growing DNA strand is the nucleotide that is complementary to ("pairs with") the nucleotide present on the template DNA strand. Since adenine exclusively pairs with thymine and cytosine exclusively pairs with guanine, a double-stranded DNA molecule can always be reconstructed from a single-stranded template.

In contrast to sequencing-by-synthesis reactions (as will be described below), normal DNA replication does not "pause" between each synthesis cycle but proceeds by adding nucleotides continuously to the growing strand until the template strand is completely (complementarily) replicated.

6      **Sequencing-by-synthesis**

The principles of DNA replication are also used for sequencing DNA to determine the specific sequence of nucleotides in a given DNA fragment.

The sequencing-by-synthesis (SBS) method developed by Illumina uses DNA replication by DNA polymerase to sequence single-stranded template strands attached to a solid surface (e.g. on an array). In contrast to conventional DNA replication, the SBS method proceeds by adding <u>one</u> nucleotide to the growing DNA strand, and then pausing. Thus, the replication reaction is paused after each addition of a nucleotide, and the identity of the added nucleotide is determined before the addition of a further nucleotide to the growing DNA strand. The process is paused by the use of modified nucleotides which contain a



blocking group prohibiting further incorporation of nucleotides. The blocking group is reversibly attached and can therefore be removed allowing a further round of DNA replication (and sequencing) to proceed.

The incorporated modified nucleotides used in the SBS method of Illumina can include: (a) a cleavable fluorescent label; and (b) a reversibly attached 3'-blocking group. The fluorescent label identifies the particular modified nucleotide and may therefore be used to identify the incorporated nucleotide, and the 3'-blocking group ensures that only a single nucleotide is added by DNA polymerase to each growing DNA strand.

Each of the four different nucleotides may be given a specific fluorescent label. The identity of the incorporated nucleotide can then be revealed by the color of the fluorescent signal produced by the fluorescent label.

After determining the identity of the incorporated nucleotide, the fluorescent label and 3'-blocking group are cleaved and the process proceeds by the addition of a further nucleotide to the growing DNA strand followed by detection of that further nucleotide. The replication/detection cycle is repeated to determine a nucleotide sequence within the DNA fragment.

The sequence of large pieces of DNA may be determined by fragmenting the large DNA into smaller pieces and simultaneously sequencing each fragment on a solid support (e.g. an array).

The SBS process, which is schematically represented in Figure 3 below, thus includes three phases that are repeated for each nucleotide in the template strands: (i) nucleotide addition/incorporation; (ii) imaging; and (iii) cleavage.

*Nucleotide addition/incorporation (phase i):*
During the nucleotide addition phase, a DNA polymerase incorporates a single modified nucleotide (i.e. modified A, G, C or T) into each of the growing strands of DNA on the solid support. As explained above, in order to pause DNA synthesis (as required in each replication/detection cycle), Illumina uses modified nucleotides that are equipped with a removable blocking group at the 3'-(OH) position and a fluorescent label. The blocking group prevents more than one nucleotide being incorporated into the growing DNA strand. This allows the identity of the incorporated nucleotide to be determined after which the blocking group is removed allowing the "replication" cycle to be repeated as described above.

The DNA polymerase selectively incorporates the modified nucleotide that is complementary to the corresponding nucleotide in the respective template strand.

*Imaging (phase ii):*
Following incorporation of the relevant complementary nucleotide into the growing DNA strand, the identity of the nucleotide is determined by imaging the solid surface to which the template and growing DNA strands are bound. The identity of the incorporated nucleotide is revealed by the signal produced by the fluorescent label.

*Cleavage (phase iii):*

After imaging, both the fluorescent label and the 3'-blocking group are cleaved. The cleavage of the fluorescent label removes the fluorescent signal from the growing DNA strand, whilst the cleavage of the 3'-blocking group regenerates a 3'-OH group, allowing a further nucleotide to be added to the growing strand by the DNA polymerase. The process may therefore proceed by addition of a further nucleotide to the growing DNA strand. The replication/detection cycle is repeated to determine a sequence within the DNA fragment.



**Nucleotide addition**
Fluorophore-labelled, terminally blocked nucleotides hybridize to complementary base. Each cluster on a slide can incorporate a different base.

**Imaging**
Slides are imaged with either two or four laser channels. Each cluster emits a colour corresponding to the base incorporated during this cycle.

**Cleavage**
Fluorophores are cleaved and washed from flow cells and the 3'-OH group is regenerated. A new cycle begins with the addition of new nucleotides.

Figure 3: Sequencing-by-synthesis

The modified nucleotides used in Illumina's sequencing method have a 3'-azidomethyl protecting group.

Such modified nucleotides are a subject of the claims of EP 3 002 289 B1 (the patent-in-suit).

### 7 The technology protected by the patent-in-suit

The patent-in-suit, DK/EP '289 is a divisional of EP 1 530 578 ("EP '578") **(Exhibit 8)**.

EP '578 was the subject of opposition proceedings, which were rejected by final decision by the European Patent Office resulting in EP '578 being maintained as granted **(Exhibit 9)**, see item 10 below.

DK/EP '289 relates to modified nucleotides, and in particular to nucleotides having a removable protecting group and their use in polynucleotide sequencing methods ([0001]). When the protecting (i.e. blocking) group of the nucleotides has been removed, it is possible to incorporate another nucleotide to the free 3'-OH group ([0022]).

Such nucleotides are desired in the SBS method described above as the protecting group ensures the addition of only one nucleotide in the nucleotide addition phase (i) and as the

protecting group can be removed in the cleavage phase (iii) allowing a further round of SBS (see Figure 3 above).

The invention is based on the development of particular reversible blocking groups and methods of removing them under DNA compatible conditions ([0013]), which can be utilized in DNA sequencing. In particular, the examples of DK/EP '289 disclose the preferred blocking group as being a 3´-azidomethyl group.

Accordingly, claim 1 of DK/EP '289 reads;

> "A modified nucleotide triphosphate molecule comprising a purine or pyrimidine base and a deoxyribose sugar moiety having a 3'-azidomethyl group".

The scope of claim 1 of DK/EP '289 therefore comprises e.g. the nucleotide triphosphate molecules shown in the figure below having a purine or pyrimidine base and a deoxyribose sugar moiety having a 3'-azidomethyl group:



Figure 4: Exemplary structures of modified nucleotides comprising a purine or pyrimidine base and a deoxyribose sugar moiety having a 3'-azidomethyl protecting group.

In other words, claim 1 protects e.g. the individual building blocks used in SBS as developed and performed by Illumina Inc., which includes each of the 3'-azidomethyl-modified forms of the four nucleotides used for producing the growing strands of DNA during SBS.

Claim 6 of DK/EP '289 reads;

> "A kit comprising four modified nucleotide triphosphate molecules, each comprising a purine or pyrimidine base and a deoxyribose sugar moiety having a 3'-azidomethyl group where each nucleotide has a base that is linked to a



*detectable label via a cleavable linker and where the detectable label linked to each nucleotide can be distinguished upon detection from the detectable label used for the other three nucleotides"*

The scope of claim 6 of DK/EP '289 therefore comprises a kit for DNA sequencing comprising the labeled modified nucleotide triphosphates that can be used for DNA sequencing by SBS.

Claim 9 of DK/EP '289 reads;

*"A polynucleotide molecule having a 3'-azidomethyl group".*

The scope of claim 9 of DK/EP '289 therefore comprises polynucleotide molecules having a 3'-azidomethyl group.

In other words, claim 9 protects the DNA molecules produced during the process of performing SBS as developed by Illumina, whereby a 3'azidomethyl-modified nucleotide triphosphate is incorporated into a polynucleotide molecule, such as the growing DNA strand produced during SBS (see Figure 3 above).

Furthermore, claim 10 of DK/EP '289 reads;

*"A method for determining the sequence of a target single-stranded polynucleotide, comprising monitoring the sequential incorporation of complementary nucleotides, wherein at least one incorporation is of a nucleotide comprising a purine or pyrimidine base and a deoxyribose sugar moiety having a 3'-azidomethyl group where the nucleotide has a base that is linked to a detectable label via a cleavable linker and wherein the identity of the nucleotide is determined by detecting the label linked to the base and the blocking group and label are removed prior to introduction of the next complementary nucleotide."*

In other words, claim 10 protects the methods used in SBS as developed by Illumina, which is a method of monitoring the incorporation into a growing DNA strand of 3'-azidomethyl-modified nucleotides that have a base that is linked to a detectable label via a cleavable linker and wherein the identity of the nucleotide is determined by detecting the label linked to the base.

## 8 BGI's sequencing platforms

Based on the publicly available knowledge of the SBS technology employed on the BGI Group's DNA sequencing platforms, Illumina has ascertained that BGI Europe has made and continues to make unwarranted use of Illumina's proprietary technology as protected by the patent-in-suit, e.g. by way of using the BGISEQ-500 Sequencing Reagent Kits, which contain reagents including dNTPs used to perform DNA sequencing on the BGISEQ-500, which Illumina has learnt takes place in Denmark.  As well as using the BGISEQ-500 and

related Sequencing Reagent Kits, BGI Europe also uses the MGISEQ-2000, and related related Sequencing Reagent Kits in Denmark.

Illumina has tried, to obtain confirmation from BGI Europe that it will in fact abstain from utilizing, offering etc. any service or product related to DNA sequencing in contravention of the patent-in-suit (**Exhibit 10**).

Unfortunately, the responses to the warning letters on behalf of BGI Europe (**Exhibit 11**) have failed to elicit any meaningful or substantive response that dispels the assumption of patent infringement on the part of BGI Europe.

The Court should note that while the BGI Group, unsuccessfully, has attempted to attack the validity of Illumina's U.S. patent that corresponds to the patent-in-suit, no member of the BGI Group, including BGI Europe, has thus far denied infringement of the patent-in-suit.

### 9 Evidence of infringement

#### 9.1 Public mention of the BGI Group's SBS technology

According to the article "MGI Prepares to Sell Sequencers in North America, Europe; Announces Proprietary Sequencing Chemistry". *GenomeWeb*, March 4, 2019 (the "Article") (**Exhibit 12**), BGI's *"[...] current sequencing chemistry relies on stepwise sequencing-by-synthesis (SBS) where 3´-blocked nucleotides are labeled with cleavable fluorescent dyes, which leave a molecular "scar" after they are removed. This chemistry is similar to that used by Illumina and others"*. (page 3, last section)

Further, according to the Article BGI's Copenhagen facility *"now also has several MGI sequencing platforms in place"*. (page 2, section 2)

The Article also reports that *"MGI maintains that the comparatively late roll out of its platforms in the US and Europe is mainly related to the need to build up sales and service capabilities..."*. (page 2, section 4)

According to the Article *"[...] MGI has now developed a chemistry that involves unlabeled 3´-blocked nucleotides and uses four types of fluorescently labeled monoclonal antibodies for detection that are each specific for one base"*. (page 3, last section)

The Article was subsequently updated to stress that – at the time of the update – BGI Europe in Copenhagen *"currently does not offer commercial sequencing services on BGI platforms"* (Exhibit 12). Notwithstanding this qualification to the Article, Illumina asserts that all activities undertaken by BGI Europe that involve unauthorized use of Illumina's proprietary technology as protected by the patent-in-suit constitute patent infringement in accordance with Section 3 of the Danish Patents Act.

#### 9.2 The BGI Group's technology

Illumina has searched for disclosures of this allegedly new chemistry and discovered the documents WO2018/129214 A1 (**Exhibit 13**), which is a patent application constituting proprietary technology consistent with the technology described in the Article and for which Radoje Drmanac (MGI's CEO) is named as the first inventor.

It is Illumina's position that the BGI Group has not yet demonstrated the practical application of its chemistry, which is the subject of WO2018/129214 A1, and questions whether BGI Europe in fact uses this chemistry in practice on their commercially offered sequencing platforms such as the BGISEQ-500 and the MGISEQ-2000.

In any event, Illumina is of the opinion that the technology described in WO2018/129214 A1 clearly infringes the patent-in-suit.

WO2018/129214 A1 describes SBS wherein "non-labeled" and (reversibly) terminated nucleotides are detected by the use of antibodies. This technology purports to be suitable for SBS wherein the (reversibly) terminated nucleotides after initial incorporation into a DNA strand are detected by use of antibodies that bind to and allow the detection of the incorporated nucleotide(s). Finally, the antibodies and the terminating "blocking group" are removed facilitating the possible repetition of the procedure until the sequence of the desired DNA strand has been determined.

The technology of WO2018/129214 A1 is exemplified in the examples, all of which use nucleotides with a 3´-azidomethyl blocking group (as defined in claim 1 of the patent-in-suit).

Illumina therefore concludes that the use of the technology described in the examples of WO2018/129214 A1 would, in any event, fall under the scope of at least claims 1 and 9 of the patent-in-suit.

### 9.3 Testing by Eurofins EAG Materials Sciences

Illumina has obtained a BGI Sequencing Reagent Kit, labelled "BGISEQ-500RS High-throughput Sequencing Kit Model: PE100". This kit (the "**BGI Sequencing Kit**") contains the reagents needed for performing SBS on a BGISEQ-500.

An analysis of the BGI Sequencing Kit was performed by the independent test laboratory Eurofins EAG Materials Sciences ("**Eurofins**"). The results of the Eurofins testing are reported in the Declaration of Mary M. Dothage dated 10 May 2019 (**Exhibit 14**; hereinafter referred to as the "**Eurofins Report**"). As explained in the Eurofins Report at paragraph 7, the BGI Sequencing Kit contained fluorescently labelled dNTPs and unlabeled dNTPs.

The Eurofins Report addresses results of the following testing:

> (a) "Click" chemistry testing undertaken to determine whether fluorescently labelled dNTPs in the BGI Sequencing Kit possess azide moieties; and



> (b) liquid chromatography/mass spectrometry analysis undertaken to establish whether the masses of unlabelled dNTPs in the BGI Sequencing Kit correspond to the masses of 3'-azidomethyl-dNTPs.

As explained in the Eurofins Report, an analysis of the dNTPs in a brown vial labelled "PE100 dNTPs Mix" containing 1.9 milliliters of a blue coloured solution, the appearance of which was consistent with the characteristics of fluorescently-labelled dNTPs ("**BGI Labelled dNTPs**"), confirmed that it contained modified nucleotide triphosphates possessing an azide containing functional group. The results therefore indicate that the individual building blocks used in BGIs Sequencing Reagent Kits are 3'-azidomethyl-modified nucleotide triphosphates.

In conducting the "click" chemistry testing, the BGI Labelled dNTPs of the BGI Sequencing Kit were analyzed in comparison to labelled dNTPs from Illumina's kit (MiSeq Reagent Kit v3), which were known to possess a 3'- azidomethyl protecting group.

The analysis investigated the presence of an azido moiety (i.e. an azide) in the dNTPs using azide-alkyne "click" chemistry. Azide-alkyne "click" chemistry refers to the highly specific copper(I) catalyzed reaction between an azide group and an alkyne group to yield a covalently linked triazole product as shown in Figure 6 below.



**Figure 6**: Click" reaction in which a dye-labelled 3'-azidomethyl modified dNTP (in this



case 3'-azidomethyl-dTTP) reacts, in the presence of copper(I), with an alkyne group linked to an agarose bead to attach the dNTP to the bead via formation of a triazole product.

When the reaction is performed, the dNTPs to be tested are present in solution, whereas the alkyne is linked to a solid support (i.e. agarose beads, also referred to as alkyne-agarose beads). Based upon this reaction, if the dNTPs being analyzed contain an azido group, they will become covalently linked to the alkyne group that itself is linked to an agarose bead (grey circle) in the presence of copper(I). As both BGI Labelled dNTPs and the Illumina dNTPs contain a fluorescent dye (appearing as blue in colour), it will be possible to observe the binding of the azido-containing dNTPs to the alkyne-agarose beads visually by monitoring the presence of the fluorescent dye bound to the beads. The ultimate product of this reaction is therefore an agarose bead linked via a triazole group to the fluorescent dNTPs, which is observed by the previously colorless agarose beads taking on the color of the fluorescent dNTPs.

Fluorescent dNTP's linked to the agarose beads (through the triazole) may subsequently be treated with hydrazine to release the fluorescent dNTPs. Located between the triazole group and the agarose beads is a chemically reactive Dde group that, when reacted with hydrazine, breaks the linkage between the triazole group and the agarose beads. When this linkage breaks, the fluorescent dNTP is liberated from the agarose bead and the color returns to solution and the beads again become colorless as illustrated in figure 7 below.

Page 13

**Figure 7**: On hydrazine cleavage of the Dde linker, a dye-labelled 3'-azidomethyl modified dNTP (in this case 3'-azidomethyl-dTTP) is liberated from the bead and released back into solution.

The protocol followed by Eurofins for the "click" chemistry testing was as follows. In brief, the BGI Labelled dNTPs and the Illumina dNTPs were incubated with the alkyne-agarose beads and other reagents for approximately 16 hours. Negative control experiments were also performed without the copper catalyst present in the samples (which prevents the "click" reaction from proceeding). After incubation of the samples, six wash steps were then performed. The beads were evaluated and the wash filtrates were set aside and analysed (Eurofins Report, paragraphs 14-21). Next, all washed bead samples were treated with hydrazine. The hydrazine filtrate was collected, and both the beads and hydrazine filtrate were evaluated (Eurofins Report, paragraph 31).

The photographs below show the appearance of the agarose beads after: (i) the "click" reaction and subsequent wash steps; and (ii) hydrazine cleavage.

**Negative control reaction with BGI Labelled dNTPs:**
The beads remained colourless after the "click" reaction without copper and subsequent washes.



Figure 2 reproduced from Eurofins Report

The beads remained colourless after hydrazine cleavage.



Figure 7 reproduced from Eurofins Report

**Click chemistry with BGI Labelled dNTPs:**
The beads took on the blue colour of the BGI Labelled dNTPs after the "click" reaction and subsequent washes.





Figure 1 reproduced from Eurofins Report

The beads had a colourless appearance after hydrazine cleavage.



Figure 5 reproduced from Eurofins Report

**Click chemistry with Illumina dNTPs:**
The beads took on the blue colour of the Illumina dNTPs after the "click" reaction and subsequent washes.



Figure 3 reproduced from Eurofins Report.

The beads had a colourless appearance after hydrazine cleavage.



Figure 9 reproduced from Eurofins Report

It is Illumina's position that the results of the "click" chemistry tests show that the BGI Labelled dNTPs of the BGI Sequencing Kit, which are used to perform SBS on the BGISEQ-500 infringe the patent-in-suit.

9.4 Sample analysis of BGI Unlabelled dNTPs – Liquid Chromatography/Mass spectrometry

In a separate liquid chromatography/mass spectrometry (LC/MS) experiment, Eurofins compared the masses of standard 3'-azidomethyl-dNTPs obtained from Jena Bioscience GmbH (Jena, Germany) with the masses of the dNTPs present in the translucent white vial (labelled "PE100 dNTPs Mix") of the BGI Sequencing Kit. This vial contained a colourless


solution, the appearance of which was consistent with the characteristics of unlabeled dNTPs ("**BGI Unlabelled dNTPs**").

The expected masses for the free dNTP anion and the masses observed in the LC/MS analysis for both the BGI Unlabelled dNTPs ("BGI") and the Jena 3-AZM-dNTPs Mix ("Jena") are summarized in the table below:

### LC/MS Mass Observations

| dNTP | Source | Observed Ion (mass/charge) |
|---|---|---|
| **3-AZM-dTTP** | Expected | 536.2 |
| | Jena | 536.1 |
| | BGI | 536.1 |
| **3-AZM-dATP** | Expected | 545.2 |
| | Jena | 545.1 |
| | BGI | 545.3 |
| **3-AZM-dCTP** | Expected | 521.2 |
| | Jena | 521.1 |
| | BGI | 521.2 |
| **3-AZM-dGTP** | Expected | 561.2 |
| | Jena | 561.1 |
| | BGI | 561.1 |

The Eurofins Report therefore concludes that, for each of the four dNTPs, the expected mass, the Jena observed mass, and the BGI observed mass are within experimental error (±0.2 atomic mass units) of each other, and that

> "These results confirm that the dNTPs in both the BGI PE100 Unlabelled dNTPs Mix and the Jena 3-AZM-dNTPs Mix have the expected mass of the four 3'-O-azidomethyl-dNTPs. These results confirm that each of the dNTPs in the BGI PE100 Unlabelled dNTPs Mix has the same structural composition as the dNTPs in the Jena 3-AZM-dNTPs Mix." (see paragraph 53 of the Eurofins Report).

It is Illumina's position that the result of the LC/MS analysis show that the BGI Unlabelled dNTPs of the BGI Sequencing Kit, which are used to perform SBS on the BGISEQ-500 infringe the Patent-in-suit.



9.5 Romesberg declaration

Illumina has retained an independent expert, Professor Floyd Romesberg, to opine on the likelihood that based on the available evidence, the BGI Sequencing Kit obtained and analysed by Eurofins (Exhibit 14) includes nucleotides comprising a 3'-azidomethyl group and thereby falls within the scope of the patent-in-suit. Professor Romesberg also addresses whether the 3'-blocked terminator chemistry of the BGI Labelled dNTPs and BGI Unlabelled dNTPs of the BGI Sequencing Kit is likely to be representative of the sequencing chemistry used to perform SBS on BGI's other sequencing platforms such as the MGISEQ-2000. Professor Romesberg's declaration, including appendixes A-D, is submitted as **Exhibit 15.**

With regard to the BGI Labelled dNTPs, which were analysed using "click" chemistry", in his expert declaration Professor Romesberg states:

> "*Figures 1-4 of the Eurofins Report show that the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples behaved identically in the "click" chemistry tests. The stable binding of dye-labelled dNTPs to the beads for the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples, which was absent for the negative control samples, confirms that dye-labelled dNTPs were bound to the beads via a click reaction between the alkyne-containing beads and an azido group of the dye-labelled dNTPs. The binding of dye label to the beads confirms the presence of fluorescently-labelled dNTPs containing an azido group in both the BGI Labelled dNTPs Mix and Illumina dNTPs Mix.*" (see paragraph 49).

[...]

> "*The selective release of dye from the alkyne-agarose beads of the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples by hydrazine treatment confirms that the dye-labelled compounds were linked to the beads via an azido group and not via non-specific binding. These results confirm the presence of fluorescently-labelled dNTPs possessing an azido group in both the BGI Labelled dNTPs Mix and the Illumina dNTPs Mix.*" (see paragraph 54).

In view of the above experiments Professor Romesberg concludes:

> "*The "click" chemistry tests that are described in the Eurofins Report definitively confirm that the dNTPs of the BGI Labelled dNTPs Mix possess an azido group.*" [See paragraph 64].

With regard to the Unlabelled dNTPs, which were analysed by LC/MS, Professor Romesberg states further in section 64 that:

> "*These results are consistent with the LC/MS data, which show that each of the dNTPs of the BGI Unlabelled dNTPs Mix has a mass that corresponds to*



*(within the experimental error of ±0.2 atomic mass units) the expected and observed masses of each of the respective Jena 3'-AZM-dNTPs. Based on these LC/MS data, it is my opinion that each of the dNTPs of the BGI Unlabelled dNTPs Mix has the same composition as each of the respective Jena 3'-AZM-dNTPs.*"

In summary, professor Romesberg states (paragraph 66) that

"*With this understanding, and in view of the "click" chemistry tests reported in the Eurofins Report, it is my opinion that the dNTPs of the BGI Labelled dNTPs mix have the same 3'-O-azidomethyl modification as the BGI Unlabelled dNTPs. Therefore, it is my opinion that the labelled nucleotides used in the BGISEQ-500 platform for SBS also are nucleotide triphosphate molecules comprising a purine or pyrimidine base and a deoxyribose sugar moiety hav-ing an azidomethyl group attached in the 3' position (i.e. a –OCH2N3 group), thereby possessing the features of claim 1 of EP 289 as set out in paragraph 36 above. This method of SBS, which uses a removable 3'-O-azidomethyl blocking group as a reversible terminator is described at paragraphs 25-29 and 30 above.*"

In paragraph 65 he states that

"*I have been informed that BGI's sequencing-by-synthesis method uses both BGI Labelled dNTPs and BGI Unlabelled dNTPs in the same SBS sequencing cycle reactions, such that both labelled and unlabelled dNTPs are incorpo-rated into new complementary DNA strands during the incorporation reac-tions. As I mentioned above, the GenomeWeb article to which I refer at 19(d) states that BGI's SBS uses 3'-O-modified dNTPs. In view of the publicly avail-able information regarding BGI's SBS method, and the masses of the BGI Un-labelled dNTPs provided in the Eurofins Report, it is my opinion that each of the dNTPs of the BGI Unlabelled dNTPs Mix has the same structural configu-ration as each of the respective Jena 3-AZM-dNTPs (i.e., 3'-O-azidomethyl-dATP, 3'-O-azidomethyl-dCTP, 3'-O-azidomethyl-dGTP and 3'-O-azidomethyl-dTTP). Therefore, it is my opinion that the unlabelled nucleotides used in the BGISEQ-500 platform for SBS are nucleotide triphosphate mole-cules comprising a purine or pyrimidine base and a deoxyribose sugar moiety having an azidomethyl group attached in the 3' position (i.e. a –OCH2N3 group), thereby possessing the features of claim 1 of EP 289 as set out in par-agraph 36 above..*"

Finally, Professor Romesberg opines in paragraph 67 that the analysed dNTPs from the BGI Sequencing Kit must be representative of the dNTPs in kits used generally for sequencing on BGI's other sequencing platforms.

"*While I understand that the BGI Kit contains the reagents needed for per-forming DNA sequencing on the BGISEQ-500, my expectation is that the same 3'-blocked terminator chemistry would be used across BGI's other DNA se-quencing platforms. This expectation is consistent with the GenomeWeb arti-cle to which I refer at paragraph 19(d) above, which*

*suggests that the same sequencing chemistry (which is referred to as the "current sequencing chemis-try") is used on at least the MGISEQ-200, the MGISEQ-2000 and the MGISEQ-T7. My analysis and conclusions summarised in paragraphs 64-66 above therefore also apply to labelled and unlabelled dNTPs that are provided in kits, other than the BGI Kit, that are used to perform BGI's cPas-based se-quencing method (using 3'-blocked dNTPs with cleavable fluorescent dyes) on BGI's other sequencing platforms."*

### 10 Alleged invalidity of the patent-in-suit

Opposition proceedings against DK/EP '289 are pending at the EPO.

Illumina submits that EP 3 002 289 B1 is clearly valid and that there is strong presumption in favour of validity, which is enforced by the, now concluded, opposition proceedings at the EPO relating to the parent patent EP 1 530 578 B1 ("**EP '578**").

*Scope of claim 1 EP '578 B1 vs claim 1 of DK/EP '289*

DK/EP '289 is based on a divisional application of EP '578. Several oppositions were filed against EP '578. All oppositions were rejected by final decision, and the patent was maintained as granted.

Claim 1 of EP '578 as granted and maintained in opposition reads:

> "*A modified nucleotide molecule comprising a purine or pyrimidine base and a ribose or deoxyribose sugar moiety having a removable 3'-OH blocking group covalently attached thereto, such that the 3' carbon atom has attached a group of the structure*
>
> $-O-Z$
>
> *wherein Z is any of $-C(R')_2 -N(R'')_2$, $-C(R')_2 -N(H)R''$, and $-C(R')_2 -N_3$, wherein each R'' is or is part of a removable protecting group; each R' is independently a hydrogen atom, an alkyl, substituted alkyl, arylalkyl, alkenyl, alkynyl, aryl, heteroaryl, heterocyclic, acyl, cyano, alkoxy, aryloxy, heteroaryloxy or amido group, or a detectable label attached through a linking group; or $(R')_2$ represents an alkylidene group of formula $=C(R''')_2$ wherein each R''' may be the same or different and is selected from the group comprising hydrogen and halogen atoms and alkyl groups; and wherein said molecule may be reacted to yield an intermediate in which each R'' is exchanged for H, which intermediate dissociates under aqueous conditions to afford a molecule with a free 3'OH.*" [Colouring added]

Claim 1 in DK/EP '289 reads:

> "*A modified nucleotide triphosphate molecule comprising a purine or pyrimidine base and a deoxyribose sugar moiety having a 3'-azidomethyl group.*" *(colours added)*


By comparing these claims it is evident that *modified nucleotide triphosphate* (DK/EP '289) is a narrower feature than the feature *modified nucleotide* (EP '578).

It is also evident that *a deoxyribose sugar* (DK/EP '289) is a narrower feature than the feature *ribose or deoxyribose sugar* in EP '578.

Finally, it is evident that *a 3'-azidomethyl group* in (DK/EP '289) corresponds to the feature *a removable 3'-OH blocking group...of the structure -O-Z* when Z is selected as *-C(R')$_2$ -N$_3$* and *R' is independently a hydrogen atom.*

Accordingly, it is evident that the scope of claim 1 of DK/EP '289 is fully comprised within the broader scope of claim 1 EP '578.

Since the subject-matter of claim 1 of EP '578 was deemed to be novel and inventive by final decision of the EPO, it follows that the narrower subject-matter of DK/EP '289 must also be deemed novel and inventive by the EPO during the present opposition. For these reasons, the alleged invalidity of the patent-in-suit must be deemed a matter of *res judicata*.

### 11 Trademark infringements

Illumina has become aware that, in addition to the above mentioned patent infringement, BGI Europe markets and uses sequencers, sequencing reagents and SBS services using the designation MGISEQ, which differs only by one character from Illumina's registered trademark MISEQ® (**Exhibit 16**).

11.1        Illumina's trademark rights

Illumina is, *inter alia*, the proprietor of the following EU trademarks :

- MISEQ®
- MISEQ FGX®
- MISEQDX®
- ISEQ®
- MINISEQ®
- HISEQ®
- HISEQ X®
- VERISEQ®

(the "ISEQ trademark family")

Many of the above-mentioned EU trademarks are also registered with various trademark offices around the world (Argentina, Mexico, Malaysia, Brazil, Japan, Israel, Norway, Chile, USA, Russia, Canada, etc.).



The suffix ISEQ has been used consistently by Illumina as trademarks for its sequencer products since 2013. Because of Illumina's continuous and extensive use, "ISEQ" has become known as a source identifier of Illumina's family of products in many jurisdictions throughout the world, including Denmark.

In addition to the above-mentioned overall "ISEQ" family of EU trademarks, Illumina has continuously used the trademark MISEQ® (and other trademarks) in Denmark, at least since 2013 (**Exhibit 17**). MISEQ® is, *inter alia*, mentioned in an article in the trade journal of Danish medical laboratory technicians (**Exhibit 18**) in 2013. The authors of the article, all working at Odense University Hospital, describe the use of a MISEQ® product at Odense University Hospital.

Illumina's MISEQ® products are also used by other leading hospitals in Denmark such as Rigshospitalet and Aarhus University Hospital and are mentioned on their respective websites (**Exhibit 19**).

Illumina consistently markets its products under its MISEQ® trademark, on its website, on social media platforms etc. and in all of its general marketing materials.

Internationally, MISEQ® is widely recognized as the leading platform for the sequencing of gene fragments in microbial studies (**Exhibit 20**).

11.2     BGI Europe's infringement of Illumina's trademark rights

BGI Europe uses MGISEQ, *inter alia*, on its website bgi.com (**Exhibit 21**). The website bgi.com is targeted towards Denmark as the address of BGI Europe (i.e. in Denmark) is listed at the bottom of the website (**Exhibit 22**).

The *MGISEQ* designation is used in relation to a number of the sequencing instruments of the BGI Group such as *MGISEQ*-200, *MGISEQ*-2000 and *MGISEQ*-T 7 (**Exhibit 23**). These sequencing instruments are used with consumables and sequencing kits which also carry the *MGISEQ* designation. It is Illumina's belief that sequencing instruments, consumables and sequencing kits are imported into Denmark by BGI Europe under the *MGISEQ* designation.

In particular, it the following extract from BGI's website suggests that BGI Europe, besides using MGISEQ in its general marketing, is involved in the sale of goods that use the MGISEQ designation (dated October 31, 2017; exhibit 21):

> *MGISEQ-2000 and MGISEQ-200 will be available for orders beginning from Dec. 25, 2017, and will start shipment from Feb. 14, 2018, initially in China.*

The following is stated by the management of BGI Europe in its annual report from 2017 (**Exhibit 24**):

> *The company is principally engaged in genome related business in the European region. Besides, the company continues involving in non-*



> *profitmaking research projects in corporation with government bodies,*
> *hospitals and research institutes.*

The above-mentioned statement from BGI Europe management is in accordance with the listed purpose in the Danish Central Business Register regarding BGI Europe (**Exhibit 25**).

BGI Europe has not obtained consent from Illumina to use MGISEQ in the course of trade. As mentioned above, Illumina is the proprietor of several earlier trademarks, including in the ISEQ trademark family, including a particular relevance to this dispute:

- MISEQ®
- ISEQ®

MGISEQ is nearly identical to Illumina's MISEQ® mark, fully encompasses Illumina's ISEQ® mark, and is highly similar to the other "ISEQ" inclusive marks in Illumina's ISEQ family of marks.

MISEQ® and MGISEQ are visually almost identical since both begin with the letter M and end with I-S-E-Q. The only visual difference between the marks is the letter G, which is buried in the middle of the MGISEQ mark. This renders the MGISEQ trademark to be easily confused with Illumina's MISEQ® mark in the perception of the relevant public. The marks are virtually indistinguishable.

The pronunciations of the marks also coincide, in particular ISEQ, the dominant element of both marks, has two syllables and is pronounced as I - SEQ. Indeed, ISEQ is pronounced identically in both MISEQ and MGISEQ. Further, the beginning of both marks start with the letter "M", and as such, they are likely to be pronounced with an "*em"* sound. Thus, marks are pronounced in a highly similar fashion, and the only difference in pronunciation is the addition of the letter "g" buried between the "*em*" sound and identical "ISEQ" element.

Further, Illumina's **ISEQ**® mark is fully encompassed by the MG**ISEQ** mark and consumers would likely believe that the MGISEQ product is another offering in Illumina's line of products under the ISEQ family of products, which includes MIN**ISEQ**, H**ISEQ**, and VER**ISEQ**.

Google suggests 'MISEQ® and Illumina' when MGISEQ® is typed on google.dk (**Exhibit 26**). This indicates that Danish searches will lead the relevant public to assume that MGISEQ is a product from Illumina, which is not the case.

The parties' goods and services are identical or closely related. The goods are directed to the same relevant public. To underscore the identical nature of the goods, a representation of sequencing instruments marketed under the respective marks MISEQ® / MGISEQ is shown below:

 

BGI Europe was undoubtedly aware of Illumina's MISEQ mark. Indeed, the parties are direct competitors and BGI Europe has purchased Illumina sequencers in the past. Unsurprisingly, an industry commentator noted the following about BGISEQ 50 (MGISEQ 200 is the upgraded version to BGISEQ 50 according to BGI Europe, see Exhibit X) in an article titled 'The BGI Genomics IPO – Is This a Chinese Illumina?' (**Exhibit 27**):

> *"It not only looks like an Illumina (NASDAQ:ILMN) sequencer but they're actually using the same naming convention as the Illumina machines. It's at this point that we could make a tasteless comment about how the Chinese like to copy everything they can get their hands on, but we're not going to do that."* [Emphasis added].

This emphasizes that BGI Europe's use of MGISEQ is intended to freeride on the goodwill of, most prominently, MISEQ®, but also on the goodwill of other trademarks in the ISEQ trademark family.

11.3    Submissions in relation to trademark infringement

BGI Europe has not obtained consent from Illumina to use MGISEQ as trademark.

MGISEQ is highly similar to various earlier trademarks in the ISEQ trademark family – in particular MISEQ®. MGISEQ is used for the same goods and services as MISEQ®, which are directed towards the same customer. Illumina's trademarks, hereunder MISEQ®, enjoy broad protection due to their inherent distinctiveness and/or because of the reputation they possess on the market as well as because of their status as a family of trademark(s).

Illumina is, as the proprietor of the trademark MISEQ®, entitled to prohibit the use of MGISEQ in the course of trade, see s. 4 of the Danish Trademark Act and s. 9 of the European Union Trade Mark Regulation.

**Overall submissions**

In support of the claims entered, Illumina generally submits that the Maritime & Commercial High Court must find:

that    BGI Europe has infringed and continues to infringe the patent-in-suit, see s. 3 of the Danish Patents Act, and



that      BGI Europe has infringed and will continue to infringe Illumina's trademark.

**Procedural matters**

(1) BGI Europe is called upon to state whether it wishes to rely on the appointment of court-appointed expert evidence.

(2) BGI Europe is called upon to state its turn-over in relation to revenue generated by sale of goods/services covered by these proceedings.

(3) BGI Europe is requested to state whether it is importing, exporting, distributing and/or selling MGISEQ products. In the affirmative, BGI Europe is requested to inform to whom it is importing, exporting, distributing and/or selling MGISEQ products.

Illumina waives formal service of procedural documents and notifications, cf. sections 160 and 161 of the Danish Administration of Justice Act, on the condition that documents and notifications concerning the case be sent to Anders Valentin, Attorney-at-Law (ava@horten.dk, Philip Heymanns Allé 7, 2900 Hellerup, with reference to case no. 182480.

Illumina reserves the right to amend and/or supplement its claims depending on the defense invoked by BGI Europe, including, but not limited to filing a claim for damages based on one or more of the ascertained intellectual property infringements accounted for above.

**VAT:**

Illumina is not registered for VAT in Denmark.

**Documents**

Exhibits 1-27:

Hellerup, 15 May 2019

Anders Valentin,
Advokat (H), Partner

## DECLARATION OF PROFESSOR FLOYD ROMESBERG

I, **Professor Floyd Romesberg** of the Department of Chemistry at The Scripps Research Institute, San Diego, United States of America, declare as follows

A    **Introduction**

1.    I, Floyd Romesberg, Ph.D. am a professor in the Department of Chemistry at The Scripps Research Institute.

2.    I understand that European Patent EP 3 002 289 B1 (**EP 289**) is the subject of infringement proceedings between the proprietor of the patent, Illumina Cambridge Limited (**Illumina**) and BGI Europe A/S (**BGI**)[1].

3.    I have been asked by the law firm Horten, counsel for Illumina, to provide this declaration in order to assist the Danish Court by addressing certain technical issues that are within my area of expertise.  Horten has informed me that this dispute concerns whether BGI's DNA sequencing platforms (including the BGISEQ-500 and the MGISEQ-2000) use modified nucleotides that are covered by EP 289.

4.    As well as reviewing EP 289, I have been provided with a copy of the Eurofins report dated May 10, 2019 (the **Eurofins Report**), which describes the testing of a BGISEQ-500 paired-end 100 kit (the **BGI Kit**) for the presence of deoxynucleotide triphosphates (**dNTPs**) that possess the features of claim 1 of EP 289.

5.    Except where I state otherwise, the facts and matters set out in this declaration are within my own knowledge and are true.  Where I have included information that does not come from my own personal knowledge, I have stated the source and in each case I believe the information to be true.

B    **Personal Background and Experience**

6.    I am currently a professor in the Department of Chemistry at The Scripps Research Institute and have been a faculty member there since 1998.

7.    I earned a Bachelor of Science in Chemistry from Ohio State University in 1988 and a Master of Science in Chemistry from Cornell University in 1990.  In 1994 I graduated

---

[1] I have been informed by Horten that BGI Europe A/S is a subsidiary company in the BGI Group, which offers DNA sequencing services on DNA sequencing platforms supplied by MGI Tech, which is also a subsidiary in the BGI Group.

with a Doctor of Philosophy in Chemistry in 1994, also from Cornell University, where Professor David B. Collum served as my thesis advisor.

8.     From 1994 until 1998, I was a National Institutes of Health (NIH) postdoctoral research fellow at the University of California, Berkeley, where I studied under Professor Peter G. Schultz.

9.     As a principal investigator, I have authored over 120 publications in peer-reviewed journals, including Nature, The Proceedings of the National Academy of Sciences of the United States of America, The Journal of the American Chemical Society, Angewandte Chemie International Edition, Biochemistry, Nucleic Acids Research, and The Journal of Physical Chemistry.

10.    I have authored or co-authored at least 20 invited review articles. In addition, I have authored or co-authored at least 17 other publications during my graduate and post-doctoral studies.

11.    Over 30 of the publications that I have authored as a principle investigator are related to nucleotide analogues, including nucleotide analogues bearing linkers for attachment of functionalities of interest to polynucleotides, as well as nucleotide analogs bearing substituents on the sugar at either the 2'- or 3'- positions.

12.    I currently teach several graduate courses in the Department of Chemistry at The Scripps Research Institute, including a Spectroscopy course (which includes a section of mass spectroscopy) and a course on Bacteria and Antibiotics. I also regularly lecture at universities, symposiums, and conferences throughout the United States and abroad.

13.    I have reviewed manuscripts as part of the peer-review process to determine whether they are acceptable for publication for numerous journals, including the Proceedings of the National Academy of Sciences, Science, Nature, the Journal of the American Chemical Society, Angewandte Chemie, Biochemistry, the Journal of Organic Chemistry, Bioorganic and Medicinal Chemistry Letters, Chemistry & Biology, Nucleic Acids Research, and Nucleosides, Nucleotides, and Nucleic Acids.

14.    I am a member of the American Chemical Society and the American Society for Microbiology.

15.    I served as a permanent member of the NIH Synthetic and Biological Chemistry (SBCA) study section that handles a significant percentage of the grants dealing with

modified nucleotides for four years.  Also, I regularly serve on various National Science Foundation (NSF) study sections, and my service on these study sections involves reviewing and determining the merits of numerous grant proposals.

16.     I have been awarded numerous research grants from the NIH, the NSF, the Office of Naval Research, Defense Advanced Research Projects Agency, and several other sources, including federal funding for the synthesis and analysis of nucleotide analogues and for the development of DNA polymerases specifically for sequencing DNA.

17.     I have been the recipient of multiple awards and honors, including the Royal Society of Chemistry Award for Bioorganic Chemistry in 2018, the ACS San Diego Chapter 2018 Scientist of the Year, the ACS Nobel Laureate Signature Award for Graduate Education in Chemistry in 2015, Discover Magazine Technology Innovation Award in 2004, the NSF Career Award in 2004, the Susan B. Komen Breast Cancer Foundation Award in 2003, the Camille Dreyfus Teacher-Scholar Award in 2003, the Baxter Foundation Fellow Award in 2002, the MacNevin Award in 1987, and election to the Defense Science Study Group (DSSG) on which I served from 2008-2010.

18.     I am familiar with the subject matter of EP 289 having previously been retained as an independent expert witness by Illumina in the following *Inter Partes* Review proceedings before the United States Patent & Trademark Office concerning U.S. 7,057,026, U.S. 7,566,537 and U.S. 8,158,346, which I understand are US patents related to EP 289:

- *Intelligent Bio-Systems, Inc. v Illumina Cambridge Ltd.,* IPR2013-00128 (U.S. Patent 7,057,026); and
- *Intelligent Bio-Systems, Inc. v Illumina Cambridge Ltd.,* IPR2013-00266 (U.S. Patent 8,158,346).
- *Intelligent Bio-Systems, Inc. v. Illumina Cambridge Ltd.*, IPR2013-00517 (U.S. Patent 7,566,537);
- *Complete Genomics, Inc. v. Illumina Cambridge Ltd.*, IPR2017-02172 (U.S. Patent 7,566,537);
- *Complete Genomics, Inc. v. Illumina Cambridge Ltd.*, IPR2017-02174 (U.S. Patent 7,566,537);

## C    BGISEQ-500

19.    I have reviewed the following documents, which provide some details regarding the BGISEQ-500 sequencing platform:

   (a)    a Technical Note on the BGISEQ-500, a copy of which is provided at Annex A to this declaration (**BGI Technical Note**);

   (b)    the BGISEQ-500 product brochure, a copy of which is provided at Annex B to this declaration (**BGI Brochure**);

   (c)    Fehlmann *et al.* c-Pas-based sequencing on the BGISEQ-500 to explore small non-coding RNAs. *Clinical Epigenetics* (2016) 8: 123 (**Fehlmann 2016**), a copy of which is provided at Annex C to this declaration; and

   (d)    Karow J. MGI Prepares to Sell Sequencers in North America, Europe; Announces Proprietary Sequencing Chemistry. *GenomeWeb*, March 4, 2019 (**GenomeWeb article**), a copy of which is provided at Annex D to this declaration.

20.    The BGI Technical Note, the BGI Brochure, and Fehlmann 2016 explain that the BGISEQ-500 sequencing platform uses a DNA sequencing technique known as "sequencing-by-synthesis" or "SBS", which BGI describes as its "*probe-anchor synthesis (cPas)-based sequencing system*". Fehlmann 2016, which is authored by scientists from BGI-Shenzen and Complete Genomics[2], explains that this sequencing system combines "*DNA nanoball (DNB) based nanoarrays with stepwise sequencing using polymerase*". The BGI Brochure states that "*[t]he cPAS chemistry works by incorporating a fluorescent probe to a DNA anchor on the DNB, followed by high resolution digital imaging*".

21.    The above descriptions confirm to me that the BGISEQ-500 performs DNA sequencing using "SBS". This is further confirmed by the GenomeWeb article, which states that BGI's "*current sequencing chemistry relies on stepwise sequencing-by-synthesis (SBS) where 3'-blocked nucleotides are labelled with cleavable fluorescent dyes, which leave behind a molecular 'scar' after they are removed. This chemistry is similar to that used by Illumina and others.*"

---

[2] Complete Genomics is a subsidiary company in the BGI Group.

## D    Technical background

### D.1    Structure of DNA

22.    DNA consists of two complementary strands that wind around one another to form a double helix. The strands of DNA are made up of a string of individual nucleotides, which are composed of deoxyribose (a 5-carbon sugar), a nitrogenous base, and a phosphate group. There are four different nucleotides in DNA, which differ from each other by their nitrogenous bases: adenine (A), cytidine (C), guanine (G), and thymine (T). The nucleotides in each strand are linked by their phosphate group, which attaches the 5' carbon atom of their deoxyribose to the 3' carbon atom of the deoxyribose of the next nucleotide, to form the sugar-phosphate backbone of the DNA strand as shown in Figure 1 below. The two complementary strands assemble together by base-pairing with the formation of hydrogen bonds between the bases, where C pairs with G and A pairs with T, as also shown in Figure 1 below.



**Figure 1**: Structure of DNA. (a) The double helix comprised of complementary base pairs held together by a sugar phosphate backbone. (b) The hydrogen bonding between the four different nucleotides.

**D.2    DNA replication**

23.    DNA is synthesised by DNA polymerase, an enzyme which uses a single-stranded
       DNA molecule as a template to synthesise new DNA strands that are complementary
       to the template.    DNA polymerase synthesises new DNA strands by attaching
       individual nucleotides to the end of the DNA strand being synthesized (see Figure 2,
       below).  This attachment links the deoxyribose of one nucleotide to the deoxyribose of
       another nucleotide via a phosphate linkage in a specific direction to form the sugar-
       phosphate backbone of the newly synthesized DNA strand (see Figure 1, above): the
       5′ carbon atom of one deoxyribose is connected via a phosphate group to the 3′ carbon
       atom of another deoxyribose[3].



**Figure 2**: DNA replication.

24.    Figure 3 below shows the structures of the four dNTPs (where 'N' in d**N**TP is A, C, G,
       or T, corresponding to the four nucleotides of DNA, i.e. dATP, dCTP, dGTP, and dTTP)
       that are used by DNA polymerase in synthesising the new strand of DNA.  With the
       incorporation of each dNTP into the newly synthesised DNA strand, a pyrophosphate
       (two phosphate groups linked together) is released and one phosphate remains to link
       the nucleotides to each other to form the polynucleotide chain.  Importantly, DNA
       synthesis is a template-dependent process; the same hydrogen bonds that mediate
       the stability of DNA control how a polymerase copies a template.  For example, when

---

[3] The 3′ and 5′ carbon atoms of the deoxyribose are labelled on the dNTPs in Figure 3.

DNA polymerase encounters a G in a template, it binds dCTP and incorporates a C, whereas when it encounters an A in the template, it binds dTTP and incorporates a T.


Deoxyadenosine-5' triphosphate

Deoxycytidine-5' triphosphate

Deoxyguanosine-5' triphosphate

Deoxythymidine-5' triphosphate

**Figure 3**: Structure of deoxynucleotide triphosphates (dNTPs; from top to bottom, dATP, dCTP, dGTP, and dTTP).

### D.3    Illumina's SBS method using reversible terminator nucleotides

25.    I am familiar with the method of SBS employed by Illumina's sequencing platforms. Illumina's SBS method, which is schematically represented in Figure 4 below, involves the attachment of single-stranded DNA fragments to a solid surface and the synthesis of new complementary DNA strands by DNA polymerase using modified dNTPs that are labelled with a base-specific, cleavable fluorophore, and contain a reversible 3'-blocking group (see Figure 5, below).

26.    The base-specific incorporation of a fluorescently labelled nucleotide into each newly synthesised DNA strand allows the identity of the base incorporated into each strand to be detected and thus the sequence of each complementary template strand to be determined.



**Nucleotide addition**
Fluorophore-labelled, terminally blocked nucleotides hybridize to complementary base. Each cluster on a slide can incorporate a different base.

**Imaging**
Slides are imaged with either two or four laser channels. Each cluster emits a colour corresponding to the base incorporated during this cycle.

**Cleavage**
Fluorophores are cleaved and washed from flow cells and the 3'-OH group is regenerated. A new cycle begins with the addition of new nucleotides.

**Figure 4**: Illumina's SBS method.

27.     The presence of the reversible 3'-blocking group on the dNTPs means that only a single base can be added by the polymerase to each growing DNA strand until the reversible 3'-blocking group is removed.

28.     In Illumina's SBS method, a typical reaction cycle entails adding a mixture of individually fluorescently labelled and 3'-blocked dNTPs to the sequencing reaction. The DNA polymerase can incorporate a single 3'-blocked dNTP into strands that are being synthesized, resulting in the incorporation of a single fluorescent label. The unbound dNTPs and other excess reagents are then washed away, and the sequencing surface is fluorescently imaged to identify which 3'-blocked dNTP has been incorporated into each strand.

29.     The fluorophore and 3'-blocking group are then chemically removed, and a new reaction cycle begins. Removal of the 3'-blocking group allows the DNA polymerase reaction to reinitiate, allowing the identity of the next base in each template DNA strand to be determined. In this manner, the identity of each individual nucleotide incorporated into each complementary DNA strand can be determined over a series of cycles, ultimately yielding the sequence identity of the consecutive nucleotides in each template DNA strand.

30.     The modified dNTPs used in Illumina's SBS method combine a removable 3'-O-azidomethyl blocking group, with a fluorophore attached to the base via a cleavable azido linker[4]. This allows removal of both the 3'-blocking group and the fluorophore to

---

[4] The term "azido" indicates the presence of an azide moiety in the molecule.

be achieved with a single cleavage reaction. An example of one of the modified nucleotides that can be used in Illumina's SBS method is shown in Figure 5 below.



**Figure 5.** Structure of 3'-O-azidomethyl 2' deoxythymidine triphosphate labelled with a removable fluorophore. Each phosphate group is illustrated with a circled P. The nomenclature "$N_3$" is used to represent an azido group (i.e., an azide).

E      **EP 289**

31.      EP 289 is titled 'Modified Nucleotides for Polynucleotide Sequencing' and concerns nucleotides that have a blocking group, methods for the removal of such blocking groups, and the use of such nucleotides in polynucleotide sequencing methods.

32.      Paragraph [0004] of EP 289 explains that accurate SBS of DNA "*ideally requires the controlled (i.e. one at a time) incorporation of the correct complementary nucleotide opposite the oligonucleotide being sequenced*". In relation to the use of a blocking group it goes on to state as follows:

"*In order to ensure only a single incorporation occurs, a structural modification ("blocking group") of the sequencing nucleotides is required to ensure a single nucleotide incorporation but which then prevents any further nucleotide incorporation into the polynucleotide chain. The blocking group must then be removable, under reaction conditions which do not interfere with the integrity of the DNA being sequenced. The sequencing cycle can then continue with the incorporation of the next blocked, labelled nucleotide. In order to be of practical use, the entire process should consist of high yielding, highly specific chemical and enzymatic steps to facilitate multiple cycles of sequencing.*"

33. Paragraph [0005] goes on to explain that to be useful in DNA sequencing, nucleotide triphosphates (e.g. dNTPs) generally require a 3'OH-blocking group to prevent the polymerase used to incorporate it into a polynucleotide chain from continuing to replicate once the base on the nucleotide is added. In order to achieve this it is explained that there are many limitations on the suitability of a molecule as a blocking group: it must prevent additional nucleotide molecules from being added to the polynucleotide chain whilst simultaneously being easily removable from the sugar moiety without causing damage to the polynucleotide chain; and it must be tolerated by the polymerase or other appropriate enzyme used to incorporate it into the polynucleotide chain. In summary it is explained that "[t]he ideal blocking group will therefore exhibit long term stability, be efficiently incorporated by the polymerase enzyme, cause total blocking of secondary or further incorporation and have the ability to be removed under mild conditions that do not cause damage to the polynucleotide structure, preferably under aqueous conditions. These stringent requirements are formidable obstacles to the design and synthesis of the requisite modified nucleotides."

34. The invention of EP 289 concerns the development of a number of reversible blocking groups and methods of deprotecting them under DNA compatible conditions.

35. Paragraph [0050] explains that in one example the reversible blocking group of the deoxyribose sugar moiety is a 3'-azidomethyl group (i.e. a $-OCH_2N_3$ group). Paragraph [0103] explains that nucleotides bearing this blocking group at the 3'-position have been synthesised, shown to be successfully incorporated by DNA polymerases, block efficiently, and may be subsequently removed under neutral, aqueous conditions using water soluble phosphines or thiols, therefore allowing further extension.

36. Claim 1 of EP 289 states:

"A modified nucleotide triphosphate comprising a purine or pyrimidine base and a deoxyribose sugar moiety having a 3' azidomethyl group." In my opinion, claim 1 therefore relates to nucleotide triphosphate molecules possessing the features a) a purine or pyrimidine base and b) a deoxyribose sugar moiety having an azidomethyl group attached in the 3' position (i.e. a $-OCH_2N_3$ group).

**F      Eurofins Report**

37.    The Eurofins Report describes the use of "click" chemistry and liquid chromatography/mass spectrometry (**LC/MS**) to investigate the properties of dNTPs in the BGI Kit. Unless otherwise stated, paragraph references in the remainder of this declaration are to paragraphs of the Eurofins Report.

38.    I understand that the BGI Kit contains two mixtures of dNTPs (dATP, dCTP, dGTP and dTTP). As explained in the Eurofins Report (paragraphs 7, 12 and 48), one of the mixtures contains fluorescently-labelled dNTPs (referred to hereafter as the **BGI Labelled dNTPs Mix**) and the other contains unlabelled dNTPs (referred to hereafter as the **BGI Unlabelled dNTPs Mix**).

39.    "Click" chemistry was used to demonstrate the presence of azido-containing dNTPs in:

(a)    the BGI Labelled dNTPs Mix; and

(b)    the dNTPs in Illumina's MiSeq Reagent Kit v3 (referred to hereafter as the **Illumina dNTPs Mix**).

40.    As shown in Figure 5 above, the Illumina dNTPs contain a 3'-O-azidomethyl blocking group with a removable fluorophore attached to the base via a cleavable azido linker.

41.    LC/MS experiments were performed to determine whether the masses of dNTPs in the BGI Unlabelled dNTPs Mix correspond to the masses of commercially available 3'-O-azidomethyl-dNTPs obtained from Jena Bioscience GmbH.

**G      Azide-alkyne "Click" chemistry of the BGI Labelled dNTPs Mix**

42.    Azide-alkyne "click" chemistry refers to the highly specific copper(I) catalysed reaction between an azido group and an alkyne group to yield a covalently linked triazole product. The reaction only proceeds with an alkyne and an azide and in the presence of copper(I).

43. Based upon this reaction, if the dNTPs being analyzed contain an azido group, it will be possible to covalently link the dNTPs to an alkyne group that itself is linked to an agarose bead in the presence of copper(I) as shown in Figure 6 below.



**Figure 6:** "Click" reaction in which a dye-labelled 3'-azidomethyl modified dNTP (in this case 3'-azidomethyl-dTTP) reacts, in the presence of copper(I), with an alkyne group linked to an agarose bead to attach the dNTP to the bead via formation of a triazole product.

44. As the dNTPs of the BGI Labelled dNTPs Mix and the Illumina dNTPs Mix contain a fluorescent dye, it will be possible to observe visually the binding of azido-containing dNTPs to the previously colorless alkyne-agarose beads by monitoring the presence of the fluorescent dye bound to the resin, which takes on the color of the fluorescent dNTPs. In addition, the presence or absence of the dNTPs in solution can be determined visually or by using a spectrophotometer, which detects their presence via the light they absorb (i.e. their absorption).

45. The fluorophore-linked agarose beads may subsequently be treated with hydrazine. Located between the triazole group and the agarose beads is a chemically reactive Dde linker that is cleaved by hydrazine. Thus, when reacted with hydrazine, the Dde linker between the triazole group and the agarose beads is broken and fluorescently-labelled dNTPs will be liberated from the agarose beads as shown in Figure 7 below. At this point, color again returns to solution and the beads again become colorless. This can be demonstrated by visual inspection and/or with the use of a spectrophotometer.



**Figure 7:** On hydrazine cleavage of the Dde linker, a dye-labelled 3'-azidomethyl modified dNTP (in this case 3'-azidomethyl-dTTP) is liberated from the bead and released back into solution.

## H    Results of the "Click" Chemistry tests

46.    The Eurofins Report explains that the following reactions were analyzed using azide-alkyne "click" chemistry (paragraph 13):

   (a)    the BGI Labelled dNTPs Mix was analyzed for the presence of dNTPs possessing an azido group in reactions containing alkyne-agarose beads, additives, and copper (II) sulfate solution (paragraph 16).

   (b)    the Illumina dNTPs Mix was analyzed for the presence of dNTPs possessing an azido group in reactions containing alkyne-agarose beads, additives, and copper (II) sulfate solution (paragraph 18).

47.    Control reactions were also performed in which the copper (II) sulfate solution was excluded (and replaced with Tris buffer); see paragraphs 17 and 19. As the "click" reaction between an azide group and an alkyne group is catalysed by copper(I)[5], a migration of the color from the solution to the beads during the reactions performed with Tris buffer would suggest non-specific binding of dNTPs to the alkyne-agarose beads rather than binding mediated by the presence of an azido group via the specific copper(I) catalysed azide-alkyne reaction.

48.    The experimental and control samples were incubated for 16 hours, after which the color of the beads was examined. The beads were then serially washed; three times with the wash solution of the supplier and three times with Tris buffer, pH 8.0. The wash solutions were collected and set aside (paragraph 21). Figures 1 to 4 of the Eurofins Report show the visual appearance of the alkyne-agarose beads after the washing steps. In summary:

   (a)    The samples containing the BGI Labelled dNTPs Mix, alkyne-agarose beads, additives, and copper (II) sulfate were tested in triplicate. After the six wash steps, the beads maintained the blue color of the BGI Labelled dNTPs Mix (i.e. the beads were visibly blue rather than colorless; see Figure 1 and paragraph 22). The absorption spectra of the wash solutions also confirmed that the blue color taken on by the beads during incubation with the BGI Labelled dNTPs Mix was not removed by washing (paragraph 23).

---

[5] I have been informed that the "click" chemistry kit used for the testing described in the Eurofins Report includes a preliminary step of mixing two proprietary solutions with copper (II) sulfate, which I understand generates the copper (I) catalyst required in the azide-alkyne click reaction.

(b) The samples containing the Illumina dNTPs Mix, alkyne-agarose beads, additives, and copper (II) sulfate were tested in duplicate. After the six wash steps, the beads maintained the blue color of the Illumina dNTPs Mix (i.e. the beads were visibly blue rather than colorless; see Figure 3 and paragraph 26). The absorption spectra of the wash solutions also confirmed that the blue color taken on by the beads during incubation with the Illumina dNTPs Mix was not removed by washing (paragraph 27).

(c) Negative control samples excluding the copper catalyst were also tested for the BGI Labelled dNTPs Mix and the Illumina dNTPs Mix. No visible color remained on the alkyne-agarose beads after the six washing steps for any of the control samples (i.e. the beads became colorless on washing; see Figures 2 and 4). This confirms the absence of non-specific binding of dNTPs in the BGI Labelled dNTPs Mix or Illumina dNTPs Mix to the alkyne-agarose beads and that the presence of the click catalyst copper-containing solution was necessary to achieve binding of dye-labelled compounds to the alkyne-agarose beads.

49. Figures 1-4 of the Eurofins Report show that the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples behaved identically in the "click" chemistry tests. The stable binding of dye-labelled dNTPs to the beads for the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples, which was absent for the negative control samples, confirms that dye-labelled dNTPs were bound to the beads via a click reaction between the alkyne-containing beads and an azido group of the dye-labelled dNTPs. The binding of dye label to the beads confirms the presence of fluorescently-labelled dNTPs containing an azido group in both the BGI Labelled dNTPs Mix and Illumina dNTPs Mix.

50. In relation to the dNTPs of the Illumina dNTPs Mix, in light of the known structure of Illumina's 3'-O-azidomethyl dNTPs (see Figure 5 above), this result is as I would expect. The results for the BGI Labelled dNTPs Mix samples are also consistent with the fluorescently-labelled dNTPs of the BGI Labelled dNTPs Mix being dNTPs modified with 3'-O-azidomethyl blocking groups.

51. After washing, the agarose beads of each sample were treated with hydrazine and incubated for 90 minutes on a shaker (paragraph 31).

52. After hydrazine treatment, the dye that was bound to the agarose beads of the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples was released from the beads and returned to solution as confirmed by the colorless appearance of the beads (see Figures 5 and 9) and the visibly blue appearance of the hydrazine filtrates (see Figures 6 and 10). Significant absorption was also measured for the respective hydrazine filtrates (paragraphs 33 and 37).

53. Hydrazine treatment of the negative control samples was consistent with no dye having bound to the beads – the beads remained colorless (see Figures 7 and 11) and the presence of hydrazine did not cause the filtrates to display any significant absorption (see Figures 8 and 12, and paragraphs 35 and 39).

54. The selective release of dye from the alkyne-agarose beads of the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples by hydrazine treatment confirms that the dye-labelled compounds were linked to the beads because they possess an azido group and not via non-specific binding. These results confirm the presence of fluorescently-labelled dNTPs possessing an azido group in both the BGI Labelled dNTPs Mix and the Illumina dNTPs Mix.

I      **Liquid Chromatography/Mass Spectrometry (LC/MS) Analysis of dNTPs in the BGI Unlabelled dNTPs Mix**

55. LC/MS is an analytical technique that combines liquid chromatography with mass spectrometry.

56. Liquid chromatography is used to separate the components of mixtures containing multiple components. The technique is based upon passing a liquid solvent containing the sample mixture (referred to as the 'mobile phase') through a column filled with a solid material that interacts with the sample mixture (referred to as the 'stationary phase'). Each component in the sample interacts slightly differently with the solid material of the stationary phase, causing the components to migrate through the column at different rates, leading to the separation of the components as they flow out of the column. Separation based on this differential chromatographic retention permits further analysis of the separated components to be performed.

57. Mass spectrometry allows the mass of molecules to be determined, which is a highly discriminatory piece of information. The chances of two different molecules, not to mention two different 3'-modified dNTPs, having precisely the same mass is extremely

small. The basic principle of mass spectrometry involves passing charged particles (*i.e.* ions) through a magnetic field, allowing them to be selected on the basis of (i) the charge that they carry and (ii) their molecular mass. This allows molecules to be identified by observing the signals generated when their unique pattern of ions contacts the surface of a detector as illustrated in the schematic diagram at Figure 8 below. Since dNTPs are free anions in water, the negative charge of the dNTPs can be used in this mass spectrometric analysis (so called "negative ion mode").



**Figure 8:** Illustration of a quadrupole-based MS system. The quadrupole consists of two pairs of parallel metal rods. Different voltages are applied to each pair of rods generating a magnetic field in the quadrupole. Ions travel down the quadrupole between the rods. Only ions of a certain mass-to-charge ratio (m/z) will reach the detector for a given ratio of voltages: other ions have unstable trajectories and will collide with the rods. This allows selection of an ion with a particular m/z for detection.

### I.1    Eurofins LC/MS analysis

58.    The Eurofins Report describes the use of LC/MS to establish the mass of the dNTPs in: (i) the BGI Unlabelled dNTPs Mix; and (ii) a mixture of commercially available 3'-O-azidomethyl-dNTPs, with known structure[6], that were obtained from Jena Bioscience GmbH (hereafter referred to as the **Jena 3-AZM-dNTPs**).

---

[6] The structural formulae of the Jena 3-AZM-dNTPs (i.e. 3'-O-azidomethyl-dATP, 3'-O-azidomethyl-dCTP, 3'-O-azidomethyl-dGTP and 3'-O-azidomethyl-dTTP) are shown at paragraph 43 of the Eurofins Report.

59.    LC/MS analysis was performed on each of the four Jena 3-AZM-dNTPs in order to independently confirm the observed mass of each individual Jena 3-AZM-dNTP (paragraph 45). A mixture of the Jena 3-AZM-dNTPs was also prepared and tested, which confirmed that the mass of each of the four 3-AZM-dNTPs in the mixture was identical (within experimental error) to the mass observed for the respective individual 3-AZM-dNTPs (paragraph 46).

60.    LC/MS analysis was then performed on the BGI Unlabelled dNTPs Mix and a mixture of the Jena 3-AZM-dNTPs (hereafter referred to as the **Jena 3-AZM-dNTPs Mix**; paragraphs 48 to 52). In brief, the samples were separated by liquid chromatography using a Phenomenex Luna Omega Polar C18 column (Phenomenex Inc., Torrence, CA) and then analyzed using an AB SCIEX Triple Quad mass spectrometer (AB Sciex LLC, Framingham, MA).

### I.2    Results of the Eurofins LC/MS analysis

61.    Table 2 of the Eurofins Report, which I have reproduced below, reports the expected masses for each of the 3'-azidomethyl-dNTPs (based on the known atomic composition of each free anion for the four Jena 3-AZM-dNTPs) and the observed masses for each dNTP in the Jena 3-AZM-dNTPs Mix and in the BGI Unlabelled dNTPs Mix.

| dNTP | Source | Observed Ion (mass/charge) |
|---|---|---|
| 3-AZM-dTTP | Expected | 536.2 |
| | Jena | 536.1 |
| | BGI | 536.1 |
| 3-AZM-dATP | Expected | 545.2 |
| | Jena | 545.1 |
| | BGI | 545.3 |
| 3-AZM-dCTP | Expected | 521.2 |
| | Jena | 521.1 |
| | BGI | 521.2 |
| 3-AZM-dGTP | Expected | 561.2 |
| | Jena | 561.1 |
| | BGI | 561.1 |

**Table 2** reproduced from the Eurofins Report

62. The results in Table 2 confirm that the dNTPs in both the BGI Unlabelled dNTPs Mix and the Jena 3-AZM-dNTPs Mix have the expected mass of the four 3'-O-azidomethyl-dNTPs.

63. LC/MS is an extremely powerful technique which permits the resolution and identification of molecules in a highly discriminatory manner. In my opinion, these results confirm that each of the dNTPs in the BGI Unlabelled dNTPs Mix has the same structural composition as the dNTPs in the Jena 3-AZM-dNTPs Mix.

**J    Summary on the identity of the BGI dNTPs**

64. The "click" chemistry tests that are described in the Eurofins Report definitively confirm that the dNTPs of the BGI Labelled dNTPs Mix possess an azido group. These results are consistent with the LC/MS data, which show that each of the dNTPs of the BGI Unlabelled dNTPs Mix has a mass that corresponds to (within the experimental error of ±0.2 atomic mass units) the expected and observed masses of each of the

respective Jena 3-AZM-dNTPs. Based on these LC/MS data, it is my opinion that each of the dNTPs of the BGI Unlabelled dNTPs Mix has the same composition as each of the respective Jena 3-AZM-dNTPs.

65. I have been informed that BGI's sequencing-by-synthesis method uses both BGI Labelled dNTPs and BGI Unlabelled dNTPs in the same SBS sequencing cycle reactions, such that both labelled and unlabelled dNTPs are incorporated into new complementary DNA strands during the incorporation reactions. As I mentioned above, the GenomeWeb article to which I refer at paragraph 19(d) states that BGI's SBS uses 3'-O-modified dNTPs. In view of the publicly available information regarding BGI's SBS method, and the masses of the BGI Unlabelled dNTPs provided in the Eurofins Report, it is my opinion that each of the dNTPs of the BGI Unlabelled dNTPs Mix has the same structural configuration as each of the respective Jena 3-AZM-dNTPs (i.e., 3'-O-azidomethyl-dATP, 3'-O-azidomethyl-dCTP, 3'-O-azidomethyl-dGTP and 3'-O-azidomethyl-dTTP). Therefore, it is my opinion that the unlabelled nucleotides used in the BGISEQ-500 platform for SBS are nucleotide triphosphate molecules comprising a purine or pyrimidine base and a deoxyribose sugar moiety having an azidomethyl group attached in the 3' position (i.e. a $-OCH_2N_3$ group), thereby possessing the features of claim 1 of EP 289 as set out in paragraph 36 above.

66. With this understanding, and in view of the "click" chemistry tests reported in the Eurofins Report, it is my opinion that the dNTPs of the BGI Labelled dNTPs mix have the same 3'-O-azidomethyl modification as the BGI Unlabelled dNTPs. Therefore, it is my opinion that the labelled nucleotides used in the BGISEQ-500 platform for SBS also are nucleotide triphosphate molecules comprising a purine or pyrimidine base and a deoxyribose sugar moiety having an azidomethyl group attached in the 3' position (i.e. a $-OCH_2N_3$ group), thereby possessing the features of claim 1 of EP 289 as set out in paragraph 36 above. This method of SBS, which uses a removable 3'-O-azidomethyl blocking group as a reversible terminator is described at paragraphs 25-29 and 30 above.

67. While I understand that the BGI Kit contains the reagents needed for performing DNA sequencing on the BGISEQ-500, my expectation is that the same 3'-blocked terminator chemistry would be used across BGI's other DNA sequencing platforms. This expectation is consistent with the GenomeWeb article to which I refer at paragraph 19(d) above, which suggests that the same sequencing chemistry (which is referred to as the "*current sequencing chemistry*") is used on at least the MGISEQ-200, the MGISEQ-2000 and the MGISEQ-T7. My analysis and conclusions

summarised in paragraphs 64-66 above therefore also apply to labelled and unlabelled dNTPs that are provided in kits, other than the BGI Kit, that are used to perform BGI's cPas-based sequencing method (using 3'-blocked dNTPs with cleavable fluorescent dyes) on BGI's other sequencing platforms.

**Statement of truth**

I confirm that I have made clear which facts and matters referred to in this declaration are within my own knowledge and which are not. Those that are within my own knowledge I confirm to be true. The opinions I have expressed represent my true and complete professional opinions on the matters to which they refer.

SIGNED: ...............................

NAME: Professor Floyd Romesberg

DATE: May 13, 2019

**DECLARATION OF MARY M. DOTHAGE OF EUROFINS EAG MATERIALS SCIENCES**

I, **Mary M. Dothage** of Eurofins EAG Materials Sciences, Maryland Heights, Missouri, United States of America, declare as follows

## A    Introduction

1.    I, Mary M. Dothage am a Manager at Eurofins EAG Materials Sciences ('**Eurofins EAG**').

2.    Eurofins EAG was requested by Illumina Cambridge Limited ("**Illumina**") to analyse the chemical structure of deoxynucleotide triphosphates ("**dNTPs**") in the "BGISEQ-500RS High-throughput Sequencing Kit Model: PE100" (the "**BGI Kit**").   I have prepared this Eurofins EAG Report dated May 10th, 2019 to report the results of:

   (a)    "Click" chemistry testing undertaken to determine whether fluorescently labelled dNTPs in the BGI Kit possess azide moieties; and

   (b)    liquid chromatography-mass spectrometry analysis undertaken to establish whether the masses of unlabelled dNTPs in the BGI Kit correspond to the masses of 3'-O-azidomethyl-dNTPs.

3.    All experimental procedures described in this declaration were performed under my supervision.   Except where I state otherwise, the factual statements set out in this declaration are within my own knowledge and are true.   Where I have included information that does not come from my own personal knowledge, I have stated the source and in each case I believe the information to be true.

## B    Personal Background and Experience

4.    I am currently a Manager at Eurofins EAG Materials Sciences in Maryland Heights, Missouri and have been a Manager there since 2018.  I have worked at Eurofins EAG Materials Sciences and its predecessor entities (EAG Laboratories, Chemir, and Gateway Chemical) since 2002, in the role of Scientist and Team Leader.

5.    I earned a Bachelor of Science in Molecular Biology from Southeast Missouri State University in 2001.

6.    From 2001 to 2002, I worked as a Research Scientist at several chemical companies, where my responsibilities included conducting analytical chemical analyses.

**C** **"Click" Chemistry Testing of Labelled PE100 dNTPs Mix in the BGI Kit**

<u>Samples</u>

7.  On or about March 1st, 2019, Eurofins EAG received a shipment on dry ice labelled "BGISEQ-500RS High-throughput Sequencing Kit Model: PE100". The shipment contained multiple components, including a brown vial labelled "PE100 dNTPs Mix" containing 1.9 milliliters of dNTPs, and a translucent white vial labelled "PE100 dNTPs Mix" also containing 1.9 milliliters of dNTPs. I have been informed that the BGI Kit included fluorescently-labelled dNTPs and unlabelled dNTPs. The brown vial labelled "PE100 dNTPs Mix" contained a blue-colored solution, consistent with the characteristics of fluorescently labelled-dNTPs. Accordingly, I understood this to contain fluorescently-labelled dNTPs. The translucent white vial labelled "PE100 dNTPs Mix" contained a clear solution, consistent with the characteristics of unlabelled dNTPs. Accordingly, I understood this to contain unlabelled dNTPs.

8.  Also on or about March 1st, 2019, Eurofins EAG received a shipment on dry ice, which Illumina identified as containing a mixture of four 3'-O-azidomethyl fluorescently labelled dNTPs (dATP, dCTP, dGTP, and dTTP) from an Illumina MiSeq Reagent Kit v3. This sample was termed the "Illumina Incorporation Mix".

9.  The brown vial labelled "PE100 dNTPs Mix" and the Illumina Incorporation Mix were maintained at -20 °C from the time of receipt until testing was performed.

<u>Methods: "Click" reactions</u>

10. At the time of testing, the contents of the brown vial labelled "PE100 dNTPs Mix" and the Illumina Incorporation Mix were thawed to room temperature.

11. The PE100 dNTPs Mix from the brown vial was diluted 7-fold with 10 mM Tris buffer, pH 8.0 (the 7-fold diluted solution is hereafter referred to as "**BGI PE100 dNTPs Mix**").

12. Both the BGI PE100 dNTPs Mix and the Illumina Incorporation Mix exhibited a strong blue color, consistent with the characteristics of fluorescently labelled dNTPs. In the results section below, the presence of this color, observed visually or as measured with a spectrophotometer (and referred to as "absorption") is used to indicate the presence of the labelled dNTPs.

13. The BGI PE100 dNTPs Mix and the Illumina Incorporation Mix were tested for the presence of azido moieties using a "Click-&-Go™ Dde Protein Enrichment Kit" from

the supplier Click Chemistry Tools, LLC (Scottsdale, Arizona, United States; hereafter "**Click Chemistry Kit**"). According to the supplier, "*Click-&-Go™ Dde Protein Enrichment Kit is an efficient, biotin/streptavidin-free tool for capturing azide-modified biomolecules on a cleavable agarose resin via click reaction and its subsequent release under mild conditions.*" The supplier further explains that use of the Click Chemistry Kit allows azide-modified biomolecules to be captured on the cleavable alkyne agarose resin beads via copper catalyzed click chemistry[1].

14. The Click Chemistry Kit contained:

    (a) agarose beads linked to an alkyne group via a linker containing a "dde" group (hereafter "**Beads**"; where the linker is cleavable using the reagent hydrazine);

    (b) a copper (II) sulfate solution (100 mM);

    (c) two additive solutions termed "Additive 1" and "Additive 2";

    (d) a wash solution; and

    (e) a 2% hydrazine hydrate solution.

15. Before testing and to prevent any non-specific binding of the analyte dNTPs to be tested, the Beads were pre-treated with a 1 mM mixture of unlabelled dNTPs (dATP, dCTP, dGTP, and dTTP) for 1 hour, and then washed with 10 mM Tris buffer, pH 8.0. Before and after the pre-treatment the Beads were white in color.

16. The BGI PE100 dNTPs Mix Sample was tested in triplicate. Each BGI PE100 dNTPs Mix Sample contained the following:

    **BGI PE100 dNTPs Mix Sample**
    50 µL Beads
    25 µL Additive 1
    5 µL Additive 2
    5 µL Copper (II) Sulfate Solution
    200 µL BGI PE100 dNTPs Mix

17. A negative control for the BGI PE100 dNTPs Mix was tested in duplicate, from which the copper (II) sulfate solution was omitted and replaced with a Tris buffer solution[2]. Each BGI PE100 dNTPs Mix Negative Control sample contained the following:

---

[1] https://clickchemistrytools.com/product/dde-protein-enrichment-kit-for-azide/
[2] This click reaction proceeds at a detectable rate only in the presence of copper.

**BGI PE100 dNTPs Mix Negative Control**
50 µL Beads
25 µL Additive 1
5 µL Additive 2
5 µL Tris Buffer, pH 8.0
200 µL BGI PE100 dNTPs Mix

18.  The Illumina Incorporation Mix Sample was also tested in duplicate. Each Illumina Incorporation Mix Sample contained the following:

**Illumina Incorporation Mix Sample**
50 µL Beads
25 µL Additive 1
5 µL Additive 2
5 µL Copper (II) Sulfate Solution
200 µL Illumina Incorporation Mix

19.  A single negative control for the Illumina Incorporation Mix was tested, from which the copper (II) sulfate solution was omitted and replaced with a Tris buffer solution. The Illumina Incorporation Mix Negative Control sample contained the following:

**Illumina Incorporation Mix Negative Control**
50 µL Beads
25 µL Additive 1
5 µL Additive 2
5 µL Tris Buffer, pH 8.0
200 µL Illumina Incorporation Mix

20.  All samples were incubated in foil-wrapped 0.5 mL spin columns and placed on a shaker for 16 hours.

21.  After the 16-hour incubation (to allow the click reaction to proceed), the Beads had taken on the blue color of the solution. Each of the samples was centrifuged to separate the ambient liquid from the Beads. The reaction filtrate was collected and set aside. Each of the Bead-containing spin columns was then serially washed three times with the wash solution provided by the supplier (see paragraph 14 above). Each serial wash solution for each sample was collected and set aside. Each of the Bead-containing spin columns was then serially washed three times with Tris buffer, pH 8.0. Each serial Tris wash solution for each sample was collected and set aside.

Results: Washed Beads and filtrates

22.  As shown in Figure 1, after the six wash steps, the Beads from the BGI PE100 dNTPs Mix Sample triplicate reactions all maintained the blue color of the BGI PE100 dNTPs Mix.



**Figure 1**: Photograph of washed Beads (BGI PE100 dNTPs Mix Samples)

23.     Absorption spectra were collected of the initial reaction filtrate, the three serial wash solutions, and the three serial Tris wash solutions for each of the three respective BGI PE100 dNTPs Mix Samples (not shown).   The reaction filtrate showed some absorption, and the first wash solutions showed a small amount of absorption.   In contrast, the second and third wash solutions and all three Tris wash solutions showed no significant absorption.   This confirms that the blue color taken on by the Beads during the incubation with the BGI PE100 dNTPs Mix was not removed by washing.

24.     As shown in Figure 2, the Beads from the BGI PE100 dNTPs Negative Control duplicate samples both lost their blue color upon washing.   This result confirms that when the click catalyst (copper)-containing solution was omitted, no dye label was bound to the Beads.   This negative control confirms that the presence of click catalyst (copper)-containing solution was necessary to bind dye label to the Beads.



**Figure 2**: Photograph of washed Beads (BGI PE100 dNTPs Negative Control samples)

25.     Absorption spectra of the initial reaction filtrate, the three serial wash solutions, and the three serial Tris wash solutions for each of the two respective BGI PE100 dNTPs Mix Negative Controls were then collected (not shown).   The reaction filtrate showed some absorption, the first wash solutions showed an amount of absorption similar to the reaction filtrates, and the second wash solutions showed a small amount of absorption.   The third wash solutions and all three Tris wash solutions showed no

significant absorption. This confirms that substantially all color was removed from the Beads after the second wash.

26. As shown in Figure 3, after the six wash steps, the Beads of the Illumina Incorporation Mix Sample duplicate reactions both maintained the blue color of the Illumina Incorporation Mix.



**Figure 3**: Photograph of washed Beads (Illumina Incorporation Mix Samples)

27. Absorption spectra of the initial reaction filtrate, the three serial wash solutions, and the three serial Tris wash solutions for each of the two respective Illumina Incorporation Mix Samples were then collected (not shown). The reaction filtrate showed some absorption. All three wash solutions and all three Tris wash solutions showed no significant absorption. This confirms that the blue color taken on by the Beads during the incubation with the Illumina Incorporation Mix was not removed by washing.

28. As shown in Figure 4, the Beads from the single Illumina Incorporation Mix Negative Control reaction lost their blue color upon washing. This result confirms that when the click catalyst (copper)-containing solution was omitted, no fluorescently-labelled dNTPs were bound to the Beads. This negative control confirms that the presence of click catalyst (copper)-containing solution was necessary to bind the fluorescently-labelled dNTPs to the Beads.



**Figure 4**: Photograph of washed Beads (Illumina Incorporation Mix Negative Control)

29.    Absorption spectra of the initial reaction filtrate, the three serial wash solutions, and the three serial Tris wash solutions for the Illumina Incorporation Mix Negative Control were then collected (not shown).  The reaction filtrate showed some absorption, and the first wash solution showed a small amount of absorption.  The second and third wash solutions and all three Tris wash solutions showed no significant absorption.  This confirms that substantially all color was removed from the Beads after the first wash.

30.    Figures 1-4 above show that the BGI PE100 dNTPs Mix and the Illumina Incorporation Mix behaved identically – only in the presence of the click catalyst (copper)-containing solution was dye label stably bound to the Beads.  This confirms that the presence of click catalyst (copper)-containing solution was necessary to stably bind dye to the Beads such that the dye was not removable with washing.  Thus, the dye was bound to the Beads via a click reaction between the alkyne-containing Beads and an azido group of the dye-labelled compounds.  These results are consistent with dye-labelled dNTPs in the BGI PE100 dNTPs Mix and the Illumina Incorporation Mix possessing azide moieties.

Methods: Hydrazine treatment

31.    Next, all washed Bead samples were treated with the hydrazine solution provided by the supplier (see paragraph 14 above) and placed on a shaker for 90 minutes.  The hydrazine filtrate was then collected, and both the Beads and hydrazine filtrate were evaluated.

Results: Post-hydrazine treatment

32.    The hydrazine treated Beads and hydrazine filtrates of the triplicate BGI PE100 dNTPs Mix Samples are shown in Figure 5 and Figure 6 respectively.



**Figure 5**: Photograph of Beads after hydrazine treatment (BGI PE100 dNTPs Mix Samples)



**Figure 6**: Photograph of hydrazine filtrates (BGI PE100 dNTPs Mix Samples)

33.    Absorption spectra of the BGI PE100 dNTPs Mix Samples hydrazine filtrates (not shown) confirmed significant absorption.   The selective release via hydrazine treatment confirms that the dye-labelled compounds were linked to the Beads via their azide moieties and not via non-specific binding.   Thus, these results are consistent with the presence in the BGI PE100 dNTPs Mix of dye-labelled dNTPs that possess azide moieties.

34.    The hydrazine treated Beads and hydrazine filtrates of the duplicate BGI PE100 dNTPs Mix Negative Controls are shown in Figure 7 and Figure 8 respectively.



**Figure 7**: Photograph of Beads after hydrazine treatment (BGI PE100 dNTPs Mix Negative Controls)



**Figure 8**: Photograph of hydrazine filtrates (BGI PE100 dNTPs Mix Negative Controls)

35.  Absorption spectra of the BGI PE100 dNTPs Mix Negative Controls hydrazine filtrates (not shown) confirmed no significant absorption. This is consistent with the dyes never having bound to the Beads in the negative control, and also demonstrates the hydrazine did not introduce color into the solution.

36.  The hydrazine treated Beads and hydrazine filtrate of the duplicate Illumina Incorporation Mix Samples are shown in Figure 9 and Figure 10 respectively.



**Figure 9**: Photograph of Beads after hydrazine treatment (Illumina Incorporation Mix Samples)



**Figure 10**: Photograph of hydrazine filtrates (Illumina Incorporation Mix Samples)

2788669

37. Absorption spectra of the Illumina Incorporation Mix Samples hydrazine filtrates (not shown) confirmed significant absorption. The selective release via hydrazine treatment confirms that the dye-labelled compounds were linked to the Beads via their azide moieties and not via non-specific binding. Thus, these results are consistent with the presence of dye-labelled dNTPs in the Illumina Incorporation Mix that possess azide moieties.

38. The hydrazine treated Beads and hydrazine filtrate of the single Illumina Incorporation Mix Negative Control are shown in Figure 11 and Figure 12 respectively.



**Figure 11**: Photograph of Beads after hydrazine treatment (Illumina Incorporation Mix Negative Control sample)



**Figure 12**: Photograph of hydrazine filtrates (Illumina Incorporation Mix Negative Control sample)

39. Absorption spectra of the Illumina Incorporation Mix Negative Control hydrazine filtrate (not shown) confirmed no significant absorption.

40. These results show that the BGI PE100 dNTP Mix (Figures 5 and 6) and the Illumina Incorporation Mix (Figures 9 and 10) behaved identically – only upon hydrazine cleavage of the linker was the linkage between the Beads and the dye-labelled dNTPs

cleaved to liberate free dye-labelled dNTPs into solution. Accordingly, these results are consistent with the presence of fluorescently-labelled dNTPs in both the BGI PE100 dNTP Mix and the Illumina Incorporation Mix that possess azido moieties.

**D    Mass Spectrometry Analysis of PE100 dNTPs Mix from the BGI Kit**

<u>Samples</u>

41. In this analysis, the contents of the translucent white vial labelled "PE100 dNTPs Mix" described in paragraph 7 above were examined using liquid chromatography/mass spectrometry (hereafter "**LC/MS**") and compared to commercially available standard 3'-O-azidomethyl-dNTPs.

42. The translucent white vial labelled "PE100 dNTPs Mix" was maintained at -20 °C from the time of receipt until analysis was performed.

43. On or about April 15th, 2019, Eurofins EAG received a shipment from Jena Bioscience GmbH (Jena, Germany) containing four white translucent vials, respectively containing 3'-O-azidomethyl-dATP, 3'-O-azidomethyl-dCTP, 3'-O-azidomethyl-dGTP, and 3'-O-azidomethyl-dTTP. Each vial was labelled as containing 1 mg of the respective 3'-O-azidomethyl-dNTP. The documentation accompanying the vials respectively identified the contents as having the following structural formulae:



Structural formula of 3'-O-Azidomethyl-dATP

Structural formula of 3'-O-Azidomethyl-dGTP



Structural formula of 3'-O-Azidomethyl-dTTP



Structural formula of 3'-O-Azidomethyl-dCTP

44. Each 3'-O-azidomethyl-dNTP (hereafter "**3-AZM-dNTP**") was brought into solution using 0.5 mL of 10 mM Tris buffer, pH 7.4 to form four respective 3-AZM-dNTP stock solutions (collectively the "Jena 3-AZM-dNTP stock solutions"). The Jena 3-AZM-dNTP stock solutions were maintained at 4 °C.

<u>Methods</u>

45.    LC/MS analysis was performed on each of the four Jena 3-AZM-dNTPs (stock solutions diluted to approximately 10 μM with 10 mM Tris buffer, pH 7.4) to independently confirm the observed mass of each individual 3-AZM-dNTP (data not shown).

46.    Next, aliquots of each of the four Jena 3-AZM-dNTP stock solutions were combined together and diluted with the Tris buffer, pH 7.4 to an approximate concentration of 10 μM of each of the four 3-AZM-dNTPs. This mixture was tested by LC/MS to confirm that the mass of each of the four 3-AZM-dNTPs in the mixture was identical (within experimental error) to the mass observed for the respective individual 3-AZM-dNTPs (data not shown). After 4 days at 4 °C, the Jena 3-AZM-dNTP stock solutions were lyophilized and subsequently stored at -20 °C.

47.    Next, the BGI PE100 dNTPs Mix was compared to a mixture of the four Jena 3-AZM-dNTPs. The four lyophilized Jena 3-AZM-dNTP stock solutions were reconstituted in 0.3 mL of distilled deionized water. Aliquots of each of the four Jena 3-AZM-dNTP stock solutions were combined and diluted to a single solution containing 10 μM of each of the four Jena 3-AZM-dNTPs in Tris buffer. The resulting liquid was colorless. This sample was termed the "**Jena 3-AZM-dNTPs Mix**".

48.    The contents of the white translucent vial labelled "PE100 dNTPs Mix" were thawed to room temperature. The liquid in the white translucent vial was colorless, indicating that no dye was present in the liquid, which is consistent with the characteristics of unlabelled dNTPs. This sample was termed the "**BGI PE100 Unlabelled dNTPs Mix**".

49.    All samples were analysed using LC/MS. The liquid chromatography column was a Phenomenex Luna Omega Polar C18 column, with internal diameter 2.1 mm, length 100 mm, particle size 1.6 μm (Phenomenex Inc., Torrence, CA). The analytes were eluted using a gradient system of mobile phase A of 5 mM Dibutylammonium acetate in water and a mobile phase B of 100% methanol, with a flow rate of 0.3 mL/minute, and a column temperature of 45.0 °C. The experimental design of the chromatographic gradient of the mobile phase components was as follows in Table 1 below:

**Chromatographic Gradient**

| Time (minutes) | % A | % B |
|---|---|---|
| 0 | 95 | 5 |
| 1 | 95 | 5 |
| 8 | 20 | 80 |
| 11 | 20 | 80 |
| 11.1 | 95 | 5 |
| 15 | 95 | 5 |

Table 1

50. The dNTPs in the BGI PE100 Unlabelled dNTPs Mix and the Jena 3-AZM-dNTPs Mix were separated by liquid chromatography sufficiently for mass spectrometric analysis. The masses of the dNTPs were then measured by mass spectrometry. The mass spectrometer was an AB SCIEX Triple Quad (AB Sciex LLC, Framingham, MA). Detection was performed in negative ion mode with in-source fragmentation. Experimental error for this mass spectrometer is reported by the manufacturer as ±0.2 atomic mass units.

51. The samples were loaded onto the LC/MS by injection of 10.0 µL of sample. Three samples were loaded in the following order: (a) 10 mM Tris, pH 7.4 blank, (b) BGI PE100 Unlabelled dNTPs Mix, (c) Jena 3-AZM-dNTPs Mix. Between each sample, a methanol blank was analysed to ensure no sample carry over was observed.

Results

52. Expected masses[3] for the free dNTP anion and masses observed in the LC/MS analysis for both the BGI PE100 Unlabelled dNTPs Mix ("**BGI**") and the Jena 3-AZM-dNTPs Mix ("**Jena**") are summarized in Table 2 below:

---

[3] Expected masses are based on the known atomic composition of each free anion for the four Jena 3-AZM-dNTPs.

## LC/MS Mass Observations

| dNTP | Source | Observed Ion (mass/charge) |
|---|---|---|
| 3-AZM-dTTP | Expected | 536.2 |
| | Jena | 536.1 |
| | BGI | 536.1 |
| 3-AZM-dATP | Expected | 545.2 |
| | Jena | 545.1 |
| | BGI | 545.3 |
| 3-AZM-dCTP | Expected | 521.2 |
| | Jena | 521.1 |
| | BGI | 521.2 |
| 3-AZM-dGTP | Expected | 561.2 |
| | Jena | 561.1 |
| | BGI | 561.1 |

Table 2

53.   For each of the four dNTPs, the expected mass, the Jena observed mass, and the BGI observed mass reported in Table 2 are within experimental error ($\pm0.2$ atomic mass units) of each other. These results confirm that the dNTPs in both the BGI PE100 Unlabelled dNTPs Mix and the Jena 3-AZM-dNTPs Mix have the expected mass of the four 3'-O-azidomethyl-dNTPs. These results confirm that each of the dNTPs in the BGI PE100 Unlabelled dNTPs Mix has the same structural composition as the dNTPs in the Jena 3-AZM-dNTPs Mix.

**Statement of truth**

I confirm that I have made clear which facts and matters referred to in this Report are within my own knowledge and which are not. Those that are within my own knowledge I confirm to be true. The opinions I have expressed represent my true and complete professional opinions on the matters to which they refer.

2788669

SIGNED:       ………………………………………..

NAME:         Mary M. Dothage, Eurofins EAG Materials Sciences

DATE:         05/10/2019