1  **Pierce Bainbridge Beck Price & Hecht LLP**

2  Brian J. Dunne (SBN 275689)
   355 S. Grand Ave., 44th Floor

3  Los Angeles, California 90071
   Tel: (213) 262-9333

4  bdunne@piercebainbridge.com

5  **Pierce Bainbridge Beck Price & Hecht LLP**
   Theodore J. Folkman (*pro hac vice* pending)

6  One Liberty Square, 13th Flr.
   Boston, MA 02109

7  (617) 313-7401

8  tfolkman@piercebainbridge.com

9  **Pierce Bainbridge Beck Price & Hecht LLP**
   Minyao Wang (*pro hac vice* pending)

10 277 Park Ave., 45th Floor
   New York, NY 10172

11 (212) 484-9866
   mwang@piercebainbridge.com

12

13 *Attorneys for Applicant Illumina Cambridge Ltd.*

**Weil, Gotshal & Manges LLP**
Edward R. Reines (SBN 135960)
edward.reines@weil.com
Derek C. Walter (SBN 246322)
derek.walter@weil.com
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

FILED

SEP 06 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

JSC

17 In re APPLICATION OF ILLUMINA
   CAMBRIDGE LTD. for issuance of

18 subpoenas under 28 U.S.C. § 1782

CV Civ. No. 19  80  215 MISC

**DECLARATION OF ÖZGE ATILGAN**

19

20

21

22

**KARAKULAK IN SUPPORT OF
APPLICATION OF ILLUMINA
CAMBRIDGE LTD. FOR LEAVE
TO SERVE SUBPOENAS**

23 I, Özge Atılgan Karakulak, make the following declaration:

24     1.    I am an attorney licensed in Turkey and a partner in the law firm of Gün +

25 Partners, in Istanbul, Turkey. Gün + Partners is one of the largest law firms in Turkey.

26     2.    I was admitted to the Turkish Bar in 2005. I attended high school in Izmir,

27 Turkey and in the State of Wisconsin. I earned an LLB law degree from the Faculty of Law,

28

1

**DECLARATION OF ÖZGE ATILGAN KARAKULAK**

2835637

1   Dokuz Eylül University in Turkey in 2004 and an LLM. degree in Business Law from

2   Galatasaray University in Turkey in 2006.

3        3.     I am chair of my firm's life sciences industry and competition practices and a co-

4   chair of its intellectual property practice. I advise clients across all phases of the business cycle

5   of products in the life sciences sector (e.g. pharmaceuticals and medical devices).

6        4.     I also act on behalf of originators in numerous complex patent infringement and

7   validity actions in the pharmaceutical sector and I was involved in the first ever pharmaceutical

8   data exclusivity actions in Turkey.

9        5.     I serve as counsel to the Association of Research-Based Pharmaceutical

10  Companies (AIFD) and the Association of Research-Based Medical Technologies Manufacturers

11  (ARTED) in Turkey. I have advised clients on the drafting of numerous regulatory policy papers

12  and regulations related to the life sciences.

13       6.     I make this declaration in support of the application (the "Application") by

14  Illumina Cambridge Ltd. ("Illumina Cambridge") for an order pursuant to 28 U.S.C. § 1782

15  granting it leave to serve subpoenas on Complete Genomics, Inc. ("Complete Genomics"), BGI

16  Americas, Corp. ("BGI Americas") and MGI Americas, Inc. ("MGI Americas" and collectively

17  with Complete Genomics and BGI Americas, "Respondents") to obtain discovery for use in a

18  patent infringement action commenced by Illumina Cambridge against Genoks Teknoloji Sağlık

19  Bilişim Turizm Hiz. Endüstriyel Makine Elektrik Elektronik İthalat İhracat San. Tic. Ltd. Şti.

20  ("Genoks") in the Istanbul Civil Court for Intellectual and Industrial Rights (the "Turkish

21  Infringement Action").

22       7.     In the Turkish Infringement Action, Illumina Cambridge asserts that Genoks

23  infringes TR 2018 04580 (the "'4580 Patent") which is owned by Illumina Cambridge.

24       8.     I am the lead counsel for Illumina Cambridge in the Turkish Infringement Action.

25

26

27

28

2

**DECLARATION OF ÖZGE ATILGAN KARAKULAK**

2835637

1    **The Turkish Infringement Action**

2        9.      Illumina Cambridge commenced the Turkish Infringement Action on June 28,

3    2019. An English translation of the complaint in the Turkish Infringement Action is attached

4    hereto as **Exhibit A**.

5        10.     The proceedings in the Turkish Infringement Action are still at an early stage and

6    the court has not issued any substantive rulings. Illumina Cambridge has neither sought nor

7    obtained any discovery in the Turkish Infringement Action.

8        11.     Genoks is registered as a medical device firm and also has a genetic diseases

9    diagnosis center license and performs DNA sequencing in Turkey. Illumina Cambridge asserts

10   that Genoks infringes the '4580 Patent by using at least the BGISEQ-500 and MGISEQ-2000

11   sequencing platforms (the "BGI/MGI Sequencing Platforms") and related Sequencing Reagent

12   Kits which are made by the Chinese company MGI Tech Co, Ltd and its subsidiary Latvia MGI

13   Tech SIA. Independent testing and an expert opinion confirm that the kits contain modified

14   nucleotide triphosphates that Illumina Cambridge asserts infringe claim 1 and claim 6 of the

15   '4580 Patent. Illumina Cambridge has reason to believe that Genoks has sold at least one

16   BGI/MGI Sequencing Platform and related Sequencing Reagent Kits to a hospital in Turkey.

17       12.     The relief requested in the Turkish Infringement Action includes destruction of

18   infringing products and prohibition of future infringing conduct. Illumina Cambridge has

19   reserved its right to seek damages at a later stage of the Turkish Infringement Action.

20       13.     The Turkish court has notified Genoks of Illumina Cambridge's complaint and

21   Genoks is expected to submit its written arguments in response by September 9, 2019. Upon

22   receipt of the response, Illumina Cambridge will have two weeks to file a rebuttal and Genoks

23   will have two weeks to file a sur-reply.

24       14.     I expect the preliminary hearing in the Turkish Infringement Action to take place

25   around November 2019 and the final hearing, at which the court will render its decision, is likely

26   to take place at the end of 2020 or at the beginning of 2021.

27

28

3

**DECLARATION OF ÖZGE ATILGAN KARAKULAK**

2835637

1    15.    It is possible to submit evidence at any time up to two weeks after the preliminary

2    hearing in the Turkish Infringement Action.

3    **Turkish Law on Discovery**

4    16.    In Turkish civil procedure law, there is generally no right to pre-trial discovery

5    comparable to the discovery available in the United States.  The parties can decide at their

6    discretion which documents they will or will not submit to the court, but no mandatory

7    disclosure obligation exists.  Thus, as a general rule, the parties in a Turkish litigation must make

8    their cases with the evidence they have available to them.

9    17.    A limited procedure exists under Turkish law for Illumina Cambridge to request

10   production of evidence, but for the following reasons it is of limited utility in the Turkish

11   Infringement Action.

12   18.    First, Illumina Cambridge can only obtain specific evidence from the counter

13   party and/ or third party through a court order.  However, a Turkish court may decline to grant

14   such an order due to concerns regarding confidentiality of the business information or based on

15   the right of a party to a litigation against self-incrimination.

16   19.    Second, based on my professional experience, if evidence is retained by a public

17   entity, the court may order the production of evidence from such a public entity.  However, an

18   order for production of specific evidence from a private entity is not likely to succeed.

19   20.    Third, Turkish discovery law requires an exact identification of the documents

20   being sought by a party.  While Illumina Cambridge is highly confident that responsive

21   documents exist, it has no way to identify them with the particularity that Turkish law would

22   require.

23   21.    Fourth, Turkish discovery laws reach only information located in Turkey unless

24   the Turkish Court decides to order a lengthy and burdensome international rogatory.  Therefore,

25   documents and other evidence located in the United States in the possession of the Respondents

26   would not be accessible to Illumina Cambridge through the limited procedures available for

27   discovery under Turkish law.

28

4

**DECLARATION OF ÖZGE ATILGAN KARAKULAK**

2835637

22.     Fifth, in order to perform in Turkey the infringing acts referred to at paragraph 11 above, which are the subject of the Turkish Infringement Action, it is not necessary for details of the modified nucleotides to be known or described.  Therefore, it is possible that no documents that would be relevant to the issue of infringement exist in Turkey.

23.     Sixth, I understand that Illumina Cambridge seeks to depose through this Application officers of the Respondents.  But Turkish law does not permit pre-trial deposition of witnesses.  Nor can a Turkish court compel a foreign national to appear in person.  Therefore, witnesses who are officers of any of the Respondents would not be accessible to Illumina Cambridge through Turkish discovery law.

24.     For these reasons, Illumina Cambridge has not sought nor obtained any discovery in the Turkish Infringement Action.

25.     I believe that the Turkish courts should be receptive to evidence obtained through 28 U.S.C. § 1782 proceedings in the United States.  To the best of my knowledge, there is no rule prohibiting a party from seeking evidence via 28 U.S.C. §1782 or declaring such evidence inadmissible in Turkish legal proceedings.  Instead, general rules of Turkish civil procedure law should apply.  Therefore, any order by this Court for the production of discovery to be used in the Turkish Infringement Action would not, in my professional opinion, constitute an affront to the dignity of the Turkish legal system.

**Turkish Law on Access to Court Records**

26.     Illumina Cambridge will make every effort under Turkish law to keep the Respondents' information provided pursuant to the Application confidential in the Turkish Infringement Action.

27.     Under Turkish law, there is a general right of public access to court files and court proceedings.  However, a Turkish court has the discretion to deviate from this practice and may order that the relevant court files are sealed and that the relevant court hearings are held in private.  In my professional experience, a court in Turkey is likely to exercise that discretion to protect confidential information of a party if requested to do so.

5

**DECLARATION OF ÖZGE ATILGAN KARAKULAK**

2835637

1    28.    Illumina Cambridge agrees to cooperate with Genoks and the Respondents in

2    objecting to disclosure of any of the Respondents' confidential information produced pursuant to

3    the Application.  Illumina Cambridge will also join any reasonable requests by Genoks and the

4    Respondents for confidentiality protection in the Turkish Infringement Action, against third

5    parties.

6    29.    After the verdict, the Turkish court will issue a written reasoned judgment which

7    will be served upon the parties.  To the extent that the judgment reveals the Respondents'

8    confidential information produced through the Application, Illumina Cambridge will cooperate

9    in requesting the Turkish court to redact the appropriate portions of its written opinion.

10   I declare under penalty of perjury under the laws of the United States of America that the

11   foregoing is, to my best knowledge, true and correct.

12

13   Executed on the 4 day of September, 2019, Turkey.

14

15

16   Adv. Özge Atılgan Karakulak

17

18

19

20

21

22

23

24

25

26

27

28

6

**DECLARATION OF ÖZGE ATILGAN KARAKULAK**

2835637

# EXHIBIT A

TO THE ESTEEMED JUDGE OF ISTANBUL (...) CIVIL COURT FOR

INTELLECTUAL AND INDUSTRIAL RIGHTS,

File No: 2019/.... E.                                                    June ..., 2019

| | |
|---|---|
| **Plaintiff** | **Illumina Cambridge Limited** |
| | 19 Granta Park, Great Abington, Cambridge, Cambridgeshire, |
| | United Kingdom, CB21 6DF |
| **Attorneys** | **Adv. Mehmet Gün, Adv. Özge Atılgan Karakulak,** |
| | **Adv. Aysel Korkmaz Yatkın, Adv. Fatma Sevde Tan** |
| | Kore Şehitleri Cad. No:17, 34394 Zincirlikuyu, İstanbul |
| **Defendant** | **Genoks Teknoloji Sağlık Bilişim Turizm Hizmetleri Endüstriyel Makine Elektrik Elektronik İthalat İhracat San. Tic. Ltd. Şti.** |
| | Emniyet Mah. Silahtar Cad. No:67 Yenimahalle/Ankara |
| **Subject** | Reserving our requests for material and non-material damages; |

The determination that the DNA sequencing platforms (including but not limited to the BGISEQ-500, MGISEQ-200 and MGISEQ-2000) and related Sequencing Reagent Kits including but not limited to those listed in **[Annex 1]** of the defendant remained within the scope of the claims of the patent, numbered TR 2018 04580, and **the infringement of patent rights,**

1- The prevention of the existing patent infringement in question; within this framework, the prevention of the production, importation, exportation, storage, distribution, sales and promotion of the products, which will constitute infringement and **offering thereof for commerce in any manner**, offering the same for sale and/or and the prevention of possession of the same for purposes, other than personal use;

2- The removal of consequences of the existing/realized patent infringement situation and within this framework; The seizure

1

2815861

and destruction of defendant's DNA sequencing platforms (including but not limited to the BGISEQ-500, MGISEQ-200 and MGISEQ-2000) and related Sequencing Reagent Kits including but not limited to those listed in [**Annex 1**] and/or devices, produced, stored, warehoused, distributed, offered for sale, offered for contract and/or sold in this way, and printed matter, prepared for the distribution and promotion of these products, other promotional materials and tools and all kinds of materials, are requested.

### OUR EXPLANATIONS

**I.** **OUR STATEMENTS CONCERNING THE FACT THAT THE ESTEEMED COURT IS AUTHORIZED AND HAS JURISDICTION...**

1. Article 156(3) of IPL states that "*the authorized court, with respect to the civil cases, to be filed against third persons by patent owner, is the court in the location of the domicile of the plaintiff or the court in the location of commitment of crime or where the effects of infringement actions, were seen*."

2. Within this framework, as will be explained in detail and with concrete evidence below, the unlawful acts of the defendant, which constitute patent infringement in accordance with Article 141 of the IPL, are fixed with the evidence obtained from the website of the defendant. Therefore, since the effects of the unlawful acts shall be seen all over Turkey, the Esteemed Court is authorized to hear the demands on the determination, prevention and removal of the infringement.

**II.** **OUR STATEMENTS CONCERNING THE MATERIAL FACTS, CONSTITUTING GROUNDS FOR THE CURRENT CASE**

**A.** **Our Statements Concerning the Client Company,** Illumina Cambridge Limited, **and the Patent Numbered TR 2018 04580**

3. Illumina Cambridge Limited ("Illumina") is a subsidiary of Illumina, Inc., a multinational company dedicated to improving human health by unlocking the power of the genome. Illumina's focus on innovation has established itself as the industry leader in DNA sequencing and array-based technologies, serving customers in the research, clinical, and applied markets. Illumina's patented products are used for applications in the life sciences, oncology, reproductive health, agriculture, and other emerging sectors.

2

2815861

4.   Illumina's DNA sequencing technology has allowed researchers to discover DNA at an entirely different scale and has helped in the creation of the first map of gene variations, related to health, disease and drug reaction.

5.   Today, Illumina is a global leader in the field of **genomic science**, the industry where biology and technology intersect, **and continues to invest in the field of DNA sequencing, to create healthy future generations.**

6.   Illumina's distributors in Turkey are ATC Sağlık Ticaret A.Ş., Gen Era Diagnostik Sağlık Hizmetleri A.Ş. and SEM Laboratuar Cihazları Paz. San. ve Tic. A.Ş. Illumina's distributors ensure the accessibility of Illumina's state-of-the-art technologies in the field of molecular diagnosis and life sciences to clients in Turkey.

**Our General Statements Concerning the Patent of the Client Numbered TR 2018 04580**

7.   The patent of the client, titled, 'Modified nucleotides for polynucleotide sequencing', numbered TR 2018 04580 (the "**Patent**"), is the validation of the European Patent, numbered EP 3002289 and is under protection until August 22, 2023. **[Annex 2]** The invention, relied on in this case, provides modified nucleotide triphosphate molecules, comprising a purine or pyrimidine base and a deoxyribose sugar moiety having a 3'-azidomethyl group. In other words, the invention relates to modified nucleotides. In particular, the invention discloses modified nucleotides with a removable protecting group and the use of such modified nucleotides in polynucleotide sequencing methods.

8.   The patent, numbered TR 2018 04580 has 4 independent claims;

   –   **Independent claim (1)** is directed to a modified nucleotide triphosphate molecule comprising a purine or pyrimidine base and a deoxyribose sugar moiety having a 3'-azidomethyl group.

   –   **Independent claim (6)** is directed to a kit comprising four modified nucleotide triphosphate molecules, each comprising a purine or pyrimidine base and a deoxyribose sugar moiety having a 3'-azidomethyl group where each nucleotide has a base that is linked to a detectable label via a cleavable linker and where the detectable label linked to each nucleotide can be distinguished upon detection from the detectable label used for the other three nucleotides.

   –   **Independent claim (9)** is directed to a polynucleotide molecule having a 3'-azidomethyl group.

2815861

3

    −   **Independent claim (10)** is directed to a method for determining the sequence of a target single-stranded polynucleotide, comprising monitoring the sequential incorporation of complementary nucleotides, wherein at least one incorporation is of a nucleotide comprising a purine or pyrimidine base and a deoxyribose sugar moiety having a 3'-azidomethyl group where the nucleotide has a base that is linked to a detectable label via a cleavable linker and wherein the identity of the nucleotide is determined by detecting the label linked to the base and the blocking group and label are removed prior to introduction of the next complementary nucleotide.

**Our Statements about DNA and its Structure before going into the Detailed Scope of the Patent numbered TR 2018 04580**

9.    DNA is possessed by all living organisms and is a carrier of genetic information. Polynucleotides are long-chain molecules, such as DNA, formed by smaller units, named as nucleotides.

10.    In nature, DNA consists of two spiraling polynucleotide strands in the form of a double helix. This helical structure is shown in Figure 2 below. These two polynucleotide strands are assembled together with the binding of nitrogenous bases (shown as colored bars in Figure 2), with the formation of hydrogen bonds between the bases.

11.    There are three basic components in the structure of DNA:

        a.   Nitrogenous bases: Pyrimidine and purine bases,

        b.   Pentose sugar (2-deoxy-D-ribose),

        c.   Phosphate molecule (phosphoric acid, $H_3PO_4$),

12.    Nitrogenous bases are categorized under two groups, namely pyrimidine and purine bases. The pyrimidine bases are thymine and cytosine, and the purine bases are adenine and guanine.

13.    The pentose sugar (or 5-carbon sugar) in the structure of DNA is deoxyribose, in which the carbon atoms are numbered 1' to 5'. A nitrogenous base and a pentose sugar, together form a nucleoside. Nucleosides are combined with phosphate molecules, to form a nucleotide.

Figure 1: Structure of Nucleotide

14. Nucleotides in DNA, that is deoxyribonucleotides, consist of a phosphorylated sugar (deoxyribose) backbone, where each sugar is attached to a nitrogenous base. The base is connected to the 1' position of the deoxyribose. The nucleotides in the same chain, are connected to each other through phosphate moieties; that is, the 5' carbon atom of the deoxyribose of one nucleotide, is bound to the 3' carbon atom of the deoxyribose of the next nucleotide. In this way, the sugar-phosphate backbone of DNA strand is formed. In Figure 2a, this backbone can be seen on the outside of the helix.

15. The nitrogenous bases, mentioned above, form base pairs with the formation of hydrogen bonds between the bases where adenine (A) pairs with thymine (T); and cytosine (C) pairs with guanine (G) (Figure 2b).

2815861

5



Figure 2: DNA Structure (a) The double helix comprised of complementary base pairs held together by a sugar phosphate backbone. (b) The hydrogen bonding between the four different nucleotides.

16. DNA replication is the process by which a copy of DNA, with the same nucleotide sequence is synthesized.

17. DNA is synthesized by DNA polymerase, an enzyme which uses single-stranded DNA molecules as a template to synthesize new DNA strands that are complementary to the template.

18. DNA polymerase synthesizes new DNA strands in the 5' to 3' direction by adding free nucleotides in the form of deoxyribonucleoside triphosphates ("dNTPs") to the 3' end of the new DNA strand. The process of DNA synthesis is schematically shown in Figure 3 below:

6



**Figure 3:** Synthesis of DNA

19. The starting point of DNA replication is determined by the hybridization of small oligonucleotides (sometimes referred to as a "primer") to the template strand, which allows synthesis by DNA polymerase of the complimentary strand to proceed.

20. One synthetic cycle results in the addition of one further nucleotide into the growing DNA strand. Each nucleotide incorporated in the growing DNA strand is the nucleotide that is complementary to and pairs with the nucleotide present on the template DNA strand. Since adenine exclusively pairs with thymine and cytosine exclusively pairs with guanine, a double-stranded DNA molecule can always be reconstructed from a single-stranded template.

21. Normal DNA replication does not pause between each synthesis cycle but proceeds by adding nucleotides continuously to the growing strand until the template strand is completely (complementarily) replicated. However, when DNA sequencing (as described below) is performed with the use of modified nucleotides which are the subject of the Patent, DNA synthesis pauses after the addition of each nucleotide. This method is called "Sequencing by Synthesis (SBS)".

22. The principles of DNA replication are also used for sequencing DNA to determine the specific sequence of nucleotides in a given DNA fragment.

7

23.    The "**Sequencing-by-Synthesis (SBS)**" method developed by Illumina relies upon DNA synthesis by DNA polymerase to sequence single-stranded template strands attached to a solid surface (e.g. on an array). In contrast to conventional DNA replication, **the SBS method proceeds by adding one nucleotide to the growing DNA strand, and then pausing.** Thus, the replication reaction is paused after each addition of a nucleotide, and the identity of the added nucleotide is determined before the addition of a further nucleotide to the growing strand. The process is paused by the use of modified nucleotides which contain a blocking group prohibiting further incorporation of nucleotides. Such modified nucleotides are the subject of the Patent. The blocking group is reversibly attached and can therefore be removed allowing a further round of DNA replication to proceed.

24.    The incorporated modified nucleotides used in the SBS method of Illumina can include: **(a) a cleavable fluorescent label; and (b) a reversibly attached 3'-blocking group.** The fluorescent label identifies the particular modified nucleotide and may therefore be used to identify the incorporated nucleotide, and the 3-blocking group ensures that only a single nucleotide is added by DNA polymerase to each growing DNA strand.

25.    Each of the four different nucleotides may be given a specific fluorescent label. The identity of the incorporated nucleotide can then be revealed by the color of the fluorescent signal produced by the fluorescent label.

26.    After determining the identity of the incorporated nucleotide, the fluorescent label and 3'-blocking group are cleaved and the process proceeds by the addition of a further nucleotide to the growing DNA strand followed by detection of that further nucleotide. The replication/detection cycle is repeated to determine the nucleotide sequence of the DNA fragment.

27.    The sequence of large pieces of DNA may be determined by fragmenting the large DNA into smaller pieces and simultaneously sequencing each fragment on a solid support (e.g. an array).

28.    The SBS process is schematically represented in Figure 4 below. Accordingly, these three steps are repeated for each nucleotide in the template strand:

     i.   nucleotide addition;

     ii.  imaging;

8

iii. cleavage.

29.   In phase (i) which is stated as <u>Nucleotide addition</u> above:

During the nucleotide addition phase, a DNA polymerase incorporates a single modified nucleotide (e.g. modified A, G, C or T) into each of the growing strands of DNA on the solid support. As explained above, in order to pause DNA synthesis (as required in each replication/detection cycle), Illumina uses modified nucleotides that are equipped with a removable blocking group at the 3'-(OH) position and a fluorescent label. The blocking group prevents more than one nucleotide being incorporated into the growing DNA strand. This allows the identity of the incorporated nucleotide to be determined after which the blocking group is removed allowing the "replication" cycle to be repeated as described above.

The DNA polymerase selectively incorporates the modified nucleotide that is complementary to the corresponding nucleotide in the respective template strand.

30.   In phase (ii) which is stated as <u>imaging</u> above:

Following incorporation of the relevant complementary nucleotide into the growing DNA strand, the identity of the nucleotide is determined by imaging the solid surface to which the template and growing DNA strands are bound. The identity of the incorporated nucleotide is revealed by the signal produced by the fluorescent label.

31.   In phase (iii) which is stated as <u>cleavage</u> above:

After imaging, both the fluorescent label and the 3'-blocking group are cleaved. The cleavage of the fluorescent label removes the fluorescent signal from the growing DNA strand, whilst the cleavage of the 3'-blocking group regenerates a 3'-OH group, allowing a further nucleotide to be added to the growing strand by the DNA polymerase. The process may therefore proceed by addition of a further nucleotide to the growing DNA strand. The replication/detection cycle is repeated to determine a sequence of the DNA fragment.

2815861



**Nucleotide addition**
Fluorophore-labelled, terminally blocked nucleotides hybridize to complementary base. Each cluster on a slide can incorporate a different base.

**Imaging**
Slides are imaged with either two or four laser channels. Each cluster emits a colour corresponding to the base incorporated during this cycle.

**Cleavage**
Fluorophores are cleaved and washed from flow cells and the 3'-OH group is regenerated. A new cycle begins with the addition of new nucleotides.

Figure 4: Sequencing by Synthesis

**Our Detailed Statements on the Patent numbered TR 2018 04580 subject to the Case**

32.  Modified nucleotides, used in the SBS method of Illumina, have a 3'-azidomethyl protecting (i.e. blocking) group. In other words, the 3'-protecting group, is the <u>3'-azidomethyl group</u>, mentioned in the Patent, numbered TR 2018 04580, subject to the case.

33.  **The Patent** relates to modified nucleotides, and in particular to nucleotides having a removable protecting group and their use in polynucleotide sequencing methods (**TR 2018 04580,** p.1, lines 5-7). When the protecting (i.e. blocking) group of the nucleotides has been removed, it is possible to incorporate another nucleotide to the free 3'-OH group (**TR 2018 04580,** p.7, lines 23-24).

34.  As we have stated above, such nucleotides are used in the SBS method described above as the protecting group ensures the addition of only one nucleotide in the nucleotide addition phase (i) and as the protecting group can be removed in the cleavage phase (iii) allowing a further round of SBS (see. Figure 4).

35.  The invention is based on the development of particular reversible blocking groups and methods of removing them under DNA compatible conditions, which can be utilized in DNA sequencing (**TR 2018 04580,** p.4, lines 18-22).

36.  Also, the examples of the Patent, numbered **TR 2018 04580**, subject to the case, disclose the preferred blocking group as being a 3'-azidomethyl group. Within this framework, as we have stated above, claim 1 of the Patent reads, "*A modified nucleotide triphosphate*

10

*molecule comprising a purine or pyrimidine base and a deoxyribose sugar moiety having a 3'-azidomethyl group.*"

37.    The scope of claim 1 of the Patent, therefore comprises e.g. the nucleotide triphosphate molecules shown in the figure below having a purine or pyrimidine base and a deoxyribose sugar moiety having a 3'-azidomethyl group.



Figure 5: Exemplary structures of modified nucleotides comprising a purine or pyrimidine base and a deoxyribose sugar moiety having a 3'-azidomethyl protecting group.

38.    In other words, claim 1 protects e.g. the individual building blocks used in SBS as developed and performed by Illumina, which includes each of the 3'-azidomethyl-modified forms of the four nucleotides used for producing the growing strands of DNA during SBS.

39.    Claim 6 of the patent, numbered **TR 2018 04580** is as follows:

"*A kit comprising four modified nucleotide triphosphate molecules, each comprising a purine or pyrimidine base and a deoxyribose sugar moiety having a 3'-azidomethyl group where each nucleotide has a base that is linked to a detectable label via a cleavable linker and where the detectable label linked to each nucleotide can be distinguished upon detection from the detectable label used for the other three nucleotides.*"

40.    Accordingly, claim 6 protects a kit for DNA sequencing comprising the labeled modified nucleotide triphosphates having a 3'-azidomethyl protecting group that can

11

2815861

be used for DNA sequencing by SBS. In other words, claim 6 protects a kit, comprising certain forms of modified nucleotides, disclosed in claim 1.

41.    Claim 9 of the patent, numbered TR 2018 04580 is as follows:

*"A polynucleotide molecule having a 3'-azidomethyl group."*

42.    The scope of claim 9 therefore comprises polynucleotide molecules having a 3'-azidomethyl protecting group. In other words, claim 9 protects the DNA molecules produced during the process of performing SBS as developed by Illumina, whereby a 3'azidomethyl-modified nucleotide triphosphate is incorporated into a polynucleotide molecule, such as the growing DNA strand produced during SBS.

43.    Claim 10 of the patent, numbered TR 2018 04580 is as follows:

*"A method for determining the sequence of a target single-stranded polynucleotide, comprising monitoring the sequential incorporation of complementary nucleotides, wherein at least one incorporation is of a nucleotide comprising a purine or pyrimidine base and a deoxyribose sugar moiety having a 3'-azidomethyl group where the nucleotide has a base that is linked to a detectable label via a cleavable linker and wherein the identity of the nucleotide is determined by detecting the label linked to the base and the blocking group and label are removed prior to introduction of the next complementary nucleotide."*

44.    Accordingly, claim 10 protects the methods used in SBS as developed by Illumina, which is a method of monitoring the incorporation into a growing DNA strand of 3'-azidomethyl-modified nucleotides that have a base that is linked to a detectable label via a cleavable linker. In this method, the identity of the nucleotide is determined by detecting the label linked to the base.

III.    **Concrete Information and Evidence on Infringing Actions of the Defendant by using the DNA sequencing platforms (including but not limited to BGISEQ-500, MGISEQ-200 and MGISEQ-2000) and related Sequencing Reagent Kits including but not limited to those listed in [Annex 1]**

45.    The defendant Genoks Teknoloji Sağlık Bilişim Turizm Hiz. Endüstriyel Makine Elektrik Elektronik İthalat İhracat San. Tic. Ltd. Şti. (**"Genoks"**) is registered as a medical device firm with number 2667269050540 in Product Monitoring System (**"ÜTS"**- https://utsuygulama.saglik.gov.tr/UTS) to provide individual product monitoring of all domestic production or imported medical devices and cosmetic products, from production line until their sale to end user. In ÜTS, the field of operation of defendant is defined as **"Producer/Importer/Dealer/Exporter." [Annex 3]**

46.   The defendant also has a genetic diseases diagnosis center license and performs DNA sequencing in Turkey using at least the BGISEQ-500 and MGISEQ-2000 sequencing platforms (the "**BGI/MGI Sequencing Platforms**") and related Sequencing Reagent Kits.  The Sequencing Reagent Kits contain the chemical reagents and flow cells needed in order to perform DNA sequencing on the BGI/MGI Sequencing Platforms. In particular, the Sequencing Reagent Kits contain modified nucleotide triphosphates, the features of which are explained in more detail below.

47.   The BGI/MGI Sequencing Platforms and related Sequencing Reagent Kits are provided by the Chinese company MGI Tech Co, Ltd and its subsidiary Latvia MGI Tech SIA. MGI Tech Co, Ltd and Latvia MGI Tech SIA are members of the BGI Group, which is headquartered in Shenzhen, China.  As explained further below, the defendant is a distributor for the BGI Group ("**BGI**") in Turkey.

48.   As explained above, the Patent protects modified nucleotide triphosphate molecules comprising a deoxyribose sugar molecule moiety having a 3'-azidomethyl group pursuant to claim 1. Thus, **if the Sequencing Reagent Kits which are imported and used by the defendant contain modified nucleotides with the features of claim 1, then at least claim 1 will be infringed by the defendant.**  As discussed further below, if the defendant is importing or using the Sequencing Reagent Kits, then defendant will also infringe claim 6.   And if the defendant performs DNA sequencing on the BGI/MGI Sequencing Platforms using the Sequencing Reagent Kits, then defendant will also infringe claims 9 and 10.

49.   The   website of the defendant, http://www.genoks.com.tr, provides detailed statements concerning the genetic test, named as NIFTY, which is described as a Non-invasive Pre-natal Test (NIPT), allowing screening for certain genetic conditions, starting from week 10 of pregnancy.  It is stated that the test, which is based on DNA sequencing, is performed by defendant in Turkey. **[Annex 4- p.3-4]**

50.   Also in the website of defendant, it is stated that the defendant was collaborating with BGI in relation to the NIFTY test, and that the defendant was the **sole authorized distributor** of BGI for the NIFTY test in Turkey. In addition, the defendant states that their cooperation with a BGI in relation to NIFTY and other product groups, was improved and renewed. This statement is published in "News and Events" section of the defendant's website on June 11, 2017. The website pages containing these issues, are determined by 34th Notary Public of Beyoğlu. **[Annex 4]**

51. In addition, the recently found presentation, made by Eren Akdeniz (the director general of the defendant), in the "Non-Invasive Prenatal Test Symposium," held in Wyndham Hotel-Izmir, on May 5, 2018, gave detailed information concerning operations of the defendant including details regarding the NIFTY test being provided from BGI and offered for sale and operation in Turkey.

52. The presentation, made by the director general of the defendant, may be accessed through the website, given above and the presentation is presented to the Esteemed Court in the annex of this petition. **[Annex 5]**

53. On page 18 of the presentation, there is a photograph of a **BGISEQ-500 DNA sequencing platform** of BGI. It is stated that the BGISEQ-500 device in question is a "*High-output sequencing technology, improved with CPAS and DNB Technology*."

54. On page 19 of the presentation details are provided regarding the sequencing-by-synthesis technology that is used on the BGISEQ-500. The presentation also includes further details on the BGISEQ-500 (pages 20 and 28) and also information regarding the MGISEQ-200 and the MGISEQ-2000 (page 29).

55. In addition to this, there are also photographs shared by defendant, its employees and Director General Eren Akdeniz on "Twitter" showing that the **BGISEQ-500 device İS installed in defendant's laboratory and is operational**. **Furthermore, in the activity table announced by the defendant side in 2018, it is stated that 9160 NIFTY tests were performed in 2018. [Annex 6]**

56. In addition to this, **it is stated that MGI Tech Co, Ltd. is also in collaboration with defendant for supply of the MGISEQ-2000 platform. An article**, dated May 8, 2019, that states that **the defendant would be the sole authorized distributor in Turkey for all Exome sequencing reagents**, has been published in the website of MGI, https://en.mgitech.cn/. The website pages containing these issues are also determined by 34th Notary Public of Beyoğlu. **[Annex 7]**

57. There are also photographs shared by Director General Eren Akdenix on "LinkedIn" showing the **MGISEQ-2000 device is also installed in defendant's laboratory and operational**. **[Annex 8]**

58. Under the light of this information, it is certain that the defendant Genoks collaborates with BGI and its affiliate MGI Tech Co., Ltd. and within the framework of this

2815861

collaboration imports and uses at least the BGISEQ-500 and MGISEQ-2000 sequencing platforms and related Sequencing Reagent Kits.

59.   Along with the importation and use of BGI/MGI Sequencing Platforms and related Sequencing Reagent Kits by the defendant, these products are believed to be sold by the defendant to state hospitals through tenders and training is offered to hospital personnel for use of these products.

IV.   **Independent Testing reveals that Sequencing Reagent Kits for the BGISEQ-500RS which are imported and used by the defendant contain modified nucleotide triphosphates within the Scope of the Client's Patent numbered TR 2018 04580.**

60.   Illumina has obtained a Sequencing Reagent Kit, labelled "BGISEQ-500RS High-throughput Sequencing Kit Model: PE100". This kit (the "**BGI Sequencing Kit**") contains the reagents needed for performing SBS on a BGISEQ-500[1].   As explained above (paragraph 57) a <u>BGISEQ-500 device is installed in defendant's laboratory and is operational</u>.

61.   An analysis of the BGI Sequencing Kit was performed by the independent test laboratory Eurofins EAG Materials Sciences ("**Eurofins**").   The results of the Eurofins testing are reported in the Declaration of Mary M. Dothage dated 10 May 2019 (**[Annex 9]**; hereinafter referred to as the "**Eurofins Report**").   As explained in the Eurofins Report at paragraph 7, the BGI Sequencing Kit contained fluorescently labelled dNTPs ("**BGI Labelled dNTPs**") and unlabeled dNTPs ("**BGI Unlabelled dNTPs**").

*Analysis of the BGI Labelled dNTPs using "Click" Chemistry*

62.   The Eurofins Report describes testing of the BGI Labelled dNTPs to determine whether they possess azide moieties. Said analysis was performed using a technique called "click" Chemistry. In conducting the "click" chemistry testing, the BGI Labelled dNTPs of the BGI Sequencing Kit were analyzed in comparison to labelled dNTPs from Illumina's kit (MiSeq Reagent Kit v3), which were known to possess a 3'-azidomethyl protecting group.

63.   The analysis investigated the presence of an azido group (i.e. an azide) in the dNTPs using azide-alkyne "click" chemistry. Azide-alkyne "click" chemistry refers to the

---

[1] 1 It is stated in the official website of MGI Tech Co., Ltd. that the model no. BGISEQ-500RS and BGISEQ-500CX are model classifications for internal references. The specifications are the same as for the BGISEQ-500. Please see https://en.mgitech.cn/product/detail/BGISEQ-500.html.

2815861

highly specific copper(I) catalyzed reaction between an azide group and an alkyne group to yield a covalently linked triazole product as shown in Figure 6 below.



**Figure 6**: "Click" reaction in which a dye-labelled 3'-azidomethyl modified dNTP (in this case 3'-azidomethyl-dTTP) reacts, in the presence of copper(I), with an alkyne group linked to an agarose bead to attach the dNTP to the bead via formation of a triazole product.

64.   When the reaction is performed, the dNTPs to be tested are present in solution, whereas the alkyne is linked to a solid support (i.e. agarose beads, also referred to as alkyne-agarose beads). Based upon this reaction, if the dNTPs being analyzed contain an azido group, they will become covalently linked to the alkyne group that itself is linked to an agarose bead (grey circle) in the presence of copper(I). As both BGI Labelled dNTPs and the Illumina dNTPs contain a fluorescent dye (appearing as blue in colour), it is possible to observe the binding of azido-containing dNTPs to the alkyne-agarose beads visually by monitoring the presence of the fluorescent dye bound to the beads. The ultimate product of this reaction is therefore an agarose bead linked via a triazole group to the fluorescent dNTPs, which is observed by the previously colorless agarose beads taking on the blue color of the fluorescent dNTPs. In other words, blue color signifies that dNTPs are capable of making an azide-alkyne bond since said dNTPs possess an azide group.

65. Fluorescent dNTP's linked to the agarose beads (through the triazole) may subsequently be treated with hydrazine to release the fluorescent dNTPs. Located between the triazole group and the agarose beads is a chemically reactive Dde group that, when reacted with hydrazine, breaks the linkage between the triazole group and the agarose beads. When this linkage breaks, the fluorescent dNTP is liberated from the agarose bead and the color returns to solution and the beads again become colorless as illustrated in Figure 7 below.

Figure 7: On hydrazine cleavage of the Dde linker, a dye-labelled 3'-triazole modified dNTP (in this case 3'-triazole-dTTP) is liberated from the bead and released back into solution.

66. The protocol followed by Eurofins for the "click" chemistry testing was as follows. In brief, the BGI Labelled dNTPs and the Illumina dNTPs were incubated with the alkyne-agarose beads and other reagents for approximately 16 hours. Negative control experiments were also performed without the copper catalyst present in the samples (which prevents the "click" reaction from proceeding). After incubation of the samples, six wash steps were then performed. The beads were evaluated and the wash filtrates were set aside and analysed (Eurofins Report, paragraphs 14-21). Next, all washed bead samples were treated with hydrazine. The hydrazine filtrate was collected, and both the beads and hydrazine filtrate were evaluated (Eurofins Report, paragraph 31).

67. Figure 1 of the Eurofins report shows that in the presence of the copper catalyst the beads took on the blue color of the BGI Labelled dNTPs after the "click" reaction and subsequent washes therefore demonstrating that the BGI Labelled dNTPs possess an azido moiety.



Figure 1 reproduced from Eurofins Report

68. The same beads were treated with hydrazine and turned to a colorless appearance after hydrazine cleavage (see Figure 5 of the Eurofins Report) demonstrating release of the BGI Labelled dNTPs back into solution and confirming that the BGI Labelled dNTPs were linked to the beads because they possess an azido group.

69. In the "click" chemistry testing of the Illumina dNTPs, which are known to possess a 3'-azidomethyl blocking group, the Illumina dNTPs behaved in the same way as the BGI Labelled dNTPs. In summary, in the presence of the copper catalyst the beads took on the blue color of the Illumina dNTPs after the "click" reaction and subsequent washes (see Figure 3 of the Eurofins Report); and after hydrazine cleavage the beads

18

turned to a colorless appearance (see Figure 9 of the Eurofins Report) demonstrating release of the Illumina dNTPs into solution and confirming that the Illumina dNTPs were linked to the beads because they possess an azido group.

*Analysis of the BGI Unlabelled dNTPs using Liquid Chromatography/mass spectrometry*

70.    The BGI Unlabelled dNTPs were analysed using liquid chromatography/mass spectrometry (LC/MS). Liquid chromatography is used to separate the components of mixtures containing multiple components and mass spectrometry allows the mass of molecules to be determined, which is a highly discriminatory piece of information. The chances of two different molecules having precisely the same mass is extremely small.

71.    Eurofins compared the masses of standard 3'-azidomethyl-dNTPs obtained from Jena Bioscience GmbH (Jena, Germany; the "**Jena 3-AZM-dNTPs**"), which possess all of the features of claim 1 of the Patent, with the masses of the BGI Unlabelled dNTPs.

72.    The expected masses for each of the four Jena 3-AZM-dNTPs (based on the known atomic composition of each free anion for the four Jena 3-AZM-dNTPs) and the masses observed in the LC/MS analysis for both the BGI Unlabelled dNTPs ("BGI") and the Jena 3-AZM-dNTPs Mix ("Jena") are summarized in the table below:

**LC/MS Mass Observations**

| dNTP | Source | Observed Ion (mass/charge) |
|---|---|---|
| 3-AZM-dTTP | Expected | 536.2 |
| | Jena | 536.1 |
| | BGI | 536.1 |
| 3-AZM-dATP | Expected | 545.2 |
| | Jena | 545.1 |
| | BGI | 545.3 |
| 3-AZM-dCTP | Expected | 521.2 |
| | Jena | 521.1 |
| | BGI | 521.2 |
| 3-AZM-dGTP | Expected | 561.2 |
| | Jena | 561.1 |
| | BGI | 561.1 |

73.   The Eurofins Report therefore concludes that, for each of the four dNTPs, the expected mass, the Jena observed mass, and the BGI observed mass are within experimental error (±0.2 atomic mass units) of each other, and that:

*"These results confirm that the dNTPs in both the BGI PE100 Unlabelled dNTPs Mix and the Jena 3-AZM-dNTPs Mix have the expected mass of the four 3'-O-azidomethyl-dNTPs. These results confirm that each of the dNTPs in the BGI PE100 Unlabelled dNTPs Mix has the same structural composition as the dNTPs in the Jena 3-AZM-dNTPs Mix."* (see paragraph 53 of the Eurofins Report).

*The testing results show that the BGI Unlabelled dNTPs possess the features of claim 1 of the Patent*

74.   The "click" chemistry tests confirm that the BGI Labelled dNTPs possess an azido group. These results are consistent with the LC/MS data, which show that the BGI Unlabelled dNTPs each have a mass that corresponds to the expected and observed masses of each of the respective Jena 3-AZM-dNTPs. The LC/MS data therefore show that the BGI Unlabelled dNTPs have the same composition as each of the respective Jena 3-AZM-dNTPs.

75. The Jena 3-AZM-dNTPs have the following structural formulae (as reproduced from paragraph 43 of the Eurofins Report, with annotations added):



Structural formula of 3'-Azidomethyl-dATP

Structural formula of 3'-Azidomethyl-dGTP

Structural formula of 3'-Azidomethyl-dTTP



2815861

Structural formula of 3′-Azidomethyl-dCTP

76. The Eurofins report therefore shows that the BGI Unlabelled dNTPs have the following features:

– "*A modified nucleotide triphosphate molecule*"

The BGI Unlabelled dNTPs have been 'modified' because they possess an azido moiety.

– "*comprising a purine or pyrimidine base*"

3′-Azidomethyl-dCTP and 3′-Azidomethyl-dTTP comprise a pyrimidine base. 3′-Azidomethyl-dATP and 3′-Azidomethyl-dGTP comprise a purine base.

– "*and a deoxyribose sugar moiety having a 3′-azidomethyl group.*"

77. The LC/MS data confirm that the BGI Unlabelled dNTPs have the same composition as the Jena 3-AZM-dNTPs, therefore showing that they comprise a deoxyribose sugar moiety having a 3′-azidomethyl group. The "click" chemistry results show that the BGI Labelled dNTPs possess and azdio moiety, which is also consistent with the BGI Labelled dNTPs comprising a deoxyribose sugar moiety having a 3′-azidomethyl group.

78. The features of claim 1 are therefore satisfied.

**Public Statements from the BGI Group confirm infringement of the Patent**

79. The article "MGI Prepares to Sell Sequencers in North America, Europe; Announces Proprietary Sequencing Chemistry". GenomeWeb, March 4, 2019 **[Annex 10]** reports details regarding the nature of the sequencing chemistry used in BGI's sequencing-by-synthesis method.

2815861

80.    The GenomeWeb article states that "*[a]ccording to MGI CSO Rade Drmanac current sequencing chemistry relies on stepwise sequencing-by-synthesis (SBS) where 3´-blocked nucleotides are labeled with cleavable fluorescent dyes, which leave a molecular "scar" after they are removed. This chemistry is similar to that used by Illumina and others*" (page 3, last section).

81.    Consistent with the results of the Eurofins Report, this shows that the BGI Labelled dNTPs used for DNA sequencing on the BGISEQ-500 platform are nucleotide triphosphate molecules comprising a purine or pyrimidine base and a deoxyribose sugar moiety.  The "click" chemistry test results also confirm the presence of an azido group, and therefore are consistent with the BGI Labelled dNTPs  having an azidomethyl group attached at the 3' position in the same way as for the BGI Unlabeled dNTPs.  The BGI Labeled dNTPs therefore also possess the features of claim 1 of the Patent.

82.    Claim 6 will also be infringed because the BGI Labeled dNTPs are part of a kit for performing stepwise sequencing-by-synthesis.

83.    Claim 9 will be infringed when the BGI Sequencing Kits are used to perform DNA sequencing on the BGISEQ-500 because stepwise sequencing-by-synthesis using the BGI Labeled dNTPs and/or BGI Unlabeled dNTPs will produce a polynucleotide with an azidomethyl group attached in the 3' position.

84.    Claim 10 will be infringed when the BGI Sequencing Kits are used to perform DNA sequencing on the BGISEQ-500 because stepwise sequencing-by-synthesis using the BGI Labeled Nucleotides results in the incorporation into a growing DNA strand of 3'-azidomethyl-modified nucleotides that have a base that is linked to a detectable label via a cleavable linker. In this method, the identity of the nucleotide is determined by detecting the label linked to the base.

V.    **Expert Opinion Prepared by Professor Rana Sanyal Detects and Confirms that the BGISEQ Sequencing Kit remains within the Scope of the Client's Patent numbered TR 2018 04580.**

85.    Illumina has also retained an independent expert, **Professor Rana Sanyal** to opine on the likelihood that based on the available evidence, the BGI Sequencing Kit obtained and analysed by Eurofins includes nucleotides comprising a 3'-azidomethyl group, which thereby fall within the scope of the Patent [**Annex 11**].

86. Professor Sanyal also addresses whether the 3'-blocked terminator chemistry of the BGI Labelled dNTPs and BGI Unlabelled dNTPs of the BGI Sequencing Kit is likely to be representative of the sequencing chemistry used to perform SBS on BGI's other sequencing platforms such as the MGISEQ-2000.

87. Professor Sanyal's declaration, including appendixes A-D, is submitted as **Exhibit 10 to the Esteemed Court.**

88. Within this framework, any commercial activity including **promoting, selling, distributing or commercialization** otherwise or importing for these purposes, <u>storage for commercial purposes and use through implementation</u>, or to make an offer for contract of **BGISEQ-2000, MGISEQ-200** and **MGISEQ-2000** devices and related Sequencing Reagent Kits which are infringing the Patent shall also constitute patent infringement in accordance with Article 141 of IPL.

89. Therefore, under the light of evidences, presented to the Esteemed Court, it is presented that

    – devices and kits manufactured by BGI / MGI companies are merchandized in Turkey by the defendant Genoks,

    – according to the both declarations of the defendant, the technical documents of the relevant devices and kits, an article on the use of the device, and also the results of the analysis performed by Eurofins on the kits subject to the lawsuit, the technologies and products subject to case fall within the scope of the Patent.

    Since it is certain that the actions of the defendant on **selling, distribution or commercialization in any other way, import to Turkey, storage for commercial purposes, and use, through implementation in Turkey is concrete**, it is required to substitute this case for the detection, prevention and elimination of the infringement.

**Response Term**    2 weeks

**Legal Grounds**    Industrial Property Law, ("IPL") numbered 6769 and other related legislation and related case-laws.

**Evidences**    Documents concerning patent of the client, the e-determination made via Istanbul 34th Notary, the presentation of Director General of Defendant Eren Akdeniz, dated May 5, 2018, ÜTS

records of defendant, the GenomeWeb article dated March 4, 2019, which quotes MGI CSO Radoje Drmanac of which the defendant is the sole distributor, analysis results of Eurofins EAG Materials Sciences, expert opinion by Prof. Rana Sanyal, expert examination, oath, witness and other evidences.

**CONCLUSION AND REQUEST**

1. Due to the material and legal causes as explained above; **reserving our claims for material and non-material damages**; the determination that defendant's the DNA sequencing platforms (including but not limited to the BGISEQ-500, MGISEQ-200 and MGISEQ-2000) and related Sequencing Reagent Kits including but not limited to those listed in **[Annex 1]** remained within the scope of the patent of the client numbered TR 2018 04580, and the infringes the patent rights of the client;

   a. The prevention of the existing patent infringement in question; within this framework, the prevention of the production, importation, exportation, storage, distribution, sales and promotion of the products, which constitute infringement **and offering these products for commerce in any manner**, offering these products for sale and/or and **the prevention of possession of these products for purposes other than personal use**;

   b. The removal of consequences of the existing/realized patent infringement situation and within this framework; the seizure and destruction of the DNA sequencing platforms (including but not limited to the BGISEQ-500, MGISEQ-200 and MGISEQ-2000) and related Sequencing Reagent Kits including but not limited to those listed in **[Annex 1]**, produced, stored, warehoused, distributed, offered for sale, offered for contract and/or sold in this way, and printed matter, prepared for the distribution and promotion of these products, other promotional materials and tools and all kinds of materials;

2. The imposition of the court fees and attorney's fees, costs related to product destruction of the products and any costs incurred in the process up to the destruction process on the defendant,

3. In the event of the acceptance of the case and the finalization of the judgment of the Esteemed Court, announcement of this decision in a daily newspaper which is published

countrywide and one of the top three high circulation newspapers with the costs undertaken by the defendant,

are requested to be resolved on behalf of our client.

Respectfully,

Plaintiff **Illumina Cambridge Limited** Attorneys

Adv. Özge Atılgan Karakulak        Adv. Aysel Korkmaz Yatkın        Adv. Fatma Sevde Tan

This report is CONFIDENTIAL and is not for third parties.

10 July 2019

Subject: Report regarding inspection of patent EP 3 002 289 B1.

Adv. Aysel Korkmaz, from Gün + Partners Law Office, representing Illumina Co., has contacted me on June 12, 2019 and has requested me to explain the claims and consider them in light of the technical analysis document provided by Eurofins.

I, Prof. Rana Sanyal, have been employed as a faculty member in Boğaziçi University, Faculty of Arts and Sciences, Department of Chemistry since 2004. Prior to this appointment, between 2001-2004, I worked as a research scientist at Amgen, Inc. (the largest biotechnology company in the world), Thousand Oaks, California, USA. Since 2011, I have been the vice-director and now director, since 2013, of the Center for Life Sciences and Technologies of Boğaziçi University. This center is considered to be one of the centers of excellence in Turkey. Since 2018, I have been acting as the department head of the Department of Chemistry at the same university.

My research involves the development of targeted drug delivery agents specifically for oncology. The cytotoxic agents are conjugated to a carrier via a chemical "linker". My expertise lies in this "linker", which is optimized according to the cargo being carried. As a synthetic organic chemist, I design and prepare many cleavable and non-cleavable linkers. The importance of this expertise will become clear through the explanation of the patent in question.

Along with many scientific publications (>50), I am listed as an inventor in twenty nine US and international patents related to medicine. In 2004, I became the first recipient from Turkey of a European Commission Marie Curie Reintegration Grant. Since then my research has been supported by the Scientific and Technological Research Council of Turkey, the State Development Agency and the Ministry of Commerce and Industry, to count a few. I have been

1

2814685

This report is CONFIDENTIAL and is not for third parties.

a group leader and a member of five different European Cooperation in Science and Technology framework actions (COST Actions) representing Turkey.

Apart from the monetary support, my research has been acknowledged by the L'Oreal Women in Science Program, the Turkish National Academy of Sciences Young Investigator Program, the Novartis Pharmaceutical and Medicinal Chemistry Research Award Program, the Boğaziçi University Outstanding Achievement in Research Award Program, the Turkish Technology Development Agency and The Scientific and Technological Council of Turkey. I am a member of the Turkish Association of Pharmaceutical and Medicinal Chemistry and a member of the editorial advisory board for the prestigious journal "Molecular Pharmaceutics" published by the American Chemical Society.

All statements made in this report belong to me and I declare that I believe that they are correct to the best of my knowledge.

Documents examined:

1. Patent EP 3 002 289 B1;
2. Patent TR 2018 04580
3. Report by Eurofins;

## Technical Background

DNA consists of two complimentary strands (Figure 1a). Each strand is formed through the linking of nucleotides. Each nucleotide is composed of a sugar, a phosphate and a heterocyclic base. There are 4 different bases: adenine (A), cytosine (C), guanine (G), or thymine (T). The two complementary strands assemble together by base-pairing with the formation of hydrogen bonds between the bases, where cytosine (C) pairs with guanine (G), and adenine (A) pairs with thymine (T) (Figure 1b).

This report is CONFIDENTIAL and is not for third parties.



**Figure 1**. Structure of DNA. (a) The double helix comprised of complementary base pairs held together by a sugar phosphate backbone. (b) Structure of the base pairs complimentary to each other.

DNA is replicated through a reaction where the complementary strands separate, and each single strand is used as a template to synthesize a new complementary DNA strand (Figure 2). On the left of Figure 2, one can see the existing single-stranded DNA template and on the right the formation of a new complementary strand through the addition of new nucleotides, referred to as deoxynucleotide triphosphates or dNTPs, in a stepwise procedure.

3

2814685

This report is CONFIDENTIAL and is not for third parties.



**Figure 2**. DNA replication. The DNA polymerase uses the template strand to generate a new complementary strand by incorporating the complementary free nucleotides into the new strand.

This very same procedure is used in order to learn the sequence of an unknown DNA fragment. But, the major difference in the replication procedure while determining the sequence, only one nucleotide is incorporated at a time into the growing DNA strand. . The reaction then, stops to allow the identity of the incorporated nucleotide to be determined. And then, the reaction restarts and a second nucleotide is incorporated into the growing DNA strand by DNA polymerase and so on.

The "sequencing-by-synthesis" (SBS) method developed by Illumina uses this principle. The nucleotides that are added to the reaction are different compared to the naturally occurring nucleotides, in that they carry two extra functionalities: (1) one functional group (known as a protecting group or blocking group) to stop the reaction after the addition of each nucleotide (2) one fluorescent label to give a unique signal for each different type of base (i.e. C, G, A or T) so that the identity of the attached nucleotide can be determined.

4

2814685

This report is CONFIDENTIAL and is not for third parties.

After determining the identity of the incorporated nucleotide, the fluorescent label and blocking functional group are cleaved allowing the reaction to continue and a further nucleotide to be added to the growing DNA strand by DNA polymerase.

In summary, the SBS process includes three phases that are repeated for each nucleotide (a) nucleotide addition reaction, (b) imaging to determine the fluorescent label, and (c) cleavage of the blocking functionality and the fluorescent label.

In order to successfully perform these three phases, modified nucleotides are used. The modified nucleotides used in Illumina's sequencing method have a 3'-azidomethyl blocking group. These modified nucleotides are subject of the claims of EP 3 002 289 B1/TR 2018 04580

### The patent EP 3 002 289 B1 / TR 2018 04580

EP 3 002 289 B1 (EP 289) / TR 2018 04580relates to modified nucleotides, and in particular to nucleotides having a removable blocking group. When the protecting (blocking) group of the nucleotides are removed, it is possible to add the second nucleotide.

The invention is based on the development of blocking group bearing nucleotides where the blocking group is a 3'-azidomethyl group. When a nucleotide is added to the new strand, the 3'-azidomethyl group prevents addition by the DNA polymerase enzyme of a further nucleotide until the 3'-azidomethyl group is cleaved. This ensures that the SBS reaction involves the incorporation of only one nucleotide at a time, thereby allowing the identity of each nucleotide that is added to be determined in a stepwise manner.

Claim 1 of EP 289 states:

> *"A modified nucleotide triphosphate molecule comprising a purine or pyrimidine base and a deoxyribose sugar moiety having a 3'-azidomethyl group".*

Claim 1 protects the individual building blocks used in SBS as developed and performed by Illumina Inc., which includes each of the 3'-azidomethyl-modified forms of the four nucleotides used, which are shown in Figure 3.

This report is CONFIDENTIAL and is not for third parties.



**Figure 3**. Modified nucleotides having a 3'-azidomethyl blocking group.

## Examination of Eurofins Report

Eurofins EAG was requested by Illumina Cambridge Limited to analyze the chemical structure of deoxynucleotide triphosphates ("**dNTPs**") i.e. the modified nucleotides in the "BGISEQ-500RS High-throughput Sequencing Kit Model: PE100" (the "**BGI Sequencing Kit**") and compare them to those from the Illumina kit.

The results include testing using azide-alkyne "click" chemistry to determine whether fluorescently labelled dNTPs in the BGI Kit possess azide moieties; and liquid chromatography-mass spectrometry analysis to establish whether the masses of unlabeled dNTPs in the BGI Kit correspond to the masses of 3'-O-azidomethyl-dNTPs.

As explained in the Eurofins Report at paragraph 7, the BGI Sequencing Kit contained fluorescently labelled dNTPs and unlabeled dNTPs. The labelled dNTPs of the BGI Sequencing Kit were analyzed in comparison to labelled dNTPs from Illumina's kit (MiSeq Reagent Kit v3), which are known to possess a 3'- azidomethyl group and therefore have the features protected by EP 289.

6

2814685

This report is CONFIDENTIAL and is not for third parties.

*"Click" chemistry testing*

First, the labelled dNTPs of the BGI Sequencing Kit were analyzed by "click" chemistry in order to demonstrate that they contain an azido group. I am very familiar with the "click" chemistry that was used as a reaction during the analysis of these kits. Since 2010, I have published multiple times on the very same "click" chemistry reaction, including one review article during 2015.

In summary, azide-alkyne "click" chemistry involves the use of beads that contain a chemical group that reacts specifically with azido groups to form a bond. The presence of an azido group in the labelled dNTPs of the BGI Sequencing Kit was demonstrated by the fact that incubating the labelled dNTPs with the beads resulted in the beads taking on the blue color of the labelled dNTPs (as shown in Figure 1 of the Eurofins Report). The beads were then treated with hydrazine, a chemical which breaks the bond between the labelled dNTPs and the beads. Hydrazine treatment resulted in release of the labelled dNTPs back into solution as shown by the colorless appearance of the beads (as shown in Figure 5 of the Eurofins Report) and the visibly blue appearance of the solution (as shown in Figure 6 of the Eurofins Report).

These results were supported by a positive control experiment involving the labelled dNTPs of Illumina's kit (which are known to contain a 3'- azidomethyl group; see Figures 3, 9 and 10 of the Eurofins Report) and negative control experiments (see Figures 2, 4, 7 and 8 of the Eurofins Report).

*LC/MS analysis*

The unlabeled dNTPs of the BGI Sequencing Kit were analyzed by liquid chromatography/mass spectrometry (LC/MS) experiments. Eurofins compared the masses of standard 3'-azidomethyl-dNTPs obtained from Jena Bioscience GmbH (Jena, Germany) with the masses of the unlabeled dNTPs present in the translucent white vial (labelled "PE100 dNTPs Mix") of the BGI Sequencing Kit.

The expected masses for each of the 3'-azidomethyl-dNTPs (based on the known atomic composition of each free anion of each 3'-azidomethyl-dNTP) and the masses observed in

7

2814685

This report is CONFIDENTIAL and is not for third parties.

the LC/MS analysis for both the BGI Unlabelled dNTPs ("BGI") and the Jena 3-AZM-dNTPs Mix ("Jena") are summarized in the table below:

**LC/MS Mass Observations**

| dNTP | Source | Observed Ion (mass/charge) |
|---|---|---|
| 3-AZM-dTTP | Expected | 536.2 |
| | Jena | 536.1 |
| | BGI | 536.1 |
| 3-AZM-dATP | Expected | 545.2 |
| | Jena | 545.1 |
| | BGI | 545.3 |
| 3-AZM-dCTP | Expected | 521.2 |
| | Jena | 521.1 |
| | BGI | 521.2 |
| 3-AZM-dGTP | Expected | 561.2 |
| | Jena | 561.1 |
| | BGI | 561.1 |

The Eurofins Report therefore concludes that, for each of the four dNTPs, the expected mass, the Jena observed mass, and the BGI observed mass are within experimental error (±0.2 atomic mass units) of each other and states as follows:

> "These results confirm that the dNTPs in both the BGI PE100 Unlabelled dNTPs Mix and the Jena 3-AZM-dNTPs Mix have the expected mass of the four 3'-O-azidomethyl-dNTPs. These results confirm that each of the dNTPs in the BGI PE100 Unlabelled dNTPs Mix has the same structural composition as the dNTPs in the Jena 3-AZM-dNTPs Mix." (see paragraph 53 of Eurofins Report).

The LC/MS analysis therefore shows that each of the BGI unlabeled dNTPs has the same molecular weight as each of the respective Jena 3-AZM-dNTPs.

**Conclusion**

Based on the evidence from the Eurofins Report regarding both labelled and unlabeled dNTPs of the BGI Sequencing Kit, I believe that the chemical composition of the BGI dNTPs

8

2814685

This report is CONFIDENTIAL and is not for third parties.

is the same as the Illumina dNTPs and both Illumina reagents and BGI reagents contain azido group therefore I believe that the BGI dNTPs possess a 3'- azidomethyl group and have the features protected by claim 1 of EP 289.

While I understand that the BGI Kit contains the reagents needed for performing DNA sequencing on the BGISEQ-500, my expectation is that the same 3'-blocked terminator chemistry would be used across BGI's other DNA sequencing platforms including the MGISEQ-200, the MGISEQ-2000 and the MGISEQ-T7. This expectation is consistent with a GenomeWeb article published on March 4, 2019, which I have reviewed. The article suggests that the same sequencing chemistry is used on at least the MGISEQ-200, the MGISEQ-2000 and the MGISEQ-T7.  My analysis and conclusions summarized above therefore also apply to the dNTPs that are provided in kits that are used on BGI's other sequencing platforms that use 3'-blocked dNTPs with cleavable fluorescent dyes (including the BGISEQ-500, the MGISEQ-200, the MGISEQ-2000 and the MGISEQ-T7).

**Prof. Rana Sanyal**
**Boğaziçi University**
**Center for Life Sciences and Technologies, Director**
**Department of Chemistry, Head of Department**

9

2814685

## DECLARATION OF PROFESSOR FLOYD ROMESBERG

I, **Professor Floyd Romesberg** of the Department of Chemistry at The Scripps Research Institute, San Diego, United States of America, declare as follows

**A      Introduction**

1.      I, Floyd Romesberg, Ph.D. am a professor in the Department of Chemistry at The Scripps Research Institute.

2.      I understand that European Patent EP 3 002 289 B1 (**EP 289**) is the subject of infringement proceedings between the proprietor of the patent, Illumina Cambridge Limited (**Illumina**) and BGI Europe A/S (**BGI**)[1].

3.      I have been asked by the law firm Horten, counsel for Illumina, to provide this declaration in order to assist the Danish Court by addressing certain technical issues that are within my area of expertise.  Horten has informed me that this dispute concerns whether BGI's DNA sequencing platforms (including the BGISEQ-500 and the MGISEQ-2000) use modified nucleotides that are covered by EP 289.

4.      As well as reviewing EP 289, I have been provided with a copy of the Eurofins report dated May 10, 2019 (the **Eurofins Report**), which describes the testing of a BGISEQ-500 paired-end 100 kit (the **BGI Kit**) for the presence of deoxynucleotide triphosphates (**dNTPs**) that possess the features of claim 1 of EP 289.

5.      Except where I state otherwise, the facts and matters set out in this declaration are within my own knowledge and are true.  Where I have included information that does not come from my own personal knowledge, I have stated the source and in each case I believe the information to be true.

**B      Personal Background and Experience**

6.      I am currently a professor in the Department of Chemistry at The Scripps Research Institute and have been a faculty member there since 1998.

7.      I earned a Bachelor of Science in Chemistry from Ohio State University in 1988 and a Master of Science in Chemistry from Cornell University in 1990.  In 1994 I graduated

---

[1] I have been informed by Horten that BGI Europe A/S is a subsidiary company in the BGI Group, which offers DNA sequencing services on DNA sequencing platforms supplied by MGI Tech, which is also a subsidiary in the BGI Group.

2797090

with a Doctor of Philosophy in Chemistry in 1994, also from Cornell University, where Professor David B. Collum served as my thesis advisor.

8.   From 1994 until 1998, I was a National Institutes of Health (NIH) postdoctoral research fellow at the University of California, Berkeley, where I studied under Professor Peter G. Schultz.

9.   As a principal investigator, I have authored over 120 publications in peer-reviewed journals, including Nature, The Proceedings of the National Academy of Sciences of the United States of America, The Journal of the American Chemical Society, Angewandte Chemie International Edition, Biochemistry, Nucleic Acids Research, and The Journal of Physical Chemistry.

10.   I have authored or co-authored at least 20 invited review articles.  In addition, I have authored or co-authored at least 17 other publications during my graduate and post-doctoral studies.

11.   Over 30 of the publications that I have authored as a principle investigator are related to nucleotide analogues, including nucleotide analogues bearing linkers for attachment of functionalities of interest to polynucleotides, as well as nucleotide analogs bearing substituents on the sugar at either the 2'- or 3'- positions.

12.   I currently teach several graduate courses in the Department of Chemistry at The Scripps Research Institute, including a Spectroscopy course (which includes a section of mass spectroscopy) and a course on Bacteria and Antibiotics.  I also regularly lecture at universities, symposiums, and conferences throughout the United States and abroad.

13.   I have reviewed manuscripts as part of the peer-review process to determine whether they are acceptable for publication for numerous journals, including the Proceedings of the National Academy of Sciences, Science, Nature, the Journal of the American Chemical Society, Angewandte Chemie, Biochemistry, the Journal of Organic Chemistry, Bioorganic and Medicinal Chemistry Letters, Chemistry & Biology, Nucleic Acids Research, and Nucleosides, Nucleotides, and Nucleic Acids.

14.   I am a member of the American Chemical Society and the American Society for Microbiology.

15.   I served as a permanent member of the NIH Synthetic and Biological Chemistry (SBCA) study section that handles a significant percentage of the grants dealing with

2797090

modified nucleotides for four years.  Also, I regularly serve on various National Science Foundation (NSF) study sections, and my service on these study sections involves reviewing and determining the merits of numerous grant proposals.

16.    I have been awarded numerous research grants from the NIH, the NSF, the Office of Naval Research, Defense Advanced Research Projects Agency, and several other sources, including federal funding for the synthesis and analysis of nucleotide analogues and for the development of DNA polymerases specifically for sequencing DNA.

17.    I have been the recipient of multiple awards and honors, including the Royal Society of Chemistry Award for Bioorganic Chemistry in 2018, the ACS San Diego Chapter 2018 Scientist of the Year, the ACS Nobel Laureate Signature Award for Graduate Education in Chemistry in 2015, Discover Magazine Technology Innovation Award in 2004, the NSF Career Award in 2004, the Susan B. Komen Breast Cancer Foundation Award in 2003, the Camille Dreyfus Teacher-Scholar Award in 2003, the Baxter Foundation Fellow Award in 2002, the MacNevin Award in 1987, and election to the Defense Science Study Group (DSSG) on which I served from 2008-2010.

18.    I am familiar with the subject matter of EP 289 having previously been retained as an independent expert witness by Illumina in the following *Inter Partes* Review proceedings before the United States Patent & Trademark Office concerning U.S. 7,057,026, U.S. 7,566,537 and U.S. 8,158,346, which I understand are US patents related to EP 289:

- *Intelligent Bio-Systems, Inc. v Illumina Cambridge Ltd.,* IPR2013-00128 (U.S. Patent 7,057,026); and
- *Intelligent Bio-Systems, Inc. v Illumina Cambridge Ltd.,* IPR2013-00266 (U.S. Patent 8,158,346).
- *Intelligent Bio-Systems, Inc. v. Illumina Cambridge Ltd.*, IPR2013-00517 (U.S. Patent 7,566,537);
- *Complete Genomics, Inc. v. Illumina Cambridge Ltd.*, IPR2017-02172 (U.S. Patent 7,566,537);
- *Complete Genomics, Inc. v. Illumina Cambridge Ltd.*, IPR2017-02174 (U.S. Patent 7,566,537);

## C    BGISEQ-500

19.    I have reviewed the following documents, which provide some details regarding the BGISEQ-500 sequencing platform:

(a)    a Technical Note on the BGISEQ-500, a copy of which is provided at Annex A to this declaration (**BGI Technical Note**);

(b)    the BGISEQ-500 product brochure, a copy of which is provided at Annex B to this declaration (**BGI Brochure**);

(c)    Fehlmann *et al.* c-Pas-based sequencing on the BGISEQ-500 to explore small non-coding RNAs. *Clinical Epigenetics* (2016) 8: 123 (**Fehlmann 2016**), a copy of which is provided at Annex C to this declaration; and

(d)    Karow J. MGI Prepares to Sell Sequencers in North America, Europe; Announces Proprietary Sequencing Chemistry. *GenomeWeb*, March 4, 2019 (**GenomeWeb article**), a copy of which is provided at Annex D to this declaration.

20.    The BGI Technical Note, the BGI Brochure, and Fehlmann 2016 explain that the BGISEQ-500 sequencing platform uses a DNA sequencing technique known as "sequencing-by-synthesis" or "SBS", which BGI describes as its "*probe-anchor synthesis (cPas)-based sequencing system*". Fehlmann 2016, which is authored by scientists from BGI-Shenzen and Complete Genomics[2], explains that this sequencing system combines "*DNA nanoball (DNB) based nanoarrays with stepwise sequencing using polymerase*". The BGI Brochure states that "*[t]he cPAS chemistry works by incorporating a fluorescent probe to a DNA anchor on the DNB, followed by high resolution digital imaging*".

21.    The above descriptions confirm to me that the BGISEQ-500 performs DNA sequencing using "SBS". This is further confirmed by the GenomeWeb article, which states that BGI's "*current sequencing chemistry relies on stepwise sequencing-by-synthesis (SBS) where 3'-blocked nucleotides are labelled with cleavable fluorescent dyes, which leave behind a molecular 'scar' after they are removed. This chemistry is similar to that used by Illumina and others.*"

---

[2] Complete Genomics is a subsidiary company in the BGI Group.

D       **Technical background**

D.1     **Structure of DNA**

22.     DNA consists of two complementary strands that wind around one another to form a
        double helix.  The strands of DNA are made up of a string of individual nucleotides,
        which are composed of deoxyribose (a 5-carbon sugar), a nitrogenous base, and a
        phosphate group.  There are four different nucleotides in DNA, which differ from each
        other by their nitrogenous bases: adenine (A), cytidine (C), guanine (G), and thymine
        (T).  The nucleotides in each strand are linked by their phosphate group, which
        attaches the 5' carbon atom of their deoxyribose to the 3' carbon atom of the
        deoxyribose of the next nucleotide, to form the sugar-phosphate backbone of the DNA
        strand as shown in Figure 1 below.  The two complementary strands assemble
        together by base-pairing with the formation of hydrogen bonds between the bases,
        where C pairs with G and A pairs with T, as also shown in Figure 1 below.



        **Figure 1**: Structure of DNA. (a) The double helix comprised of complementary base
        pairs held together by a sugar phosphate backbone. (b) The hydrogen bonding
        between the four different nucleotides.

**D.2    DNA replication**

23.    DNA is synthesised by DNA polymerase, an enzyme which uses a single-stranded DNA molecule as a template to synthesise new DNA strands that are complementary to the template.  DNA polymerase synthesises new DNA strands by attaching individual nucleotides to the end of the DNA strand being synthesized (see Figure 2, below).  This attachment links the deoxyribose of one nucleotide to the deoxyribose of another nucleotide via a phosphate linkage in a specific direction to form the sugar-phosphate backbone of the newly synthesized DNA strand (see Figure 1, above): the 5′ carbon atom of one deoxyribose is connected via a phosphate group to the 3′ carbon atom of another deoxyribose[3].



**Figure 2**: DNA replication.

24.    Figure 3 below shows the structures of the four dNTPs (where 'N' in d**N**TP is A, C, G, or T, corresponding to the four nucleotides of DNA, i.e. dATP, dCTP, dGTP, and dTTP) that are used by DNA polymerase in synthesising the new strand of DNA.  With the incorporation of each dNTP into the newly synthesised DNA strand, a pyrophosphate (two phosphate groups linked together) is released and one phosphate remains to link the nucleotides to each other to form the polynucleotide chain.  Importantly, DNA synthesis is a template-dependent process; the same hydrogen bonds that mediate the stability of DNA control how a polymerase copies a template.  For example, when

---

[3] The 3′ and 5′ carbon atoms of the deoxyribose are labelled on the dNTPs in Figure 3.

DNA polymerase encounters a G in a template, it binds dCTP and incorporates a C, whereas when it encounters an A in the template, it binds dTTP and incorporates a T.



Deoxyadenosine-5' triphosphate

Deoxycytidine-5' triphosphate

Deoxyguanosine-5' triphosphate

Deoxythymidine-5' triphosphate

**Figure 3**: Structure of deoxynucleotide triphosphates (dNTPs; from top to bottom, dATP, dCTP, dGTP, and dTTP).

### D.3     Illumina's SBS method using reversible terminator nucleotides

25.     I am familiar with the method of SBS employed by Illumina's sequencing platforms. Illumina's SBS method, which is schematically represented in Figure 4 below, involves the attachment of single-stranded DNA fragments to a solid surface and the synthesis of new complementary DNA strands by DNA polymerase using modified dNTPs that are labelled with a base-specific, cleavable fluorophore, and contain a reversible 3'-blocking group (see Figure 5, below).

26.     The base-specific incorporation of a fluorescently labelled nucleotide into each newly synthesised DNA strand allows the identity of the base incorporated into each strand to be detected and thus the sequence of each complementary template strand to be determined.

2797090



**Nucleotide addition**
Fluorophore-labelled, terminally blocked nucleotides hybridize to complementary base. Each cluster on a slide can incorporate a different base.

**Imaging**
Slides are imaged with either two or four laser channels. Each cluster emits a colour corresponding to the base incorporated during this cycle.

**Cleavage**
Fluorophores are cleaved and washed from flow cells and the 3'-OH group is regenerated. A new cycle begins with the addition of new nucleotides.

**Figure 4**: Illumina's SBS method.

27.   The presence of the reversible 3'-blocking group on the dNTPs means that only a single base can be added by the polymerase to each growing DNA strand until the reversible 3'-blocking group is removed.

28.   In Illumina's SBS method, a typical reaction cycle entails adding a mixture of individually fluorescently labelled and 3'-blocked dNTPs to the sequencing reaction. The DNA polymerase can incorporate a single 3'-blocked dNTP into strands that are being synthesized, resulting in the incorporation of a single fluorescent label. The unbound dNTPs and other excess reagents are then washed away, and the sequencing surface is fluorescently imaged to identify which 3'-blocked dNTP has been incorporated into each strand.

29.   The fluorophore and 3'-blocking group are then chemically removed, and a new reaction cycle begins. Removal of the 3'-blocking group allows the DNA polymerase reaction to reinitiate, allowing the identity of the next base in each template DNA strand to be determined. In this manner, the identity of each individual nucleotide incorporated into each complementary DNA strand can be determined over a series of cycles, ultimately yielding the sequence identity of the consecutive nucleotides in each template DNA strand.

30.   The modified dNTPs used in Illumina's SBS method combine a removable 3'-O-azidomethyl blocking group, with a fluorophore attached to the base via a cleavable azido linker[4]. This allows removal of both the 3'-blocking group and the fluorophore to

---

[4] The term "azido" indicates the presence of an azide moiety in the molecule.

be achieved with a single cleavage reaction.  An example of one of the modified
nucleotides that can be used in Illumina's SBS method is shown in Figure 5 below.



**Figure 5.** Structure of 3'-*O*-azidomethyl 2' deoxythymidine triphosphate labelled with a
removable fluorophore. Each phosphate group is illustrated with a circled P.  The
nomenclature "$N_3$" is used to represent an azido group (i.e., an azide).

E      **EP 289**

31.     EP 289 is titled 'Modified Nucleotides for Polynucleotide Sequencing' and concerns
        nucleotides that have a blocking group, methods for the removal of such blocking
        groups, and the use of such nucleotides in polynucleotide sequencing methods.

32.     Paragraph [0004] of EP 289 explains that accurate SBS of DNA "*ideally requires the
        controlled (i.e. one at a time) incorporation of the correct complementary nucleotide
        opposite the oligonucleotide being sequenced*".  In relation to the use of a blocking
        group it goes on to state as follows:

        "*In order to ensure only a single incorporation occurs, a structural
        modification ("blocking group") of the sequencing nucleotides is required to
        ensure a single nucleotide incorporation but which then prevents any further
        nucleotide incorporation into the polynucleotide chain. The blocking group
        must then be removable, under reaction conditions which do not interfere
        with the integrity of the DNA being sequenced. The sequencing cycle can
        then continue with the incorporation of the next blocked, labelled nucleotide.
        In order to be of practical use, the entire process should consist of high
        yielding, highly specific chemical and enzymatic steps to facilitate multiple
        cycles of sequencing.*"

2797090

33.     Paragraph [0005] goes on to explain that to be useful in DNA sequencing, nucleotide triphosphates (e.g. dNTPs) generally require a 3'OH-blocking group to prevent the polymerase used to incorporate it into a polynucleotide chain from continuing to replicate once the base on the nucleotide is added.   In order to achieve this it is explained that there are many limitations on the suitability of a molecule as a blocking group: it must prevent additional nucleotide molecules from being added to the polynucleotide chain whilst simultaneously being easily removable from the sugar moiety without causing damage to the polynucleotide chain; and it must be tolerated by the polymerase or other appropriate enzyme used to incorporate it into the polynucleotide chain.   In summary it is explained that "[t]*he ideal blocking group will therefore exhibit long term stability, be efficiently incorporated by the polymerase enzyme, cause total blocking of secondary or further incorporation and have the ability to be removed under mild conditions that do not cause damage to the polynucleotide structure, preferably under aqueous conditions. These stringent requirements are formidable obstacles to the design and synthesis of the requisite modified nucleotides*."

34.     The invention of EP 289 concerns the development of a number of reversible blocking groups and methods of deprotecting them under DNA compatible conditions.

35.     Paragraph [0050] explains that in one example the reversible blocking group of the deoxyribose sugar moiety is a 3'-azidomethyl group (i.e. a $-OCH_2N_3$ group). Paragraph [0103] explains that nucleotides bearing this blocking group at the 3'-position have been synthesised, shown to be successfully incorporated by DNA polymerases, block efficiently, and may be subsequently removed under neutral, aqueous conditions using water soluble phosphines or thiols, therefore allowing further extension.

36.     Claim 1 of EP 289 states:

    "*A modified nucleotide triphosphate comprising a purine or pyrimidine base and a deoxyribose sugar moiety having a 3' azidomethyl group.*"   In my opinion, claim 1 therefore relates to nucleotide triphosphate molecules possessing the features a) a purine or pyrimidine base and b) a deoxyribose sugar moiety having an azidomethyl group attached in the 3' position (i.e. a $-OCH_2N_3$ group).

**F      Eurofins Report**

37.   The Eurofins Report describes the use of "click" chemistry and liquid chromatography/mass spectrometry (**LC/MS**) to investigate the properties of dNTPs in the BGI Kit.   Unless otherwise stated, paragraph references in the remainder of this declaration are to paragraphs of the Eurofins Report.

38.   I understand that the BGI Kit contains two mixtures of dNTPs (dATP, dCTP, dGTP and dTTP).   As explained in the Eurofins Report (paragraphs 7, 12 and 48), one of the mixtures contains fluorescently-labelled dNTPs (referred to hereafter as the **BGI Labelled dNTPs Mix**) and the other contains unlabelled dNTPs (referred to hereafter as the **BGI Unlabelled dNTPs Mix**).

39.   "Click" chemistry was used to demonstrate the presence of azido-containing dNTPs in:

(a)      the BGI Labelled dNTPs Mix; and

(b)      the dNTPs in Illumina's MiSeq Reagent Kit v3 (referred to hereafter as the **Illumina dNTPs Mix**).

40.   As shown in Figure 5 above, the Illumina dNTPs contain a 3'-O-azidomethyl blocking group with a removable fluorophore attached to the base via a cleavable azido linker.

41.   LC/MS experiments were performed to determine whether the masses of dNTPs in the BGI Unlabelled dNTPs Mix correspond to the masses of commercially available 3'-O-azidomethyl-dNTPs obtained from Jena Bioscience GmbH.

**G      Azide-alkyne "Click" chemistry of the BGI Labelled dNTPs Mix**

42.   Azide-alkyne "click" chemistry refers to the highly specific copper(I) catalysed reaction between an azido group and an alkyne group to yield a covalently linked triazole product.   The reaction only proceeds with an alkyne and an azide and in the presence of copper(I).

43.     Based upon this reaction, if the dNTPs being analyzed contain an azido group, it will
        be possible to covalently link the dNTPs to an alkyne group that itself is linked to an
        agarose bead in the presence of copper(I) as shown in Figure 6 below.



**Figure 6:** "Click" reaction in which a dye-labelled 3'-azidomethyl modified dNTP (in this
case 3'-azidomethyl-dTTP) reacts, in the presence of copper(I), with an alkyne group
linked to an agarose bead to attach the dNTP to the bead via formation of a triazole
product.

44.     As the dNTPs of the BGI Labelled dNTPs Mix and the Illumina dNTPs Mix contain a
        fluorescent dye, it will be possible to observe visually the binding of azido-containing
        dNTPs to the previously colorless alkyne-agarose beads by monitoring the presence
        of the fluorescent dye bound to the resin, which takes on the color of the fluorescent
        dNTPs.   In addition, the presence or absence of the dNTPs in solution can be
        determined visually or by using a spectrophotometer, which detects their presence via
        the light they absorb (i.e. their absorption).

45.     The fluorophore-linked agarose beads may subsequently be treated with hydrazine. Located between the triazole group and the agarose beads is a chemically reactive Dde linker that is cleaved by hydrazine. Thus, when reacted with hydrazine, the Dde linker between the triazole group and the agarose beads is broken and fluorescently-labelled dNTPs will be liberated from the agarose beads as shown in Figure 7 below. At this point, color again returns to solution and the beads again become colorless. This can be demonstrated by visual inspection and/or with the use of a spectrophotometer.



**Figure 7:** On hydrazine cleavage of the Dde linker, a dye-labelled 3'-azidomethyl modified dNTP (in this case 3'-azidomethyl-dTTP) is liberated from the bead and released back into solution.

**H      Results of the "Click" Chemistry tests**

46.     The Eurofins Report explains that the following reactions were analyzed using azide-
        alkyne "click" chemistry (paragraph 13):

        (a)     the BGI Labelled dNTPs Mix was analyzed for the presence of dNTPs
                possessing an azido group in reactions containing alkyne-agarose beads,
                additives, and copper (II) sulfate solution (paragraph 16).

        (b)     the Illumina dNTPs Mix was analyzed for the presence of dNTPs possessing
                an azido group in reactions containing alkyne-agarose beads, additives, and
                copper (II) sulfate solution (paragraph 18).

47.     Control reactions were also performed in which the copper (II) sulfate solution was
        excluded (and replaced with Tris buffer); see paragraphs 17 and 19.  As the "click"
        reaction between an azide group and an alkyne group is catalysed by copper(I)[5], a
        migration of the color from the solution to the beads during the reactions performed
        with Tris buffer would suggest non-specific binding of dNTPs to the alkyne-agarose
        beads rather than binding mediated by the presence of an azido group via the specific
        copper(I) catalysed azide-alkyne reaction.

48.     The experimental and control samples were incubated for 16 hours, after which the
        color of the beads was examined.  The beads were then serially washed; three times
        with the wash solution of the supplier and three times with Tris buffer, pH 8.0.  The
        wash solutions were collected and set aside (paragraph 21).  Figures 1 to 4 of the
        Eurofins Report show the visual appearance of the alkyne-agarose beads after the
        washing steps.  In summary:

        (a)     The samples containing the BGI Labelled dNTPs Mix, alkyne-agarose beads,
                additives, and copper (II) sulfate were tested in triplicate.  After the six wash
                steps, the beads maintained the blue color of the BGI Labelled dNTPs Mix (i.e.
                the beads were visibly blue rather than colorless; see Figure 1 and paragraph
                22).  The absorption spectra of the wash solutions also confirmed that the blue
                color taken on by the beads during incubation with the BGI Labelled dNTPs Mix
                was not removed by washing (paragraph 23).

---

[5] I have been informed that the "click" chemistry kit used for the testing described in the Eurofins Report
includes a preliminary step of mixing two proprietary solutions with copper (II) sulfate, which I
understand generates the copper (I) catalyst required in the azide-alkyne click reaction.

(b)     The samples containing the Illumina dNTPs Mix, alkyne-agarose beads, additives, and copper (II) sulfate were tested in duplicate. After the six wash steps, the beads maintained the blue color of the Illumina dNTPs Mix (i.e. the beads were visibly blue rather than colorless; see Figure 3 and paragraph 26). The absorption spectra of the wash solutions also confirmed that the blue color taken on by the beads during incubation with the Illumina dNTPs Mix was not removed by washing (paragraph 27).

(c)     Negative control samples excluding the copper catalyst were also tested for the BGI Labelled dNTPs Mix and the Illumina dNTPs Mix. No visible color remained on the alkyne-agarose beads after the six washing steps for any of the control samples (i.e. the beads became colorless on washing; see Figures 2 and 4). This confirms the absence of non-specific binding of dNTPs in the BGI Labelled dNTPs Mix or Illumina dNTPs Mix to the alkyne-agarose beads and that the presence of the click catalyst copper-containing solution was necessary to achieve binding of dye-labelled compounds to the alkyne-agarose beads.

49.     Figures 1-4 of the Eurofins Report show that the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples behaved identically in the "click" chemistry tests. The stable binding of dye-labelled dNTPs to the beads for the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples, which was absent for the negative control samples, confirms that dye-labelled dNTPs were bound to the beads via a click reaction between the alkyne-containing beads and an azido group of the dye-labelled dNTPs. The binding of dye label to the beads confirms the presence of fluorescently-labelled dNTPs containing an azido group in both the BGI Labelled dNTPs Mix and Illumina dNTPs Mix.

50.     In relation to the dNTPs of the Illumina dNTPs Mix, in light of the known structure of Illumina's 3'-O-azidomethyl dNTPs (see Figure 5 above), this result is as I would expect. The results for the BGI Labelled dNTPs Mix samples are also consistent with the fluorescently-labelled dNTPs of the BGI Labelled dNTPs Mix being dNTPs modified with 3'-O-azidomethyl blocking groups.

51.     After washing, the agarose beads of each sample were treated with hydrazine and incubated for 90 minutes on a shaker (paragraph 31).

2797090

52.   After hydrazine treatment, the dye that was bound to the agarose beads of the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples was released from the beads and returned to solution as confirmed by the colorless appearance of the beads (see Figures 5 and 9) and the visibly blue appearance of the hydrazine filtrates (see Figures 6 and 10). Significant absorption was also measured for the respective hydrazine filtrates (paragraphs 33 and 37).

53.   Hydrazine treatment of the negative control samples was consistent with no dye having bound to the beads – the beads remained colorless (see Figures 7 and 11) and the presence of hydrazine did not cause the filtrates to display any significant absorption (see Figures 8 and 12, and paragraphs 35 and 39).

54.   The selective release of dye from the alkyne-agarose beads of the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples by hydrazine treatment confirms that the dye-labelled compounds were linked to the beads because they possess an azido group and not via non-specific binding. These results confirm the presence of fluorescently-labelled dNTPs possessing an azido group in both the BGI Labelled dNTPs Mix and the Illumina dNTPs Mix.

I   **Liquid Chromatography/Mass Spectrometry (LC/MS) Analysis of dNTPs in the BGI Unlabelled dNTPs Mix**

55.   LC/MS is an analytical technique that combines liquid chromatography with mass spectrometry.

56.   Liquid chromatography is used to separate the components of mixtures containing multiple components. The technique is based upon passing a liquid solvent containing the sample mixture (referred to as the 'mobile phase') through a column filled with a solid material that interacts with the sample mixture (referred to as the 'stationary phase'). Each component in the sample interacts slightly differently with the solid material of the stationary phase, causing the components to migrate through the column at different rates, leading to the separation of the components as they flow out of the column. Separation based on this differential chromatographic retention permits further analysis of the separated components to be performed.

57.   Mass spectrometry allows the mass of molecules to be determined, which is a highly discriminatory piece of information. The chances of two different molecules, not to mention two different 3'-modified dNTPs, having precisely the same mass is extremely

small. The basic principle of mass spectrometry involves passing charged particles (*i.e.* ions) through a magnetic field, allowing them to be selected on the basis of (i) the charge that they carry and (ii) their molecular mass. This allows molecules to be identified by observing the signals generated when their unique pattern of ions contacts the surface of a detector as illustrated in the schematic diagram at Figure 8 below. Since dNTPs are free anions in water, the negative charge of the dNTPs can be used in this mass spectrometric analysis (so called "negative ion mode").



**Figure 8:** Illustration of a quadrupole-based MS system. The quadrupole consists of two pairs of parallel metal rods. Different voltages are applied to each pair of rods generating a magnetic field in the quadrupole. Ions travel down the quadrupole between the rods. Only ions of a certain mass-to-charge ratio (m/z) will reach the detector for a given ratio of voltages: other ions have unstable trajectories and will collide with the rods. This allows selection of an ion with a particular m/z for detection.

**I.1     Eurofins LC/MS analysis**

58.     The Eurofins Report describes the use of LC/MS to establish the mass of the dNTPs in: (i) the BGI Unlabelled dNTPs Mix; and (ii) a mixture of commercially available 3'-O-azidomethyl-dNTPs, with known structure[6], that were obtained from Jena Bioscience GmbH (hereafter referred to as the **Jena 3-AZM-dNTPs**).

---

[6] The structural formulae of the Jena 3-AZM-dNTPs (i.e. 3'-O-azidomethyl-dATP, 3'-O-azidomethyl-dCTP, 3'-O-azidomethyl-dGTP and 3'-O-azidomethyl-dTTP) are shown at paragraph 43 of the Eurofins Report.

59. LC/MS analysis was performed on each of the four Jena 3-AZM-dNTPs in order to independently confirm the observed mass of each individual Jena 3-AZM-dNTP (paragraph 45). A mixture of the Jena 3-AZM-dNTPs was also prepared and tested, which confirmed that the mass of each of the four 3-AZM-dNTPs in the mixture was identical (within experimental error) to the mass observed for the respective individual 3-AZM-dNTPs (paragraph 46).

60. LC/MS analysis was then performed on the BGI Unlabelled dNTPs Mix and a mixture of the Jena 3-AZM-dNTPs (hereafter referred to as the **Jena 3-AZM-dNTPs Mix**; paragraphs 48 to 52). In brief, the samples were separated by liquid chromatography using a Phenomenex Luna Omega Polar C18 column (Phenomenex Inc., Torrence, CA) and then analyzed using an AB SCIEX Triple Quad mass spectrometer (AB Sciex LLC, Framingham, MA).

### I.2     Results of the Eurofins LC/MS analysis

61. Table 2 of the Eurofins Report, which I have reproduced below, reports the expected masses for each of the 3'-azidomethyl-dNTPs (based on the known atomic composition of each free anion for the four Jena 3-AZM-dNTPs) and the observed masses for each dNTP in the Jena 3-AZM-dNTPs Mix and in the BGI Unlabelled dNTPs Mix.

| dNTP | Source | Observed Ion (mass/charge) |
|---|---|---|
| 3-AZM-dTTP | Expected | 536.2 |
| | Jena | 536.1 |
| | BGI | 536.1 |
| 3-AZM-dATP | Expected | 545.2 |
| | Jena | 545.1 |
| | BGI | 545.3 |
| 3-AZM-dCTP | Expected | 521.2 |
| | Jena | 521.1 |
| | BGI | 521.2 |
| 3-AZM-dGTP | Expected | 561.2 |
| | Jena | 561.1 |
| | BGI | 561.1 |

**Table 2** reproduced from the Eurofins Report

62.    The results in Table 2 confirm that the dNTPs in both the BGI Unlabelled dNTPs Mix
and the Jena 3-AZM-dNTPs Mix have the expected mass of the four 3'-O-azidomethyl-
dNTPs.

63.    LC/MS is an extremely powerful technique which permits the resolution and
identification of molecules in a highly discriminatory manner. In my opinion, these
results confirm that each of the dNTPs in the BGI Unlabelled dNTPs Mix has the same
structural composition as the dNTPs in the Jena 3-AZM-dNTPs Mix.

**J      Summary on the identity of the BGI dNTPs**

64.    The "click" chemistry tests that are described in the Eurofins Report definitively confirm
that the dNTPs of the BGI Labelled dNTPs Mix possess an azido group. These results
are consistent with the LC/MS data, which show that each of the dNTPs of the BGI
Unlabelled dNTPs Mix has a mass that corresponds to (within the experimental error
of ±0.2 atomic mass units) the expected and observed masses of each of the

respective Jena 3-AZM-dNTPs. Based on these LC/MS data, it is my opinion that each of the dNTPs of the BGI Unlabelled dNTPs Mix has the same composition as each of the respective Jena 3-AZM-dNTPs.

65.    I have been informed that BGI's sequencing-by-synthesis method uses both BGI Labelled dNTPs and BGI Unlabelled dNTPs in the same SBS sequencing cycle reactions, such that both labelled and unlabelled dNTPs are incorporated into new complementary DNA strands during the incorporation reactions.   As I mentioned above, the GenomeWeb article to which I refer at paragraph 19(d) states that BGI's SBS uses 3'-O-modified dNTPs. In view of the publicly available information regarding BGI's SBS method, and the masses of the BGI Unlabelled dNTPs provided in the Eurofins Report, it is my opinion that each of the dNTPs of the BGI Unlabelled dNTPs Mix has the same structural configuration as each of the respective Jena 3-AZM-dNTPs (i.e., 3'-O-azidomethyl-dATP, 3'-O-azidomethyl-dCTP, 3'-O-azidomethyl-dGTP and 3'-O-azidomethyl-dTTP).    Therefore, it is my opinion that the unlabelled nucleotides used in the BGISEQ-500 platform for SBS are nucleotide triphosphate molecules comprising a purine or pyrimidine base and a deoxyribose sugar moiety having an azidomethyl group attached in the 3' position (i.e. a $-OCH_2N_3$ group), thereby possessing the features of claim 1 of EP 289 as set out in paragraph 36 above.

66.    With this understanding, and in view of the "click" chemistry tests reported in the Eurofins Report, it is my opinion that the dNTPs of the BGI Labelled dNTPs mix have the same 3'-O-azidomethyl modification as the BGI Unlabelled dNTPs. Therefore, it is my opinion that the labelled nucleotides used in the BGISEQ-500 platform for SBS also are nucleotide triphosphate molecules comprising a purine or pyrimidine base and a deoxyribose sugar moiety having an azidomethyl group attached in the 3' position (i.e. a $-OCH_2N_3$ group), thereby possessing the features of claim 1 of EP 289 as set out in paragraph 36 above.   This method of SBS, which uses a removable 3'-O-azidomethyl blocking group as a reversible terminator is described at paragraphs 25-29 and 30 above.

67.    While I understand that the BGI Kit contains the reagents needed for performing DNA sequencing on the BGISEQ-500, my expectation is that the same 3'-blocked terminator chemistry would be used across BGI's other DNA sequencing platforms. This expectation is consistent with the GenomeWeb article to which I refer at paragraph 19(d) above, which suggests that the same sequencing chemistry (which is referred to as the "*current sequencing chemistry*") is used on at least the MGISEQ-200, the MGISEQ-2000 and the MGISEQ-T7.    My analysis and conclusions

summarised in paragraphs 64-66 above therefore also apply to labelled and unlabelled dNTPs that are provided in kits, other than the BGI Kit, that are used to perform BGI's cPas-based sequencing method (using 3'-blocked dNTPs with cleavable fluorescent dyes) on BGI's other sequencing platforms.

**Statement of truth**

I confirm that I have made clear which facts and matters referred to in this declaration are within my own knowledge and which are not. Those that are within my own knowledge I confirm to be true. The opinions I have expressed represent my true and complete professional opinions on the matters to which they refer.

SIGNED: ..........................................

NAME: Professor Floyd Romesberg

DATE: May 13, 2019

**DECLARATION OF MARY M. DOTHAGE OF EUROFINS EAG MATERIALS SCIENCES**

I, **Mary M. Dothage** of Eurofins EAG Materials Sciences, Maryland Heights, Missouri, United States of America, declare as follows

## A    Introduction

1.    I, Mary M. Dothage am a Manager at Eurofins EAG Materials Sciences ('**Eurofins EAG**').

2.    Eurofins EAG was requested by Illumina Cambridge Limited ("**Illumina**") to analyse the chemical structure of deoxynucleotide triphosphates ("**dNTPs**") in the "BGISEQ-500RS High-throughput Sequencing Kit Model: PE100" (the "**BGI Kit**"). I have prepared this Eurofins EAG Report dated May 10th, 2019 to report the results of:

    (a)    "Click" chemistry testing undertaken to determine whether fluorescently labelled dNTPs in the BGI Kit possess azide moieties; and

    (b)    liquid chromatography-mass spectrometry analysis undertaken to establish whether the masses of unlabelled dNTPs in the BGI Kit correspond to the masses of 3'-O-azidomethyl-dNTPs.

3.    All experimental procedures described in this declaration were performed under my supervision. Except where I state otherwise, the factual statements set out in this declaration are within my own knowledge and are true. Where I have included information that does not come from my own personal knowledge, I have stated the source and in each case I believe the information to be true.

## B    Personal Background and Experience

4.    I am currently a Manager at Eurofins EAG Materials Sciences in Maryland Heights, Missouri and have been a Manager there since 2018. I have worked at Eurofins EAG Materials Sciences and its predecessor entities (EAG Laboratories, Chemir, and Gateway Chemical) since 2002, in the role of Scientist and Team Leader.

5.    I earned a Bachelor of Science in Molecular Biology from Southeast Missouri State University in 2001.

6.    From 2001 to 2002, I worked as a Research Scientist at several chemical companies, where my responsibilities included conducting analytical chemical analyses.

C    "Click" Chemistry Testing of Labelled PE100 dNTPs Mix in the BGI Kit

Samples

7.    On or about March 1st, 2019, Eurofins EAG received a shipment on dry ice labelled "BGISEQ-500RS High-throughput Sequencing Kit Model: PE100". The shipment contained multiple components, including a brown vial labelled "PE100 dNTPs Mix" containing 1.9 milliliters of dNTPs, and a translucent white vial labelled "PE100 dNTPs Mix" also containing 1.9 milliliters of dNTPs. I have been informed that the BGI Kit included fluorescently-labelled dNTPs and unlabelled dNTPs. The brown vial labelled "PE100 dNTPs Mix" contained a blue-colored solution, consistent with the characteristics of fluorescently labelled-dNTPs. Accordingly, I understood this to contain fluorescently-labelled dNTPs. The translucent white vial labelled "PE100 dNTPs Mix" contained a clear solution, consistent with the characteristics of unlabelled dNTPs. Accordingly, I understood this to contain unlabelled dNTPs.

8.    Also on or about March 1st, 2019, Eurofins EAG received a shipment on dry ice, which Illumina identified as containing a mixture of four 3'-O-azidomethyl fluorescently labelled dNTPs (dATP, dCTP, dGTP, and dTTP) from an Illumina MiSeq Reagent Kit v3. This sample was termed the "Illumina Incorporation Mix".

9.    The brown vial labelled "PE100 dNTPs Mix" and the Illumina Incorporation Mix were maintained at -20 °C from the time of receipt until testing was performed.

Methods: "Click" reactions

10.   At the time of testing, the contents of the brown vial labelled "PE100 dNTPs Mix" and the Illumina Incorporation Mix were thawed to room temperature.

11.   The PE100 dNTPs Mix from the brown vial was diluted 7-fold with 10 mM Tris buffer, pH 8.0 (the 7-fold diluted solution is hereafter referred to as "**BGI PE100 dNTPs Mix**").

12.   Both the BGI PE100 dNTPs Mix and the Illumina Incorporation Mix exhibited a strong blue color, consistent with the characteristics of fluorescently labelled dNTPs. In the results section below, the presence of this color, observed visually or as measured with a spectrophotometer (and referred to as "absorption") is used to indicate the presence of the labelled dNTPs.

13.   The BGI PE100 dNTPs Mix and the Illumina Incorporation Mix were tested for the presence of azido moieties using a "Click-&-Go™ Dde Protein Enrichment Kit" from

2788669

the supplier Click Chemistry Tools, LLC (Scottsdale, Arizona, United States; hereafter "**Click Chemistry Kit**").   According to the supplier, "*Click-&-Go™ Dde Protein Enrichment Kit is an efficient, biotin/streptavidin-free tool for capturing azide-modified biomolecules on a cleavable agarose resin via click reaction and its subsequent release under mild conditions.*"   The supplier further explains that use of the Click Chemistry Kit allows azide-modified biomolecules to be captured on the cleavable alkyne agarose resin beads via copper catalyzed click chemistry[1].

14.     The Click Chemistry Kit contained:

(a)     agarose beads linked to an alkyne group via a linker containing a "dde" group (hereafter "**Beads**"; where the linker is cleavable using the reagent hydrazine);

(b)     a copper (II) sulfate solution (100 mM);

(c)     two additive solutions termed "Additive 1" and "Additive 2";

(d)     a wash solution; and

(e)     a 2% hydrazine hydrate solution.

15.     Before testing and to prevent any non-specific binding of the analyte dNTPs to be tested, the Beads were pre-treated with a 1 mM mixture of unlabelled dNTPs (dATP, dCTP, dGTP, and dTTP) for 1 hour, and then washed with 10 mM Tris buffer, pH 8.0. Before and after the pre-treatment the Beads were white in color.

16.     The BGI PE100 dNTPs Mix Sample was tested in triplicate.  Each BGI PE100 dNTPs Mix Sample contained the following:

**BGI PE100 dNTPs Mix Sample**
50 µL Beads
25 µL Additive 1
5 µL Additive 2
5 µL Copper (II) Sulfate Solution
200 µL BGI PE100 dNTPs Mix

17.     A negative control for the BGI PE100 dNTPs Mix was tested in duplicate, from which the copper (II) sulfate solution was omitted and replaced with a Tris buffer solution[2]. Each BGI PE100 dNTPs Mix Negative Control sample contained the following:

---

[1] https://clickchemistrytools.com/product/dde-protein-enrichment-kit-for-azide/
[2] This click reaction proceeds at a detectable rate only in the presence of copper.

**BGI PE100 dNTPs Mix Negative Control**
50 µL Beads
25 µL Additive 1
5 µL Additive 2
5 µL Tris Buffer, pH 8.0
200 µL BGI PE100 dNTPs Mix

18.    The Illumina Incorporation Mix Sample was also tested in duplicate. Each Illumina Incorporation Mix Sample contained the following:

**Illumina Incorporation Mix Sample**
50 µL Beads
25 µL Additive 1
5 µL Additive 2
5 µL Copper (II) Sulfate Solution
200 µL Illumina Incorporation Mix

19.    A single negative control for the Illumina Incorporation Mix was tested, from which the copper (II) sulfate solution was omitted and replaced with a Tris buffer solution. The Illumina Incorporation Mix Negative Control sample contained the following:

**Illumina Incorporation Mix Negative Control**
50 µL Beads
25 µL Additive 1
5 µL Additive 2
5 µL Tris Buffer, pH 8.0
200 µL Illumina Incorporation Mix

20.    All samples were incubated in foil-wrapped 0.5 mL spin columns and placed on a shaker for 16 hours.

21.    After the 16-hour incubation (to allow the click reaction to proceed), the Beads had taken on the blue color of the solution. Each of the samples was centrifuged to separate the ambient liquid from the Beads. The reaction filtrate was collected and set aside. Each of the Bead-containing spin columns was then serially washed three times with the wash solution provided by the supplier (see paragraph 14 above). Each serial wash solution for each sample was collected and set aside. Each of the Bead-containing spin columns was then serially washed three times with Tris buffer, pH 8.0. Each serial Tris wash solution for each sample was collected and set aside.

Results: Washed Beads and filtrates

22.    As shown in Figure 1, after the six wash steps, the Beads from the BGI PE100 dNTPs Mix Sample triplicate reactions all maintained the blue color of the BGI PE100 dNTPs Mix.

2788669



**Figure 1**: Photograph of washed Beads (BGI PE100 dNTPs Mix Samples)

23.     Absorption spectra were collected of the initial reaction filtrate, the three serial wash solutions, and the three serial Tris wash solutions for each of the three respective BGI PE100 dNTPs Mix Samples (not shown).   The reaction filtrate showed some absorption, and the first wash solutions showed a small amount of absorption.   In contrast, the second and third wash solutions and all three Tris wash solutions showed no significant absorption.   This confirms that the blue color taken on by the Beads during the incubation with the BGI PE100 dNTPs Mix was not removed by washing.

24.     As shown in Figure 2, the Beads from the BGI PE100 dNTPs Negative Control duplicate samples both lost their blue color upon washing.   This result confirms that when the click catalyst (copper)-containing solution was omitted, no dye label was bound to the Beads.   This negative control confirms that the presence of click catalyst (copper)-containing solution was necessary to bind dye label to the Beads.



**Figure 2**: Photograph of washed Beads (BGI PE100 dNTPs Negative Control samples)

25.     Absorption spectra of the initial reaction filtrate, the three serial wash solutions, and the three serial Tris wash solutions for each of the two respective BGI PE100 dNTPs Mix Negative Controls were then collected (not shown). The reaction filtrate showed some absorption, the first wash solutions showed an amount of absorption similar to the reaction filtrates, and the second wash solutions showed a small amount of absorption.   The third wash solutions and all three Tris wash solutions showed no

2788669

significant absorption.  This confirms that substantially all color was removed from the Beads after the second wash.

26.    As shown in Figure 3, after the six wash steps, the Beads of the Illumina Incorporation Mix Sample duplicate reactions both maintained the blue color of the Illumina Incorporation Mix.



**Figure 3**: Photograph of washed Beads (Illumina Incorporation Mix Samples)

27.    Absorption spectra of the initial reaction filtrate, the three serial wash solutions, and the three serial Tris wash solutions for each of the two respective Illumina Incorporation Mix Samples were then collected (not shown).  The reaction filtrate showed some absorption.  All three wash solutions and all three Tris wash solutions showed no significant absorption.  This confirms that the blue color taken on by the Beads during the incubation with the Illumina Incorporation Mix was not removed by washing.

28.    As shown in Figure 4, the Beads from the single Illumina Incorporation Mix Negative Control reaction lost their blue color upon washing.  This result confirms that when the click catalyst (copper)-containing solution was omitted, no fluorescently-labelled dNTPs were bound to the Beads.  This negative control confirms that the presence of click catalyst (copper)-containing solution was necessary to bind the fluorescently-labelled dNTPs to the Beads.



2788669

**Figure 4**: Photograph of washed Beads (Illumina Incorporation Mix Negative Control)

29.     Absorption spectra of the initial reaction filtrate, the three serial wash solutions, and the three serial Tris wash solutions for the Illumina Incorporation Mix Negative Control were then collected (not shown).  The reaction filtrate showed some absorption, and the first wash solution showed a small amount of absorption.  The second and third wash solutions and all three Tris wash solutions showed no significant absorption.  This confirms that substantially all color was removed from the Beads after the first wash.

30.     Figures 1-4 above show that the BGI PE100 dNTPs Mix and the Illumina Incorporation Mix behaved identically – only in the presence of the click catalyst (copper)-containing solution was dye label stably bound to the Beads.  This confirms that the presence of click catalyst (copper)-containing solution was necessary to stably bind dye to the Beads such that the dye was not removable with washing.  Thus, the dye was bound to the Beads via a click reaction between the alkyne-containing Beads and an azido group of the dye-labelled compounds.  These results are consistent with dye-labelled dNTPs in the BGI PE100 dNTPs Mix and the Illumina Incorporation Mix possessing azide moieties.

<u>Methods: Hydrazine treatment</u>

31.     Next, all washed Bead samples were treated with the hydrazine solution provided by the supplier (see paragraph 14 above) and placed on a shaker for 90 minutes.  The hydrazine filtrate was then collected, and both the Beads and hydrazine filtrate were evaluated.

<u>Results: Post-hydrazine treatment</u>

32.     The hydrazine treated Beads and hydrazine filtrates of the triplicate BGI PE100 dNTPs Mix Samples are shown in Figure 5 and Figure 6 respectively.



**Figure 5**: Photograph of Beads after hydrazine treatment (BGI PE100 dNTPs Mix Samples)

2788669



**Figure 6**: Photograph of hydrazine filtrates (BGI PE100 dNTPs Mix Samples)

33.    Absorption spectra of the BGI PE100 dNTPs Mix Samples hydrazine filtrates (not shown) confirmed significant absorption.   The selective release via hydrazine treatment confirms that the dye-labelled compounds were linked to the Beads via their azide moieties and not via non-specific binding.   Thus, these results are consistent with the presence in the BGI PE100 dNTPs Mix of dye-labelled dNTPs that possess azide moieties.

34.    The hydrazine treated Beads and hydrazine filtrates of the duplicate BGI PE100 dNTPs Mix Negative Controls are shown in Figure 7 and Figure 8 respectively.



**Figure 7**: Photograph of Beads after hydrazine treatment (BGI PE100 dNTPs Mix Negative Controls)

2788669



**Figure 8**: Photograph of hydrazine filtrates (BGI PE100 dNTPs Mix Negative Controls)

35.    Absorption spectra of the BGI PE100 dNTPs Mix Negative Controls hydrazine filtrates (not shown) confirmed no significant absorption.  This is consistent with the dyes never having bound to the Beads in the negative control, and also demonstrates the hydrazine did not introduce color into the solution.

36.    The hydrazine treated Beads and hydrazine filtrate of the duplicate Illumina Incorporation Mix Samples are shown in Figure 9 and Figure 10 respectively.



**Figure 9**: Photograph of Beads after hydrazine treatment (Illumina Incorporation Mix Samples)



**Figure 10**: Photograph of hydrazine filtrates (Illumina Incorporation Mix Samples)

2788669

37.     Absorption spectra of the Illumina Incorporation Mix Samples hydrazine filtrates (not shown) confirmed significant absorption.   The selective release via hydrazine treatment confirms that the dye-labelled compounds were linked to the Beads via their azide moieties and not via non-specific binding.  Thus, these results are consistent with the presence of dye-labelled dNTPs in the Illumina Incorporation Mix that possess azide moieties.

38.     The hydrazine treated Beads and hydrazine filtrate of the single Illumina Incorporation Mix Negative Control are shown in Figure 11 and Figure 12 respectively.



**Figure 11**: Photograph of Beads after hydrazine treatment (Illumina Incorporation Mix Negative Control sample)



**Figure 12**: Photograph of hydrazine filtrates (Illumina Incorporation Mix Negative Control sample)

39.     Absorption spectra of the Illumina Incorporation Mix Negative Control hydrazine filtrate (not shown) confirmed no significant absorption.

40.     These results show that the BGI PE100 dNTP Mix (Figures 5 and 6) and the Illumina Incorporation Mix (Figures 9 and 10) behaved identically – only upon hydrazine cleavage of the linker was the linkage between the Beads and the dye-labelled dNTPS

2788669

cleaved to liberate free dye-labelled dNTPs into solution.  Accordingly, these results are consistent with the presence of fluorescently-labelled dNTPs in both the BGI PE100 dNTP Mix and the Illumina Incorporation Mix that possess azido moieties.

**D      Mass Spectrometry Analysis of PE100 dNTPs Mix from the BGI Kit**

<u>Samples</u>

41.     In this analysis, the contents of the translucent white vial labelled "PE100 dNTPs Mix" described in paragraph 7 above were examined using liquid chromatography/mass spectrometry (hereafter "**LC/MS**") and compared to commercially available standard 3'-O-azidomethyl-dNTPs.

42.     The translucent white vial labelled "PE100 dNTPs Mix" was maintained at -20 °C from the time of receipt until analysis was performed.

43.     On or about April 15th, 2019, Eurofins EAG received a shipment from Jena Bioscience GmbH (Jena, Germany) containing four white translucent vials, respectively containing 3'-O-azidomethyl-dATP, 3'-O-azidomethyl-dCTP, 3'-O-azidomethyl-dGTP, and 3'-O-azidomethyl-dTTP.  Each vial was labelled as containing 1 mg of the respective 3'-O-azidomethyl-dNTP.  The documentation accompanying the vials respectively identified the contents as having the following structural formulae:



Structural formula of 3'-O-Azidomethyl-dATP

Structural formula of 3'-O-Azidomethyl-dGTP



Structural formula of 3'-O-Azidomethyl-dTTP



Structural formula of 3'-O-Azidomethyl-dCTP

44.     Each 3'-O-azidomethyl-dNTP (hereafter "**3-AZM-dNTP**") was brought into solution using 0.5 mL of 10 mM Tris buffer, pH 7.4 to form four respective 3-AZM-dNTP stock solutions (collectively the "Jena 3-AZM-dNTP stock solutions").  The Jena 3-AZM-dNTP stock solutions were maintained at 4 °C.

2788669

Methods

45.    LC/MS analysis was performed on each of the four Jena 3-AZM-dNTPs (stock solutions diluted to approximately 10 μM with 10 mM Tris buffer, pH 7.4) to independently confirm the observed mass of each individual 3-AZM-dNTP (data not shown).

46.    Next, aliquots of each of the four Jena 3-AZM-dNTP stock solutions were combined together and diluted with the Tris buffer, pH 7.4 to an approximate concentration of 10 μM of each of the four 3-AZM-dNTPs.  This mixture was tested by LC/MS to confirm that the mass of each of the four 3-AZM-dNTPs in the mixture was identical (within experimental error) to the mass observed for the respective individual 3-AZM-dNTPs (data not shown).  After 4 days at 4 °C, the Jena 3-AZM-dNTP stock solutions were lyophilized and subsequently stored at -20 °C.

47.    Next, the BGI PE100 dNTPs Mix was compared to a mixture of the four Jena 3-AZM-dNTPs.  The four lyophilized Jena 3-AZM-dNTP stock solutions were reconstituted in 0.3 mL of distilled deionized water.  Aliquots of each of the four Jena 3-AZM-dNTP stock solutions were combined and diluted to a single solution containing 10 μM of each of the four Jena 3-AZM-dNTPs in Tris buffer.  The resulting liquid was colorless. This sample was termed the "**Jena 3-AZM-dNTPs Mix**".

48.    The contents of the white translucent vial labelled "PE100 dNTPs Mix" were thawed to room temperature.  The liquid in the white translucent vial was colorless, indicating that no dye was present in the liquid, which is consistent with the characteristics of unlabelled dNTPs.  This sample was termed the "**BGI PE100 Unlabelled dNTPs Mix**".

49.    All samples were analysed using LC/MS.  The liquid chromatography column was a Phenomenex Luna Omega Polar C18 column, with internal diameter 2.1 mm, length 100 mm, particle size 1.6 μm (Phenomenex Inc., Torrence, CA).  The analytes were eluted using a gradient system of mobile phase A of 5 mM Dibutylammonium acetate in water and a mobile phase B of 100% methanol, with a flow rate of 0.3 mL/minute, and a column temperature of 45.0 °C.  The experimental design of the chromatographic gradient of the mobile phase components was as follows in Table 1 below:

**Chromatographic Gradient**

| Time (minutes) | % A | % B |
|:---:|:---:|:---:|
| 0 | 95 | 5 |
| 1 | 95 | 5 |
| 8 | 20 | 80 |
| 11 | 20 | 80 |
| 11.1 | 95 | 5 |
| 15 | 95 | 5 |

Table 1

50.   The dNTPs in the BGI PE100 Unlabelled dNTPs Mix and the Jena 3-AZM-dNTPs Mix were separated by liquid chromatography sufficiently for mass spectrometric analysis. The masses of the dNTPs were then measured by mass spectrometry. The mass spectrometer was an AB SCIEX Triple Quad (AB Sciex LLC, Framingham, MA). Detection was performed in negative ion mode with in-source fragmentation. Experimental error for this mass spectrometer is reported by the manufacturer as ±0.2 atomic mass units.

51.   The samples were loaded onto the LC/MS by injection of 10.0 μL of sample. Three samples were loaded in the following order: (a) 10 mM Tris, pH 7.4 blank, (b) BGI PE100 Unlabelled dNTPs Mix, (c) Jena 3-AZM-dNTPs Mix. Between each sample, a methanol blank was analysed to ensure no sample carry over was observed.

Results

52.   Expected masses[3] for the free dNTP anion and masses observed in the LC/MS analysis for both the BGI PE100 Unlabelled dNTPs Mix ("**BGI**") and the Jena 3-AZM-dNTPs Mix ("**Jena**") are summarized in Table 2 below:

---

[3] Expected masses are based on the known atomic composition of each free anion for the four Jena 3-AZM-dNTPs.

2788669

### LC/MS Mass Observations

| dNTP | Source | Observed Ion (mass/charge) |
|---|---|---|
| 3-AZM-dTTP | Expected | 536.2 |
| | Jena | 536.1 |
| | BGI | 536.1 |
| 3-AZM-dATP | Expected | 545.2 |
| | Jena | 545.1 |
| | BGI | 545.3 |
| 3-AZM-dCTP | Expected | 521.2 |
| | Jena | 521.1 |
| | BGI | 521.2 |
| 3-AZM-dGTP | Expected | 561.2 |
| | Jena | 561.1 |
| | BGI | 561.1 |

Table 2

53.     For each of the four dNTPs, the expected mass, the Jena observed mass, and the BGI observed mass reported in Table 2 are within experimental error (±0.2 atomic mass units) of each other. These results confirm that the dNTPs in both the BGI PE100 Unlabelled dNTPs Mix and the Jena 3-AZM-dNTPs Mix have the expected mass of the four 3'-O-azidomethyl-dNTPs. These results confirm that each of the dNTPs in the BGI PE100 Unlabelled dNTPs Mix has the same structural composition as the dNTPs in the Jena 3-AZM-dNTPs Mix.

**Statement of truth**

I confirm that I have made clear which facts and matters referred to in this Report are within my own knowledge and which are not. Those that are within my own knowledge I confirm to be true. The opinions I have expressed represent my true and complete professional opinions on the matters to which they refer.

2788669

SIGNED:      ………………………………………..

NAME:      Mary M. Dothage, Eurofins EAG Materials Sciences

DATE:      05/10/2019

2788669