```
 1  Katie J.L. Scott (Cal. Bar No. 233171)
    Email address: katie.scott@arnoldporter.com
 2  ARNOLD & PORTER KAYE SCHOLER LLP
    3000 El Camino Real
 3  Building 5, Suite 500
    Palo Alto, California 94306
 4  Telephone:  (650) 319-4500
    Facsimile:  (650) 319-4700
 5
    Jennifer Sklenar* (Cal. Bar No. 200434)
 6  Email address: jennifer.sklenar@arnoldporter.com
    ARNOLD & PORTER KAYE SCHOLER LLP
 7  601 Massachusetts Ave, NW
    Washington, DC 20001-3743
 8  Telephone:  (202) 942-5000
    Facsimile:  (202) 942-5999
 9  *Admitted in NY and CA only;
    Practice limited to matters before
10  federal courts and federal agencies

11  Attorneys for BGI Americas Corp.,
    MGI Americas, Inc. and Complete
12  Genomics, Inc.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE APPLICATION OF ILLUMINA CAMBRIDGE LTD. | Case No. 3:19-mc-80215-WHO<br><br>**DECLARATION OF MARIA HANSEN IN SUPPORT OF MOTION TO QUASH OR LIMIT SUBPOENA** |

I, Maria Hansen, declare as follows:

1. I have personal knowledge of the facts stated herein. I could and would testify that the following facts are true and correct, to the best of my knowledge, if called upon to do so.

2. I am employed by Complete Genomics, Inc. ("CGI"), located at 2904 Orchard Pkwy, San Jose, California, 95134. I joined CGI in April 2011.

3. CGI performs sequencing-related research and development. It does not perform sequencing services commercially or sell sequencers or reagent kits to customers.

4. My title is Senior Manager, Financial Analyst and Costing and I am responsible for maintaining CGI's financial and accounting information, preparing financial reports, and supporting operations functions.

5. I also manage the finances for MGI Americas, Inc. ("MGI Americas"). MGI Americas is an affiliate of CGI in the United States that does not have sufficient business activity to warrant having its own finance employees. For MGI Americas, I am responsible for maintaining MGI Americas financial and accounting information and preparing financial reports. Additionally, I assist in the establishment of process to support the current and future operations functions of MGI Americas.

6. I have reviewed Illumina Cambridge Ltd.'s subpoena for documents to CGI, attached hereto as **Exhibit A**.

7. I have reviewed Illumina Cambridge Ltd.'s subpoena for deposition testimony to CGI, attached hereto as **Exhibit B**.

8. I have reviewed Illumina Cambridge Ltd.'s subpoena to MGI Americas, attached hereto as **Exhibit C**.

9. As Senior Manager, Financial Analyst and Costing for CGI and MGI Americas, I manage the financial information for CGI and MGI Americas in an Oracle database. I do not have access to the financial systems of any other BGI- or MGI-related entity. Specifically, I do not have access to the financial systems for MGI Tech, BGI Genomics, BGI Americas, or any BGI or MGI affiliates in Europe. I am not aware of any employees of CGI or MGI Americas having access to these other entities' financial systems because such access is tightly controlled.

10. With respect to the documents identified in Request Nos. 1-2 in the subpoenas to CGI and MGI Americas, with one exception, the requested information is maintained in systems that are outside the United States and are not accessible by CGI or MGI Americas employees. My understanding is that this information is maintained in financial systems in Europe and/or China. To my knowledge, the sole exception to this is that I have access to MGI Tech financial data from June 2, 2016 to July 31, 2018 because MGI Tech shared the Complete Genomics' Oracle database during this timeframe. I was not responsible for managing this MGI Tech financial data, and could not attest to its accuracy or completeness.

11. With respect to Request No. 3, I am not aware of any document that identifies "which BGI Entity is responsible for the manufacture, distribution, import, offer for sale and sale of BGI Sequencers and Sequencing Reagent Kits in Denmark, German, Switzerland and Turkey." If such document exists, I am not aware of anyone at CGI or MGI Americas having such documents.

12. With respect to Request Nos. 4-13, I have no knowledge of the requested documents. Such documents are directed to technical issues, which are outside my finance-related role for CGI and MGI Americas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 2, 2019, in Dunwoody Georgia (location).

_____
Maria Hansen