# Exhibit B

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Illumina Cambridge Ltd. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| Complete Genomics, Inc., et. al. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                                    Complete Genomics, Inc.

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

See Attachment A

| Place: Veritext - San Franciso 101 Montgomery St #450, San Francisco, CA 94104 | Date and Time: 12/17/2019 9:00 am |
|---|---|

The deposition will be recorded by this method:    via stenographic and videographic means

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: See Attachment A

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    09/06/2019

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| Signature of Clerk or Deputy Clerk | | Attorney's signature |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Illumina Cambridge Ltd. _____ , who issues or requests this subpoena, are:
Brian J. Dunne, Pierce Bainbridge Beck Price & Hecht LLP, 355 S. Grand Ave. 44th Floor, Los Angeles, CA 90071, (213) 262-9333, bdunne@piercebainbridge.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*

on *(date)* .

☐ I served the subpoena by delivering a copy to the named individual as follows:

on *(date)* ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

### (c) Place of Compliance.

(1) *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
    (i) is a party or a party's officer; or
    (ii) is commanded to attend a trial and would not incur substantial expense.

(2) *For Other Discovery.* A subpoena may command:
  (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  (B) inspection of premises at the premises to be inspected.

### (d) Protecting a Person Subject to a Subpoena; Enforcement.

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*
  (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*
  (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    (i) fails to allow a reasonable time to comply;
    (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
    (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    (iv) subjects a person to undue burden.
  (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

    (i) disclosing a trade secret or other confidential research, development, or commercial information; or
    (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    (ii) ensures that the subpoenaed person will be reasonably compensated.

### (e) Duties in Responding to a Subpoena.

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*
  (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    (i) expressly make the claim; and
    (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

### (g) Contempt.

The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

Attachment A

## General Instruction

These Topics are intended to elicit as much information as possible concerning the issues, and to the extent any Topic could be interpreted in more than one way, you should employ the interpretation of the Topic most likely to encompass and elicit the greatest amount of information possible.

## Definitions

In this schedule:

1. "Complete Genomics" means Complete Genomics, Inc. and its predecessors, successors, subsidiaries, parents, affiliates, and its past or present directors, officers, agents, representatives, employees, consultants, attorneys, joint venturers, and partners.
2. "BGI Entity" means BGI Genomics Co., Ltd., BGI Americas Corp., MGI Tech Co., Ltd., MGI Americas, Inc., and Complete Genomics, and their predecessors, successors, subsidiaries, parents, affiliates, and its past or present directors, officers, agents, representatives, employees, consultants, attorneys, joint venturers, and partners.
3. A "BGI Sequencer" is any sequencer manufactured, distributed, used, offered for sale, or sold by any BGI Entity in Denmark, Germany, Switzerland, or Turkey, including, but not limited to the MGISEQ-T7, the MGISEQ-2000, the MGISEQ-200, the BGISEQ-500, and the BGISEQ-50.
4. A "Sequencing Reagent Kit" is a kit manufactured, distributed, imported, used, offered for sale, or sold by any BGI Entity in Denmark, Germany, Switzerland, or Turkey and designed for polynucleotide sequencing on a BGI Sequencer. For purposes of illustration only, Sequencing Reagent Kits include (i) the kits set forth in MGI Tech Co. Ltd.'s catalog, attached hereto as Exhibit 1, and (ii) the Universal Reaction Kit for Sequencing set forth on page 5 of the BGI Local Laboratory Local Solutions manual, attached as Exhibit 2, insofar as such kits are manufactured, distributed, imported, used, offered for sale, or sold in Denmark, Germany, Switzerland, or Turkey.
5. The terms "you," "your," and similar words mean Complete Genomics and its predecessors, successors, subsidiaries, parents, affiliates, and its past or present directors, officers, agents, representatives, employees, consultants, attorneys, joint venturers, and partners.
6. The term "electronically stored information" has the broadest scope permissible under Rule 34 of the Federal Rules of Civil Procedure.
7. The word "documents" has the broadest scope permissible under Rule 34 of the Federal Rules of Civil Procedure and includes electronically stored information.

## Topics for Examination

1. Sales of BGI Sequencers and Sequencing Reagent Kits in Denmark, Germany, Switzerland and Turkey.
2. Models of BGI Sequencers and Sequencing Reagent Kits offered for sale in Denmark, Germany, Switzerland and Turkey.

3. Identification of BGI Entities responsible for the manufacture, distribution, import, offer for sale and sale of BGI Sequencers and Sequencing Reagent Kits in Denmark, Germany, Switzerland and Turkey.

4. The chemical composition (and structure) of each component of the Sequencing Reagent Kits, including but not limited to the chemical composition and structure of each nucleotide molecule contained in the kit and the chemical composition of each solution contained in the kit.

5. For each Sequencing Reagent Kit, whether the kit contains modified nucleotides that comprise a removable 3'-azidomethyl blocking group or modified nucleotide triphosphate molecules comprising a 3'-azidomethyl group.

6. For each model of BGI Sequencer, the steps in the sequencing technology when modified nucleotides that comprise a removable 3'-azidomethyl blocking group or modified nucleotide triphosphate molecules comprising a 3'-azidomethyl group are used.

7. For each Sequencing Reagent Kit, whether the kit contains modified nucleotides in which the purine or pyrimidine base is linked to a detectable label via a cleavable linker or a non-cleavable linker and the chemical composition of the label and the linker.

8. For each model of BGI Sequencer, the steps in the sequencing technology when modified nucleotides in which the purine or pyrimidine base is linked to a detectable label via a cleavable linker or a non-cleavable linker are used.

9. For each Sequencing Reagent Kit, whether the kit contains a solution containing ascorbic acid.

10. For each model of BGI Sequencer, the steps in the sequencing technology when a solution containing ascorbic acid is used and the purpose of using such a solution.

11. For each Sequencing Reagent Kit, whether the kit contains a DNA polymerase from *Thermococcus sp* and the amino acid sequence thereof.

12. For each Sequencing Reagent Kit, whether the kit contains a solution containing a water-soluble phosphine.

13. For each model of BGI Sequencer, the steps in the sequencing technology when a solution containing a water-soluble phosphine is used and the purpose of using such a solution.

# EXHIBIT 1

# Product Catalog

— MGI sequencing reagents &sequencing library construction products

## Contents

Instructions ............................................................................................................................................................... 2

Sequencing reagent products ............................................................................................................................ 3

  BGISEQ-500 High-throughput Sequencing Set. .......................................................................................... 3

  MGISEQ-2000 High-throughput Sequencing Set. ...................................................................................... 4

  MGISEQ-2000 High-throughput Rapid Sequencing Set. .......................................................................... 5

  MGISEQ-200 High-throughput Sequencing Set. ....................................................................................... 5

  High-throughput Sequencing Set (App-A). ................................................................................................. 6

  High-throughput Sequencing Set (TM). ...................................................................................................... 7

  High-throughput Sequencing Set (sLFR). ................................................................................................... 8

Sequencing library construction products .......................................................................................................... 9

  DNA Sequencing Library Preparation products. ........................................................................................ 9

  RNA Sequencing Library Preparation products. ...................................................................................... 11

  Whole Exome Sequencing Library Preparation products. ....................................................................... 12

  EpiGen Sequencing Library Preparation products. .................................................................................. 13

  Clinical research application Sequencing Library Preparation products. ................................................. 13

  Library preparation modules. .................................................................................................................... 14

  Single Cell Whole Genome Amplification products. ................................................................................ 14

More support. ................................................................................................................................................... 15

## Instructions

Welcome to order MGI sequencing reagent products and sequencing library preparation products. MGI has launched a series of sequencing reagent products with read length from SE50 to PE200 and a variety of sequencing library preparation solutions such as DNA library, exome library, RNA library, methylation sequencing library, clinical research application sequencing Library etc. to satisfy your diverse application needs.

This catalog provides you with the following information on the MGI sequencing reagents products and sequencing library preparation solutions:

❖ Catalog Number and configuration, including sub-kit's part number and configuration

❖ Storage temperature

This catalogue is convenient for you:

❖ To know in advance the core components of the library preparation solutions and the corresponding storage conditions;

❖ Quickly review the product name, ordering number and brief information of the library preparation solutions and purchase the required reagents;

❖ To search the product name or order number of the library preparation solutions, and check or download the product related information, such as the user manual, datasheet, in advance according to the product name or ordering number. For details, please refer to the corresponding support in Support. content;

❖ After ordering the product, the core composition of the library preparation set is checked whether the set is completed.

# Sequencing reagent products

The MGI sequencing reagent set series is mainly composed of sequencing reagents, flow cell and their accessories.

## BGISEQ-500 High-throughput Sequencing Set

| Catalog Number | Product Name | Version | Part Number of component kits | product name of component kits | Configuration | Storage temperature |
|---|---|---|---|---|---|---|
| 1000002072 | BGISEQ-500RS High-throughput Sequencing Set (SE50) | V3.0 | 1000005479 | BGISEQ-500RS High-throughput Sequencing Kit (SE50) V3.0 | 60 Cycles | -25℃~-15℃ |
| | | | 1000005488 | BGISEQ-500RS DNB Make Load Reagent Kit | 1 EA | -25℃~-15℃ |
| | | | 1000005486 | BGISEQ-500RS Sequencing Flow Cell | 1 EA | 0℃-25℃ |
| | | | 1000005005 | Cartridges Cover Plate | 1 EA | RT |
| 1000005475 | BGISEQ-500RS High-throughput Sequencing Set (PE50) | V3.0 | 1000005482 | BGISEQ-500RS High-throughput Sequencing Kit (PE50) V3.0 | 110 Cycles | -25℃~-15℃ |
| | | | 1000005488 | BGISEQ-500RS DNB Make Load Reagent Kit | 1 EA | -25℃~-15℃ |
| | | | 1000005486 | BGISEQ-500RS Sequencing Flow Cell | 1 EA | 0℃-25℃ |
| | | | 1000005005 | Cartridges Cover Plate | 1 EA | RT |
| 1000005478 | BGISEQ-500RS High-throughput Sequencing Set (PE100) | V3.0 | 1000005485 | BGISEQ-500RS High-throughput Sequencing Kit (PE100) V3.0 | 210 Cycles | -25℃~-15℃ |
| | | | 1000005488 | BGISEQ-500RS DNB Make Load Reagent Kit | 1 EA | -25℃~-15℃ |
| | | | 1000005486 | BGISEQ-500RS Sequencing Flow Cell | 1 EA | 0℃-25℃ |
| | | | 1000005005 | Cartridges Cover Plate | 1 EA | RT |
| 1000006137 | BGISEQ-500RS High-throughput Sequencing Set (SE50) (Small RNA) | V3.0 | 1000006387 | MGIEasy Wash Buffer for Small RNA Sequencing | 4.8 mL | -25℃~-15℃ |
| | | | 1000005479 | BGISEQ-500RS High-throughput Sequencing Kit (SE50) V3.0 | 60 Cycles | -25℃~-15℃ |
| | | | 1000005488 | BGISEQ-500RS DNB Make Load Reagent Kit | 1 EA | -25℃~-15℃ |
| | | | 1000005486 | BGISEQ-500RS Sequencing Flow Cell | 1 EA | 0℃-25℃ |

Note: The use manuals of the above sequencing reagents are BGISEQ-500RS High-throughput Sequencing Set User Manual.

# MGISEQ-2000 High-throughput Sequencing Set

| Catalog Number | Product Name | Version | Part Number of component kits | product name of component kits | Configuration | Storage temperature |
|---|---|---|---|---|---|---|
| 1000012551 | MGISEQ-2000RS High-throughput Sequencing Set (SE50) | V3.1 | 1000012533 | MGISEQ-2000RS High-throughput Sequencing Kit (SE50) V3.1 | 60 Cycles | -25℃~-15℃ |
| | | | 1000008403 | MGISEQ-2000RS High-throughput Sequencing Flow Cell V3.0 | 1 EA | RT |
| 1000012552 | MGISEQ-2000RS High-throughput Sequencing Set (SE100) | V3.1 | 1000012534 | MGISEQ-2000RS High-throughput Sequencing Kit (SE100) V3.1 | 110 Cycles | -25℃~-15℃ |
| | | | 1000008403 | MGISEQ-2000RS High-throughput Sequencing Flow Cell V3.0 | 1 EA | RT |
| 1000012554 | MGISEQ-2000RS High-throughput Sequencing Set (PE100) | V3.1 | 1000012536 | MGISEQ-2000RS High-throughput Sequencing Kit (PE100) V3.1 | 210 Cycles | -25℃~-15℃ |
| | | | 1000008403 | MGISEQ-2000RS Sequencing Flow Cell V3.0 | 1 EA | RT |
| 1000012555 | MGISEQ-2000RS High-throughput Sequencing Set (PE150) | V3.1 | 1000012537 | MGISEQ-2000RS High-throughput Sequencing Kit (PE150) V3.1 | 310 Cycles | -25℃~-15℃ |
| | | | 1000008403 | MGISEQ-2000RS Sequencing Flow Cell V3.0 | 1 EA | RT |
| 1000013857 | MGISEQ-2000RS High-throughput Sequencing Set (SE400) | V3.1 | 1000013853 | MGISEQ-2000RS High-throughput Sequencing Refill Kit (SE400) V3.1 | 410 Cycles | -25℃~-15℃ |
| | | | 1000008403 | MGISEQ-2000RS Sequencing Flow Cell V3.0 | 1 EA | RT |
| 1000013858 | MGISEQ-2000RS High-throughput Sequencing Set (PE200) | V3.1 | 1000013854 | MGISEQ-2000RS High-throughput Sequencing Refill Kit (PE200) V3.1 | 410 Cycles | -25℃~-15℃ |
| | | | 1000013856 | MGISEQ-2000RS High-throughput Sequencing Kit (PE200) V3.1 | 410 Cycles | -25℃~-15℃ |
| | | | 1000008403 | MGISEQ-2000RS High-throughput Sequencing Kit (SE400) V3.1 | 1 EA | RT |
| 1000006138 | MGISEQ-2000RS High-throughput Sequencing Set (SE50) (Small RNA) | V3.1 | 1000006387 | MGIEasy Wash Buffer For Small RNA Sequencing | 4.8 mL | RT |
| | | | 1000012533 | MGISEQ-2000RS High-throughput Sequencing Kit (SE50) V3.1 | 60 Cycles | -25℃~-15℃ |
| | | | 1000008403 | MGISEQ-2000RS Sequencing Flow Cell V3.0 | 1 EA | RT |

Note: The use manuals of the above sequencing reagents are MGISEQ-2000RS High-throughput Sequencing Set User Manual.

## MGISEQ-2000 High-throughput Rapid Sequencing Set

| Catalog Number | Product Name | Version | Part Number of component kits | product name of component kits | Configuration | Storage temperature |
|---|---|---|---|---|---|---|
| 1000013155 | MGISEQ-2000RS High-throughput Rapid Sequencing Set (FCS PE100) | V1.0 | 1000013151 | MGISEQ-2000RS High-throughput Rapid Sequencing Kit (FCS PE100) V1.0 | 210 Cycles | -25℃~-15℃ |
| | | | 1000011720 | MGISEQ-2000RS Rapid Sequencing Flow Cell（FCS） | 1 EA | RT |
| 1000011718 | MGISEQ-2000RS High-throughput Rapid Sequencing Set (FCS PE150) | V1.0 | 1000013152 | MGISEQ-2000RS High-throughput Rapid Sequencing Kit (FCS PE150) V1.0 | 310 Cycles | -25℃~-15℃ |
| | | | 1000011720 | MGISEQ-2000RS Rapid Sequencing Flow Cell（FCS） | 1 EA | RT |

Note: The use manuals of the above sequencing reagents are MGISEQ-2000RS High-throughput Rapid Sequencing Set User Manual.

## MGISEQ-200 High-throughput Sequencing Set

| Catalog Number | Product Name | Version | Part Number of component kits | product name of component kits | Configuration | Storage temperature |
|---|---|---|---|---|---|---|
| 1000004635 | MGISEQ-200RS High-throughput Sequencing Set (SE50) | V3.0 | 1000005230 | MGISEQ-200RS High-throughput Sequencing Kit (SE50) | 60 Cycles | -25℃~-15℃ |
| | | | 1000003794 | MGISEQ-200RS Sequencing Flow Cell | 1 EA | RT |
| 1000005227 | MGISEQ-200RS High-throughput Sequencing Set (SE100) | V3.0 | 1000005232 | MGISEQ-200RS High-throughput Sequencing Kit (SE100) | 110 Cycles | -25℃~-15℃ |
| | | | 1000003794 | MGISEQ-200RS Sequencing Flow Cell | 1 EA | RT |
| 1000005228 | MGISEQ-200RS High-throughput Sequencing Set (PE50) | V3.0 | 1000003795 | MGISEQ-200RS High-throughput Sequencing Kit (PE50) | 110 Cycles | -25℃~-15℃ |
| | | | 1000003794 | MGISEQ-200RS Sequencing Flow Cell | 1 EA | RT |
| 1000005229 | MGISEQ-200RS High-throughput Sequencing Set (PE100) | V3.0 | 1000005233 | MGISEQ-200RS High-throughput Sequencing Kit (PE100) | 210 Cycles | -25℃~-15℃ |
| | | | 1000003794 | MGISEQ-200RS Sequencing Flow Cell | 1 EA | RT |

Note: The use manuals of the above sequencing reagents are MGISEQ-200RS High-throughput Sequencing Set User Manual.

# High-throughput Sequencing Set (App-A)

| Catalog Number | Product Name | Version | Part Number of component kits | product name of component kits | Configuration | Storage temperature |
|---|---|---|---|---|---|---|
| 1000004562 | BGISEQ-500RS High-Throughput Sequencing Set (App-A) (PE100) | V1.0 | 1000005485 | BGISEQ-500RS High-throughput Sequencing Kit (PE100) V3.0 | 210 Cycles | -25℃~-15℃ |
| | | | 1000005488 | BGISEQ-500RS DNB Make Load Reagent Kit | 1 EA | -25℃~-15℃ |
| | | | 1000005486 | BGISEQ-500RS Sequencing Flow Cell | 1 EA | 0℃~-25℃ |
| | | | 1000004156 | High-Throughput Pair-End Sequencing Primer Kit (App-A) | 1 EA | -25℃~-15℃ |
| | | | 1000005005 | Cartridges Cover Plate | 1 EA | RT |
| 1000014049 | MGISEQ-2000RS High-Throughput Sequencing Set (App-A) (SE50) | V1.0 | 1000012291 | High-Throughput Single-End Sequencing Primer Kit (App-A) | 1 Kit | -25℃~-15℃ |
| | | | 1000012533 | MGISEQ-2000RS High-throughput Sequencing Kit (SE50) V3.1 | 60 Cycles | -25℃~-15℃ |
| | | | 1000008403 | MGISEQ-2000RS Sequencing Flow Cell V3.0 | 1 EA | RT |
| 1000005662 | MGISEQ-2000RS High-Throughput Sequencing Set (App-A) (PE100) | V1.0 | 1000012536 | MGISEQ-2000RS High-throughput Sequencing Kit (PE100) V3.1 | 210 Cycles | -25℃~-15℃ |
| | | | 1000008403 | MGISEQ-2000RS Sequencing Flow Cell V3.0 | 1 EA | RT |
| | | | 1000004156 | High-Throughput Pair-End Sequencing Primer Kit (App-A) | 1 EA | -25℃~-15℃ |
| 1000014051 | MGISEQ-2000RS High-Throughput Sequencing Set (App-A) (PE150) | V1.0 | 1000012537 | MGISEQ-2000RS High-throughput Sequencing Kit (PE150) V3.1 | 310 Cycles | -25℃~-15℃ |
| | | | 1000008403 | MGISEQ-2000RS Sequencing Flow Cell V3.0 | 1 EA | RT |
| 1000014052 | MGISEQ-200RS High-Throughput Sequencing Set (App-A) (SE50) | V1.0 | 1000012291 | High-Throughput Single-End Sequencing Primer Kit (App-A) | 1 Kit | -25℃~-15℃ |
| | | | 1000005230 | MGISEQ-200RS High-throughput Sequencing Kit (SE50) | 60 Cycles | -25℃~-15℃ |
| | | | 1000003794 | MGISEQ-200RS Sequencing Flow Cell | 1 EA | RT |
| 1000014054 | MGISEQ-200RS High-Throughput Sequencing Set (App-A) (PE100) | V1.0 | 1000004156 | High-Throughput Pair-End Sequencing Primer Kit (App-A) | 1 EA | -25℃~-15℃ |
| | | | 1000005233 | MGISEQ-200RS High-throughput Sequencing Kit (PE100) | 210 Cycles | -25℃~-15℃ |
| | | | 1000003794 | MGISEQ-200RS Sequencing Flow Cell | 1 EA | RT |

Note: The use manuals of the above sequencing reagents are High-throughput Sequencing Set (APP) User Manual.

# High-throughput Sequencing Set (TM)

| Catalog Number | Product Name | Version | Part Number of component kits | product name of component kits | Configuration | Storage temperature |
|---|---|---|---|---|---|---|
| 1000013822 | MGISEQ-500RS High-throughput Sequencing Set (TM) (SE50) | V1.0 | 100005479 | BGISEQ-500RS High-throughput Sequencing Kit (SE50) V3.0 | 60 Cycles | -25℃~-15℃ |
| | | | 100005488 | BGISEQ-500RS DNB Make Load Reagent Kit | 1 EA | -25℃~-15℃ |
| | | | 100005486 | BGISEQ-500RS Sequencing Flow Cell | 1 EA | 0℃~25℃ |
| | | | 100005005 | Cartridges Cover Plate | 1 EA | RT |
| | | | 100013816 | High-Throughput Sequencing Primer Kit ™ | 1 Kit | -25℃~-15℃ |
| 1000013823 | MGISEQ-500RS High-throughput Sequencing Set (TM) (PE100) | V1.0 | 100005485 | BGISEQ-500RS High-throughput Sequencing Kit (PE100) V3.0 | 210 Cycles | -25℃~-15℃ |
| | | | 100005488 | BGISEQ-500RS DNB Make Load Reagent Kit | 1 EA | -25℃~-15℃ |
| | | | 100005486 | BGISEQ-500RS Sequencing Flow Cell | 1 EA | 0℃~25℃ |
| | | | 100005005 | Cartridges Cover Plate | 1 EA | RT |
| | | | 100013816 | High-Throughput Sequencing Primer Kit ™ | 1 Kit | -25℃~-15℃ |
| 1000013819 | MGISEQ-2000RS High-throughput Sequencing Set (TM) (SE50) | V1.0 | 100012533 | MGISEQ-2000RS High-throughput Sequencing Kit (SE50) V3.1 | 60 Cycles | -25℃~-15℃ |
| | | | 100008403 | MGISEQ-2000RS Sequencing Flow Cell V3.0 | 1 EA | RT |
| | | | 100013816 | High-Throughput Sequencing Primer Kit ™ | 1 Kit | -25℃~-15℃ |
| 1000013820 | MGISEQ-2000RS High-throughput Sequencing Set (TM) (PE100) | V1.0 | 100012536 | MGISEQ-2000RS High-throughput Sequencing Kit (PE100) V3.1 | 210 Cycles | -25℃~-15℃ |
| | | | 100008403 | MGISEQ-2000RS Sequencing Flow Cell V3.0 | 1 EA | RT |
| | | | 100013816 | High-Throughput Sequencing Primer Kit ™ | 1 Kit | -25℃~-15℃ |
| 1000013821 | MGISEQ-2000RS High-throughput Sequencing Set (TM) (PE150) | V1.0 | 100012537 | MGISEQ-2000RS High-throughput Sequencing Kit (PE150) V3.1 | 310 Cycles | -25℃~-15℃ |
| | | | 100008403 | MGISEQ-2000RS Sequencing Flow Cell V3.0 | 1 EA | RT |
| | | | 100013816 | High-Throughput Sequencing Primer Kit ™ | 1 Kit | -25℃~-15℃ |
| 1000013817 | MGISEQ-2000RS High-throughput Sequencing Set (TM) (SE50) | V1.0 | 100005230 | MGISEQ-2000RS High-throughput Sequencing Kit (SE50) | 60 Cycles | -25℃~-15℃ |
| | | | 100003794 | MGISEQ-2000RS Sequencing Flow Cell | 1 EA | RT |
| | | | 100013816 | High-Throughput Sequencing Primer Kit ™ | 1 Kit | RT |
| 1000013818 | MGISEQ-200RS High-throughput Sequencing Set (TM) (PE100) | V1.0 | 100003794 | MGISEQ-200RS Sequencing Flow Cell | 1 EA | RT |
| | | | 100005233 | MGISEQ-200RS High-throughput Sequencing Kit (PE100) | 210 Cycles | -25℃~-15℃ |
| | | | 100013816 | High-Throughput Sequencing Primer Kit ™ | 1 Kit | -25℃~-15℃ |

Note: The use manuals of the above sequencing reagents are High-throughput Sequencing Set (TM) User Manual.

## High-throughput Sequencing Set (stLFR)

| Catalog Number | Product Name | Version | Part Number of component kits | product name of component kits | Configuration | Storage temperature |
|---|---|---|---|---|---|---|
| 1000011543 | BGISEQ-500RS High-throughput Sequencing Set (stLFR) (PE100) | V1.0 | 1000011542 | BGISEQ-500RS High-throughput Sequencing Kit (stLFR) (PE100) | 242 Cycles | -25℃~-15℃ |
| | | | 1000012531 | BGISEQ-500RS DNB Make Load Reagent Kit（stLFR） | 1 Kit | -25℃~-15℃ |
| | | | 1000005486 | BGISEQ-500RS Sequencing Flow Cell | 1 EA | 0℃-25℃ |
| | | | 1000005005 | Cartridges Cover Plate | 1 EA | RT |
| 1000011545 | MGISEQ-2000RS High-throughput Sequencing Set (stLFR) (PE100) | V1.0 | 1000011546 | MGISEQ-2000RS High-throughput Sequencing Kit (stLFR)（PE100） | 242 Cycles | -25℃~-15℃ |
| | | | 1000008403 | MGISEQ-2000RS Sequencing Flow Cell V3.0 | 1 EA | RT |

Note: The use manuals of the above sequencing reagents are:

BGISEQ-500RS High-throughput Sequencing Set (stLFR) User Manual

MGISEQ-2000RS High-throughput Sequencing Set（stLFR）User Manual

# Sequencing library construction products

The MGI sequencing library preparation solutions are mainly composed of four parts: a core library construction reagent, adaptors, purification beads and circularization reagent. In order to ensure the best results of library preparation, it is recommended that you purchase the complete MGI sequencing library preparation solution series directly.

Due to the different storage and transport temperatures that are required for different reagent components, sequencing library preparation reagents may be divided into multiple sub-kits.

## DNA Sequencing Library Preparation products

| Catalog Number | Product Name | Configuration | Version | Part Number of component kits | product name of component kits | Configuration | Storage temperature |
|---|---|---|---|---|---|---|---|
| 1000006985 | MGIEasy Universal DNA Library Prep Set | 16 RXN | V1.0 | 1000005248 | MGIEasy Universal DNA Library Prep Kit V1.0 | 16 RXN | -25°C—-15°C |
| | | | | 1000005284 | MGIEasy DNA Adapters-16(Tubes) Kit V1.0 | 16 x 1 RXN | -25°C—-15°C |
| | | | | 1000005278 | MGIEasy DNA Clean Beads | 8 mL | 2°C-8°C |
| | | | | 1000005260 | MGIEasy Circularization Module V2.0 | 16 RXN | -25°C—-15°C |
| 1000006986 | MGIEasy Universal DNA Library Prep Set | 96 RXN | V1.0 | 1000005250 | MGIEasy Universal DNA Library Prep Kit V1.0 | 96 RXN | -25°C—-15°C |
| | | | | 1000005282 | MGIEasy DNA Adapters-96(Plate) Kit V1.0 | 96 x 1 RXN | -25°C—-15°C |
| | | | | 1000005279 | MGIEasy DNA Clean Beads | 50 mL | 2°C-8°C |
| | | | | 1000005260 | MGIEasy Circularization Module V2.0 | 16 RXN | -25°C—-15°C |
| 1000006987 | MGIEasy FS DNA Library Prep Set | 16 RXN | V2.0 | 1000005254 | MGIEasy FS DNA Library Prep Kit V1.0 | 16 RXN | -25°C—-15°C |
| | | | | 1000005284 | MGIEasy DNA Adapters-16(Tubes) Kit V1.0 | 16 x 1 RXN | -25°C—-15°C |
| | | | | 1000005278 | MGIEasy DNA Clean Beads | 8 mL | 2°C-8°C |
| | | | | 1000005260 | MGIEasy Circularization Module V2.0 | 16 RXN | -25°C—-15°C |
| 1000006988 | MGIEasy FS DNA Library Prep Set | 96 RXN | V2.0 | 1000005256 | MGIEasy FS DNA Library Prep Kit V1.0 | 96 RXN | -25°C—-15°C |
| | | | | 1000005282 | MGIEasy DNA Adapters-96(Plate) Kit V1.0 | 96 x 1 RXN | -25°C—-15°C |
| | | | | 1000005279 | MGIEasy DNA Clean Beads | 50 mL | 2°C-8°C |
| | | | | 1000005260 | MGIEasy Circularization Module V2.0 | 16 RXN | -25°C—-15°C |
| 1000013452 | MGIEasy PCR-Free DNA Library Prep Set | 16 RXN | V1.0 | 1000013456 | MGIEasy PCR-Free DNA Library Prep Kit V1.0 | 16 RXN | -25°C—-15°C |
| | | | | 1000013460 | MGIEasy PF Adapters-16 (Tubes) Kit V1.0 | 16 x 1 RXN | -25°C—-15°C |
| | | | | 1000005278 | MGIEasy DNA Clean Beads | 8 mL | 2°C-8°C |
| 1000013453 | MGIEasy PCR-Free DNA Library Prep Set | 96 RXN | V1.0 | 1000013457 | MGIEasy PCR-Free DNA Library Prep Kit V1.0 | 96 RXN | -25°C—-15°C |
| | | | | 1000013461 | MGIEasy PF Adapters-96 (Plate) Kit V1.0 | 96 x 1 RXN | -25°C—-15°C |
| | | | | 1000005279 | MGIEasy DNA Clean Beads | 50 mL | 2°C-8°C |

| Code | Product | Size | Version | Component Code | Component | Component Size | Temperature |
|---|---|---|---|---|---|---|---|
| 1000013454 | MGIEasy FS PCR-Free DNA Library Prep Set | 16 RXN | V1.0 | 1000013458 | MGIEasy FS PCR-free DNA Library Prep Kit V1.0 | 16 RXN | -25°C~-15°C |
| | | | | 1000013460 | MGIEasy PF Adapters-16 (Tubes) Kit V1.0 | 16 x 1 RXN | -25°C~-15°C |
| | | | | 1000005278 | MGIEasy DNA Clean Beads | 8 mL | 2°C-8°C |
| 1000013455 | MGIEasy FS PCR-Free DNA Library Prep Set | 96 RXN | V1.0 | 1000013459 | MGIEasy FS PCR-Free DNA Library Prep Kit V1.0 | 96 RXN | -25°C~-15°C |
| | | | | 1000013461 | MGIEasy PF Adapters-96 (Plate) Kit V1.0 | 96 x 1 RXN | -25°C~-15°C |
| | | | | 1000005279 | MGIEasy DNA Clean Beads | 50 mL | 2°C-8°C |
| 1000007037 | MGIEasy Cell-free DNA Library Prep Set | 48 RXN | V1.0 | 1000003988 | MGIEasy Cell-free DNA Library Prep Kit V1.0 | 48 RXN | Box 1: -25°C~-15°C Box 2: 2°C-8°C |
| | | | | 1000005258 | MGIEasy Rapid Circularization Module V1.0 | 16 RXN | -25°C~-15°C |
| 1000012701 | MGIEasy Cell-free DNA Library Prep Set | 96 RXN | V1.0 | 1000012700 | MGIEasy Cell-free DNA Library Prep Kit V1.0 | 96 RXN | Box1: -25°C~-15°C; Box2: -25°C~-15°C; Box3: 2°C-8°C |
| | | | | 1000005258 | MGIEasy Rapid Circularization Module V1.0 | 16 RXN | -25°C~-15°C |
| 1000005242 | MGIEasy RAD Library Prep Kit | 64 RXN | V1.0 | 1000005242 | MGIEasy RAD Library Prep Kit | 64 RXN | -25°C~-15°C |
| 1000005622 | MGIEasy stLFR Library Prep Kit | 16 RXN | V1.0 | 1000005622 | MGIEasy stLFR Library Prep Kit | 16 RXN | Box 1: -25°C~-15°C Box 2: 2°C-8°C |

RNA Sequencing Library Preparation products

| Catalog Number | Product Name | Configuration | Version | Part Number of component kits | product name of component kits | Configuration | Storage temperature |
|---|---|---|---|---|---|---|---|
| 1000006383 | MGIEasy RNA Library Prep Set | 16 RXN | V3.0 | 1000005274 | MGIEasy RNA Library Prep Kit V3.0 | 16 RXN | -25°C~-15°C |
| | | | | 1000005284 | MGIEasy DNA Adapters-16(Tubes) Kit V1.0 | 16 x 1 RXN | -25°C~-15°C |
| | | | | 1000005278 | MGIEasy DNA Clean Beads | 8 mL | 2°C~8°C |
| | | | | 1000005260 | MGIEasy Circularization Module V2.0 | 16 RXN | -25°C~-15°C |
| 1000006384 | MGIEasy RNA Library Prep Set | 96 RXN | V3.0 | 1000005276 | MGIEasy RNA Library Prep Kit V3.0 | 96 RXN | -25°C~-15°C |
| | | | | 1000005282 | MGIEasy DNA Adapters-96(Plate) Kit V1.0 | 96 x 1 RXN | -25°C~-15°C |
| | | | | 1000005279 | MGIEasy DNA Clean Beads | 50 mL | 2°C~8°C |
| | | | | 1000005260 | MGIEasy Circularization Module V2.0 | 16 RXN | -25°C~-15°C |
| 1000006385 | MGIEasy RNA Directional Library Prep Set | 16 RXN | V2.0 | 1000005260 | MGIEasy Circularization Module V2.0 | 16 RXN | -25°C~-15°C |
| | | | | 1000005270 | MGIEasy RNA Directional Library Prep Kit V2.0 | 16 RXN | -25°C~-15°C |
| | | | | 1000005284 | MGIEasy DNA Adapters-16(Tubes) Kit V1.0 | 16 x 1 RXN | -25°C~-15°C |
| | | | | 1000005278 | MGIEasy DNA Clean Beads | 8 mL | 2°C~8°C |
| 1000006386 | MGIEasy RNA Directional Library Prep Set | 96 RXN | V2.0 | 1000005260 | MGIEasy Circularization Module V2.0 | 16 RXN | -25°C~-15°C |
| | | | | 1000005272 | MGIEasy RNA Directional Library Prep Kit V2.0 | 96 RXN | -25°C~-15°C |
| | | | | 1000005282 | MGIEasy DNA Adapters-96(Plate) Kit V1.0 | 96 x 1 RXN | -25°C~-15°C |
| | | | | 1000005279 | MGIEasy DNA Clean Beads | 50 mL | 2°C~8°C |
| 1000005953 | MGIEasy rRNA Depletion Kit | 32 RXN | V1.1 | 1000005953 | MGIEasy rRNA Depletion Kit V1.1 | 32 RXN | -25°C~-15°C |
| 1000005269 | MGIEasy Small RNA Library Prep Kit | 24 RXN | V2.0 | 1000005269 | MGIEasy Small RNA Library Prep Kit V2.0 | 24 RXN | Box 1: -25°C~-15°C<br>Box 2: 2°C~8°C |

Whole Exome Sequencing Library Preparation products

| Catalog Number | Product Name | Configu ration | Versi on | Part Number of component kits | product name of component kits | Configu ration | Storage temperature |
|---|---|---|---|---|---|---|---|
| 1000007745 | MGIEasy Exome Capture V4 Probe Set | 16 RXN | V1.0 | 1000007740 | MGIEasy Exome Capture V4 Probe Kit V1.0 | 16 RXN | -80°C |
| | | | | 1000007742 | MGIEasy Exome Capture Hybridization and Wash Kit V1.0 | 16 RXN | Box 1: -25°C~-15°C Box 2: RT |
| 1000007746 | MGIEasy Exome Capture V5 Probe Set | 16 RXN | V1.0 | 1000007741 | MGIEasy Exome Capture V5 Probe Kit V1.0 | 16 RXN | -80°C |
| | | | | 1000007742 | MGIEasy Exome Capture Hybridization and Wash Kit V1.0 | 16 RXN | Box 1: -25°C~-15°C Box 2: RT |
| 1000009658 | MGIEasy Exome FS Library Prep Set | 16 RXN | V1.0 | 1000005254 | MGIEasy FS DNA Library Prep Kit V1.0 | 16 RXN | -25°C~-15°C |
| | | | | 1000005284 | MGIEasy DNA Adapters-16(Tubes) Kit V1.0 | 16 x 1 RXN | -25°C~-15°C |
| | | | | 1000005278 | MGIEasy DNA Clean Beads | 8 mL | 2°C~8°C |
| | | | | 1000005260 | MGIEasy Circularization Module V2.0 | 16 RXN | -25°C~-15°C |
| | | | | 1000007743 | MGIEasy Exome Capture Accessory Kit V1.0 | 16 RXN | -25°C~-15°C |
| 1000009657 | MGIEasy Exome Universal Library Prep Set | 16 RXN | V1.0 | 1000005248 | MGIEasy Universal DNA Library Prep Kit V1.0 | 16 RXN | -25°C~-15°C |
| | | | | 1000005284 | MGIEasy DNA Adapters-16(Tubes) Kit V1.0 | 16 x 1 RXN | -25°C~-15°C |
| | | | | 1000005278 | MGIEasy DNA Clean Beads | 8 mL | 2°C~8°C |
| | | | | 1000005260 | MGIEasy Circularization Module V2.0 | 16 RXN | -25°C~-15°C |
| | | | | 1000007743 | MGIEasy Exome Capture Accessory Kit V1.0 | 16 RXN | -25°C~-15°C |

## EpiGen Sequencing Library Preparation products

| Catalog Number | Product Name | Configuration | Version | Part Number of component kits | product name of component kits | Configuration | Storage temperature |
|---|---|---|---|---|---|---|---|
| 1000005251 | MGIEasy Whole Genome Bisulfite Sequencing Library Prep Kit | 16 RXN | V1.0 | 1000005251 | MGIEasy Whole Genome Bisulfite Sequencing Library Prep Kit | 16 RXN | -25°C~-15°C |

## Clinical research application Sequencing Library Preparation products

| Catalog Number | Product Name | Configuration | Version | Part Number of component kits | product name of component kits | Configuration | Storage temperature |
|---|---|---|---|---|---|---|---|
| 1000005291 | MGICare Detection Kit for Single Cell Chromosome Copy Number Variation Test | 48 RXN | V1.0 | 1000005291 | MGICare Detection Kit for Single Cell Chromosome Copy Number Variation Test | 48 RXN | Box 1: -25°C~-15°C Box 2: -25°C~-15°C Box 3: 2°C-8°C |
| 1000005290 | MGICare Detection Kit for Chromosome Copy Number Variation Test | 96 RXN | V1.0 | 1000005290 | MGICare Detection Kit for Chromosome Copy Number Variation Test | 96 RXN | Box 1: -25°C~-15°C Box 2: -25°C~-15°C Box 3: 2°C-8°C |
| 1000009522 | MGICare BRCA1/2 Sequencing Library Preparation Kit | 96 RXN | V1.0 | 1000009522 | MGICare BRCA1/2 Sequencing Library Preparation Kit | 96 RXN | Box 1: -25°C~-15°C Box 2: -25°C~-15°C Box 3: 2°C-8°C |

## Library preparation modules

| Catalog Number | Product Name | Configuration | Version | Part Number of component kits | product name of component kits | Configuration | Storage temperature |
|---|---|---|---|---|---|---|---|
| 1000005282 | MGIEasy DNA Adapters-96 (Plate) Kit | 96 RXN | V1.0 | 1000005282 | MGIEasy DNA Adapters-96 (Plate) Kit | 96 x 1 RXN | -25°C~-15°C |
| 1000005279 | MGIEasy DNA Clean Beads | 50 mL | V1.0 | 1000005279 | MGIEasy DNA Clean Beads | 50 mL | 2°C~8°C |
| 1000004155 | MGIEasy Universal Library Conversion Kit (App-A) | 16 RXN | V1.0 | 1000004155 | MGIEasy Universal Library Conversion Kit (App-A) | 16 RXN | -25°C~-15°C |
| 1000005259 | MGIEasy Circularization Kit | 16 RXN | V2.0 | 1000005260 | MGIEasy Circularization Module V2.0 | 16 RXN | -25°C~-15°C |
| | | | | 1000007325 | MGIEasy DNA Clean Beads | 3.2 mL | 2°C~8°C |

## Single Cell Whole Genome Amplification products

| Catalog Number | Product Name | Configuration | Version | Part Number of component kits | product name of component kits | Configuration | Storage temperature |
|---|---|---|---|---|---|---|---|
| 1000007744 | MGIEasy Single Cell Whole Genome Amplification Kit | 24 RXN | V1.0 | 1000007744 | MGIEasy Single Cell Whole Genome Amplification Kit | 24 RXN | -25°C~-15°C |
| 1000007950 | MGIEasy Mitochondrial Whole Genome Amplification Kit | 16 RXN | V1.0 | 1000007950 | MGIEasy Mitochondrial Whole Genome Amplification Kit | 16 RXN | -25°C~-15°C |

# More support

## User Manual

For User Manual, please visit https://en.mgitech.cn/download/download

And then,

Step1, type "Product Catalog" in the search field to view or download, and then search your Product Name or Part Number in the Product Catalog.

Step2, type your Product Name or Part Number in the search field to view or download:

- User Manual
- Datasheet

## Data Sheet

For User Manual, please visit https://en.mgitech.cn/download/download

And then,

Step1, type "Product Catalog" in the search field to view or download, and then search your Product Name in the Product Catalog.

Step2, type your Product Name in the search field to view or download Data Sheet.

# EXHIBIT 2



# BGI Local Laboratory Solutions
Your Partner in Reproductive Genomics



## Introduction

BGI is changing diagnostics by providing fast, affordable and comprehensive genetic knowledge.

Genetic disease raises many questions. We're empowering healthcare providers with the information they need to answer these questions, in order to both prevent disease and better guide patient treatment decisions.

With more than 5 years' experience in diagnostic testing and screening, and a worldwide network of offices and laboratories, BGI acts as one of the world's most tried and trusted clinical genomics partners.



## Our Technology

BGISEQ-500 is an industry leading high-throughput sequencing solution, powered by combinatorial Probe-Anchor Synthesis (cPAS) and improved DNA Nanoballs (DNB) technology. The cPAS chemistry works by incorporating a fluorescent probe to a DNA anchor on the DNB, followed by high-resolution digital imaging. This combination of linear amplification and DNB technology reduces the error rate while enhancing the signal. In addition, the size of the DNB is controlled in such a way that only one DNB is bound per active site. This patterned array technology not only provides sequencing accuracy, but it also increases the chip utilization and sample density.



Fig. 1 - BGISEQ-500 DNA Nanoball Formation



# A Trusted Local Solution for Non-invasive Prenatal Testing

Non-invasive prenatal testing (NIPT) has been proven superior to traditional screening methods for detecting common fetal aneuploidies. By reducing false positive rates, NIPT helps limit invasive procedures—and therefore, the risk of miscarriage—when used as a primary screen.

BGI has many years experience providing the NIFTY® Test to partners across the world, and has processed more than 2 million samples to date. As a trusted NIPT provider, we are proud to offer the next step in the evolution of NIPT testing by offering a local laboratory solution powered by our own proprietary sequencing platform, the BGISEQ-500.

## One Comprehensive Workflow

The NIFTY® Local Lab Solution is an automated and validated workflow including CE-IVD—marked sample preparation and assay software. The solution provides results for up to 96 samples in under 3 days. From sample prep to sequencing to analysis, the NIFTY® Local Lab Solution streamlines your process as one comprehensive workflow.





| SP-100 | DL-500 |
|---|---|
| 16 samples/run | 1/2 chip/run |
| SAMPLE PREPARATION | SAMPLE LOADING |

# Reagent Solutions

BGI produces specially designed kits for full preparation of samples. Kits are CE IVD certified. By producing kits itself, rather than relying on external suppliers, BGI can ensure quality and control costs, passing on savings to our customers.



Nucleic Acid Extraction Kit



Universal Reaction Kit for Sequencing



Detection Kit for Noninvasive Fetal Trisomy (T21, T18, T13) Test





| BGISEQ-500 | BGI-HALOS |
|---|---|
| 48-192 samples/run | 3.5 hours/96 samples |
| SEQUENCING | DATA ANALYSIS AND REPORTING |

## Join Our Network

With **12 existing Local Laboratories** already established across the world, we are highly experienced and well equipped to bring our local lab solution to empower your business, wherever you are

In addition to on-site training and ongoing support, we offer webinars and courses at various global locations. We're here with all the resources you need to accelerate progress.

Together, we can empower informed reproductive choices and improve the future of genetic disease detection.



## Workflow for Establishing NIFTY® Local Lab Solution

### 1. Preparation

- Laboratory design
- Environmental test
- Equipment and consumables list provided
- Installation of BGISEQ-500 System
- Reagent and pre-tested plasma preparation
- Technicians

### 2. On-site Training

- Site inspection
- Reagent performance test
- Training runs
- Parallel test
- Certification

### 3. Technical Support

- Irregular Software Uprade
- Application support
- Field service
- FQA
- Flight check

## Contact Us

Speak to your local BGI sales representative to learn more.

Email: **info@bgi-international.com**

Or visit **www.bgi/com/global/** for more information.



The NIFTY¹ Local Lab Solution is an in vitro diagnostic test intended for use as a sequencing-based screening test for the detection of fetal aneuploidies from maternal peripheral whole blood samples in pregnant women of at least 10 weeks gestation. The test provides information regarding aneuploidy status for chromosomes 21, 18, 13, X, and Y. This product must NOT be used as the sole basis for diagnosis or other pregnancy management decisions.

Noninvasive prenatal testing (NIPT) based on cell-free DNA analysis from maternal blood is a screening test; it is not diagnostic. Test results must not be used as the sole basis for diagnosis. Further confirmatory testing is necessary prior to making any irreversible pregnancy decision.

Not available in all countries or regions.



BGI

www.bgi.com/global/

info@bgi-international.com