**Pierce Bainbridge Beck Price & Hecht LLP**
Brian J. Dunne (SBN 275689)
355 S. Grand Ave., 44th Floor
Los Angeles, California 90071
Tel: (213) 262-9333
bdunne@piercebainbridge.com

**Pierce Bainbridge Beck Price & Hecht LLP** Theodore J. Folkman (*pro hac vice*)
One Liberty Square, 13th Flr.
Boston, MA 02109
Tel: (617) 313-7401
tfolkman@piercebainbridge.com

**Pierce Bainbridge Beck Price & Hecht LLP**
Minyao Wang (*pro hac vice*)
277 Park Ave., 45th Floor
New York, NY 10172
Tel: (212) 484-9866
mwang@piercebainbridge.com

**Weil, Gotshal & Manges LLP**
Edward R. Reines (SBN 135960)
edward.reines@weil.com
Derek C. Walter (SBN 246322)
derek.walter@weil.com
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000

*Attorneys for Applicant Illumina Cambridge Ltd.*

**Arnold & Porter Kaye Scholer LLP**
Katie J.L. Scott (S.B.N. 233171)
katie.scott@arnoldporter.com
3000 El Camino Real
Building 5, Suite 500
Palo Alto, California 94306
Tel: (650) 319-4500

*Attorney for Respondents BGI Americas Corp., MGI Americas, Inc., and Complete Genomics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re APPLICATION OF ILLUMINA CAMBRIDGE LTD. for issuance of subpoenas under 28 U.S.C. § 1782 | Civ. A. No. 19-mc-80215-WHO-TSH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PROTECTIVE ORDER** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-2, applicant Illumina Cambridge Ltd. ("Illumina") and respondents Complete Genomics, Inc., BGI Americas Corp., and MGI Americas, Inc. (collectively, "Respondents") hereby stipulate, and respectfully request the Court, to extend the deadline by which the parties shall submit a jointly agreed proposed protective order or competing proposed protective orders, as follows:

WHEREAS, on February 19, 2020, the Court entered an order (D.N 42) requiring the parties the meet and confer concerning an appropriate protective order and submit to the Court within seven days a jointly agreed proposed protective order or competing proposed protective orders;

WHEREAS, the parties are meeting and conferring in good faith regarding a proposed protective order and have exchanged multiple drafts of a potential jointly agreed proposed protective order;

WHEREAS, the parties agreed that they need a brief extension of time to complete the meet and confer process;

WHEREAS, the Court previously extended the deadline for briefing on Respondents' Motion to Quash (D.N. 29);

WHEREAS, there have been no previous requests to extend this deadline; and

WHEREAS, this extension will not affect any other case deadlines.

THE PARTIES STIPULATE AND AGREE:

to extend the deadline by which the parties shall submit a jointly agreed proposed protective order or competing proposed protective orders (along with a five-page joint letter brief outlining the parties' areas of disagreement) to March 2, 2020.

**STIPULATION AND [PROPOSED] ORDER**

Dated: February 25, 2020

Respectfully submitted,

**PIERCE BAINBRIDGE BECK PRICE & HECHT LLP**

*/s/ Brian J. Dunne*
Brian J. Dunne (S.B.N 275689)
355 S. Grand Avenue, 44th Floor
Los Angeles, California 90071

*Attorney for Applicant Illumina Cambridge Ltd.*

**ARNOLD & PORTER KAYE SCHOLER LLP**

*/s/ Katie J.L. Scott*
Katie J.L. Scott (S.B.N. 233171)
3000 El Camino Real
Building 5, Suite 500
Palo Alto, California 94306

*Attorney for Respondents BGI Americas Corp., MGI Americas, Inc. and Complete Genomics, Inc.*

**ATTESTATION:** Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from Katie J.L. Scott, counsel to Respondents.

By: */s/ Brian J. Dunne*
Brian J. Dunne

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, _____

_____
HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE