| | |
|---|---|
| **Pierce Bainbridge Beck Price & Hecht LLP**<br>Brian J. Dunne (SBN 275689)<br>355 S. Grand Ave., 44th Floor<br>Los Angeles, California 90071<br>Tel: (213) 262-9333<br>bdunne@piercebainbridge.com | **Arnold & Porter Kaye Scholer LLP**<br>Katie J.L. Scott (Bar No.. 233171)<br>katie.scott@arnoldporter.com<br>Krista M. Carter (Bar No. 233171)<br>krista.carter@arnoldporter.com<br>Edmond Ahadome (Bar No. 317311)<br>edmond.ahadome@arnoldporter.com |
| **Pierce Bainbridge Beck Price & Hecht LLP**<br>Theodore J. Folkman (*pro hac vice*)<br>One Liberty Square<br>Boston, MA 02109<br>(617) 313-7401<br>tfolkman@piercebainbridge.com | Jing Wang (Bar No. 328020)<br>jing.wang@arnoldporter.com<br>3000 El Camino Real<br>Building 5, Suite 500<br>Palo Alto, California 94306<br>Tel: (650) 319-4500 |
| **Pierce Bainbridge Beck Price & Hecht LLP**<br>Minyao Wang (*pro hac vice*)<br>277 Park Ave., 45th Floor<br>New York, NY 10172<br>(212) 484-9866<br>mwang@piercebainbridge.com | **Arnold & Porter Kaye Scholer LLP**<br>Jennifer Sklenar (Bar No. 200434)*<br>jennifer.sklener@arnoldporter.com<br>601 Massachusetts Ave, NW<br>Washington, DC  20001-3743<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999 |
| **Weil, Gotshal & Manges LLP**<br>Edward R. Reines (SBN 135960)<br>edward.reines@weil.com<br>Derek C. Walter (SBN 246322)<br>derek.walter@weil.com<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000 | *Admitted in NY and CA only; practice limited to matters before federal courts and federal agencies<br><br>*Attorneys for Respondents BGI Americas Corp., MGI Americas, Inc., and Complete Genomics, Inc.* |

*Attorneys for Applicant Illumina Cambridge Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re APPLICATION OF ILLUMINA CAMBRIDGE LTD. for issuance of subpoenas under 28 U.S.C. § 1782 | Civ. A. No. 19-mc-80215-WHO-TSH<br><br>**JOINT MOTION FOR PROTECTIVE ORDER** |

**JOINT MOTION FOR PROTECTIVE ORDER**

Applicant Illumina Cambridge Ltd. ("Illumina Cambridge") and Respondents BGI Americas Corp., MGI Americas, Inc., and Complete Genomics, Inc. (collectively, "the Parties"), by and through their undersigned counsel and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, hereby move the Court to enter a protective order governing the confidentiality of information and documents produced in discovery pursuant to section 1782 of title 28 of the United States Code. In support of the Court's entry of the Proposed Protective Order, attached as **Exhibit A**, the Parties respectfully state as follows:

1. All Parties have conferred and agreed to the Court's entry of the Proposed Protective Order in this matter;

2. Good cause supports the entry of the Proposed Protective Order, which is modelled after this District's *Model Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets*, but has been tailored to address the needs of this action.

WHEREFORE, the Parties respectfully request that the Court enter the attached Proposed Protective Order.

Dated: March 2, 2020

Respectfully submitted,
**PIERCE BAINBRIDGE BECK PRICE & HECHT LLP**

*/s/ Brian J. Dunne*
Brian J. Dunne (S.B.N 275689)
355 S. Grand Avenue, 44th Floor
Los Angeles, California 90071

*Attorney for Applicant Illumina Cambridge Ltd.*

| | |
|---|---|
| Dated: March 2, 2020 | Respectfully submitted,<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>*/s/ Krista Carter*<br>Krista Carter (S.B.N. 225229)<br>3000 El Camino Real<br>Building 5, Suite 500<br>Palo Alto, California 94306<br><br>*Attorney for BGI Americas Corp., MGI Americas Inc., and Complete Genomics, Inc.* |

**ATTESTATION:** Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from Krista Carter, counsel to Respondents.

By: */s/ Brian J. Dunne*
   Brian J. Dunne