# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA, INC., and ILLUMINA CAMBRIDGE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BGI GENOMICS CO. LTD., BGI AMERICAS CORP., MGI TECH CO., LTD., MGI AMERICAS, INC., and COMPLETE GENOMICS, INC. <br><br> Defendants. | Case No. 3:19-cv-03770-WHO (TSH) <br> Case No. 3:20-cv-01465-WHO <br><br> [PROPOSED] ORDER GRANTING ILLUMINA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (ECF NO. 130) |
| COMPLETE GENOMICS, INC. <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> ILLUMINA, INC., and ILLUMINA CAMBRIDGE LTD. <br><br> Counterclaim-Defendants. | |

This matter comes before the Court on Illumina, Inc. and Illumina Cambridge LTD's ("Illumina") Administrative Motion To File Under Seal, ECF No. 130. Having considered the motion, as well as the pleadings and materials lodged in this action, the Court finds good cause and GRANTS the motion to seal as indicated in the table below.

| Document | Portion of Document to be Sealed |
|---|---|
| <u>Joint Letter Brief</u> (originally filed under seal at ECF No. 130-4, redacted at ECF No. 130-3) | Yellow-highlighted/redacted portions at: <br> • Pgs. 1 and 3. |
| <u>Exhibit A to the Joint Letter Brief</u> (originally filed under seal, in its entirety, at ECF No. 130-6) | Yellow-highlighted/redacted portions, as reflected in Exhibit 1 to the April 24, 2020, Declaration of Carson D. Anderson at: <br> • Pg. 46, lines 1-3, 6, 14-15, and 21; <br> • Pg. 48, lines 5 and 19; <br> • Pg. 50, lines 24-25; <br> • Pg. 51, lines 1-11, 15, 17, and 20-23; <br> • Pg. 53, lines 2-6, 8-9, 13-14, and 16-19; <br> • Pg. 54, line 22; and <br> • Pg. 55, lines 16, 20, and 24-25. |

IT IS SO ORDERED:

Dated: __April 29__, 2020

~~The Honorable William H. Orrick~~
~~United States District Judge~~
Thomas S. Hixson
United States Magistrate Judge