**Folkman LLC**
Theodore J. Folkman (*pro hac vice*)
ted@folkman.law
PO Box 116
Boston, MA 02131
Tel: (617) 646-9980

**Hecht Partners LLP**
Minyao Wang (*pro hac vice*)
mwang@hechtpartnersllp.com
20 West 23rd St Fifth Floor
New York, NY 10010
Tel: (212) 851-6821

**Weil, Gotshal & Manges LLP**
Edward R. Reines (SBN 135960)
edward.reines@weil.com
Derek C. Walter (SBN 246322)
derek.walter@weil.com
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000

*Attorneys for Applicant Illumina Cambridge Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re APPLICATION OF ILLUMINA CAMBRIDGE LTD. for issuance of subpoenas under 28 U.S.C. § 1782 | Civ. A. No. 19-mc-80215-WHO-TSH<br><br>**ILLUMINA CAMBRIDGE LTD.'S ADMINSITRATIVE MOTION FOR EXPEDITED RULING ON THE PARTIES' DISCOVERY DISPUTE** |

## NOTICE OF MOTION AND MOTION

Pursuant to Civil Local Rule 7-11, Applicant Illumina Cambridge Ltd. ("Illumina Cambridge") submits this Administrative Motion for an Expedited Ruling on the Parties' Discovery Dispute as forth at ECF No. 65.

Illumina Cambridge respectfully requests that this Court expedite its ruling on its motion to require immediate production of documents concerning which BGI Entities are selling, importing, offering, supplying, or otherwise dealing in BGI Sequencers in Switzerland, which models are sold, imported, or offered, and the sales volume in Switzerland. An expedited decision is necessary to permit Illumina Cambridge to meet a May 11, 2020 evidentiary submission deadline in Switzerland.

This motion shall be based on this Notice of Motion and Motion, the Declaration of Minyao Wang, the record to date in this matter, and upon any further matters the Court deems appropriate.

## RELIEF REQUESTED

Illumina Cambridge filed this Application on September 6, 2019. On November 7, 2020, Magistrate Judge Thomas Hixson granted the Application (ECF No. 16). On February 19, 2020 Magistrate Judge Hixson denied the Respondents' motion to vacate (ECF No. 42). Respondents then sought appellate review in this Court. On April 7, 2020, this Court denied the appeal by the Respondents and directed the parties to meet and confer to set a schedule for production that "will account for the time needed for respondents to review the responsive documents the respondents have in their possession, the needs of the foreign cases, and the ongoing COVID-19 epidemic." (ECF No. 61 at 9-10). As the Court knows (ECF No. 59), the deadline for production of evidence in the Swiss Proceedings is May 11, *now only eleven days away*.

To date, the Respondents have produced *nothing*. The parties met and conferred twice but are at an impasse. Illumina Cambridge has an immediate need for the production of documents regarding commercial activities in Switzerland, or at least a deposition on that topic. The parties' respective positions were briefed on April 29, 2020 (ECF No. 65).

Illumina Cambridge has asked that the Court order Respondents to produce all responsive documents by May 4 so that Illumina Cambridge will have the necessary time for review in advance of the deadline in Switzerland. The Court has yet to issue a ruling.

## **CONCLUSION**

For these reasons, Illumina Cambridge respectfully requests the Court grant Illumina Cambridge's Administrative Motion for an Expedited Ruling on Parties' Discovery Dispute.

Dated: April 30, 2020

Respectfully submitted,

*/s/ Minyao Wang*
**Folkman LLC**
Theodore J. Folkman (*pro hac vice*)
ted@folkman.law
PO Box 116
Boston, MA 02131
Tel: (617) 219-9664

**Hecht Partners LLP**
Minyao Wang (*pro hac vice*)
mwang@hechtpartners.com
20 West 23rd St Fifth Floor
New York, NY 10010
Tel: (212) 851-6821

*Attorney for Applicant Illumina Cambridge Ltd.*

**ATTESTATION:** I hereby certify that on April 30, 2020 I contacted via email Katie Scott, counsel to the Respondents about the relief sought in this Motion. I did not receive a response.

By: */s/ Minyao Wang*
Minyao Wang