| | |
|---|---|
| **Folkman LLC** <br> Theodore J. Folkman (*pro hac vice*) <br> ted@folkman.law <br> PO Box 116 <br> Boston, MA 02131 <br> Tel: (617) 646-9980 <br><br> **Hecht Partners LLP** <br> Minyao Wang (*pro hac vice*) <br> mwang@hechtpartnersllp.com <br> 20 West 23rd St Fifth Floor <br> New York, NY 10010 <br> Tel: (212) 851-6821 | **Weil, Gotshal & Manges LLP** <br> Edward R. Reines (SBN 135960) <br> edward.reines@weil.com <br> Derek C. Walter (SBN 246322) <br> derek.walter@weil.com <br> Silicon Valley Office <br> 201 Redwood Shores Parkway <br> Redwood Shores, CA 94065 <br> Tel: (650) 802-3000 |

*Attorneys for Applicant Illumina Cambridge Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re APPLICATION OF ILLUMINA CAMBRIDGE LTD. for issuance of subpoenas under 28 U.S.C. § 1782 | Civ. A. No. 19-mc-80215-WHO-TSH <br><br> **DECLARATION OF MINYAO WANG IN SURRPOT OF ILLUMINA CAMBRIDGE LTD.'S ADMINSITRATIVE MOTION FOR EXPEDITED RULING ON THE PARTIES' DISCOVERY DISPUTE** |

---

**ADMINSITRATIVE MOTION**

# DELARATION OF MINYAO WANG

1. I am an attorney licensed to practice law in the State of New York. I am admitted *pro hac vice* to this Court. I am counsel of record to Applicant Illumina Cambridge Ltd. ("Illumina Cambridge")

2. I submit this declaration in support of Illumina Cambridge's Motion for an Expedited Ruling on the Parties' Discovery Dispute.

3. To date, Respondents have not produced a single document to Illumina Cambridge.

4. For the reasons given in the accompanying motion, time is of the essence and Illumina Cambridge needs an expedited decision from this Court on the production of documents relating to Switzerland.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on April 30, 2020.

Dated: April 30, 2020

Respectfully submitted,

*/s/ Minyao Wang*
**Hecht Partners LLP**
Minyao Wang (*pro hac vice*)
mwang@hechtpartners.com
20 West 23rd St Fifth Floor
New York, NY 10010
Tel: (212) 851-6821

*Attorney for Applicant Illumina Cambridge Ltd.*