1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10

11   In re APPLICATION OF ILLUMINA              Civ. A. No. 19-mc-80215-WHO-TSH
     CAMBRIDGE LTD. for issuance of
12   subpoenas under 28 U.S.C. § 1782           **[PROPOSED] ORDER GRANTING
                                                ILLUMINA CAMBRIDGE LTD.'S
13                                              ADMINSITRATIVE MOTION FOR
                                                EXPEDITED RULING ON THE
14                                              PARTIES' DISCOVERY DISPUTE**

15

16

17

18          Before this Court is Applicant Illumina Cambridge Ltd.'s Administrative Motion For

19   Expedited Ruling On The Parties' Discovery Dispute. For good cause shown, Applicant

20   Illumina Cambridge Ltd.'s Administrative Motion For Expedited Ruling On The Parties'

21   Discovery Dispute is GRANTED and Respondents are ORDERED to produce all responsive

22   documents by May 4, 2020.

23

24   IT IS SO ORDERED.

25

26   Dated this _____ day of _____, 2020
     _____          _____
27                                              Honorable William H. Orrick
                                                United States Magistrate Judge
28

_____

                              **ADMINSITRATIVE MOTION**