UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ILLUMINA CAMBRIDGE LTD,

    Applicant,

v.

COMPLETE GENOMICS, INC., et al.,

    Respondents.

Case No. 19-mc-80215-WHO (TSH)

**DISCOVERY ORDER**

Re: Dkt. Nos. 65, 67

    Judge Orrick affirmed the undersigned's February 19, 2020 order and ordered the parties to "meet and confer to identify a reasonable schedule for document production that will account for the time needed for respondents to review the responsive documents the respondents have in their possession, the needs of the foreign cases, and the ongoing COVID-19 epidemic." ECF No. 61 at 9-10. In so ruling, he specifically cited Illumina's May 11, 2020 deadline to submit its statement of reply in the Swiss action. *Id*. at 9 (citing ECF No. 59).

    We're coming up on that deadline, but Respondents still haven't produced any documents. In the joint discovery statement, Respondents represented that they can produce documents responsive to subpoena requests 1-3 with respect to Switzerland by May 6, 2020. They reiterated this during the telephonic hearing, and Illumina says it can live with that deadline. Accordingly, the Court orders Respondents to produce documents responsive to requests 1-3 with respect to Switzerland by May 6.[1] This must include documents that were in the possession, custody or control of MGI Tech when it was an indirect subsidiary of Respondent CGI prior to October 2019. Judge Orrick and the undersigned have both rejected Respondents' argument to the contrary. ECF

---

[1] This production order does not apply to Respondent BGI Americas, as to which the Court has quashed requests 1-3.

No. 61 at 8; ECF No. 42 at 15, 18.

The Court also orders Respondents to produce for deposition a 30(b)(6) witness on topics 1-3 in the deposition subpoena with respect to Switzerland. Illumina says a May 8, 2020 deposition is workable, and Respondents say they can do it by then, so the Court sets a May 8 deadline for that deposition. Illumina asks the Court to specify which individual must be the deponent. However, depositions don't work that way. Under Rule 30, you specify the deponent or you specify the topic. Here, Illumina specified the topics, so Respondents can choose their designee, bearing in mind their obligation to make sure the designee is appropriately prepared.

That leaves the rest of the deposition topics and the rest of the document requests outstanding, but both sides state that it is not necessary for the Court to set deadlines for everything else right now, and they may come back if further guidance is needed.

Illumina's administrative motion for an expedited ruling on the parties' discovery dispute, ECF No. 67, is accordingly granted as stated above.

**IT IS SO ORDERED.**

Dated: May 1, 2020

THOMAS S. HIXSON
United States Magistrate Judge