QUINN EMANUEL URQUHART & SULLIVAN, LLP
David Bilsker (Bar No. 152383)
davidbilsker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 Tel.
(415) 875-6700 Fax

Attorneys for Respondents
BGI AMERICAS CORP., MGI AMERICAS,
INC.,and COMPLETE GENOMICS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE APPLICATION OF ILLUMINA CAMBRIDGE LTD., | Case No. 3:19-mc-80215-WHO (TSH)<br><br>**NOTICE OF APPEARANCE OF DAVID BILSKER** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that David Bilsker of the law firm Quinn Emanuel Urquhart & |
| 2 | Sullivan, LLP, an attorney admitted to practice in the United States District for the Northern District |
| 3 | of California, hereby appears as counsel of record for Respondents BGI Americas Corp., MGI |
| 4 | Americas, Inc., and Complete Genomics Inc., and respectfully requests that all pleadings and other |
| 5 | documents be served upon this individual at Quinn Emanuel Urquhart & Sullivan, LLP, as identified |
| 6 | below. |

David Bilsker (Bar No. 152383)
davidbilsker@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 Tel.
(415) 875-6700 Fax

Dated: July 17, 2020

Respectfully submitted,

By: ___/s/ David S. Bilsker___

David Bilsker (Bar No. 152383)
davidbilsker@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 Tel.
(415) 875-6700 Fax