QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David Bilsker (Bar No. 152383)
  davidbilsker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600 Tel.
(415) 875-6700 Fax

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Anne S. Toker (*pro hac vice* pending)
  annetoker@quinnemanuel.com
  Joseph Milowic III (admitted *pro hac vice*)
  josephmilowic@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000 Tel.
(212) 849-7100 Fax

Attorneys for Respondents
BGI AMERICAS CORP., MGI AMERICAS, INC., and COMPLETE GENOMICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE APPLICATION OF ILLUMINA CAMBRIDGE LTD., | Case No. 3:19-mc-80215-WHO (TSH) |
|---|---|
| , | **NOTICE OF APPEARANCE OF MARGARET SHYR** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Margaret Shyr of the law firm of Quinn Emanuel Urquhart |
| 2 | & Sullivan, LLP, an attorney admitted to practice in the United States District Court for the |
| 3 | Northern District of California, hereby appears as counsel for record for Respondents BGI |
| 4 | Americas Corp., MGI Americas, Inc., and Complete Genomics Inc., and respectfully requests that |
| 5 | all pleadings and other documents be served upon this individual at Quinn Emanuel Urquhart & |
| 6 | Sullivan, LLP, as identified below. |

Margaret Shyr (Bar No. 300253)
margaretshyr@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000 Tel
(650) 801-5100 Fax

DATED: July 20, 2020           Respectfully submitted,

By   */s/ Margaret Shyr*
Margaret Shyr (Bar No. 300253)
margaretshyr@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000 Tel
(650) 801-5100 Fax