**Folkman LLC**
Theodore J. Folkman (pro hac vice)
53 State Street, Suite 500
Boston, MA 02109
Tel. (617) 219-9664
ted@folkman.law

**Hecht Partners LLP**
Minyao Wang (pro hac vice)
125 Park Avenue, 25th Floor
New York, NY 10017
Tel. (646) 627-7616
mwang@hechtpartners.com

**Weil, Gotshal & Manges LLP**
Edward R. Reines (Bar No. 135690)
edward.reines@weil.com
Derek C. Walter (Bar No. 246322)
derek.walter@weil.com
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel. (650) 802-3000

Attorneys for Applicant
Illumina Cambridge Ltd.

**Quinn Emanuel Urquhart & Sullivan, LLP**
David Bilsker (Bar No. 152383)
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel. (415) 875-6600
davidbilsker@quinnemanuel.com

Margaret Shyr (Bar No. 300253)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel. (650) 801-5000
margaretshyr@quinnemanuel.com

Anne S. Toker (pro hac vice)
annetoker@quinnemanuel.com
Joseph Milowic, III (pro hac vice)
josephmilowic@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601
Tel. (212) 849-7000

Attorneys for Respondents
BGI Americas Corp., MGI Americas, Inc., and
Complete Genomics Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA CAMBRIDGE LTD., <br><br> Applicant, <br><br> v. <br><br> COMPLETE GENOMICS INC., et al. <br><br> Respondents. | Case No. 3:19-mc-80215-WHO (TSH) <br><br> **JOINT STIPULATION TO MODIFY STIPULATED PROTECTIVE ORDER** <br><br> Judge: Hon. Thomas S. Hixson |

1  Pursuant to Fed. R. Civ. 26(c) and Paragraph 17.1 of the Stipulated Protective Order (ECF No. 52), the parties hereby stipulate, and respectfully request the Court, to modify the Stipulated Protective Order. The new proposed stipulated protective order is attached to this motion as Exhibit 1. The purpose of the amendment is to allow the use of documents obtained in discovery in this proceeding to be used in additional proceedings abroad that were or will be commenced after the date of the Stipulated Protective Order. The proposed amendment modifies Paragraph 2.8, which defines the term "Foreign Actions."

Dated: August 6, 2020

Respectfully submitted,

FOLKMAN LLC

*/s/ Theodore J. Folkman*
Theodore J. Folkman (pro hac vice)
53 State Street, Suite 500
Boston, MA 02109

*Attorney for Illumina Cambridge Ltd.*

QUINN EMANUEL
URQUHART & SULLIVAN, LLP

*/s/ Joseph Milowic, III*
Joseph Milowic, III (pro hac vice)
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601

*Attorney for BGI Americas Corp., MGI Americas, Inc., and Complete Genomics Inc.*

**ATTESTATION:** Pursuant to Local Rule 5-1(i)3) I hereby attest that concurrence in the filing of this document has been obtained from Joseph Milowic III, counsel to Respondents.

By:    */s/ Theodore J. Folkman*
        Theodore J. Folkman

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____      _____
        Hon. Thomas S. Hixson, U.S.M.J.